**MCGUIREWOODS LLP**
David C. Powell (SBN 129781)
dpowell@mcguirewoods.com
Alicia A. Baiardo (SBN 254228)
abaiardo@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111-3821
Telephone: 415.844.9944
Facsimile: 415.844.9922

**TROUTMAN SANDERS LLP**
William C. Mayberry (*pro hac vice*)
Bill.mayberry@troutman.com
Joshua D. Davey (*pro hac vice*)
Joshua.davey@troutman.com
301 S. College Street, Suite 3400
Charlotte, NC 28202
Telephone: 704.988.4050

Attorneys for Defendants Wells Fargo Bank N.A.,
d/b/a Wells Fargo Auto f/k/a Wells Fargo Dealer
Services, Inc., and Wells Fargo & Company

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARMANDO HERRERA, MONICA HERRERA, DEANA LUCERO, MELISSA LUCAS, VANITY ARRINGTON, NICHOLE DARTIS, FREDERICK BROWN, ANTHONY DILLARD, JANET CORPES, TERRI JONES, RIA MARTEINS, CHAKA SMITH, SHANNON GENTRY, GRETTA CARTER, and JAMES ATKINS, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>WELLS FARGO BANK, N.A, *et al.*,<br><br>Defendants. | Case No.: 8:18-cv-00332-JVS-MRW<br><br>**STIPULATION AND ORDER AMENDING THE PARTIES' PROTECTIVE ORDER**<br><br>Hon. James V. Selna |

## JOINT STIPULATION AMENDING PROTECTIVE ORDER

Plaintiffs Armando Herrera, Eduardo Salcedo, Dena Lucero, Frederick Brown, Vanity Arrington, Kashif Z. Awan, Gretta Carter, James Atkins, Ilka Robinson-Eaton, Janet Corpes, Terri Jones, Heidi Humpreys, Ria Marteins, Brian T. Sweeney, Nakecia M. Dean, and Von Griffin (collectively the "Plaintiffs") and Defendants Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto f/k/a Wells Fargo Dealer Services, Inc. and Wells Fargo & Company (collectively "Wells Fargo") by and through their counsel of record, hereby stipulate and agree to amend the parties' Protective Order entered by the Court on November 1, 2018, (ECF 54) ("Protective Order") as follows:

1. Wells Fargo may designate Discovery Material[1] as "PII – ATTORNEYS EYES ONLY" if it contains or reflects information that Wells Fargo claims in good faith constitutes confidential personally identifying or financial information of an individual or other highly sensitive, personal information that may cause injury if disclosed beyond the disclosure allowed in the Protective Order and the terms set forth herein amending the Protective Order.

2. Unless otherwise ordered by the Court, Discovery Material that is designated "PII – ATTORNEYS EYES ONLY" by Wells Fargo may be disclosed only to the Plaintiffs' counsel of record in this action ("Plaintiffs' Counsel") and any experts or consultants retained by Plaintiffs' Counsel to whom disclosure is reasonably necessary, and who have signed the Agreement to Be Bound (Exhibit A to the Protective Order) which encompasses this amendment.

3. Plaintiffs' Counsel will maintain these documents in a manner that complies with the Secure Storage of Protected Material and will ensure that access to these documents is limited to its Counsel.  Plaintiffs' Counsel shall also not file

---

[1] All definitions from the Protective Order apply here.

any Protected Material designated "PII – ATTORNEYS EYES ONLY" unless it has followed the provisions of Paragraph 9 of the Protective Order.

4. Plaintiffs' Counsel shall not directly or indirectly contact any individual whose contact information is reflected in documents produced by Wells Fargo and designated "PII – ATTORNEYS EYES ONLY" unless that individual provides a valid consent to the release of their personal identifying information to Plaintiffs' Counsel as part of the separate opt in process approved by Judge Wilner, or as otherwise ordered by the Court.

5. All other aspects of the Protective Order apply in equal force to any documents produced and designated "PII-ATTORNEYS EYES ONLY" including but not limited to paragraph 5.2 concerning Secure Storage of the Protected Material and paragraph 9 relating to Filing Under Seal.

**IT IS SO STIPULATED.**

DATED:   July 28, 2020              MCGUIREWOODS LLP

By:  */s/ David C. Powell*
David C. Powell
Alicia A. Baiardo
Two Embarcadero Center, Suite 1300
San Francisco, CA  94111-3821
Telephone:  415.844.9944
Facsimile:  415.844.9922

William C. Mayberry (*pro hac vice*)
Joshua D. Davey (*pro hac vice*)
Troutman Sanders
301 S. College Street, Suite 3400
Charlotte, NC 28202

Attorneys for Defendants Wells Fargo & Company and Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Services

| | | |
|---|---|---|
| 1 | DATED: July 28, 2020 | FRANK SIMS & STOLPER LLP |
| 2 | | |
| 3 | | By: */s/ Jason M. Frank* |
| 4 | | Jason M. Frank |
| | | Andrew D. Stolper |
| 5 | | Scott H. Simms |
| 6 | | 19800 MacArthur Blvd., Suite 855 |
| | | Irvine, CA 92612 |
| 7 | | Telephone: (949) 201-2400 |
| 8 | | Facsimile: (949) 201-2405 |
| 9 | | Franklin D. Azar (*pro hac vice*) |
| 10 | | Brian J. Hanlin (*pro hac vice*) |
| | | Michael D. Murphy (*pro hac vice*) |
| 11 | | Franklin D Azar and Associates PC |
| 12 | | 14426 East Evans Avenue |
| | | Aurora, CO 80014 |
| 13 | | |
| 14 | | Charles E. Schaffer (*pro hac vice*) |
| | | Daniel C. Levin (*pro hac vice*) |
| 15 | | Levin Sedran and Berman LLP |
| 16 | | 510 Walnut Street Suite 500 |
| | | Philadelphia, PA 91906 |
| 17 | | |
| 18 | | Attorneys for Plaintiffs |
| 19 | | |
| 20 | **IT IS SO ORDERED.** | |
| 21 | | |
| 22 | DATED: July 29, 2020 | _____ |
| 23 | | Judge Michael R. Wilner |

# LOCAL RULE 5-4.3.4 ATTESTATION

I attest that Plaintiffs' counsel concurs in this filing's content and has authorized the filing.

Dated: July 28, 2020

By: */s/ David C. Powell*
David C. Powell
Attorney for Defendants
Wells Fargo & Company and Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Services

-5-
STIPULATION AND [PROPOSED] ORDER AMENDING THE PARTIES' PROTECTIVE ORDER
Case No.: 8:18 -cv-00332-JS-MRW

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2020, a copy of the foregoing pleading was filed electronically with the clerk of court via ECF, which will serve all counsel of record, and served via First-Class Mail to any party not filing ECF, postage prepaid.

Dated: July 28, 2020

By: */s/ David C. Powell*
David C. Powell
Attorney for Defendants
Wells Fargo & Company and Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Services