JASON M. FRANK (190957)
ANDREW D. STOLPER (205462)
SCOTT H. SIMS (234148)
FRANK SIMS & STOLPER LLP
19800 MacArthur Blvd., Suite 855
Irvine, CA 92612
Telephone:  (949) 201-2400
Facsimile:   (949) 201-2405

IVY T. NGO (249860)
FRANKLIN D. AZAR (*pro hac vice*)
FRANKLIN D. AZAR & ASSOCIATES, P.C.
14426 East Evans Avenue
Aurora, CO 80014
Telephone:  (303) 757-3300
Facsimile:   (303) 759-5203

CHARLES E. SHAFFER (*pro hoc vice*)
LEVIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone:  (215) 592-1500
Facsimile:   (215) 592-4663

*Attorneys for Plaintiffs, the Proposed Class and Subclasses*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO HERRERA, MONICA HERRERA, DEANA LUCERO, MELISSA LUCAS, VANITY ARRINGTON, NICHOLE DARTIS, FREDERICK BROWN, ANTHONY DILLARD, JANET CORPES, TERRI JONES, RIA MARTEINS, CHAKA SMITH, SHANNON GENTRY, GRETTA CARTER, and JAMES ATKINS, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A. D/B/A WELLS FARGO DEALER SERVICES, INC., WELLS FARGO & COMPANY and MARGUERITE DREW, an individual,<br><br>Defendants. | Case No.: 8:18-cv-00332-JVS-(MRWx)<br><br>**PLAINTIFFS' STATUS CONFERENCE REPORT RE: SETTLEMENT** |

1
**PLAITNIFFS' STATUS CONFERENCE REPORT RE: SETTLEMENT**

**PLAINTIFFS' STATEMENT**

Plaintiffs requested this status conference for the following reasons:

1. To request the Court obtain a firm commitment from Wells Fargo as to when it will complete its internal approval process and execute the Parties' nationwide class action settlement agreement (the "Settlement"); and

2. To determine whether the Court will be willing to shorten time to hear Plaintiffs' Motion for Preliminary Approval of the Settlement, which will be unopposed, so that the motion can be decided on or before **June 14, 2021**. This will enable Notice to the Class be sent out by the dates previously agreed to by the Parties and, hopefully, allow for the settlement benefits to be provided to the Class this year assuming final approval by the Court.

On December 11, 2020, after a lengthy mediation process with the Honorable Andrew Guilford (Ret.), the Parties executed a Term Sheet for a nationwide class action settlement. On December 14, 2020, the parties filed a Joint Notice of Tentative Class Action Settlement asking the Court to vacate all deadlines and indicating the motion for preliminary approval would be filed in the next 90 days. (Dkt. 193.) On April 9, 2021, the Parties filed a Joint Stipulation extending the deadline to file the motion for preliminary approval until May 14, 2021, which the Court granted. (Dkt. 194.)

Based on this deadline, the Parties worked out a notice and claims period schedule with the proposed Settlement Administrator that was built on the assumption that the motion for preliminary approval would be heard on or before **June 14, 2021**. As part of the notice plan, the Settlement Administrator will be mailing over 2.69 million notices to potential class members. The schedule was developed with the goal of providing the settlement benefits by the end of this year assuming final approval by the Court.

Unfortunately, the finalization of the Settlement papers has taken longer than expected. The Parties have been working diligently to resolve the remaining issues, including with the assistance of Judge Guilford. Wells Fargo's lawyers have indicated

they expect to receive final signoff from Wells Fargo "within the next 10 days." Plaintiffs appreciate this is a substantial settlement involving business practice changes requiring multiple layers of approval within Wells Fargo.  That said, Plaintiffs believe it will be beneficial for the Court to impose a deadline on the Parties to complete this Settlement.

Plaintiffs will be able to file the motion for preliminary approval the same day it receives the executed Settlement.  The motion will be unopposed.  To avoid upsetting the notice schedule previously worked out by the Parties, Plaintiffs request that the Court hear it on shortened time, if possible, on or before June 14, 2021.

Dated: May 27, 2021                                FRANK SIMS & STOLPER LLP

By: */s/ Andrew D. Stolper*
Jason M. Frank
Andrew D. Stolper
Scott H. Sims
Attorneys for Plaintiffs