JASON M. FRANK (190957)
ANDREW D. STOLPER (205462)
SCOTT H. SIMS (234148)
FRANK SIMS & STOLPER LLP
19800 MacArthur Blvd., Suite 855
Irvine, CA 92612
Telephone:   (949) 201-2400
Facsimile:   (949) 201-2405

FRANKLIN D. AZAR (*pro hoc vice*)
FRANKLIN D. AZAR & ASSOCIATES, P.C.
14426 East Evans Avenue
Aurora, CO 80014
Telephone:   (303) 757-3300
Facsimile:   (303) 759-5203

CHARLES E. SCHAFFER (*pro hoc vice*)
LEVIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone:   (215) 592-1500
Facsimile:   (215) 592-4663

*Attorneys for Plaintiffs, the Class and Subclass*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ARMANDO HERRERA, EDUARDO SALCEDO, DENA LUCERO, FREDERICK BROWN, VANITY ARRINGTON, KASHIF Z. AWAN, GRETTA CARTER, JAMES ATKINS, ILKA ROBINSON-EATON, JANET CORPES, TERRI JONES, HEIDI HUMPHREYS, RIA MARTEINS, BRIAN T. SWEENEY, NAKECIA M. DEAN, and VON GRIFFIN each individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

WELLS FARGO BANK, N.A. D/B/A WELLS FARGO DEALER SERVICES, INC., and WELLS FARGO & COMPANY,

Defendants.

Case No.:  8:18-cv-00332-JVS-MRW

**DECLARATION OF JASON M. FRANK IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS AND INCENTIVE AWARDS**

**[***Notice and Motion, Declarations of Franklin D. Azar, Charles E. Schaffer, L. Scott Baggett, Gretchen Eoff, the Honorable Andrew J. Guilford (Ret.) and the Compendium of Plaintiffs' Declarations filed concurrently herewith***]**

**Date:** **November 15, 2021**
**Time:** **1:30 p.m.**
**Courtroom:** **10C**

## DECLARATION OF JASON M. FRANK

I, Jason M. Frank, declare as follows:

1.     I am an attorney at law duly licensed to practice before this Court, all the courts of the State of California, and other courts.  I am a partner at Frank Sims & Stolper LLP and represent the above-referenced Plaintiffs in this action against Defendants Wells Fargo Bank, N.A. and Wells Fargo & Company (collectively "Wells Fargo").  I submit this declaration in support of Plaintiffs' Motion For Attorneys' Fees, Costs and Incentive Awards ("Motion").  I have personal knowledge of the facts set forth below, unless stated on information and belief, and if called as a witness, I would testify competently thereto.

2.     Unless otherwise defined, capitalized terms in this Declaration shall have the same meaning as those used in the Settlement Agreement attached as **Exhibit 1.**

## QUALIFICATIONS AS CLASS COUNSEL

3.     In May 2016, I, along with my partners Scott Sims and Andrew Stolper, formed the law firm, Frank Sims & Stolper LLP ("FSS").  FSS is a litigation firm that specializes in handling complex commercial litigation, consumer and employment class actions and white-collar criminal defense matters.

4.     I was previously an equity partner at Paul Hasting Janofsky & Walker, LLP ("Paul Hastings") based in Los Angeles, California.  At Paul Hastings, I was one of the leaders of the firm's global class action practice group.  I received my J.D. degree from the University of Michigan in 1997 and my B.A. from the University of Michigan in 1994.  I have been a member of the editorial board for Lexis/Nexis legal publications since 1999.  I have also served as a member of the Board of Governors for the Association of Business Trial Lawyers ("ABTL"), Los Angeles Chapter.

5.     My partner, Andrew D. Stolper, was formerly an Assistant United States Attorney ("AUSA") for the Central District of California and an associate at Irell & Manella LLP.  He was formerly in charge of white-collar prosecutions in Orange County and a member of the Enron Taskforce.  For his service, Mr. Stolper was awarded the Attorney General Award for Exceptional Service, the highest honor bestowed by the

Department of Justice to its prosecutors.  He graduated Order of the Coif from the University of Southern California Law School in 1999 and received his B.A. degree from The George Washington University in 1996.

6.      My other partner, Scott H. Sims, was formerly a non-equity partner at a litigation firm in Newport Beach, California and an associate at Paul Hastings.  Mr. Sims obtained his J.D. degree from Harvard Law School in 2004, and his B.A., summa cum laude, from Southern Methodist University in 2001.  Mr. Sims has been repeatedly named a Southern California Rising Star by Super Lawyers Magazine.

7.      In my practice, I specialize in representing both plaintiffs and defendants in complex litigation and consumer class actions.  In my class action defense practice, I represent fortune 500 companies, such as AT&T, and major private corporations, such as L.A. Fitness.  In my plaintiff practice, I have obtained verdicts and settlements totaling over $500,000,000.00 in the last ten years.

8.      A representative sample of our firm's recent class action matters include the following:

a.      **The Mercedes-Benz SUV Class Action**.  Our firm served as lead counsel representing a nationwide class of consumers against Mercedes-Benz for failing to disclose a design defect in its seat heaters (in certain SUV models) that could cause the seat heater to overheat, smoke and burn a hole through the seat while the driver was operating the vehicle.  This Court approved a class action settlement in that matter with a total value of over $85 million.

b.      **Wall v. Hewlett-Packard.**   Our firm served as the lead lawyers representing a class of California employees against Hewlett-Packard ("HP") for failing to pay sales commissions on a timely basis in accordance with California law, including alleged violations of Labor Code §§ 201, 202 and 203.  We litigated the case with Franklin D. Azar & Associates, APC our co-counsel in the present matter.  The Court granted class certification over the opposition of HP.  After nearly a decade of litigation, the case settled a few weeks before trial.  The settlement included a $25 million settlement

fund, $75 million in technological investments to ensure the timely processing of sales commissions and a multi-million-dollar PAGA penalty to the State of California.

c. **Ybarra v. Supplemental Income Trust Fund.**  Our firm served as lead counsel in a nationwide ERISA class action involving one of the largest multi-employer 401(k) plans in the United States.  We litigated the case with Franklin D. Azar & Associates, APC, our co-counsel in the present matter.  This was the first "excessive fee" case brought against a multi-employer 401(k) plan.  This Court approved a nationwide class action settlement in that matter for the full policy limits of $8.75 million, along with corrective measures to prevent excessive fees in the future.

d. **Birbrower v. Quorn Foods.**  Our firm served as lead counsel representing a nationwide class of consumers against Quorn Foods, Inc., a manufacturer of vegetarian and vegan food products.  The case involved claims that Quorn misleadingly advertised the main ingredient in its products (mycoprotein) as being "like a mushroom, truffle or morel" when the ingredient was actually fermented mold.  The case was filed after a child with severe mold allergies died after consuming the product. The case settled with Quorn agreeing to provide 4 years-worth of full refunds to consumers and to prominently disclose on its packaging that Quorn products contain mold.

e. **Rubin-Knudsen v. Arthur J. Gallagher & Co.**  Our firm served as lead counsel in a California class action against Gallagher for misclassifying its Client Service Managers as exempt from federal and state overtime laws.  The case settled for $8 million, along with a PAGA penalty to the State of California.

f. **The Anthony Pellicano Wiretapping Litigation.**  Our firm served as lead counsel representing AT&T in a putative class action and 18 individual lawsuits in state and federal court concerning the wiretapping scheme perpetrated by convicted private investigator Anthony Pellicano.  On behalf of AT&T, we defeated 12 of the individual lawsuits via dispositive motions and secured favorable settlements in the proposed class action and remaining individual lawsuits.

9.     A representative sample of my cases prior to forming FSS include the following:

a.     **The Eden Memorial Park Cemetery Class Action**.  I was one of the lead lawyers representing over 25,000 families in a certified class action against Service Corporation International ("SCI") – the largest owner and operator of cemeteries in the United States.  Mr. Sims also represented the class in this matter.  The case involved a Jewish cemetery in Los Angeles where employees were ordered to break burial vaults in neighboring graves in order to make new graves fit.  The certified claims were based on the theory that SCI had a duty to disclose this practice to families prior to purchase, and its failure to do so constituted fraud and a violation of the Consumer Legal Remedies Act (the "CLRA") and California Business & Professions Code section 17200 et. seq. (the "UCL").  The case was featured on 60 Minutes and CNN.  The case settled in the fourth week of a class action jury trial for $80.5 million.

b.     **The LA Fitness Class Actions.**  I served as lead counsel representing LA Fitness in a number of class actions across the country, including a nationwide class action in Pennsylvania.   The cases involved various challenges to LA Fitness' membership terms and billing and cancellation practices, including claims for fraud and violation of consumer protection statutes.  Based on a favorable ruling we obtained on behalf of LA Fitness, the class action was named one of the 10 most significant cases of 2012. ([www.classactioncounermeasures.com_the-ten-most-significant-cases-of-2012](www.classactioncounermeasures.com_the-ten-most-significant-cases-of-2012).)

c.     **The GE Healthcare EBT Scanner Litigation**.  I served as lead counsel representing GE Healthcare in a number of consumer actions across the country relating to claims that GE Healthcare fraudulently failed to disclose its plans to stop supporting electron beam medical scanning devices.  I obtained judgments in GE Healthcare's favor in all of the cases, including a defense verdict after a three-month jury trial in Santa Barbara, California.

10.    The partners at FSS have extensive experience in handling class actions and complex litigation.  FSS, along with our co-counsel Frank D. Azar & Associates, APC

("FDA") and Levin Sedran & Berman ("LSB"), have been and are committed to vigorously prosecuting these claims on behalf of the proposed Class and have the financial resources and personnel to do so.

## THE LAWSUIT

11.     This lawsuit was filed on February 27, 2018.  (Dkt. 1.)  The case concerns Wells Fargo's practice of not refunding unearned GAP fees after a customer pays off their Finance Agreement before the original maturity date (an "Early Payoff").  Wells Fargo contends it is not responsible for issuing these refunds, and customers are required to seek the refunds from the original auto dealerships that sold them their vehicles (the "Dealers") or the third-party administrators identified in their GAP Agreements (the "GAP Administrators").  Plaintiffs contend that Wells Fargo has a contractual obligation to issue the refunds as the assignee of the GAP Agreements.  Plaintiffs also contend that at least thirteen (13) States have statutes requiring Wells Fargo to automatically issue the refunds after an Early Payoff (the "State Refund Laws").  A list of the relevant statutes is attached as **Exhibit 2.**

12.     This case has been hotly contested by the Parties over the last three-plus years of litigation. We engaged in substantial discovery including, but not limited to:

        a.      Reviewing and analyzing over a million pages of documents and electronic records produced by Wells Fargo throughout the litigation, including document productions on the following dates: December 3, 2018, March 28, 2019, April 16, 2018, May 7, 2019, June 10, 2019, June 27, 2019, August 6, 2019, September 10, 2019, October 21, 2019, October 25, 2019, November 4, 2019, December 18, 2019, January 24, 2020, February 17, 2020, June 23, 2020, June 26, 2020, July 15, 2020, July 17, 2020, July 23, 2020, August 25, 2020, September 29, 2020, December 1, 2020, and December 10, 2020;

        b.      Reviewing and analyzing data for over 1.8 million Wells Fargo customers with GAP Agreements who paid off their finance agreements early during the time period August 31, 2012 through September 15, 2018;

**FRANK DECLARATION IN SUPPORT OF MOTION FOR ATTORNEYS' FEES, COSTS & INCENTIVE AWARDS**

c.     Subpoenaing and reviewing thousands of pages of documents from third-party Dealers and GAP Administrators;

d.     Subpoenaing and reviewing hundreds of pages of documents produced by Wells Fargo to government agencies, including defeating a motion for a protective order filed in Pennsylvania by Wells Fargo concerning those documents;

e.     Taking eight (8) depositions of various witnesses across the country, including Wells Fargo management, GAP Administrators and Dealers;

f.     Defending a Class Representative deposition (James Atkins) and preparing other Class Representatives for their depositions;

g.     Contacting and interviewing hundreds of Wells Fargo customers as part of a Court sanctioned sampling project;

h.     Responding to 143 special interrogatories (not including subparts) and 306 requests for admissions;

i.     Serving and compelling responses from Wells Fargo to 227 special interrogatories and 862 requests for admissions;

j.     Working with Congressional Representatives and Attorney Generals throughout the United States investigating Wells Fargo about it practices concerning GAP; and

k.     Reviewing and analyzing thousands of GAP form contracts to demonstrate uniformity amongst the agreements and the ability to manage differences in a class action setting.

13.     As the docket reflects, the Parties also engaged in substantial motion practice before Magistrate Judge Michael R. Wilner concerning discovery issues and contacts with putative class members.  (See, e.g. Dkt. 57-63, 86-87, 109-110, 115-116, 128-130, 132-134, 137-138, 142, 147-149, 151-152, 156-157, 159, 171, 177-178.)

14.     The Parties also engaged in important motion practice before this Court, including Wells Fargo's motion to dismiss, Wells Fargo's motion to strike the nationwide class allegations, Wells Fargo's motion to compel arbitration and Plaintiffs' request for a

"Bellwether Class" procedure. The legal issues in this case have been extensively briefed by the Parties. The Court's rulings on Wells Fargo's motions and Plaintiffs' request for a "Bellwether Class" procedure provided the Parties with specific guidance regarding the strengths and weaknesses of their claims and defenses.

15.     On September 1, 2020, the Court granted in part and denied in part Wells Fargo's motion to dismiss the operative First Amended Complaint ("FAC"), with leave to amend and denied Wells Fargo's motion to strike the nationwide class allegations. (Dkt. 179.) After those rulings, Plaintiffs conducted additional discovery to address the issues raised in the Court's rulings. Most notably, Plaintiffs took the depositions of the GAP Administrators who drafted the GAP Agreements for two of the named plaintiffs whose claims were dismissed with leave to amend (Gretta Carter and James Atkins). Plaintiffs' counsel believes those depositions provided facts supporting their disproportionate forfeiture theories (one of the bases upon which the Court granted leave to amend) and provided grounds for the Court to revisit its previous rulings when it considered Plaintiffs' Second Amended Complaint.

### HISTORY OF THE SETTLEMENT NEGOTIATIONS

16.     On or about November 27, 2018, counsel for the Parties and a client representative for Wells Fargo met in Orange County, California for a pre-mediation settlement conference. After the conference, the Parties agreed it made sense to try to resolve Plaintiffs' claims and exchanged relevant documents and information to facilitate those settlement discussions.

17.     On January 23, 2019, the Parties attended a full-day mediation session before the Honorable Louis Meisinger (Ret.) at Signature Resolution on January 23, 2019. The Parties were unable to reach a settlement of the case.

18.     On June 17, 2020, after Plaintiffs filed their First Amended Complaint, the Parties attended a second mediation session before the Honorable Andrew J. Guilford (Ret.). Judge Guilford previously presided over this matter before his retirement from the federal bench in February 2020, so he was particularly familiar with the issues in the

case.  Unfortunately, after a full-day session, the Parties were, once again, unable to reach a resolution of this lawsuit.

19.    On December 11, 2020, the Parties attended a third mediation session before Judge Guilford.  The third mediation was successful and resulted in the Parties executing a Term Sheet for a Tentative Nationwide Class Action Settlement.  The Parties thereafter negotiated various details of the Settlement.

20.    On May 6, 2021, after reaching an agreement on all material terms for the Settlement Class and Statutory Subclass, the Parties attended a fourth mediation session before Judge Guilford.   During that session, Judge Guilford heard evidence and arguments regarding an appropriate award of attorney's fees, costs and service awards. Judge Guilford recommended that an appropriate fee award in this matter is $23,100,000 and that an appropriate Service Award is $7,500 for each Class Representative, with the express understanding that this Court has the sole authority to make those determinations. The Parties accepted Judge Guilford's recommendations.  Accordingly, Wells Fargo has agreed it will not oppose an application for fees in the amount of $23.1 million and Service Awards for each of the fifteen (15) Class Representatives in the amount of $7,500 each.

## THE SETTLEMENT

21.    A true and correct copy of the Settlement is attached as **Exhibit 1**.  As noted above, the Settlement was reached after extensive and well-informed arms-length negotiations between the Parties, who are represented by highly experienced counsel, and with the substantial assistance of Judge Guilford.  There are not any other agreements besides the Settlement.

22.    **Settlement Class Definition.**  The Settlement Class (also referred to as the "Class") includes all persons in the United States (a) who entered into Finance Agreements with GAP Agreements that were assigned to Wells Fargo, (b) whose Finance Agreements were terminated as the result of an Early Payoff which occurred during the Class Period, and (c) who did not receive a GAP Refund.  The Class also includes the

members of the Statutory Subclass (defined below).  The Class Period is different depending on the State where the individual Class Member entered into their Finance Agreement and is based on the State's applicable statute of limitations for breach of contract claims.  A list of the Class Periods by State is attached as Exhibit B to the Settlement.

23.  **Statutory Subclass Definition.**  The Statutory Subclass includes all persons (a) who entered into Finance Agreements with GAP Agreements that were assigned to Wells Fargo; (b) whose Finance Agreements were subject to State Refund Laws; (c) whose Finance Agreements terminated as the result of an Early Payoff that occurred during the Statutory Subclass Period; and (d) who did not receive a GAP Refund from Wells Fargo, or for whom Wells Fargo did not receive written confirmation from a Dealer or GAP Administrator that the GAP Refund was paid.

24.  **State Refund Laws.**  The term "State Refund Laws" refers to the laws in at least 13 States that require indirect auto lenders to take certain steps to ensure that a GAP Refund is paid after an Early Payoff.  For purposes of the Settlement only, the Parties have agreed that there were 13 States that had State Refund Laws that applied to the Class and which were in effect during the Class Period.  A list of the States and time periods is attached as Exhibit E to the Settlement.  The relevant statutes and regulations are attached as **Exhibit 2**.

25.  **Settlement Benefits.**  The Settlement provides for the following benefits in exchange for the Release:

a.  **Future GAP Refunds & Business Practice Change**.  No later than January 1, 2022, Wells Fargo will implement processes to directly provide to customers, on a go-forward basis, Early Payoff GAP Refunds within a reasonable time after receipt of an Early Payoff so long as (1) the customer purchased GAP from a Dealer at the time they entered into their Finance Agreement; (2) the customer's Finance Agreement was assigned to Wells Fargo; (3) Wells Fargo received the Early Payoff from the customer; (4) the customer's GAP Agreement provides for an Early Payoff GAP Refund in the

event of an Early Payoff; and (5) the customer has not previously received a GAP Refund. (Settlement, § III.A.)  Customers who meet these criteria will not be required to take any action other than completing an Early Payoff to receive an Early Payoff GAP Refund. (Id.)  This obligation will continue until at least January 1, 2026.  (Id.)  Based on a review of Wells Fargo's records, Plaintiffs' expert estimates that Wells Fargo will pay out approximately **$417,029,964** in refunds during this four-year period, which Wells Fargo otherwise would not have paid out absent this Settlement.  (Declaration of L. Scott Baggett ("Baggett Decl."), ¶¶ 16, 26-27.)  He further estimates that approximately **$23.5 million** ($23,467,310) of these future refunds will go to existing Class Members.  (Id., ¶ 16, 36.)

       b.    **Past GAP Refunds to Statutory Subclass Members**.  Each member of the Statutory Subclass has received or will receive a settlement payment equal to their full GAP Refund (without any deduction for cancellation fees), plus compensation for the loss of use of these funds based on the one-year constant U.S. maturity treasury rate, compounded annually from the date of the Early Payoff.  (Settlement, § III.D.)  Wells Fargo did not begin making these payments until February 22, 2019, approximately one year after the filing of this Action.  (Id.)  As part of the Settlement, Wells Fargo represents and warrants that it has paid **$33,357,920** collectively the Statutory Subclass Members between February 22, 2019 and March 31, 2021 to approximately 105,274 individuals. (Id.)  This works out to an average individual refund amount of approximately $316.87. To the extent any members of the Statutory Subclass have not yet received their GAP Refund, Wells Fargo represents and warrants that it will directly pay those members their GAP Refund plus compensation for the loss of use of these funds pursuant to the terms of the Settlement.  (Settlement, § III.D.)  These amounts will be paid or have been paid separate and apart from the Supplemental Settlement Fund (described below) and will not in any way reduce that fund.  (Id.)

       c.    **Additional Compensation Payments to the Statutory Subclass.**  In addition to the payments described above, each member of the Statutory Subclass will

receive an "Additional Compensation" payment of up to $5.00.  (Settlement, § III.C.2.)
The Additional Compensation payments will come out of the Supplemental Settlement
Fund (described below) and will be directly mailed to the members of the Statutory
Subclass without any need for submitting a Claim.

      d.    **Past GAP Refunds to Non-Statutory Subclass Members**.  Class
Members whose Finance Agreements were not governed by the State Refund Laws (the
"Non-Statutory Subclass Members") who submit a Claim Form verifying that they did
not previously receive a GAP Refund from a Dealer or GAP Administrator will be
eligible to a receive a settlement payment up to the full amount of their Early Payoff GAP
Refund without any deduction for cancellation fees (an "Approved Claim").  (Settlement,
§ III.C.1.)  Depending on the number of Approved Claims, the amount of the individual
settlement payments may be reduced on a pro rata basis pursuant to the Operation of the
Net Settlement Fund (discussed below).

      e.    **Supplemental Settlement Fund.**  Wells Fargo will establish a
Supplemental Settlement Fund totaling **$45,000,000** to pay for: (1) Approved Claims for
GAP Refunds to Non-Statutory Subclass Members; (2) the $5.00 Additional
Compensation payments to the Statutory Subclass; (3) the Fee and Expenses Awards
approved by the Court; and (4) any Service Awards approved by the Court.  (Settlement,
§ III.B.)  This fund is non-reversionary.  (Id.)

      f.    **Operation of the Net Supplemental Settlement Fund.**  The Net
Supplemental Settlement Fund is the amount of money that remains in the Supplemental
Settlement Fund after the deduction of any Fee and Expense Awards and Service Awards
approved by the Court. (Settlement, § III.C.5.)  If the amount of the Net Supplemental
Settlement Fund is not sufficient to fully cover the cost of (i) the Approved Claims to
Non-Statutory Subclass Members and (ii) the $5.00 Additional Compensation payments
to the Statutory Subclass, then those amounts will be reduced on a prorated basis to
account for the difference.  (Id.)  Each Class Member's individual payment from the Net
Supplemental Settlement Fund will be reduced by the same percentage.  (Id.)  For

example, if the collective total of these items is 10% greater than the Net Supplemental Settlement Fund, then each Class Member's individual payment from the Supplemental Settlement Fund will be reduced by 10%.  NOTE: Per the terms of the Settlement, the Parties agreed that this provision will not reduce the refund payments owed to the Statutory Subclass Members (described above), and will only potentially reduce their Additional Compensation payments, due to the fact those members have stronger claims based on the State Refund Laws.

       g.    **Notice and Administrative Costs.**  Wells Fargo will separately pay for all Notice and Administrative Costs, including sending a copy of the Notice of Settlement, by first-class mail, to over 2.69 million Wells Fargo customers.  (Settlement, § III.E..)  Based on the information provided to me by the Claims Administrator, Gretchen Eoff, I estimate that the total notice and administrative costs will be over **$4 million**.  These costs will be in addition to the amounts deposited in the Supplemental Settlement Fund and will not in any way reduce that fund.  (Settlement, § III.E.)

26.    In total, the Settlement provides for over **$500 million** in benefits to Wells Fargo's customers, including (a) over $417 million in future Early GAP Refunds; (b) over $33.36 million in Early Payoff GAP Refunds to the Statutory Subclass; (c) $45 million in the Supplemental Settlement Fund; and (d) approximately $4 million in notice and administrative costs ($417 million + $78.36 million + $4 million = $499.36 million).  If you look at just the amounts that will go to existing Class Members, it will be approximately **$106 million** ($23.47 million in future refunds + 78.36 million + $4 million = $105,825,230).

27.    **Release.**  In exchange for the above consideration, each member of the Class and Statutory Subclass who does not Request Exclusion from the Settlement will release Wells Fargo and the Class Releasees from any and all past and present claims, counterclaims, lawsuits, set-offs, costs, losses, rights, demands, charges, complaints, actions, causes of action, obligations, or liabilities of any and every kind, whether class, individual, or otherwise in nature, including, without limitation, those known or unknown

or capable of being known; those which are unknown but might be discovered or discoverable based upon facts other than or different from those facts known or believed at this time; those which are foreseen or unforeseen, suspected or unsuspected, asserted or unasserted, and/or contingent or non-contingent; and those which are accrued, unaccrued, matured or not matured, under the laws of any jurisdiction, which they, whether directly, representatively, derivatively, or in any other capacity, ever had, now have, or hereafter can, shall, or may have, arising from or relating in any way to the Class Member's entitlement to an Early Payoff GAP Refund for an Early Payoff that occurred during the Class Period (the "Class Released Claims").  (Settlement, **§** II.A.)

28.    **The Class Releasees.**  The Class Releasees include Wells Fargo and each of their former, present, or future agents, insurers, predecessors, successors, subsidiaries, parent company(ies), affiliates, officers, directors, and employees and attorneys. Notwithstanding the foregoing, the Class Releasees do not include any Dealers or GAP Administrators, including without limitation, those identified in the Class Members' GAP Waiver Agreements or the Finance Agreements. (Settlement, **§** II.A.)

29.    **Fee, Expense & Service Awards.**  As part of the Settlement, Wells Fargo has agreed that it will not oppose an application for attorney fees up to $23,100,000.00, expenses up to $500,000.00 and Service Awards to each of the 15 Class Representatives in the amount of $7,500.00 each.  (Settlement, § VI.A., E.)

30.    **Settlement Administrator.**    The Parties have selected JND Legal Administration ("JND") to serve as the Settlement Administrator, who was approved by this Court as part of the Preliminary Approval Order.

## FACTS SUPPORTING MOTION

31.    As established herein and in the accompanying declaration of Franklin D. Azar and Charles E. Schaffer, Class Counsel have extensive experience in handling consumer class actions and complex business litigation.  Our firms have been vigorously prosecuting this lawsuit on behalf of the proposed Class.

32. Based on my experience, it is my opinion that the Settlement provides an outstanding result for the Class and Wells Fargo's customers.

33. Under the terms of the Settlement, the Statutory Subclass Members have received or will be receiving directly from Wells Fargo the maximum amount of damages they could realistically obtain if they prevailed on the claims asserted in this Action, plus compensation for the loss of use of their funds and an additional payment of up to $5.00. This is essentially a complete win for the Statutory Subclass Members.

34. The Non-Statutory Subclass Members are eligible to receive up to the full amount of their Early Payoff GAP Refund, without any deduction for cancellation fees, subject to a prorated reduction depending on the number of Approved Claims. (Supra, ¶ 25(f).) This is a significant achievement for these Class Members, especially considering (a) they were unable to rely on State Refund Laws as a basis for their refunds, (b) they were subject to Wells Fargo's defense that they did not strictly comply with the GAP Agreements' written notice prerequisites; and (c) they were subject to Wells Fargo's argument that Wells Fargo did not assume the contractual obligation to issue the refund. In addition, a number of these Class Members were subject to arbitration agreements with class action waivers. Given the small amount of the individual refunds, it is unlikely any of these Class Members could have pursued an individual arbitration because the cost of litigation would far surpass the amount in dispute.

35. On top of the compensation for past refunds, the Settlement requires Wells Fargo to automatically issue GAP refunds after an early on a go-forward basis in all 50 States. In my view, this Business Practice Change is the most important achievement in the Settlement that will likely set a new standard for the GAP industry. As a result of this Settlement, Plaintiffs' expert, Dr. L. Scott Bagget, estimates that Wells Fargo will be paying out approximately **$417 million** in future GAP Refunds during the four-year period provided by the Settlement that would not have been otherwise paid by Wells Fargo. (Baggett Decl., ¶¶ 16, 26-27.) He further conservatively estimates that approximately **$23.5 million** of these refunds will be paid to current Class Members. (Id.,

¶ 37.)  Wells Fargo will be essentially waiving its argument that it does not have the contractual obligation to issue the refund or that customers must provide a written request as a prerequisite for a refund, at least for a four-year period.  Obtaining this business practice change was one of the primary goals of this lawsuit.  While the change is not permanent under the terms of the Settlement, Class Counsel hopes and believes that the four-year period will demonstrate to Wells Fargo that it should adopt this change on a permanent basis.

36.     Class Counsel are well informed about the strengths and weaknesses of this Action, and the risks and benefits of further litigation.  As noted above, the Parties have engaged in extensive discovery over the last three-plus years of litigation.  The Parties also have the benefit of the Court's ruling on key legal issues in connection with Wells Fargo's motion to dismiss and motion to compel arbitration.

37.     Class Counsel believe the benefits of this Settlement far outweigh the risks of further litigation for at least the following reasons:

a.     First, this was the first case in the nation to claim that the assignee financial institution is the party required to provide the refund of unearned GAP fees after an early payoff.  While Class Counsel believe Plaintiffs have strong claims, we recognize there are significant risks the Court or trier of fact could conclude that (a) Wells Fargo did not take over the obligation to issue the GAP refund after the assignment of the GAP Agreement and/or (b) customers did not strictly comply with the GAP Agreement's written notice requirements.  This case involved complex legal issues concerning, *inter alia*, assignment law, the FTC's "Holder Rule," the Truth-In-Lending-Act, the bank examiner privilege, the condition precedent defense, the disproportionate forfeiture doctrine, and arbitration.  Further, while Class Counsel believe the State Refund Laws should be interpreted to require Wells Fargo to automatically issue GAP Refunds after an Early Payoff, Class Counsel recognize the interpretation of these laws will, in most instances, present an issue of first impression and there are no guarantees that Plaintiffs' view will prevail.

b.      Second, those Class Members whose Finance Agreements are subject to arbitration provisions with class action waivers will not have any economically feasible means to pursue their claims, because the cost of an individual arbitration and retaining counsel will greatly exceed the amount of their individual refunds (which will typically amount to a few hundred dollars).

c.      Third, Class Counsel are mindful of the challenges in certifying a nationwide class action.  While courts will often certify breach of contract claims on a nationwide basis where, as here, Class Members were subject to a uniform practice by a bank, there is a material risk that Wells Fargo's arguments against class certification could prevail or present a risk of decertification in the future.  For example, this case involved substantial briefing regarding novel approaches to class management – such as the "Bellwether Class Procedure" – to efficiently manage the differences in the various GAP forms and the millions of customers affected by Wells Fargo's policies

d.      Fourth, while this case has been heavily litigated for over three years, the case is still at the pleading stage.  Absent a Settlement, there would likely be another round of motion to dismiss briefing, plus class certification briefing, summary judgment briefing and a trial in the future.  Consequently, this litigation would likely take at least two years before a final resolution was reached in this matter, not including the time for appeal.

e.      Fifth, this has been, and will continue to be, expensive litigation against a well-funded opponent.  Wells Fargo is represented by two highly regarded national law firms in McGuire Woods, LLP and Troutman Pepper Hamilton Sanders, LLP.  To date, Class Counsel has already incurred over $10,856,680 in legal fees and $260,982.42 in expenses as discussed further below.  Given that this case is still at the pleading stage, the costs of proceeding in this litigation are far outweighed by the benefits of this Settlement.

38.     Based on an assessment of these factors, I and the rest of Class Counsel believe the proposed Settlement is in the best interests of the Class and strongly

1  recommend approval.

2      39.    As established above, Class Counsel incurred significant risks in litigating

3  this matter with a far from certain outcome.  We handled this case on a full contingency

4  basis with the risk that we would receive nothing for our time and expense if Wells Fargo

5  prevailed.  Our rates cited below do not reflect the contingency risk.  In addition, due to

6  the enormous time commitment this case required, my firm had to forgo other work during

7  the last three-plus years.  We are a small firm and, thus, we must be selective with our

8  cases.  We felt this case was important and dedicated our time to securing a favorable

9  outcome.

10  ### CLASS COUNSELS' FEES AND COSTS

11      40.    My firm (FSS) maintains contemporaneous time records and bills in a tenth

12  of an hour.  As of September 21, 2021, my firm (FSS) has spent over 4,780.05 hours

13  working on this matter for a total lodestar value of $4,393,922.50.  Our current hourly

14  rates are as follows: Jason Frank ($950), Andrew Stolper ($950), Scott Sims ($900) and

15  Maritza Nowowiejski ($400).  Our rates have been approved by Courts as "fair and

16  reasonable" and "commensurate with the prevailing market rates in Southern California"

17  for "lawyers of reasonably comparable skill, experience and reputation."[1]  My firm's

18  detailed time records are attached as **Exhibit 3**.

19      41.    As set forth in the Declarations of my co-counsel, Franklin D. Azar and

20  Charles E. Schaffer, the Azar Firm spent over 10,963.4 hours on this case for a total

21  lodestar of approximately $4,995,522.50 and the LSB Firm spent over 1968.15 hours on

22  this case for a total lodestar of approximately $1,467,235.00.

23      42.    Collectively, Class Counsel has spent over 17,711.60 hours on this case for

24  a total lodestar of approximately $10,856,680.  Class Counsel's lodestar in this case

25  amounts to a blended rate of approximately $613 per hour.  This is within the reasonable

26  [1] In March 2018, this Court found that our firm's previous partner rates – which at the

27  time were "between $900 and $850 per hour" – were "reasonable and commensurate with
prevailing market rates in Southern California."  Callaway v. Merecedes Benz-USA,
LLC., Case No. 8:14-cv-02011-JVS-DFM, Dkt. 233-1, pp. 14-15.  We have subsequently

28  raised our rates by $50 since those rates were approved three-years ago to reflect current
market rates for lawyers of similar experience, skill and expertise in Southern California.

18

range of blended rates in "complex, high stakes litigation" in Northern and Southern California.  See, e.g., Perez v. Rash Curtis & Assocs., 2020 WL 1904533, at *20 (N.D. Cal. Apr. 17, 2020) (collecting cases and finding that a blended rate of $634.48 is within a reasonable range for rates charged in California for "complex, high-stakes, litigation.").

43.     FSS has incurred approximately $58,696.99 in expenses to date.  A summary of my firm's expenses is attached as **Exhibit 4**.

44.     Collectively, Class Counsel has incurred at least **$260,982.42** in expenses to date on this matter.

45.     Class Counsel is requesting an award of attorneys' fees in the amount of $23,100,000.  This request is based on the recommendations of Judge Guilford discussed above.  This is less than 4.6% of the total benefits provided by the Settlement and 21.8% of the benefits going directly to Class Members.  This award would result in a lodestar multiplier of less than 2.13 (2.127).  Below are charts summarizing Class Counsel's fees, costs and the relevant information for a percentage of the benefit and lodestar analysis.

| Firm | Hours | Lodestar | Expenses |
|------|-------|----------|----------|
| FSS | 4,780.05 | $4,393,922.50 | $58,696.99 |
| Azar | 10,963.40 | $4,995,522.50 | $189,633.10 |
| LSB | 1,968.15 | $1,467,235.00 | $12,652.33 |
| **TOTAL** | **17,711.60** | **$10,856,680.00** | **$260,982.42** |

| Summary | Amount |
|---------|--------|
| **Blended Rate** | $612.97 |
| **Fee Request** | $23,100,000 |
| **Lodestar** | $10,856,680 |
| **Lodestar Multiplier** | 2.13 |

| Settlement Value | Total Paid to Class & Wells Fargo Customers | Total Paid to Class |
|------------------|---------------------------------------------|---------------------|
| - Business Practice Change | $417,029,964 | $23,467,310 |
| - Statutory Subclass | $33,357,920 | $33,357,920 |
| - Supplemental Settlement Fund | $45,000,000 | $45,000,000 |
| - Notice & Administrative Costs | $4,000,000 | $4,000,000 |
| **TOTAL** | **$499,387,884** | **$105,825,230** |
| **Fee Percentage ($23.1 million)** | **4.6%** | **21.8%** |

19

## THE CLASS REPRESENTATIVE INCENTIVE AWARDS

46.     The Class Representatives have actively participated in and monitored this Action as more fully described in the Azar Declaration and Compendium of Plaintiffs' Declarations.   As noted above, each of the Class Representatives had to respond to voluminous written discovery and one of the Class Representatives James Atkins was deposed for a full day.   Wells Fargo had scheduled and rescheduled other Class Representative depositions, but ultimately did not take them before settling the case.  My co-counsel nevertheless worked with various Class Representatives to prepare for their depositions.   The Class Representatives have also received regular reports from Class Counsel concerning the status of the case, reviewed key pleadings and assisted counsel in the litigation of the Action on behalf of the proposed Class.

47.     This case has garnered significant Congressional and media attention.  Wells Fargo former C.E.O., Charles Scharf, was examined about this lawsuit by Representatives Katie Porter and Ed Perlmutter at a congressional hearing on March 10, 2020, as referenced in Paragraph 2 of the FAC.   Video excerpts of this examination were widely shared on social media and viewed over 1.1 million times according to YouTube.

48.     The Class Representatives' involvement in this matter was key to obtaining the substantial benefits of the Settlement.   As noted above, one of the primary challenges of this case concerned whether the differences in the language in the various GAP forms could be manageably litigated in a nationwide class action setting.   As a "Plan B," Class Counsel was prepared to litigate mini-class actions limited to each Plaintiff's GAP form, as well as individual arbitrations when compelled to do so, to establish that each of these forms required Wells Fargo to issue the GAP refund.   In order to present a credible threat to Wells Fargo, and in order to have a wide variety of representative GAP forms from different States, it was critical to have each of the Plaintiffs actively participate in this lawsuit.   I believe that the credibility of this threat was one of the primary reasons Wells Fargo entered into the Settlement and agreed to the Business Practice Change for all 50

States, even after obtaining a number of favorable rulings in connection with its motion to dismiss and motion to compel arbitration.

49.    The Class Representatives are not receiving any personal benefits from this Action that are not otherwise being provided to the rest of the Class as part of the Settlement.  As indicated in Paragraph 31 of the FAC, the individual refund amounts owed to the Class Representatives are relatively small (an average of $321.)  Thus, there was no compelling financial incentive for the Class Representatives to dedicate their time and effort to this case.  Without waiving any attorney-client privilege, every Class Representative I communicated with was more interested in changing Wells Fargo's refund practices on a go-forward basis than they were in their own financial compensation.  I think their dedication to their fellow Class Members and future Wells Fargo customers should be commended, and an incentive award of $7,500 to each of the Class Representatives (which amount was recommended by Judge Guilford pursuant to the process described above) is well deserved.

50.    Awarding each of the fifteen Plaintiffs an incentive award of $7,500 will collectively add up to $112,500.  This is approximately 0.02% of the total benefits provided by the Settlement to Wells Fargo's customers ($499,387,884) and 0.1% of the benefits being provided to Class Members ($105,825,230).


I declare under penalty of perjury under the laws of the United States of America that the foregoing this true and correct.  Executed this 22nd day of September 2021 in Irvine, California.


_____
*/s/ Jason M. Frank*
JASON M. FRANK

Exhibit 1

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ARMANDO HERRERA, *et al.*

      Plaintiffs,

v.

WELLS FARGO BANK, N.A., *et al.*

      Defendants.

CASE NO. 8:18-cv-00332-JVS-MRW

**SETTLEMENT AGREEMENT**

*Honorable James V. Selna*

# TABLE OF CONTENTS

**Page**

DEFINITIONS.................................................................................................iv

SETTLEMENT AGREEMENT ...................................................................... 1

I.    PRELIMINARY APPROVAL ORDER, NOTICE ORDER AND
      SETTLEMENT HEARING ................................................................... 3

    A.    Reasonable Best Efforts to Effectuate This Settlement ......................... 3

    B.    Certification of Class and Appointment of Class Counsel ................... 4

    C.    Motion for Preliminary Approval ........................................................ 4

    D.    Proposed Form of Notice ..................................................................... 5

    E.    Motion for Final Approval and Entry of Final Judgment .................... 5

    F.    Stay Order ............................................................................................ 8

II.   RELEASES .......................................................................................... 8

    A.    Plaintiffs and Class Release of Wells Fargo ....................................... 8

        1.    No Future Actions Following Release........................................... 9

        2.    Covenant Not to Sue.................................................................... 9

        3.    Waiver of California Civil Code § 1542 and Similar Laws...... 10

        4.    Dismissal................................................................................... 11

III.  SETTLEMENT CONSIDERATION....................................................11

    A.    Business Practice Change ................................................................. 12

    B.    Settlement Fund ................................................................................ 12

    C.    Distribution of Settlement Fund........................................................ 12

        1.    Approved Claims for GAP Refunds to Non-Statutory
             Subclass Members ................................................................... 13

        2.    Additional Compensation to the Statutory Subclass ................ 14

        3.    Fee and Expense Awards.......................................................... 15

        4.    Service Awards......................................................................... 15

        5.    Operation of Net Settlement Fund............................................ 15

    D.    Refunds to the Statutory Subclass.................................................... 15

    E.    Administrative Costs ........................................................................ 16

    F.    Bankruptcy ....................................................................................... 16

i

G.  Agreement To Be Bound ........................................................ 16

H.  Disbursement of Unused Portions of the Settlement Fund ........ 16

I.  Uncashed Settlement Checks .................................................. 17

IV.  NOTICE AND ADMINISTRATION OF SETTLEMENT ....................... 17

A.  Administration Costs ............................................................. 17

B.  Claim Form ........................................................................... 17

C.  Notice .................................................................................. 17

D.  Time to Appeal ..................................................................... 18

E.  No Liability for Distribution of the Settlement Fund ............... 18

V.  DUTIES OF THE SETTLEMENT ADMINISTRATOR ........................... 18

VI.  SERVICE AWARDS, ATTORNEYS' FEES, AND
REIMBURSEMENT OF EXPENSES .................................................. 22

A.  Fee and Expense Application ................................................. 22

B.  Payment of Fee and Expense Award ....................................... 22

C.  Award of Attorneys' Fees and Expenses Shall Not Impact the
Effectiveness of this Agreement ............................................. 22

D.  No Liability for Attorneys' Fees and Expenses of Class Counsel ...... 23

E.  Plaintiffs' Service Award Application ...................................... 23

VII.  CONDITIONS OF SETTLEMENT AND EFFECT OF
DISAPPROVAL, CANCELLATION, OR TERMINATION ...................... 23

A.  Effective Date ....................................................................... 23

B.  Depositing Money into the Settlement Fund and Occurrence of
Effective Date ....................................................................... 24

C.  Failure of Effective Date to Occur ......................................... 25

D.  Requests for Exclusion/Opt-Outs ........................................... 25

E.  Objections ............................................................................ 26

F.  Termination .......................................................................... 27

G.  Other Orders ........................................................................ 28

VIII.  NO ADMISSION OF LIABILITY ..................................................... 28

A.  Final and Complete Resolution .............................................. 28

B.  Federal Rule of Evidence 408 ................................................ 28

ii

1   C.  Use of Agreement as Evidence ........................................................ 29

2   IX.  REPRESENTATIONS AND WARRANTIES ........................................... 29

3   X.  MISCELLANEOUS PROVISIONS .......................................................... 32

4       A.  Voluntary Settlement ............................................................... 32

5       B.  Subsequent Events Impacting Administration ............................... 32

6       C.  Claims in Connection with Administration ................................... 32

7       D.  Binding Effect ........................................................................ 32

8       E.  Authorization to Enter Settlement Agreement ............................. 32

9       F.  Notices .................................................................................. 33

10      G.  Confidentiality of Settlement Negotiations ................................. 33

11      H.  No Party Deemed to Be the Drafter ........................................... 34

12      I.  Choice of Law ........................................................................ 34

13      J.  Amendment; Waiver ............................................................... 34

14      K.  Execution in Counterparts ........................................................ 34

15      L.  Integrated Agreement ............................................................. 34

16      M.  Attorneys' Fees and Costs ........................................................ 35

17      N.  Return or Destruction of Confidential Materials ............................ 35

18      O.  Intended Beneficiaries ............................................................. 35

19      P.  Regular Course of Business ...................................................... 35

20      Q.  Tax Consequences .................................................................. 36

21      R.  Bankruptcy Proceedings .......................................................... 36

22      S.  No Conflict Intended; Headings ................................................. 36

23      T.  Class Member Obligations ........................................................ 36

24      U.  Press Release ......................................................................... 37

25      V.  Mediator's Declaration ............................................................ 37

26      W.  Further disputes ..................................................................... 37

iii

**DEFINITIONS**

As used in the Agreement, the following terms have the meanings specified below:

1. "Action" means *Herrera v. Wells Fargo*, Case No. 8:18-cv-003320-AG-MRW filed in the United States District Court for the Central District of California.

2. "Additional Compensation" means the payment that the Statutory Subclass Members will receive from the Settlement Fund in addition to an Early Payoff GAP Refund as set forth in Paragraph III.D. of the Agreement.

3. "Administrator" or "Settlement Administrator" means JND Legal Administration.

4. "Agreement" means this settlement agreement entered into by the Parties.

5. "Approved Claims" means an Eligible Class Member submitted a completed Claim Form for an Early Payoff GAP Refund.

6. "Claim Form" means the form that Non-Statutory Subclass Members will need to complete to submit a claim for an Early Payoff GAP Refund which will be provided to the Non-Statutory Subclass Members in substantially the same form and with substantially the same content as **Exhibit A**.

7. "Claim Form Deadline" means the date when the Non-Statutory Subclass Members must submit a completed Claim Form to the Settlement Administrator in accordance with the requirements set forth in Paragraph III.C.1.e. of the Agreement and which shall be sixty (60) days from the mailing of the Notice of Settlement.

8. "Class" or "Class Member(s)" means all persons in the United States (a) who entered into Finance Agreements with GAP Agreements that were assigned to Wells Fargo, (b) whose Finance Agreements terminated as the result of an Early Payoff that occurred during the Class Period, and (c) who did not receive a GAP Refund. The Class also includes the Statutory Subclass Members defined below.

iv

9.     "Class Counsel" shall refer to Andrew Stolper, Jason Frank and Scott Sims of Frank Sims & Stolper LLP, Franklin D. Azar of Franklin D. Azar & Associates P.C., and Charles E. Shaffer of Levin Sedran & Berman.

10.     "Class Notice" has the meaning set forth in Paragraph I.D. of the Agreement.

11.     "Class Period" means the beginning date specified in **Exhibit B** to this Agreement through the date of the Preliminary Approval of the Settlement.  The beginning date of the Class Period is based on the State of Origination of the Class Member's Finance Agreement.

12.     "Class Released Claims" has the meaning set forth in Paragraph II.A. of the Agreement.

13.     "Class Releasors" has the meaning set forth in Paragraph II.A. of the Agreement.

14.     "Class Releasees" has the meaning set forth in Paragraph II.A. of the Agreement.

15.     "Class Representatives" means Plaintiffs Armando Herrera, Dena Lucero, Frederick Brown, Vanity Arrington, Kashif Z. Awan, Gretta Carter, James Atkins, Ilka Robinson-Eaton, Janet Corpes, Terri Jones, Heidi Humphreys, Ria Marteins, Brian T. Sweeney, Nakecia M. Dean and Von Griffin.

16.     "Counsel for Wells Fargo" shall refer to William C. Mayberry and Joshua D. Davey of Troutman Pepper Hamilton Sanders LLP and David C. Powell and Alicia A. Baiardo of McGuireWoods LLP.

17.     "Court" shall refer to the United States District Court for the Central District of California.

18.     "Day" or "Days" has the meaning ascribed to it in Federal Rule of Civil Procedure 6, and all time periods specified in this Agreement shall be computed in a manner consistent with that rule.  All references to days shall be interpreted to mean calendar days, unless otherwise noted.

19. "Dealer" means an automobile dealership that assigned a Finance Agreement to Wells Fargo.

20. "Defendants" means Wells Fargo Bank, N.A. and Wells Fargo & Co.

21. "Early Payoff" means the payment in full of the Finance Agreement prior to its original scheduled maturity date.

22. "Early Payoff GAP Refund" means a GAP Refund which may be owed following cancellation or termination of a GAP Agreement due to an Early Payoff.

23. "Effective Date" means the first date by which all of the events and conditions specified in Section VII.A. of the Agreement have occurred and have been met.

24. "Eligible Class Member" means a Non-Statutory Subclass Member who returned a completed Claim Form.

25. "Exclusion/Objection Deadline" means the deadline for requesting exclusion from the Class or objecting to the Settlement, which shall be sixty (60) days from the date of the mailing of the Notice of Settlement.

26. "Execution Date" means the latest date associated with a signature on the fully executed Agreement as set forth on the Agreement's signature pages.

27. "Fee and Expense Application" means the application Class Counsel submits to the Court for an award of attorneys' fees and reimbursement of reasonable expenses incurred in connection with prosecuting the Action not to exceed the amount set forth in Paragraph VI.A. of the Agreement.

28. "Fee and Expense Award" means any amounts that are awarded by the Court in response to Class Counsel's Fee and Expense Application.

29. "Final" means, with respect to any order of the Court, including, without limitation, the Judgment, that such order represents a final and binding determination of all issues within its scope and is not subject to further review on appeal or otherwise. Without limitation, an order becomes "Final" when: (a) no appeal has been filed and the prescribed time for commencing any appeal has expired; or (b) an appeal

has been filed and either (i) the appeal has been dismissed and the prescribed time, if any, for commencing any further appeal has expired, or (ii) the order has been affirmed in its entirety and the prescribed time, if any, for commencing any further appeal has expired. For purposes of this Agreement, an "appeal" includes appeals as of right, discretionary appeals, interlocutory appeals, proceedings involving writs of certiorari or mandamus, and any other proceedings of like kind. Any appeal or other proceeding pertaining solely to any order issued with respect to an application for attorneys' fees and expenses consistent with this Agreement shall not in any way delay or preclude the Judgment from becoming Final.

30.     "Final Approval" has the meaning set forth in Paragraph I.E. of the Agreement.

31.     "Final Approval Order" has the meaning set forth in Paragraph I.E. of the Agreement.

32.     "Finance Agreement" means the retail installment sales contract or similar agreement entered into between a Class Member and Dealer for the purchase of a vehicle.

33.     "GAP" means Guaranteed Asset Protection and/or Guaranteed Auto Protection.

34.     "GAP Administrator" means the administrator identified in a GAP Agreement.

35.     "GAP Agreement" means the contractual agreement by which a Class Member purchased GAP from a Dealer.

36.     "GAP Refund" means the refund of all or part of the amount paid for GAP.

37.     "Judgment" means the order of judgment and dismissal of the Action with prejudice.

38. "Net Settlement Fund" means the amount that would remain in the Settlement Fund after deducting any Fee and Expense Award and Service Awards approved by the Court.

39. "Non-Statutory Subclass" means all Class Members who are not members of the Statutory Subclass.

40. "Notice of Settlement" means the written notice of the Settlement that will be provided to the Class in substantially the same form and with substantially the same content as **Exhibit C** and the similar written notice that will be provided to the Statutory Subclass in substantially the same form and with substantially the same content as **Exhibit D.**

41. "Notice Plan" has the meaning set forth in Paragraph I.D. of the Agreement concerning the proposed form of notice to the Class.

42. "Opt-Out" means a person who falls within the definition of the Class who has timely and validly elected to be excluded from the Class pursuant to the procedures set forth in Paragraph VII.D. of the Agreement. It does not include any person whose request for exclusion is challenged by Defendants and the challenge is not overruled by the Court or withdrawn by Defendants, any person whose communication is not treated as a request for exclusion, and/or any person whose request for exclusion is not valid or is otherwise void.

43. "Opt-Out List" is the list of Class Members who submit valid and timely Requests for Exclusion from the Class as set forth in Paragraph VII.D. of the Agreement.

44. "Plaintiffs" means the following named Plaintiffs in the operative First Amended Complaint in this Action: Armando Herrera, Dena Lucero, Frederick Brown, Vanity Arrington, Kashif Z. Awan, Gretta Carter, James Atkins, Ilka Robinson-Eaton, Janet Corpes, Terri Jones, Heidi Humphreys, Ria Marteins, Brian T. Sweeney, Nakecia M. Dean and Von Griffin.

45.   "Preliminary Approval" has the meaning set forth in Paragraph I.C. of the Agreement.

46.   "Preliminary Approval Order" has the meaning set forth in Paragraph I.C. of the Agreement.

47.   "Pro Rata Method."  The Settlement Administrator will determine the "used" percentage of GAP, and calculate the Early Payoff GAP Refund utilizing the "Pro Rata Method" which means the following: (a) dividing the number of days that the GAP product was in use (payoff date minus contract start date) by the total number of days in the original term of the Finance Agreement (scheduled expiration date minus contract start date); (b) subtracting that figure from 1 to yield the "unused" percentage, and (c) multiplying unused percentage of GAP by the amount the customer paid for GAP.  No cancellation fee shall be applied and/or included in the calculation.

48.   "Remaining Amounts" means any monies that remain in the Settlement Fund after the Settlement Administrator pays (a) Approved Claims for Refunds to Non-Statutory Subclass Members; (b) Additional Compensation to Statutory Subclass Members; (c) the Fee and Expense Awards approved by the Court and (d) the Service Awards approved by the Court.

49.   "Service Awards" means the amount awarded by the Court to Plaintiffs for their service as Class Representatives as described in Paragraph VI.E. of the Agreement.

50.   "Service Award Applications" has the meaning set forth in Paragraph VI.E. of the Agreement.

51.   "Settlement" means the settlement of the claims released by the Agreement.

52.   "Settlement Fund" means the $45 million that will be deposited by Well Fargo into an account administered by the Settlement Administrator to cover the amounts to be paid for (a) Approved Claims for Refunds to Non-Statutory Subclass

Members; (b) Additional Compensation to Statutory Subclass Members; (c) the Fee and Expense Awards approved by the Court and (d) the Service Awards approved by the Court.

53. "State of Origination" shall mean the State whose law governs the Finance Agreement, as determined by the data maintained by Wells Fargo.

54. "State Refund Laws" means those State laws that require indirect auto lenders to take certain actions to ensure that a customer receives a GAP Refund after an Early Payoff. For purposes of this Settlement only, the Parties agree that **Exhibit E** sets forth a list of the States with State Refund Laws that apply to the Class and the time periods those laws were in effect during the Class Period. This list will be used solely for the purpose of defining the members in the Statutory Subclass as part of this Settlement.

55. "Statutory Subclass" means those persons (a) who entered into Finance Agreements with GAP Agreements that were assigned to Wells Fargo, (b) whose Finance Agreements were subject to State Refund Laws, (c) whose Finance Agreements terminated as the result of an Early Payoff that occurred during the Statutory Subclass Period, and (d) who did not receive a GAP Refund from Wells Fargo, or for whom Wells Fargo did not receive written confirmation from a Dealer or GAP Administrator that the GAP Refund was paid.

56. "Statutory Subclass Compensation" has the meaning set forth in Paragraph III.C.2. of the Agreement.

57. "Statutory Subclass Period" means the State-specific beginning date specified in **Exhibit E** to this Agreement through the date of the Preliminary Approval of the Settlement.

58. "Term Sheet" means the Term Sheet agreed to by the Parties on or about December 11, 2020.

59. "TILA" shall mean the Truth in Lending Act.

60.     "Wells Fargo" means Wells Fargo Bank, N.A. and Wells Fargo & Co., including without limitation its operating divisions Wells Fargo Dealer Services and Wells Fargo Auto.

61.     As used in the Agreement, the plural of any defined terms includes the singular thereof and vice versa, except where the context requires otherwise.

# SETTLEMENT AGREEMENT

This Settlement Agreement (the "Agreement") is made and entered as of the Effective Date between Plaintiffs, both individually and on behalf of the Class, and Wells Fargo (each as defined below). This Agreement is intended by the Settling Parties to fully, finally, and forever resolve, discharge, and settle the claims described herein, upon the following terms and conditions.

WHEREAS, Plaintiffs are prosecuting the above captioned Action on their own behalf and on behalf of the proposed Class against Wells Fargo;

WHEREAS, Plaintiffs' First Amended Complaint alleged, among other things, that Wells Fargo failed to make Early Payoff GAP Refunds to Plaintiffs and the Class as required by their GAP Agreements;

WHEREAS, the First Amended Complaint asserted claims for breach of contract, violation of TILA, money had and received, violations of California's Consumer Legal Remedies Act and Unfair Competition Law, and declaratory relief (ECF No. 102);

WHEREAS, Wells Fargo moved to dismiss the First Amended Complaint (ECF No. 125), and the Court granted Wells Fargo's motion in part and denied it in part, with leave to amend (ECF No. 179);

WHEREAS, the Court determined that Plaintiff Eduardo Salcedo's claims were barred by the statute of limitations (ECF No. 179);

WHEREAS, Wells Fargo moved to strike the nationwide class allegations (ECF No. 126), which the Court denied (ECF No. 179);

WHEREAS, Wells Fargo also moved to compel arbitration as to the claims of certain named plaintiffs, which the Court granted (ECF No. 180);

WHEREAS, Wells Fargo denies each and all of the claims and allegations of wrongdoing made by Plaintiffs; denies that Defendants have violated any law or other duty; denies that Defendants have engaged in any wrongdoing or any other act or

omission that would give rise to liability or cause Plaintiffs' injuries, damages, or entitlement to any relief; denies that Defendants collected amounts paid for GAP; denies that Defendants breached the terms of any GAP Agreements or otherwise failed to provide Early Payoff GAP Refunds which were owed; would have asserted affirmative defenses to Plaintiffs' claims; and would contest certification of a non-settlement Rule 23(b)(3) damages class and/or a Rule 23(b)(1) or Rule 23(b)(2) declaratory and injunctive relief class if Plaintiffs sought to certify such classes; and state that Defendants are entering into this Agreement to avoid the further uncertainties, expense, inconvenience, delay, and distraction of burdensome and protracted litigation, and thereby to put to rest this controversy with respect to Plaintiffs and the Class and avoid the risks inherent in complex litigation;

WHEREAS, the Parties have engaged in substantial discovery concerning Plaintiffs' claims;

WHEREAS, Plaintiffs and Wells Fargo stipulate that the fact of this Agreement, any of the terms in this Agreement, any documents filed in support of this Agreement, or any statement made in the negotiation thereof shall not be deemed or construed to be an admission or evidence of (i) any violation of any statute or law, (ii) any liability or wrongdoing by Wells Fargo, (iii) liability on any claims or allegations, or (iv) the propriety of certifying a litigation class in any proceeding, and shall not be used by any Person for any purpose whatsoever in the Action (defined below) or any other legal proceeding, including but not limited to arbitrations, mediations, or subsequent litigations other than a proceeding to enforce the terms of this Agreement;

WHEREAS, Plaintiffs and Wells Fargo participated in three mediations in this case; the first on January 23, 2019 with the Hon. Louis Meisinger (Ret.), the second on June 17, 2020 with the Hon. Andrew Guilford (Ret.), and the third on December 11, 2020, also with Judge Guildford;

WHEREAS, Plaintiffs and Wells Fargo have agreed to the terms of this arm's-length Agreement, which embodies all of the terms and conditions of the Settlement between the Settling Parties, subject to the approval of the Court as provided below, and which is intended to supersede any and all prior agreements between the Settling Parties, including but not limited to the Term Sheet entered into by the Parties on December 11, 2020; and

WHEREAS, Plaintiffs and Class Counsel have concluded, after due investigation and after carefully considering the relevant circumstances, including, without limitation, the claims asserted in Plaintiffs' First Amended Complaint, the legal and factual defenses thereto and the applicable law, that it is in the best interests of Plaintiffs and the Class to enter into this Agreement to avoid the uncertainties of litigation and to assure that the benefits set forth below are obtained for Plaintiffs and the Class, and, further, that Class Counsel consider the Settlement set forth in this Agreement to be fair, reasonable, and adequate and in the best interests of Plaintiffs and the Class.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the Settling Parties, by and through their attorneys of record, that, subject to the approval of the Court, the Action and the Class Released Claims shall be finally and fully settled, compromised, and dismissed on the merits and with prejudice upon and subject to the terms and conditions of this Agreement, as follows:

## I.   PRELIMINARY APPROVAL ORDER, NOTICE ORDER AND SETTLEMENT HEARING

**A.     Reasonable Best Efforts to Effectuate This Settlement.** The Settling Parties: (a) acknowledge that it is their intent to consummate this Agreement; and (b) agree to cooperate to the extent reasonably necessary to effectuate and implement the terms and conditions of this Agreement and to exercise their best efforts to accomplish the terms and conditions of this Agreement.

**B.     Certification of Class and Appointment of Class Counsel.** For settlement purposes only, the Settling Parties agree to certification of the Class and Statutory Subclass pursuant to Fed. R. Civ. P. Rules 23(a) and 23(b)(3) and to the appointment of Andrew Stolper, Jason Frank and Scott Sims of Frank Sims & Stolper LLP, Franklin D. Azar of Franklin D. Azar & Associates P.C., and Charles E. Shaffer of Levin Sedran & Berman as Class Counsel for the Class and Statutory Subclass under Fed. R. Civ. P. 23(g). The Parties do not agree to, and Plaintiffs do not pursue, class certification pursuant to Fed. R. Civ. P. 23(b)(2).   The Settling Parties' stipulation to the certification of the Class and Statutory Subclass is for purposes of the Settlement set forth in this Agreement only.   Wells Fargo's agreement to certification of the Rule 23(b)(3) Class and Statutory Subclass is solely for the purpose of this Agreement and does not, and shall not, constitute, in this or any other proceeding, an admission by Wells Fargo of any kind or any determination that certification of a class for trial or other litigation purposes in the Action or any other separate action is, or would be, appropriate.   If the Settlement is not granted Final Approval or this Agreement is otherwise terminated or rendered null and void, the certification of the Class and Statutory Subclass shall be automatically vacated and shall not constitute evidence of or any determination that the requirements for certification of a class for trial or other litigation purposes in this Action or any other action are satisfied; in such circumstances, Wells Fargo reserves all rights to challenge certification of any class or subclass for trial or other litigation purposes in the Action or in any other action on all available grounds as if no class had been certified in this Action for purposes of the Settlement.

**C.     Motion for Preliminary Approval.** As soon as practicable following the Execution Date, Class Counsel shall file a Motion for Preliminary Approval of this Agreement (including all Exhibits) to the Court and shall apply for entry of an order ("Preliminary Approval Order") that would, for settlement purposes only:

1.     Preliminarily approve this Settlement ("Preliminary Approval");

2.     Certify a conditional settlement class pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3); and

3.     Appoint Class Counsel.

**D.     Proposed Form of Notice.** As part of the Motion for Preliminary Approval, Class Counsel shall submit to the Court for approval a proposed form of, method for, and schedule for dissemination of notice to the Class to be approved by Wells Fargo (the "Notice Plan"). The Notice Plan shall, at a minimum, include direct notice by mail and email (to the extent email addresses are available), and by publication notice. In addition, a settlement website will be established by the Settlement Administrator, with a URL acceptable to the Parties subject to Wells Fargo's final right of approval. The Notice Plan shall ask the Court to find that the proposed form of and method for dissemination of notice to the Class constitutes valid, due, and sufficient notice to the Class; constitutes the best notice practicable under the circumstances; and complies fully with the requirements of Fed. R. Civ. P. 23 and constitutional due process. The proposed form of notice to the class pursuant to the Notice Plan ("Class Notice") is attached hereto as **Exhibits C & D**. The Preliminary Approval Order, Class Notice, and Notice Plan must be agreed to by Wells Fargo before submission to the Court. Wells Fargo, through the Administrator, shall be responsible for providing all notices required by the Class Action Fairness Act of 2005, 28 U.S.C. § 1715.

**E.     Motion for Final Approval and Entry of Final Judgment**. Not less than fourteen (14) Days prior to the date set by the Court to consider whether this Settlement should be finally approved, Class Counsel shall submit a motion for final approval ("Final Approval") of the Settlement by the Court. Class Counsel shall seek entry of the final approval order ("Final Approval Order") and Judgment, which shall be approved as to form and content by Wells Fargo prior to submission by Class Counsel, containing at least the following:

1.     Finding that the Court has personal jurisdiction over Plaintiffs and

5

all Class Members and that the Court has subject matter jurisdiction to approve this Settlement and Agreement;

2. Certifying the Class and Statutory Subclass, pursuant to Fed. R. Civ. P. 23(a) and (b)(3), solely for purposes of this Settlement;

3. Fully and finally approving this Agreement and its terms as being fair, reasonable, and adequate within the meaning of Fed. R. Civ. P. 23, and directing its consummation pursuant to its terms and conditions;

4. Declaring this Agreement and the Final Approval Order and Judgment to be binding on and to have res judicata and preclusive effect in all pending and future lawsuits or other proceedings encompassed by the Class Released Claims maintained by or on behalf of the Class Releasors.

5. Finding that the notice given to the Class Members pursuant to the Notice Plan and Class Notice (i) constituted the best notice practicable under the circumstances; (ii) constituted notice that was reasonably calculated under the circumstances to apprise Class Members of the pendency of the Action, of their right to object to or exclude themselves from the proposed Settlement as applicable, of their right to appear at the final approval hearing, and of their right to seek relief; (iii) constituted reasonable, due, adequate, and sufficient notice to all Persons entitled to receive notice; and (iv) complies in all respects with the requirements of Fed. R. Civ. P. 23, due process, and any other applicable law;

6. Finding that Class Counsel and Plaintiffs adequately represented the Class Members for purposes of entering into and implementing this Agreement and Settlement;

7. Ruling on the separate Fee and Expense Application and Service

6

| | |
|---|---|
| 1 | Award Application; |
| 2 | 8. Directing that the Action and claims for damages be dismissed |
| 3 | with prejudice and, except as otherwise explicitly provided for in |
| 4 | the Agreement, without costs; |
| 5 | 9. Discharging and releasing the Class Releasees from all Class |
| 6 | Released Claims; |
| 7 | 10. Permanently barring and enjoining the institution and prosecution, |
| 8 | by Class Releasors and/or any other Person, of any and all of the |
| 9 | Class Released Claims; |
| 10 | 11. Approving the Opt-Out List and determining that the Opt-Out List |
| 11 | is a complete list of all Persons who have timely and validly |
| 12 | requested exclusion from the Class, and accordingly, who shall |
| 13 | neither share in nor be bound by the Final Approval Order and |
| 14 | Judgment; |
| 15 | 12. Determining that the Agreement and the Settlement provided for |
| 16 | therein and any proceedings taken pursuant to it are not and should |
| 17 | not in any event be offered or received as evidence of a |
| 18 | presumption, concession, acknowledgment, or an admission of |
| 19 | liability or of any wrongdoing by Wells Fargo or the Class |
| 20 | Releasees or of the suitability of these or similar claims to class |
| 21 | treatment for litigation, trial, or any other purpose except |
| 22 | settlement; provided, however, that reference may be made to this |
| 23 | Agreement and the Settlement provided for herein in such |
| 24 | proceedings as may be necessary to effectuate the Agreement; |
| 25 | 13. Reserving continuing and exclusive jurisdiction over the |
| 26 | Settlement, including all future proceedings concerning the |
| 27 | administration, consummation, and enforcement of this |
| 28 | Agreement; |

SETTLEMENT AGREEMENT
*ARMANDO HERRERA VS. WELLS FARGO BANK, N.A.*, CASE NO. 8:18-CV-00332-AG-MRW

14. Authorizing the Settling Parties, without further approval from the Court, to agree to and adopt such amendments, modifications, and expansions of this Agreement as shall be consistent in all material respects with the Final Approval Order and Judgment and not limit the rights of the Settling Parties or Class Members; and

15. Containing such other and further provisions consistent with the terms of this Agreement to which the Settling Parties expressly consent in writing.

Class Counsel, by separate motions(s), also will request that the Court approve the Fee and Expense Application and Service Application.

**F.     Stay Order.** Upon the date that the Court enters the Preliminary Approval Order, Plaintiffs and all Class Members shall be barred and enjoined from commencing, instituting, or continuing to prosecute any action or any proceeding of any kind (including, but not limited, to an action for actual damages, statutory damages, and/or exemplary or punitive damages) in any court of law, arbitration tribunal, administrative forum, or other forum of any kind worldwide, based on the Class Released Claims.

## II.     RELEASES

Upon the Effective Date, and pursuant to the Court's entry of the Final Approval Order and Judgment, the Settling Parties provide the following releases:

**A.     Plaintiffs and Class Release of Wells Fargo.** Plaintiffs and each and every Class Member, individually or together, and each and every one of their former, present, or future agents, predecessors, successors, heirs, legatees, executors, administrators, insurers, assigns, trustees, spouses, and domestic partners ("Class Releasors") releases and fully discharges Wells Fargo Bank, N.A. and Wells Fargo & Co., and each of their former, present, or future agents, insurers, predecessors, successors, subsidiaries, parent company(ies), Affiliates, officers, directors, and employees and attorneys ("Class Releasees") from any and all past and/or present

claims, counterclaims, lawsuits, set-offs, costs, losses, rights, demands, charges, complaints, actions, causes of action, obligations, or liabilities of any and every kind, whether class, individual, or otherwise in nature, including, without limitation, those known or unknown or capable of being known; those which are unknown but might be discovered or discoverable based upon facts other than or different from those facts known or believed at this time; those which are foreseen or unforeseen, suspected or unsuspected, asserted or unasserted, and/or contingent or non-contingent; and those which are accrued, unaccrued, matured or not matured, under the laws of any jurisdiction, which they, whether directly, representatively, derivatively, or in any other capacity, ever had, now have, or hereafter can, shall, or may have, arising from or relating in any way to the Class Member's entitlement to an Early Payoff GAP Refund for an Early Payoff that occurred during the Class Period (the "Class Released Claims"). Notwithstanding the foregoing, the Class Releasees do not include any Dealers or GAP Administrators, including without limitation, those identified in the Class Members' GAP Waiver Agreements or the Finance Agreements.

1. **No Future Actions Following Release.** The Class Releasors shall not after the Effective Date seek (directly or indirectly) to commence, institute, maintain, or prosecute any suit, action, or complaint of any kind (including, but not limited to, claims for actual damages, statutory damages, restitution, and exemplary or punitive damages) against Class Releasees (including pursuant to the Action), based on the Class Released Claims, in any forum worldwide, whether on his or her own behalf or as part of any putative, purported, or certified class or as part of an action by any other plaintiff on his or her behalf.

2. **Covenant Not to Sue.** Class Releasors hereby covenant not to sue the Class Releasees with respect to any Class Released Claims, including any claims that Class Releasors, or any of them, does not know or suspect to exist in his or her favor at the time of the release that if known by him or her, might have affected his or her settlement with and release of the Class Releasees, or might have affected his

or her decision not to object to or opt out of this Settlement. Class Releasors shall be permanently barred and enjoined from instituting, commencing, or prosecuting any claims against the Class Releasees of any kind (including, but not limited to, for actual damages, statutory damages, restitution, and exemplary or punitive damages) based on the Class Released Claims. The Class Releasors contemplate and agree that this Agreement may be pleaded as a bar to a lawsuit, and an injunction may be obtained preventing any action from being initiated or maintained, in any case sought to be prosecuted on behalf of any Class Releasors (including, but not limited to, for actual damages, statutory damages, and exemplary or punitive damages) based on the Class Released Claims.

3. **Waiver of California Civil Code § 1542 and Similar Laws.** In addition, the Class Releasors expressly acknowledge that they are familiar with and, upon Final Approval of this Settlement, waive and release with respect to the Class Released Claims any and all provisions, rights, and benefits conferred (a) by Section 1542 of the Civil Code of the State of California, which reads:

> A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR.

(b) by any law of any and all equivalent, similar, or comparable federal or state rules, regulations, laws, or principles of law of any other jurisdiction that may be applicable herein; and/or (c) any law or principle of law of any jurisdiction that would limit or restrict the effect or scope of the provisions of the release set forth in the Agreement. The Class Releasors expressly agree that by executing this Agreement, and for the consideration received hereunder, it is their intention to release, and they are releasing, all Class Released Claims, including any claims that Class Releasors, or any of them,

does not know or suspect to exist in his or her favor at the time of the release that if known by him or her, might have affected his or her settlement with and release of the Class Releasees, or might have affected his or her decision not to object to or opt out of this Settlement. The Class Releasors acknowledge that they may hereafter discover claims or facts other than or different from those which they know, believe, or suspect to be true with respect to the subject matter of the Class Released Claims, but the Class Releasors expressly waive and fully, finally, and forever settle and release any and all past, present, and future claims, counterclaims, lawsuits, set-offs, costs, losses, rights, demands, charges, complaints, actions, causes of action, obligations, or liabilities of any and every kind, whether class, individual, or otherwise in nature, including, without limitation, those known or unknown or capable of being known; those which are unknown but might be discovered or discoverable based upon facts other than or different from those facts known or believed at this time; those which are foreseen or unforeseen, suspected or unsuspected, asserted or unasserted, and/or contingent or non-contingent; and those which are accrued, unaccrued, matured or not matured, all from the beginning of the world until the Effective Date, under the laws of any jurisdiction, which Class Releasors or any of them, whether directly, representatively, derivatively, or in any other capacity, ever had, now have, or hereafter can, shall, or may have, arising out of the Class Released Claims. The release of unknown, unanticipated, unsuspected, unforeseen, and unaccrued losses or claims in this paragraph is contractual and not a mere recital.

4. **Dismissal.** Subject to Court approval, all Class Releasors shall be bound by this Agreement, and all of their claims shall be dismissed with prejudice and released, even if they never received actual notice of the Action or this Settlement.

## III.   SETTLEMENT CONSIDERATION

In full, complete, and final settlement of any and all claims in the Action, and as consideration for the Releases provided by this Agreement, Wells Fargo agrees as

---

11

SETTLEMENT AGREEMENT
*ARMANDO HERRERA VS. WELLS FARGO BANK, N.A.*, CASE NO. 8:18-CV-00332-AG-MRW

follows:

**A.**  **Business Practice Change.**  No later than **January 1, 2022**, Wells Fargo will implement processes to directly provide, on a go-forward basis, Early Payoff GAP Refunds within a reasonable time after receipt of an Early Payoff to customers (1) who purchased GAP from a Dealer at the time they entered into their Finance Agreements; (2) the customer chooses to finance the cost and such cost is included in a Finance Agreement assigned to Wells Fargo; (3) where Wells Fargo received an Early Payoff of the Finance Agreements; (4) whose GAP Agreements provide for an Early Payoff GAP Refund in the event of an Early Payoff; and (5) who have not previously received a GAP Refund.  Customers who meet these criteria will not be required to take any action other than completing an Early Payoff to receive an Early Payoff GAP Refund.  This obligation will continue until **January 1, 2026**.  Wells Fargo may calculate the amount of Early Payoff GAP Refunds using the method set forth in the customer's GAP Agreement or using another method more favorable to the customer.  Nothing in this Agreement precludes Wells Fargo from recouping the amount of an Early Payoff GAP Refund from the customer's Dealer or GAP Administrator.  The parties agree that Wells Fargo is not agreeing to, nor will there be any, injunctive relief pursuant to this Settlement and the Settlement will not be approved under Federal Rule of Civil Procedure 23(b)(2).  This business practice change is a material term of Settlement to be enforced pursuant to this Agreement.  Wells Fargo is not agreeing to and will not be subject to any monitoring.

**B.**  **Settlement Fund.**  Wells Fargo agrees to deposit $45 million into a non-reversionary Settlement Fund to be used to pay for the following obligations under this Agreement: (1) Approved Claims for GAP Refunds to Non-Statutory Subclass Members; (2) Additional Compensation to Statutory Subclass Members; (3) the Fee and Expense Awards approved by the Court; and (4) the Service Awards approved by the Court.

**C.**  **Distribution of Settlement Fund.**  The amounts in the Settlement Fund

shall be distributed in the manner set forth below.

1.	**Approved Claims for GAP Refunds to Non-Statutory Subclass Members.** Early Payoff GAP Refunds shall be paid to Non-Statutory Subclass Members in accordance with the claims process described below.

a.	Wells Fargo shall identify the Non-Statutory Subclass Members by relying on data and information reasonably available to Wells Fargo.

b.	Wells Fargo shall provide contact information for the Non-Statutory Subclass Members as soon as practicable after the Execution Date but no later than forty-five (45) days after Preliminary Approval.

c.	The Settlement Administrator will use reasonable efforts to update and confirm the accuracy of the Non-Statutory Subclass Members' contact information through the USPS change of address system.

d.	Following Preliminary Approval, the Settlement Administrator shall send the Notice of Settlement and Claim Forms to the Non-Statutory Subclass Members in accordance with the Notice Plan.

e.	The Non-Statutory Subclass Members shall have until sixty (60) days from the mailing of the Notice of Settlement to complete and submit the Claim Form to the Settlement Administrator (the "Claim Form Deadline").

f.	Non-Statutory Subclass Members who return a completed Claim Form and who have not previously received a GAP Refund ("Eligible Class Members") will receive an Early Payoff GAP Refund to be paid from the Settlement Fund. Where a Class Member has a co-borrower, the Settlement

13

1   Administrator shall issue the check in the names of both co-
2   borrowers and shall mail the check to the primary
3   borrower's address.

4   g.   The amount of the Early Payoff GAP Refunds will be
5   calculated using the Pro Rata Method, regardless of the
6   method specified by the customer's GAP Agreement. The
7   Settlement Administrator shall be responsible for
8   calculating the Early Payoff GAP Refunds based on the data
9   provided by Wells Fargo. The amount of the Early Payoff
10  GAP Refund may be reduced on a pro rata basis pursuant to
11  Paragraph III.C.5. below.

12  2.   **Additional Compensation to the Statutory Subclass.**   In
13  addition to the Early Payoff GAP Refunds provided in Paragraph III.C below, each
14  Statutory Subclass Member will receive up to $5.00 to be paid from the Settlement
15  Fund (the "Additional Compensation") in accordance with the process set forth
16  below.

17  a.   Wells Fargo shall identify the Statutory Subclass Members
18  by relying on data and information reasonably available to
19  Wells Fargo.

20  b.   Wells Fargo shall provide contact information for the
21  Statutory Subclass to the Settlement Administrator as soon
22  as practicable after the Execution Date but no later than
23  forty-five (45) days after Preliminary Approval.

24  c.   The Settlement Administrator will use reasonable efforts to
25  update and confirm the accuracy of the Statutory Subclass
26  Members' contact information through the USPS change of
27  address system

28  d.   Following   Preliminary   Approval,   the   Settlement

14

Administrator shall send the Notice of Settlement to the Statutory Subclass Members.

    e.    Because Wells Fargo has already identified the Statutory Subclass Members who did not previously receive a GAP Refund, the Statutory Subclass Members will not be required to submit a Claim Form for the Additional Compensation.

    f.    The Additional Compensation payments shall be made from the Settlement Fund. The amount of the Additional Compensation payments may be reduced on a pro rata basis pursuant to Paragraph III.C.6. below.

    3.    **Fee and Expense Awards**. The Fee and Expense awards approved by the Court shall be paid from the Settlement Fund.

    4.    **Service Awards.** The Service Awards approved by the Court shall be paid from the Settlement Fund.

    5.    **Operation of Net Settlement Fund.** The Net Settlement Fund is the amount of money that remains in the Settlement Fund after the deduction of any Fee and Expense Awards and Service Awards approved by the Court. If the amount of the Net Settlement Fund is not sufficient to fully cover the cost of (i) the Approved Claims for GAP Refunds to Non-Statutory Subclass Members; and (ii) the Additional Compensation to Statutory Subclass Members, then the individual amounts of (i) the Approved Claims for GAP Refunds to Non-Statutory Subclass Members, and (ii) the Additional Compensation to Statutory Subclass Members will be reduced on a prorated basis. Each Class Member's individual payment from the Settlement Fund will be reduced by the same percentage.

    **D.**    **Refunds to the Statutory Subclass**. Wells Fargo has paid or will pay each Statutory Subclass Member the amount of their Early Payoff GAP Refunds plus compensation for the loss of use of funds on their GAP Refund amount based on the

one-year constant U.S. maturity treasury rate from the date of the Early Payoff, compounded annually. Wells Fargo represents and warrants that it has paid $33,357,919.81 collectively to the members of the Statutory Subclass between February 22, 2019 and March 31, 2021. In the event Wells Fargo identifies any members of the Statutory Subclass who have not yet received their Early Payoff GAP Refund, then Wells Fargo represents and warrants that it will pay that member the Early Payoff GAP Refund plus compensation for the loss of use of funds on their GAP Refund amount based on the one-year constant U.S. maturity treasury rate from the date of the Early Payoff, compounded annually. These Payments were and/or will be made by Wells Fargo in addition to, and separate and apart from, the $45 million deposited in the Settlement Fund and will not reduce the Settlement Fund.

**E.     Administrative Costs.** Wells Fargo will separately pay for all necessary costs to administer the terms of this Settlement, including but not limited to the costs of the Notice Plan and the Settlement Administrator. The Administrative Costs will be paid by Wells Fargo in addition to, and separate and apart from, the Settlement Fund and will not reduce the Settlement Fund.

**F.     Bankruptcy.** In the event a member of the Class is in a bankruptcy proceeding, then Wells Fargo may pay any compensation under this Settlement Agreement to the bankruptcy trustee or otherwise as required under any applicable bankruptcy law, rules, and/or court orders.

**G.     Agreement To Be Bound.** All members of the Class shall be subject to and bound by the provisions of this Settlement Agreement, the Class Released Claims, and the Judgment with respect to all Class Released Claims regardless of whether such Class Members obtain payment pursuant to the Settlement.

**H.     Disbursement of Unused Portions of the Settlement Fund.** The Settlement Fund is non-reversionary. In the event there are any amounts remaining in the Settlement Fund after the disbursement of all Settlement Checks to the Class and any Fee and Expense and Service Awards approved by the Court, then the Parties

1    will meet and confer on a proposal for how the remaining amounts shall be distributed
2    subject to the approval of the Court.  If the Parties are unable to agree on a proposal,
3    then both sides will submit their proposals to the Court and the Court will determine
4    the appropriate proposal.

5        **I.**    **Uncashed Settlement Checks.**  If a Settlement Check is not cashed
6    within 180 days after it is mailed by the Settlement Administrator, then the Settlement
7    Administrator will place a stop-order on the check.  The Settlement Administrator
8    will then take reasonable efforts to contact the Class Member and issue a new
9    Settlement Check.  If the Settlement Administrator is unable to reach the Class
10   Member within thirty (30) days, then the Settlement Administrator will remit the
11   unclaimed Settlement Check amount to the appropriate State agency based on the
12   escheat laws and regulations applicable for the State of the Class Member's last
13   known address.

14       **IV.**    **NOTICE AND ADMINISTRATION OF SETTLEMENT**

15       A.    **Administration Costs.**  Wells Fargo will pay the costs of notice and
16   administration which shall be in addition to, and separate and apart from, the amount
17   deposited in the Settlement Fund.

18       B.    **Claim Form.**  The Claim Form shall be substantially in conformance
19   with the format and content set forth in **Exhibit A** to this Agreement, subject to
20   reasonable modifications required by the Court.  The Claim Form will allow Non-
21   Statutory Subclass Members to submit and complete the Claim Form online and by
22   electronic signature and will include a link to the Settlement Website and/or a QR
23   Code or any other appropriate available technology to allow Non-Statutory Subclass
24   Members to submit claims electronically.  The Non-Statutory Subclass Members will
25   also be able to complete, sign and mail a copy of the completed Claim Form to the
26   Settlement Administrator, or upload it at the Settlement Website.

27       C.    **Notice.**  The Notice shall be substantially in conformance with the
28   format and content set forth in **Exhibits C & D** to this Agreement, subject to

1 reasonable modifications required by the Court.

2     **D.**    **Time to Appeal.** The time to appeal from an approval of the Settlement

3 shall commence upon the Court's entry of the Judgment regardless of whether or not

4 the Fee and Expense Application has been submitted to the Court or resolved.

5     **E.**    **No Liability for Distribution of the Settlement Fund.** The Settling

6 Parties shall not have any liability with respect to the distribution of payments; the

7 determination, administration, or calculation of claims; or any losses incurred in

8 connection with any such matters. In addition to the Releases set forth herein, the

9 Class Releasors hereby fully, finally, and forever release, relinquish, and discharge

10 the Class Releasees, and their counsel from any and all such liability. No Person shall

11 have any claim against the Settlement Administrator based on the distributions made

12 substantially in accordance with this Agreement.

13     **V.**    **DUTIES OF THE SETTLEMENT ADMINISTRATOR**

14     The Settlement Administrator will administrate the Parties' Settlement.

15     **A.**    The Settlement Administrator shall be responsible for the following

16 tasks:

17     1.    Conducting a National Change of Address ("NCOA") search to

18 obtain up-to-date address information on Class Members prior to disseminating the

19 Notice of Settlement;

20     2.    Printing and disseminating the Notice of Settlement by first-class

21 mail and email (where available) to each and every Class Member;

22     3.    Printing and disseminating the applicable Claim Form by first-

23 class mail and email (where available) to each and every Non-Statutory Subclass

24 Member;

25     4.    Furnishing promptly to Counsel for the Parties copies of any

26 Requests for Exclusion, Opt-Out Forms, objections, or other written or electronic

27 communications from each Class Member that the Settlement Administrator receives;

28     5.    Determining the amount of the Approved Claims for GAP

Refunds and the Additional Compensation payments owed to the Class in accordance with this Settlement Agreement;

6.     Keeping track of each Request for Exclusion and Opt-Out Form, including maintaining the original mailing envelope in which the Request for Exclusion or Opt-Out Form was mailed and reporting to Counsel for both sides the total numbers and identities of those who have requested exclusion or returned completed Opt-Out Forms;

7.     Providing to Counsel for the Parties copies of the completed Opt-Out Forms;

8.     Issuing and mailing each Approved Claim for GAP Refunds and the Additional Compensation payments in a Settlement check;

9.     Skip-tracing or otherwise attempting to ascertain current address information for each Settlement check as returned as undeliverable;

10.     Placing a stop-pay order on all Settlement checks not cashed within 180 days of issue;

11.     Performing all tax reporting duties required by federal, state, and/or local law related to any Approved Claims for GAP Refunds, Additional Compensation, Fee and Expense Awards, and Service Awards pursuant to this Settlement Agreement;

12.     Responding to inquires of Class Members regarding the terms of Settlement and procedures for filing objections and Requests for Exclusion;

13.     Referring to Class Counsel all inquiries by Class Members regarding matters not within the Settlement Administrator's duties specified herein and contemporaneously giving Counsel for Wells Fargo notice of all such inquiries;

14.     Responding to inquiries of Class Counsel regarding Class Members who have contacted Class Counsel regarding the terms of the Settlement and contemporaneously giving Counsel for Wells Fargo notice of all such inquiries;

15.     Apprising Class Counsel and Counsel for Wells Fargo of the

116000927v2

activities of the Settlement Administrator via a weekly report, including status reports regarding the Class Notice, Requests for Exclusion, and completed Opt-Out Forms received, and promptly providing copies to Class Counsel and Counsel for Wells Fargo of all electronic or written communications between the Settlement Administrator and any Class Member;

16. Responding to requests for further information from Class Members via a toll-free number, including providing a copy of this Settlement Agreement, the First Amended Complaint, or any other materials available on the Website, to any Class Member who requests such documents;

17. Creating and maintaining the Settlement Website, and removing the Settlement Website from the Internet promptly if the Settlement is terminated or if the Court denies final approval of the Settlement, and, in any event, within 90 days after the Effective Date;

18. Obtaining approval from the Parties for the name of the Settlement Website before publishing

19. Maintaining adequate records of its activities, including the dates of the mailing of Class Notice(s), Second Mailing, Requests for Exclusion, and Opt-Out Forms, returned mail and other communications, and attempted written or electronic communications with Class Members;

20. Confirming in writing the substance of its activities and its completion of the administration of the Settlement;

21. Responding timely to communications from Class Counsel or Counsel for Wells Fargo;

22. Reporting timely each Approved Claim for a GAP Refund, and Additional Compensation payment on an IRS Form W-2 and IRS form 1099 to each applicable Class Member;

23. Reporting timely on an IRS Form 1099 the Fee and Expense Awards and Service Awards to the Class Counsel and Class Representatives,

respectively;

24.     Providing assistance with the CAFA notices required by the Settlement Agreement which shall be provided to the appropriate Federal and State Officials within ten (10) days after the filing of the Preliminary Approval Motion pursuant to 28 U.S.C. § 1715;

25.     Emailing Class Members who did not cash their Settlement Checks after 180 days and whose Settlement Checks equal or exceed $5.00, so that a new Settlement Check can be issued; and

26.     Performing such other tasks as the Parties mutually agree or that are specified in this Agreement.

B.     The Settlement Administrator shall keep all information it obtains relating to the identification and contact information of Class Members strictly confidential pursuant to the Protective Order previously entered in this case and use it only for the sole purposes described herein and shall return all such information to Counsel for Wells Fargo upon completion of the Settlement administration tasks. Furthermore, upon completion of its duties, the Settlement Administrator shall return to Class Counsel and Counsel for Wells Fargo all documents related to the Action, including all documents it received in connection with this case from the Parties, Class Members, Class Representatives, or any other individuals (including, but not limited to, objections, Requests for Exclusion, and Opt-Out Forms).

C.     Class Counsel and Counsel for Wells Fargo will provide the Settlement Administrator with a copy of this Settlement Agreement which identifies and lists duties to be performed by the Settlement Administrator, as described above.

D.     The Settlement Administrator shall provide Class Counsel a copy of its engagement agreement with Wells Fargo as well as invoices relating to the administration of the Parties' Settlement.

E.     All disputes relating to the Settlement Administrator's ability and need to perform its duties shall be resolved jointly by Class Counsel and Counsel for Wells

Fargo consulting in good faith.  If the Parties are unable to reach agreement, either may raise the disagreement with the Court.

## VI.    SERVICE AWARDS, ATTORNEYS' FEES, AND REIMBURSEMENT OF EXPENSES

A.    **Fee and Expense Application.** Class Counsel may submit an application or applications (the "Fee and Expense Application") to the Court for payment of: (a) an award of attorneys' fees; plus (b) reimbursement of reasonable expenses incurred in connection with prosecuting this Action.  Class Counsel agree that the Fee and Expense Application will not seek an amount in excess of $23,100,000.00 for attorneys' fees and will not seek an amount in excess of $500,000 for expenses.  Wells Fargo agrees not to object to Class Counsel's Fee and Expense Application if submitted in compliance this Agreement.

B.    **Payment of Fee and Expense Award.**  Any amounts that are awarded by the Court pursuant to the paragraph above (the "Fee and Expense Award") shall be paid by the Settlement Administrator from the Settlement Fund within thirty (30) days of the Effective Date.  The Fee and Expense Award shall be paid to Frank Sims & Stolper LLP, which may further pay such funds to Class Counsel, subject to the terms herein.

C.    **Award of Attorneys' Fees and Expenses Shall Not Impact the Effectiveness of this Agreement.** The procedure for and the allowance or disallowance by the Court of the Fee and Expense Application are not part of the Settlement set forth in this Agreement and are to be considered by the Court separately from the Court's consideration of the fairness, reasonableness, and adequacy of the Settlement set forth in this Agreement.  Any order or proceeding relating to the Fee and Expense Application, or any appeal from any Fee and Expense Award or any other order relating thereto or reversal or modification thereof, shall not operate to terminate or cancel this Agreement.  No order of the Court or modification or reversal on appeal of any order of the Court concerning any Fee and Expense Award shall

constitute grounds for cancellation or termination of this Agreement.

D. **No Liability for Attorneys' Fees and Expenses of Class Counsel.** Neither the Class Releasees nor their counsel shall have any responsibility for, interest in, or liability whatsoever with respect to any payment(s) to Class Counsel pursuant to this Agreement and/or to any other Person who may assert some claim thereto or any Fee and Expense Award that the Court may make in the Action, other than as set forth in this Agreement. Similarly, neither the Class Releasees nor their counsel shall have any responsibility for, interest in, or liability whatsoever with respect to allocation among Class Counsel, and/or any other person who may assert some claim thereto, of any Fee and Expense Award that the Court may make in the Action.

E. **Plaintiffs' Service Award Application.** Class Counsel and Plaintiffs may submit application(s) to the Court for a Service Award ("Service Award Applications"). Class Counsel and Plaintiffs agree that the Service Award Applications shall not exceed $7,500 for each Class Representative. Wells Fargo agrees to not to oppose Service Award Applications of up to $7,500 to each of the Class Representatives for their time, effort, and expense in prosecuting this litigation and achieving this Settlement. Any Service Awards which are awarded by the Court shall be paid from the Settlement Fund. Any Service Awards shall be paid by the Settlement Administrator from the Settlement Fund within thirty (30) Days of the Effective Date.

## VII. CONDITIONS OF SETTLEMENT AND EFFECT OF DISAPPROVAL, CANCELLATION, OR TERMINATION

A. **Effective Date.** The Effective Date of this Agreement shall be conditioned on the occurrence of all of the following events:

1. Wells Fargo no longer has any right to terminate this Agreement, nor is there a possibility of termination of this Agreement as set forth herein or, if Wells Fargo does not have such right, Wells Fargo has given written notice to Plaintiffs' Counsel that it will not exercise such right;

2.      The Court has finally approved the Settlement as described herein, following notice to the Class and a hearing, as prescribed by Fed. R. Civ. P. 23, and has entered the Final Approval Order and Judgment;

3.      The Class Released Claims and the Action are dismissed with prejudice pursuant to the Final Approval Order and Judgment; and

4.      The expiration of appeal periods and/or resolution of all appeals:

    a.      If no appeal is taken from the Final Approval Order or Judgment, the date after the time to appeal therefrom has expired; or

    b.      If any appeal is taken from the Final Approval Order or Judgment, the date after all appeals therefrom, including petitions for rehearing or re-argument, petitions for rehearing en banc, and petitions for certiorari or any other form of review, have been finally disposed of, such that the time to appeal therefrom has expired, in a manner resulting in an affirmance without material modification of the relevant order or judgment.

B.      **Depositing Money into the Settlement Fund and Occurrence of Effective Date.** Within thirty (30) days after Final Approval of the Settlement, Wells Fargo will transfer the sum of $45 million to the Settlement Administrator to be held in an account maintained by the Settlement Administrator as the Settlement Fund. Upon the occurrence of Effective Date, and all of the events referenced in Paragraph VII.A. above, the Settlement Administrator shall issue the appropriate Settlement Checks to the Class and pay the Fee and Expense and Service Awards approved by the Court from the Settlement Fund. The Fee and Expense and Service Awards payments shall be issued within thirty (30) days after the Effective Date. The payments to the Class shall be issued within thirty (30) days after the Effective Date, or as soon thereafter as reasonably practicable.

24

C.     **Failure of Effective Date to Occur.** If all of the conditions specified in this Section are not met, then this Settlement Agreement shall be cancelled and terminated and any funds deposited with the Settlement Administrator shall be returned to Wells Fargo, subject to and in accordance with the provisions set forth herein unless the Settling Parties mutually agree in writing to proceed with this Settlement Agreement. The effectiveness of the Settlement is expressly conditioned on the Settlement Agreement being approved by the Court and any appellate court reviewing the Settlement without it being rejected or required to be materially modified by any Court ruling or any order resulting from an appeal or other review. If the Settlement is not finally approved by the Court and any appellate court reviewing it without material modification, the Agreement shall terminate and cease to have any effect.

D.     **Requests for Exclusion/Opt-Outs.** Any Class Member who wishes to opt out of the Class must do so on or before the Exclusion/Objection Deadline specified in the Class Notice in the manner laid out in the Class Notice.

1.     In order to become an Opt-Out, a Class Member must mail a request for exclusion with the Settlement Administrator with a post-mark date no later than the Exclusion/Objection Deadline. The request for exclusion must include all information specified in the Class Notice. Opt-Outs may opt out of the Class only on an individual basis; so-called "mass" or "class" opt-outs shall not be allowed and shall be of no force or effect.

2.     No later than five (5) Days after the Exclusion/Objection Deadline, the Settlement Administrator shall provide Class Counsel and Counsel for Wells Fargo a complete and final list of Opt-Outs. With the Motion for Final Approval of the Settlement, Class Counsel will file with the Court a complete list of Opt-Outs, including the name, city, and state of the person requesting exclusion (the "Opt-Out List").

a.     With respect to any Opt-Outs, Wells Fargo reserves all legal

25

1    rights and defenses, including, but not limited to, any
2    defenses relating to whether the person qualifies as a Class
3    Member and/or has standing to bring any claim.
4    b.    Wells Fargo may challenge the validity of any Opt-Out by
5          filing a motion with the Court within five (5) Days after the
6          Settlement Administrator provides Counsel for Wells Fargo
7          a complete and final list of Opt-Outs. The Court shall have
8          jurisdiction to resolve any disputes regarding the validity of
9          Opt-Outs. Any decision by Wells Fargo not to dispute an
10         Opt-Out shall not be a waiver, determination, or preclusive
11         finding against the Class Releasees in any proceeding.
12   E.    **Objections.** Class Members who wish to object to any aspect of the
13   Settlement including any Fee and Expense Application must file with the Court a
14   written statement containing their objections prior to the Exclusion/Objection
15   Deadline and abide by the requirements laid out in the Class Notice.  The written
16   objections must also be mailed to the Settlement Administrator with a post-mark date
17   no later than the Exclusion/Objection Deadline.  The written statement must include
18   all information specified in the notices including but not limited to a description of all
19   objections to the Settlement, the reasons for said objections, and any legal authority
20   supporting the objections.  Class Members who "Opt Out" of the Settlement shall not
21   have the right to object to the Settlement and shall not have standing to do so.  Because
22   any appeal by an objecting Class Member to the Settlement, Fee and Expense Award
23   or Plaintiffs' Service Awards may delay the payment under the Settlement, each
24   objecting Class Member must elect within thirty (30) days of the Final Approval
25   Order to (a) not appeal; (b) appeal only the objecting Class Member's portion of the
26   Fee and Expense Award or Representative Plaintiffs' Service Awards which would
27   be severed from the rest of the case and would not delay the final judgment for all
28   other Class Members; or, (c) if the objecting Class Member purports to appeal on

behalf of the entire Class (for which he or she has not been appointed to represent and would likely be in conflict with), or does not definitively or timely choose option (a) or (b) above, each such objecting Class Member that appeals agrees to put up a cash bond to be set by the this Court sufficient to reimburse Wells Fargo and Class Counsel's appellate fees, Wells Fargo and Class Counsel's expenses, and the lost interest for one year to the Class caused by the likely delay. Any award or payment of attorneys' fees made to the counsel of an objector to the Settlement shall be made only by Court order and upon a showing of a substantial benefit conferred to the Class. Any award of attorneys' fees by the Court will be conditioned on the objector and his or her attorney stating under penalty of perjury that no payments shall be made to the objector based on the objector's participation in the matter other than as ordered by the Court.

F.      **Termination.** Plaintiffs, through Class Counsel, and Wells Fargo shall have the right, but not the obligation, to terminate this Agreement if:  (1) the Court rejects, modifies, or denies approval of any portion of this Agreement or the proposed Settlement that results in a substantial modification to a material term of the proposed Settlement; or (2) the Court, or any appellate court(s), does not enter or completely affirm, or alters, narrows or expands, any portion of the Final Approval Order, that results in a substantial modification to a material term of the proposed Settlement. However, the Settling Parties agree to act in good faith to secure Final Approval of this Settlement and to attempt to address in good faith concerns regarding the Settlement identified by the Court and any appellate court. The terminating party must exercise the option to withdraw from and terminate this Agreement, as provided in this Section, by a signed writing served on the other Parties no later than 10 days after receiving notice of the event prompting the termination.  If, but only if, this Agreement is terminated pursuant to this Section then:

1.      The Parties will be returned to their positions *status quo ante* and this Agreement shall be null and void and shall have no force or effect and all of its

provisions, and all negotiations, statements, and proceedings relating to it shall be without prejudice to the rights of Plaintiffs, Wells Fargo or any Class Member, all of whom shall be restored to their respective positions existing immediately before the execution of this Agreement, except that the Parties shall cooperate in requesting that the Court set a new scheduling order such that no Party's substantive or procedural rights are prejudiced by the settlement negotiations and proceedings;

2. Neither this Agreement, the fact of its having been made, nor the negotiations leading to it, shall be admissible or entered into evidence for any purpose whatsoever; and

G. **Other Orders.** No Settling Party shall have any obligation whatsoever to proceed under any terms other than those substantially in the form provided and agreed to herein; provided, however, that no order of the Court concerning any Fee and Expense Application, or any modification or reversal on appeal of such order, shall constitute grounds for cancellation or termination of this Agreement by any Settling Party. Without limiting the foregoing, Wells Fargo shall have, in its sole and absolute discretion, the option to terminate the Settlement in its entirety in the event that the Judgment, upon becoming Final, does not provide for the dismissal with prejudice of the Action and the Class Released Claims.

## VIII. NO ADMISSION OF LIABILITY

A. **Final and Complete Resolution.** The Settling Parties intend the Settlement as described herein to be a final and complete resolution of all disputes between them with respect to the Action, and to compromise claims that are contested, and it shall not be deemed an admission by any Settling Party as to the merits of any claim or defense or any allegation made in the Action.

B. **Federal Rule of Evidence 408.** The Settling Parties agree that this Settlement Agreement, its terms, and the negotiations surrounding this Settlement Agreement shall be governed by Federal Rule of Evidence 408 and any state-law equivalents and shall not be admissible or offered or received into evidence in any

suit, action, or other proceeding, except upon the written agreement of the Settling Parties hereto, pursuant to an order of a court of competent jurisdiction, or as shall be necessary to give effect to, declare, or enforce the rights of the Settling Parties with respect to any provision of this Agreement.

C.  **Use of Agreement as Evidence.** Whether or not this Agreement becomes final or is terminated pursuant to its terms, the Settling Parties expressly agree that neither this Agreement nor the Settlement, any act performed or document executed pursuant to or in furtherance of this Agreement or the Settlement: (a) is or may be deemed to be or may be used as an admission of, or evidence of, the validity of any claims released by the Agreement, any allegation made in the Action, or any violation of any statute or law or of any wrongdoing or liability of Wells Fargo, and evidence thereof shall not be discoverable or used, directly or indirectly, in any way, whether in the Action or in any other proceeding; or (b) is or may be deemed to be or may be used as an admission of, or evidence of, any liability, fault, or omission of the Class Releasees in any civil, criminal, or administrative proceeding in any court, administrative agency, or other tribunal. Neither this Agreement nor the Settlement, nor any act performed or document executed pursuant to or in furtherance of this Agreement or the Settlement, shall be admissible in any proceeding for any purpose, except to enforce the terms of the Settlement; provided, however, that the Class Releasees may file this Agreement (including the Exhibits), the Final Approval Order, and/or the Judgment in any action for any purpose, including, but not limited to, in order to support a defense or counterclaim based on principles of res judicata, collateral estoppel, release, good-faith settlement, judgment bar or reduction, or any other theory of claim preclusion or issue preclusion or similar defense or counterclaim.

## IX.  REPRESENTATIONS AND WARRANTIES

A.  This Agreement and the Settlement shall be subject to the ordinary and customary judicial approval procedures under Fed. R. Civ. P. 23.  Until and unless

this Agreement is dissolved or becomes null and void by its own terms, or unless otherwise ordered by the Court, or if Final Approval is not achieved, Plaintiffs and Wells Fargo represent and warrant that they shall take all appropriate steps in the Action necessary to preserve the jurisdiction of the Court, use their best efforts to cause the Court to grant Preliminary and Final Approval of this Agreement as promptly as possible, and take or join in such other steps as may be necessary to implement this Agreement and to effectuate the Settlement. This includes the obligation to (a) oppose non-meritorious objections and to defend the Agreement and the Settlement before the Court and on appeal, if any; (b) seek approval of this Agreement and of the Settlement by the Court; (c) move for the entry of the orders required to effectuate Preliminary and Final Approval; and (d) join in the entry of such other orders as are necessary to effectuate this Agreement.

B.      Any Fee and Expense Award that Plaintiffs and Class Counsel may seek upon application to the Court pursuant to this Agreement shall include all attorneys' fees and litigation costs that Plaintiffs, Class Counsel, and any of the current and former owners, predecessors, successors, partners, shareholders, agents (alleged or actual), representatives, employees, and Affiliates of Class Counsel, seek or may have any right or claim to in connection with the Action and the Class Released Claims.

C.      Plaintiffs represent and warrant that other than Class Counsel, as that term is defined herein, there is no other Person having any interest in any award of attorneys' fees, expenses, or litigation costs in connection with the Action, Agreement, or Settlement.

D.      Plaintiffs and Wells Fargo represent and warrant that he, she, it, or they have full authorization and capacity to enter into this Agreement and to carry out the obligations provided for herein. Each Person executing this Agreement on behalf of a Settling Party, entity, or other Person(s) covenants, warrants, and represents that he, she, or it has been fully authorized to do so by that Settling Party, entity, or other Person(s). Plaintiffs and Wells Fargo represent and warrant that he, she, it, or they

intend to be bound fully by the terms of this Agreement.

E.　Plaintiffs and Wells Fargo represent and warrant that they have not, nor will they, unless expressly authorized to do so by the terms of this Agreement, (a) attempt to void this Agreement in any way; (b) Opt-Out of the Settlement under this Agreement; (c) solicit or encourage in any fashion a member of the Class to Opt-Out; or (d) solicit or encourage in any fashion any effort by any Person to object to the Settlement under this Agreement.

F.　If any Person breaches the terms of any of the representations and warranties in this section, the Court shall retain jurisdiction over this matter to entertain actions by a Settling Party against such Person for breach and/or any Settling Party's request for a remedy for such breach.

G.　Class Counsel represent and warrant that they (1) will not seek out or solicit, and (2) have no present intention to pursue individual or class claims against Wells Fargo or any of the Class Releasees with respect to matters within the scope of the Class Released Claims unless this Settlement is not granted Preliminary or Final Approval by the Court. The Settling Parties understand and agree that nothing in this paragraph imposes or shall be construed to prohibit or restrict Class Counsel from representing persons who seek representation for such claims subsequent to the date of this Agreement.

H.　Plaintiffs and Class Counsel represent and warrant that they will comply with the Protective Order that applies to this Action and will not use or seek to use the fact or content of the Settlement in this Action in connection with any other claim, action, or litigation against any Class Releasee (excepting only actions to enforce or construe this Agreement).

I.　Class Counsel represent and warrant to Wells Fargo that they have the authority to execute this Agreement on behalf of Plaintiffs, and themselves, and thereby to bind Plaintiffs, to all terms and conditions of this Agreement, and, subject to Court approval, to bind all Class Members to the terms and conditions of this

1 Agreement.

2 ## X. MISCELLANEOUS PROVISIONS

3    A.    **Voluntary Settlement.** The Settling Parties agree that the terms of the
4 Settlement as described herein were negotiated in good faith by the Settling Parties
5 with the assistance of an independent mediator, and reflect a settlement that was
6 reached voluntarily after consultation with competent legal counsel.

7    B.    **Subsequent Events Impacting Administration.** In the event that there
8 are any developments in the effectuation and administration of this Agreement that
9 are not dealt with by the terms of this Agreement, then such matters shall be dealt
10 with as agreed upon by the Settling Parties, and failing agreement, as shall be ordered
11 by the Court.

12    C.    **Claims in Connection with Administration.** No Person shall have any
13 claim against the Plaintiffs, Wells Fargo, Counsel for Wells Fargo, Class Counsel, the
14 Settlement Administrator, or the Class Releasees or their agents based on
15 administration of the Settlement substantially in accordance with the terms of the
16 Agreement or any order of the Court or any appellate court.

17    D.    **Binding Effect.** This Agreement shall be binding upon, and inure to the
18 benefit of, the successors and assigns of the Settling Parties hereto. Without limiting
19 the generality of the foregoing, each and every covenant and agreement herein by
20 Plaintiffs shall be binding upon all Class Members.

21    E.    **Authorization to Enter Settlement Agreement.** The undersigned
22 representatives of Wells Fargo represent that they are fully authorized to enter into
23 and to execute this Agreement and any modifications or amendments to the
24 Agreement on behalf of Wells Fargo. Class Counsel, on behalf of Plaintiffs and the
25 Class, represent that they are, subject to Court approval, expressly authorized to take
26 all action required or permitted to be taken by or on behalf of the Class pursuant to
27 this Agreement to effectuate its terms and to enter into and execute this Agreement
28 and any modifications or amendments to the Agreement on behalf of the Class that

they deem appropriate.

F. **Notices.** All notices and responses to notices under this Agreement shall be in writing. Each such notice or response shall be given either by email unless otherwise specified herein or in the notice to the Class; and, if directed to any Class Member, shall be addressed to Plaintiffs' Counsel at their email addresses set forth below, and if directed to Wells Fargo, shall be addressed to Counsel for Wells Fargo at the email addresses set forth below or such other email addresses as Class Counsel or Wells Fargo may designate, from time to time, by giving notice to all Settling Parties hereto in the manner described in this paragraph.

If directed to Plaintiffs or any Class Member, email address notice to:

Jason Frank, jfrank@lawfss.com

Andrew Stolper, astolper@lawfss.com

Scott Sims, ssims@lawfss.com

Maritza Nowowiejski, mnowowiejski@lawfss.com

Franklin Azar, azarf@fdazar.com

Charlie Schaffer, cschaffer@lfsblaw.com

If directed to Wells Fargo, email address notice to:

William C. Mayberry, bill.mayberry@troutmansanders.com

Joshua D. Davey, joshua.davey@troutmansanders.com

David C. Powell, dpowell@mcguirewoods.com

Alicia A. Baiardo, abaiardo@mcguirewoods.com

G. **Confidentiality of Settlement Negotiations.** The Settling Parties and their counsel shall keep strictly confidential and not disclose to any third party any non-public information regarding the Settling Parties' negotiation of this Settlement and/or Agreement, unless ordered by the Court to do so. For the sake of clarity, information contained within this Agreement shall be considered public, as well as any information requested by the Court in the approval process and other such information necessary to implement this Settlement, provided such information is

filed (and is not under seal) and/or is not considered to be confidential materials under the Settling Parties' Protective Order in this case.

H.     **No Party Deemed to Be the Drafter.** None of the Settling Parties hereto shall be deemed to be the drafter of this Agreement or any provision hereof for the purpose of any statute, case law, rule of interpretation, or construction that would or might cause any provision to be construed against the drafter hereof.

I.     **Choice of Law.** This Agreement shall be considered to have been negotiated, executed and delivered, and to be wholly performed, in the State of California, and the rights and obligations of the Settling Parties to this Agreement shall be construed and enforced in accordance with, and governed by, the internal, substantive laws of the State of California without giving effect to that State's choice of law principles.

J.     **Amendment; Waiver.** This Agreement shall not be modified in any respect except by a writing executed by Wells Fargo and Plaintiffs or Class Counsel, and the waiver of any rights conferred hereunder shall be effective only if made by written instrument of the waiving party. The waiver by any party of any breach of this Agreement shall not be deemed or construed as a waiver of any other breach, whether prior, subsequent, or contemporaneous, of this Agreement. Nothing in the Settlement Agreement (including the fact of Settlement) constitutes or shall be construed as a waiver by Wells Fargo of whatever rights they may have under any arbitration agreement, including with respect to any claim, lawsuit, or judicial proceeding initiated by a member of the Class who has opted-out of the Settlement.

K.     **Execution in Counterparts.** This Agreement may be executed in one or more counterparts. All executed counterparts and each of them shall be deemed to be one and the same instrument. Counsel for the Settling Parties to this Agreement shall exchange among themselves original signed counterparts and a complete set of executed counterparts shall be filed with the Court.

L.     **Integrated Agreement.** This Agreement constitutes the entire

34

agreement between the Settling Parties with respect to the Settlement. This Agreement supersedes all prior negotiations and agreements, including but not limited to the Memorandum of Understanding/Term Sheet, and may not be modified or amended except by a writing signed by the Settling Parties and their respective counsel. The Settling Parties acknowledge, stipulate, and agree that no covenant, obligation, condition, representation, warranty, inducement, negotiation, or understanding concerning any part of the subject matter of this Agreement has been made or relied on except as expressly set forth in this Agreement. It is understood by the Settling Parties that, except for the matters expressly represented herein, the facts or law with respect to which this Agreement is entered into may turn out to be other than or different from the facts now known to each Settling Party or believed by such party to be true. Each Settling Party therefore expressly assumes the risk of the facts or law turning out to be different and agrees that this Agreement shall be in all respects effective and not subject to termination by reason of any such different facts or law.

M.   **Attorneys' Fees and Costs.** Except as otherwise expressly provided in this Agreement, each party shall bear its own costs and attorneys' fees.

N.   **Return or Destruction of Confidential Materials.** The Settling Parties agree to continue to comply with the Protective Order entered in this Action at the conclusion of the case. All agreements made and orders entered during the course of the Action relating to the confidentiality of information shall survive this Agreement.

O.   **Intended Beneficiaries.** No provision of this Agreement shall provide any rights to, or be enforceable by, any Person that is not one of the Plaintiffs, a Class Member, Wells Fargo, one of the Class Releasees, Class Counsel, or Counsel for Wells Fargo, except that this Agreement will be binding upon and inure to the benefit of the successors and assigns of the Settling Parties. No Plaintiff, Class Member, or Class Counsel may assign or otherwise convey any right to enforce any provision of this Agreement.

P.   **Regular Course of Business.** The Settling Parties agree that nothing in

this Agreement shall be construed to prohibit communications between Class Releasees, on the one hand, and Class Members, on the other hand, in the regular course of business.

Q. **Tax Consequences.** No representations or advice regarding the tax consequences of this Agreement have been made by any Settling Party. The Settling Parties further understand and agree that each Settling Party, each Class Member, each of Class Counsel, and Plaintiffs shall be responsible for his, her, its, or their own taxes, if any, resulting from this Agreement and any payments made pursuant to this Agreement.

R. **Bankruptcy Proceedings.**

1. The Settling Parties agree that any Class Member who is in active bankruptcy proceedings or previously was a party to bankruptcy proceedings during the period of time covered in the definition of the Class may only participate in the Settlement subject to applicable bankruptcy law and procedures. Wells Fargo is under no obligation to notify any bankruptcy court that has, had, or may have jurisdiction over such Class Member's bankruptcy proceedings or any trustee or examiner appointed in such Class Member's bankruptcy proceedings of this Agreement or the benefits conferred by the Agreement and the Settlement.

2. The Settling Parties agree that any disputes concerning the rights of the bankruptcy estate to the proceeds of any payment under the Settlement or Service Award shall be adjudicated by the applicable Bankruptcy Court. The Settlement Administrator shall follow any direction of the Bankruptcy Court with respect to the proceeds of any payment or Service Award.

S. **No Conflict Intended; Headings**. Any inconsistency between this Agreement and the exhibits attached hereto shall be resolved in favor of this Agreement. The headings used in this Agreement are intended for the convenience of the reader only and shall not affect the meaning or interpretation of this Agreement.

T. **Class Member Obligations.** Under no circumstances shall the

Settlement or Agreement or any release herein be deemed to alter, amend, or change the terms and conditions of any account or loan to which any Class Member is or was a party, or to provide a defense to any such loan, nor shall the Agreement or any release herein be deemed to have any effect in any bankruptcy case, in any foreclosure proceeding, or in any other action involving a Class Member hereto, nor shall the Settlement or the Agreement create or be construed as evidence of any violation of law or contract.  In the event this Agreement is so construed as to a particular Class Member, it can be declared by Wells Fargo to be null and void as to that Class Member only (and in such latter event, the Class Released Claims as to that Class Member shall also be void).

U.  **Press Release.**  Plaintiffs and Class Counsel shall not issue, or otherwise cause to be issued, any press release or advertisement, concerning the Action and/or the facts and circumstances that were the subject of, or disclosed in discovery in, the Action, excepting only such documents created and disbursed as part of the Class Notice. Plaintiffs and Class Counsel shall not seek media interviews concerning: (i) the Action; (ii) the facts and circumstances that were the subject of, or disclosed in discovery in the Action; and/or (iii) the Settlement of the Action, excepting only that such statements may be made to individual Class Members in one-on-one communications or as part of the Class Notice.  Under no circumstance shall Plaintiffs or Class Counsel disclose to any third party (1) any confidentially designated discovery obtained from Wells Fargo in the Action and/or (2) any non-public information regarding the Settling Parties' negotiation of this Settlement and/or this Agreement, except as may be otherwise permitted in this Agreement.  Specifically, this paragraph does not alter the scope of any confidentiality provisions or provisions regarding the use of non-public information set forth in this Agreement.

V.  **Mediator's Declaration.** The Settling Parties agree that the Mediator may file a declaration in support of any approval motions.

W.  **Further disputes:** If any disputes arise out of the finalization of the

1    settlement documentation, said disputes are to be resolved by the Honorable Andrew

2    Guilford (Ret.) first by way of expedited telephonic mediation and, if mediation is

3    unsuccessful, then by way of final, binding, non-appealable determination.

4

5                [REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    IN WITNESS WHEREOF, the Settling Parties hereto, through their fully

2  authorized representatives, have entered into this Agreement as of the date first below

3  written, and have executed this Settlement Agreement on the date indicated below

4  each respective signature.

5

6  PLAINTIFF ARMANDO HERRERA
   By:

7

8  _____
   Armando Herrera

9

10 Date: _____, 2021

11

12 PLAINTIFF DENA LUCERO
   By:

13

14 _____
   Dena Lucero

15

16 Date: _____, 2021

17

18 PLAINTIFF FEDERICK BROWN
   By:

19

20 _____
   Frederick Brown

21

22 Date: _____, 2021

23

24 PLAINTIFF VANITY ARRINGTON
   By:

25

26 _____
   Vanity Arrington

27

28 Date: _____, 2021

39

SETTLEMENT AGREEMENT
*ARMANDO HERRERA VS. WELLS FARGO BANK, N.A.*, CASE NO. 8:18-CV-00332-AG-MRW

116000927v1

DocuSign Envelope ID: F54BBF14-4A15-4015-B044-1C282DB9A896

1    IN WITNESS WHEREOF, the Settling Parties hereto, through their fully

2    authorized representatives, have entered into this Agreement as of the date first below

3    written, and have executed this Settlement Agreement on the date indicated below

4    each respective signature.

5

6    PLAINTIFF ARMANDO HERRERA
     By:
7

8    _____
     Armando Herrera
9

10   Date:_____, 2021

11

12   PLAINTIFF DENA LUCERO
     By:
13

14   _____
     Dena Lucero
15

16   Date:___May 14th_____, 2021

17

18   PLAINTIFF FEDERICK BROWN
     By:
19

20   _____
     Frederick Brown
21

22   Date:___May 14th_____, 2021

23

24   PLAINTIFF VANITY ARRINGTON
     By:
25

26   _____
     Vanity Arrington
27

28   Date:___May 14th_____, 2021

---

39

SETTLEMENT AGREEMENT
*ARMANDO HERRERA VS. WELLS FARGO BANK, N.A.,* CASE NO. 8:18-CV-00332-AG-MRW

116000927v1

DocuSign Envelope ID: F54BBF14-4A15-4015-B044-1C282DB9A89G

Case 8:18-cv-00332-JVS-MRW   Document 200   Filed 06/07/21   Page 90 of 155   Page ID
#:3265

1  PLAINTIFF KASHIF AWAN
2  By:

3  _____
4  Kashif Awan

5  Date:_____, 2021
6

7  PLAINTIFF GRETA CARTER
8  By:
   DocuSigned by:
   *Gretta Carter*
9  643A2DF73E44438...
   _____
10  Greta Carter

   May 14th
11  Date:_____, 2021
12

13  PLAINTIFF JAMES ATKINS
14  By:
   DocuSigned by:
15  *JAMES ATKINS*
   3C79F074B90C4C1...
   _____
16  James Atkins

   May 14th
17  Date:_____, 2021
18

19  PLAINTIFF ILKA ROBINSON-EATON
20  By:
   DocuSigned by:
21  9BE765F9E71C4B7...
   _____
22  Ilka Robinson-Eaton

   May 14th
23  Date:_____, 2021
24
25
26
27
28

                        40
              SETTLEMENT AGREEMENT
*ARMANDO HERRERA VS. WELLS FARGO BANK, N.A., CASE NO. 8:18-CV-00332-AG-MRW*
116000927v1

DocuSign Envelope ID: F54BBF14-4A15-4015-B044-1C282DB9A896

PLAINTIFF JANET CORPES

By:

_____

Janet Corpes

Date: May 14th , 2021

PLAINTIFF TERRI JONES

By:

_____

Terri Jones

Date: May 14th , 2021

PLAINTIFF HEIDE HUMPHREYS

By:

_____

Heidi Humphreys

Date: _____, 2021

PLAINTIFF RIA MARTIENS

By:

_____

Ria Martiens

Date: May 14th , 2021

41

DocuSign Envelope ID: F54BBF14-4A15-4015-B044-1C282DB9A896

1  PLAINTIFF BRIAN SWEENEY

2  By:

3  _____

4  Brian Sweeney

5  Date:_____, 2021

6

7  PLAINTIFF NAKECIA DEAN

8  By:
       *signature*
9      6D0FA163FD784D8...
   _____

10 Nakecia Dean

11 Date:_____May 14th_____, 2021

12

13 PLAINTIFF VON GRIFFIN

14 By:
       *signature*
15     110D14886E7F453...
   _____

16 Von Griffin

17 Date:_____May 14th_____, 2021

18

19

20 **DEFENDANTS WELLS FARGO BANK, NATIONAL ASSOCIATION AND**

21 **WELLS FARGO & CO.**

22 By:

23

24 _____

25 Title: _____

26 Date:_____, 2021

27

28 _____
                              42
                     SETTLEMENT AGREEMENT
   *ARMANDO HERRERA VS. WELLS FARGO BANK, N.A., CASE NO. 8:18-CV-00332-AG-MRW*
   116000927v1

DocuSign Envelope ID: F54BBF14-4A15-4015-B044-1C282DB9A896

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Agreed as to form and content:


_____

Jason M. Frank (190957)
Andrew Stolper (205642)
Scott H. Sims (234148)
FRANK SIMS & STOLPER LLP
19800 MacArthur Blvd., Ste. 855
Irvine, CA 92612
Telephone: (949) 201-2400
Facsimile: (949) 201-2405

*Frank Azar*
DocuSigned by:
2F0AE4EA939146E...

Franklin D. Azar (*pro hac vice*)
FRANKLIN D. AZAR &
ASSOCIATES P.C.
14426 East Evans Ave.
Aurora, CO 80014
Telephone: (303) 757-3300
Facsimile: (303) 759-5203


_____

Charles Shaffer (*pro hac vice*)
LEVIN SEDRAN & BERMAN
510 Walnut Street, Ste. 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
Facsimile: (215) 592-4663


*Counsel for Plaintiffs and the Proposed
Class*

_____

SETTLEMENT AGREEMENT
*ARMANDO HERRERA VS. WELLS FARGO BANK, N.A.,* CASE NO. 8:18-CV-00332-AG-MRW
116000927v1

DocuSign Envelope ID: F54BBF14-4A15-4015-B044-1C282DB9A896

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

David C. Powell (SBN 129781)
dpowell@mcguirewoods.com
MCGUIREWOODS LLP
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111-3821
Telephone: (415) 844-9944
Facsimile: (415) 844-9922

William C. Mayberry (*pro hac vice*)
TROUTMAN PEPPER LLP
301 S. College St., 34th Floor
Charlotte, NC 28202
Telephone: (704) 998-4050
Facsimile: (704) 998-4051

*Attorneys for Defendants Wells Fargo
& Company and Wells Fargo Bank
N.A. d/b/a Wells Fargo Dealer Services*

SETTLEMENT AGREEMENT
*ARMANDO HERRERA VS. WELLS FARGO BANK, N.A.,* CASE NO. 8:18-CV-00332-AG-MRW

116000927v1

Case 8:18-cv-00332-JVS-MRW   Document 202-1   Filed 09/22/21   Page 80 of 310   Page ID
Case 8:18-cv-00332-JVS-MRW   Document 208-7   Filed 06/07/21   Page 95 of 155   Page ID
#:3270

PLAINTIFF KASHIF AWAN

By:

*Kashif Awan*
Kashif Awan (May 14, 2021 17:58 CDT)

Kashif Awan

Date:   May 14, 2021


PLAINTIFF GRETA CARTER

By:

_____

Greta Carter

Date:_____, 2021


PLAINTIFF JAMES ATKINS

By:

_____

James Atkins

Date:_____, 2021


PLAINTIFF ILKA ROBINSON-EATON

By:

_____

Ilka Robinson-Eaton

Date:_____, 2021

SETTLEMENT AGREEMENT
*ARMANDO HERRERA VS. WELLS FARGO BANK, N.A.*, CASE NO. 8:18-CV-00332-AG-MRW
116000927v1

Case 8:18-cv-00332-JVS-MRW   Document 202-1   Filed 09/22/21   Page 81 of 310   Page ID
Case 8:18-cv-00332-JVS-MRW   Document 308   Filed 06/07/21   Page 96 of 155   Page ID
#:3271
#:2088

# Herrera Settlement Agreement (For Client Signature)

Final Audit Report                                                                 2021-05-14

| | |
|---|---|
| Created: | 2021-05-14 |
| By: | Thomas Shrack (tshrack@lfsblaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA5BvolYTvNfU1WsLD4Qy88DGB_xqJQ1hN |

## "Herrera Settlement Agreement (For Client Signature)" History

🖹 Document created by Thomas Shrack (tshrack@lfsblaw.com)
   2021-05-14 - 9:14:39 PM GMT- IP address: 173.168.246.34

📧 Document emailed to Kashif Awan (abmg.usa@gmail.com) for signature
   2021-05-14 - 9:15:53 PM GMT

🖹 Email viewed by Kashif Awan (abmg.usa@gmail.com)
   2021-05-14 - 9:15:55 PM GMT- IP address: 66.249.87.232

✍ Document e-signed by Kashif Awan (abmg.usa@gmail.com)
   Signature Date: 2021-05-14 - 10:58:40 PM GMT - Time Source: server- IP address: 67.184.36.184

✅ Agreement completed.
   2021-05-14 - 10:58:40 PM GMT

**Adobe Sign**

Case 8:18-cv-00332-JVS-MRW   Document 202-1   Filed 09/22/21   Page 82 of 310   Page ID
Case 8:18-cv-00332-JVS-MRW   Document 208-9   Filed 06/07/21   Page 97 of 155   Page ID
#:3272

PLAINTIFF JANET CORPES
By:

_____
Janet Corpes

Date:_____, 2021


PLAINTIFF TERRI JONES
By:

_____
Terri Jones

Date:_____, 2021


PLAINTIFF HEIDI HUMPHREYS
By:
*Heidi Humphreys*
Heidi Humphreys (May 14, 2021 18:27 EDT)
_____
Heidi Humphreys

Date:  May 14, 2021


PLAINTIFF RIA MARTIENS
By:

_____
Ria Martiens

Date:_____, 2021

SETTLEMENT AGREEMENT
*ARMANDO HERRERA VS. WELLS FARGO BANK, N.A.*, CASE NO. **8:18-CV-00332-AG-MRW**
116000927v1

Case 8:18-cv-00332-JVS-MRW   Document 202-1   Filed 09/22/21   Page 83 of 310   Page ID
Case 8:18-cv-00332-JVS-MRW   Document 206   Filed 06/07/21   Page 98 of 155   Page ID
#:2760
#:3273

# Herrera Settlement Agreement (For Client Signature)

Final Audit Report                                                                      2021-05-14

| | |
|---|---|
| Created: | 2021-05-14 |
| By: | Thomas Shrack (tshrack@lfsblaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAtjAoZQMYjbgduOQdJCZMdHddFAgzHSiJ |

## "Herrera Settlement Agreement (For Client Signature)" History

📄 Document created by Thomas Shrack (tshrack@lfsblaw.com)
   2021-05-14 - 9:17:03 PM GMT- IP address: 173.168.246.34

📧 Document emailed to Heidi Humphreys (humphreys3696@comcast.net) for signature
   2021-05-14 - 9:18:03 PM GMT

📄 Email viewed by Heidi Humphreys (humphreys3696@comcast.net)
   2021-05-14 - 10:24:36 PM GMT- IP address: 73.64.214.71

✍️ Document e-signed by Heidi Humphreys (humphreys3696@comcast.net)
   Signature Date: 2021-05-14 - 10:27:19 PM GMT - Time Source: server- IP address: 73.64.214.71

✅ Agreement completed.
   2021-05-14 - 10:27:19 PM GMT

**Adobe Sign**

Case 8:18-cv-00332-JVS-MRW   Document 202-1   Filed 09/22/21   Page 84 of 310   Page ID
Case 8:18-cv-00332-JVS-MRW   Document 200   Filed 06/07/21   Page 99 of 155   Page ID
#:3274
#:3091

1  PLAINTIFF BRIAN SWEENEY
2  By:

3  Tim Sweeney (May 14, 2021 19:16 CDT)

4  Brian Sweeney

5  Date:   May 14, 2021

6

7  PLAINTIFF NAKECIA DEAN
8  By:

9

10  Nakecia Dean

11  Date:_____, 2021

12

13  PLAINTIFF VON GRIFFIN
14  By:

15

16  Von Griffin

17  Date:_____, 2021

18

19

20  **DEFENDANTS WELLS FARGO BANK, NATIONAL ASSOCIATION AND**
21  **WELLS FARGO & CO.**

22  By:

23

24

25  Title: _____
26  Date:_____, 2021

27

28

Case 8:18-cv-00332-JVS-MRW   Document 202-1   Filed 09/22/21   Page 85 of 310   Page ID
Case 8:18-cv-00332-JVS-MRW   Document 200-2 Filed 06/07/21   Page 100 of 155   Page ID
#:3275

# Herrera Settlement Agreement (For Client Signature)

Final Audit Report                                                    2021-05-15

| | |
|---|---|
| Created: | 2021-05-14 |
| By: | Thomas Shrack (tshrack@lfsblaw.com) |
| Status. | Signed |
| Transaction ID: | CBJCHBCAABAADs6L9VVxJsgKXU8btRiP-sIT0hgQeAQM |

## "Herrera Settlement Agreement (For Client Signature)" History

Document created by Thomas Shrack (tshrack@lfsblaw.com)
2021-05-14 - 9:19:04 PM GMT- IP address: 173.168.246.34

Document emailed to Tim Sweeney (tsweeney@utexas.edu) for signature
2021-05-14 - 9:19:46 PM GMT

Email viewed by Tim Sweeney (tsweeney@utexas.edu)
2021-05-14 - 9:34:50 PM GMT- IP address: 74.125.214.7

Document e-signed by Tim Sweeney (tsweeney@utexas.edu)
Signature Date: 2021-05-15 - 0:16:43 AM GMT - Time Source: server- IP address: 70.112.129.125

Agreement completed.
2021-05-15 - 0:16:43 AM GMT

**Adobe Sign**

DocuSign Envelope ID: 6382634A-0669-4E98-875E-F39770168B31

PLAINTIFF BRIAN SWEENEY
By:

_____

Brian Sweeney

Date:_____, 2021


PLAINTIFF NAKECIA DEAN
By:

_____

Nakecia Dean

Date:_____, 2021


PLAINTIFF VON GRIFFIN
By:

_____

Von Griffin

Date:_____, 2021



**DEFENDANTS WELLS FARGO BANK, NATIONAL ASSOCIATION AND WELLS FARGO & CO.**

By:
DocuSigned by:

*Mike Weinbach*

463297056E7D46B...

_____

Title:    CEO, Consumer Lending

Date: 6/3/2021 | 1:57:54 PM PDT , 2021


43

SETTLEMENT AGREEMENT
*ARMANDO HERRERA VS. WELLS FARGO BANK, N.A.,* CASE NO. 8:18-CV-00332-AG-MRW

144996826_6

Case 8:18-cv-00332-JVS-MRW   Document 202-1   Filed 09/22/21   Page 87 of 310   Page ID
Case 8:18-cv-00332-JVS-MRW   Document 204   Filed 06/07/21   Page 102 of 155   Page ID
#:3277

DocuSign Envelope ID: 92826342-AC60-4E98-87EF-F027301C8B31

Agreed as to form and content:

Jason M. Frank (190957)
Andrew Stolper (205642)
Scott H. Sims (234148)
FRANK SIMS & STOLPER LLP
19800 MacArthur Blvd., Ste. 855
Irvine, CA 92612
Telephone: (949) 201-2400
Facsimile: (949) 201-2405


Franklin D. Azar (*pro hac vice*)
FRANKLIN D. AZAR &
ASSOCIATES P.C.
14426 East Evans Ave.
Aurora, CO 80014
Telephone: (303) 757-3300
Facsimile: (303) 759-5203


Charles Shaffer (*pro hac vice*)
LEVIN SEDRAN & BERMAN
510 Walnut Street, Ste. 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
Facsimile: (215) 592-4663

*Counsel for Plaintiffs and the Proposed
Class*

44

SETTLEMENT AGREEMENT
*ARMANDO HERRERA VS. WELLS FARGO BANK, N.A., CASE NO. 8:18-CV-00332-AG-MRW*

144996826_6

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

David C. Powell (SBN 129781)
dpowell@mcguirewoods.com
MCGUIREWOODS LLP
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111-3821
Telephone: (415) 844-9944
Facsimile: (415) 844-9922

William C. Mayberry (*pro hac vice*)
TROUTMAN PEPPER LLP
301 S. College St., 34th Floor
Charlotte, NC 28202
Telephone: (704) 998-4050
Facsimile: (704) 998-4051

*Attorneys for Defendants Wells Fargo*
*& Company and Wells Fargo Bank*
*N.A. d/b/a Wells Fargo Dealer Services*

45

144996826_6

DocuSign

## Certificate Of Completion

Envelope Id: 92826342AC604E9887EFF027301C8B31
Subject: Please DocuSign: Active_144996826_7_Herrera Settlement Agreement.DOCX
Source Envelope:
Document Pages: 57
Certificate Pages: 3
AutoNav: Enabled
EnvelopeId Stamping: Enabled
Time Zone: (UTC-08:00) Pacific Time (US & Canada)

Signatures: 1
Initials: 0

Status: Completed

Envelope Originator:
Tina Mitchell
420 Montgomery St.
San Francisco, CA  94104
Tina.M.Mitchell@wellsfargo.com
IP Address: 159.45.129.21

## Record Tracking

Status: Original
    6/3/2021 1:05:45 PM

Holder: Tina Mitchell
    Tina.M.Mitchell@wellsfargo.com

Location: DocuSign

| Signer Events | Signature | Timestamp |
| --- | --- | --- |
| Mike Weinbach<br>mike.weinbach@wellsfargo.com<br>Security Level: Email, Account Authentication<br>(None) | *DocuSigned by:*<br>Mike Weinbach<br>463297056E7D46B...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 159.45.71.16 | Sent: 6/3/2021 1:14:19 PM<br>Viewed: 6/3/2021 1:56:45 PM<br>Signed: 6/3/2021 1:57:54 PM |

Electronic Record and Signature Disclosure:
    Accepted: 6/3/2021 1:56:45 PM
    ID: 8e67a1b4-af35-434d-bc70-068ff596e8c6

| In Person Signer Events | Signature | Timestamp |
| --- | --- | --- |

| Editor Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Agent Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Intermediary Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Certified Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Carbon Copy Events | Status | Timestamp |
| --- | --- | --- |

| Witness Events | Signature | Timestamp |
| --- | --- | --- |

| Notary Events | Signature | Timestamp |
| --- | --- | --- |

| Envelope Summary Events | Status | Timestamps |
| --- | --- | --- |
| Envelope Sent | Hashed/Encrypted | 6/3/2021 1:14:19 PM |
| Certified Delivered | Security Checked | 6/3/2021 1:56:45 PM |
| Signing Complete | Security Checked | 6/3/2021 1:57:54 PM |
| Completed | Security Checked | 6/3/2021 1:57:54 PM |

| Payment Events | Status | Timestamps |
| --- | --- | --- |

## Electronic Record and Signature Disclosure

# Electronic Record and Signature Disclosure

**Last updated:** April 26, 2021

You are entitled by law to receive certain information "in writing." However, we may instead provide this information to you electronically with your prior consent. We also need your consent to use electronic signatures. In this consent (the "Consent"), "we," "us," "our," and "Wells Fargo" refer to Wells Fargo Bank, N.A. and any affiliate or subsidiary of Wells Fargo Bank, N.A. "You" and "your" refer to the person agreeing to this Consent.

1.  **Scope.** In our sole discretion, we may provide to you, or you may sign, submit, or agree to at our request, certain documents, records, disclosures, notices, communications, agreements, fee schedules, statements, and other information in electronic form through the DocuSign system ("Electronic Records"). We may also use electronic signatures and obtain them from you through the DocuSign system ("Electronic Signatures"). You may receive emails related to the Electronic Records and Electronic Signatures. This Consent applies to any Electronic Records or Electronic Signatures in connection with the signing event on the DocuSign system associated with this Consent (the "Signing Event").

2.  **Paper Copies.** We will not send you paper copies of any Electronic Records unless we, in our sole discretion, deem it appropriate to do so. If you desire a paper copy of an Electronic Record, you may: (a) download or print the Electronic Record after the Signing Event; or (b) contact the appropriate customer service unit and request a paper copy, for which we may charge you a fee unless prohibited by law. Any such fee will be disclosed at the time of request.

3.  **Your Email Address.** To update your email address before completing the Signing Event: (a) if you arrived at the Signing Event through Wells Fargo Online® or a similar online system, follow the appropriate procedure for that system to update your email address; or (b) if you arrived at the Signing Event through a link in an email you received, please contact the Wells Fargo representative associated with that email.

4.  **Withdrawal.** This Consent only applies to the Signing Event, and you will not be able to withdraw this Consent after you have completed the Signing Event. If you do not wish to agree to this Consent, you may decline to continue with the Signing Event.

5.  **Software and Hardware Requirements.** To use Electronic Records and Electronic Signatures, you must meet the current minimum DocuSign system requirements, which can be found here: https://support.docusign.com/guides/signer-guide-signing-system-requirements. In addition, you must have:
    o   A web browser listed on the Wells Fargo Supported Browsers and Operating Systems page (https://www.wellsfargo.com/help/online-banking/browser-supported);
    o   An Internet connection;
    o   An active email account;
    o   A currently supported version of a program that accurately displays PDF files;
    o   A computer or other device and an operating system capable of supporting all of the above;
    o   A printer, if you wish to print out paper copies of Electronic Records; and

       o    Electronic storage, if you wish to retain Electronic Records in electronic form.

Please indicate you have read, understand, and agree to this Consent by selecting the checkbox next to "I agree to use electronic records and signatures" before clicking "CONTINUE" within the Signing Event.

# Exhibit A

| CLAIM FORM |
|---|

***Herrera, et al. v. Wells Fargo Bank, N.A., et al.***
United States District Court, Central District of California
Case No. 8:18-cv-00332-JVS-MRW

**IMPORTANT:** **YOU MUST SUBMIT THIS COMPLETED CLAIM FORM TO THE CLAIM ADMINISTRATOR EITHER ON THE SETTLEMENT WEBSITE OR BY RETURNING THE BELOW CLAIM FORM WHICH MUST BE POSTMARKED ON OR BEFORE <mark>DATE</mark>**

<mark>**[INSERT INDIVIDUAL RECIPIENT/ADDRESSEE [INSERT QR CODE] MAILING AND VEHICLE INFORMATION]**</mark>

## SECTION I:  INSTRUCTIONS

You have received this Claim Form because you have been identified as a potential member of a Settlement Class in the lawsuit identified above.

**Please carefully review the following instructions before proceeding**.  You must provide all of the information requested by this Claim Form, including the signature at the bottom, either by returning this Claim Form via mail or by submitting a Claim Form on the Settlement Website at: <mark><<INSERT>></mark>.  You may also scan the QR Code above to complete and submit the Claim Form on your smartphone or tablet.

You must submit this Claim Form by [<mark>DEADLINE</mark>].  If you send the Claim Form by mail, it must be postmarked on or before [<mark>DEADLINE</mark>].

Failure to follow these directions could cause your Claim to be rejected.

## SECTION II: ELIGIBILITY

According to account records maintained by Wells Fargo, you financed the purchase of the vehicle identified above (the "Vehicle") along with Guaranteed Asset Protection or Guaranteed Auto Protection ("GAP").  Your finance agreement was subsequently assigned to Wells Fargo.  Wells Fargo's records indicate that you paid off your Finance Agreement early.

When Finance Agreements with GAP are paid off early, the customer may be entitled to a partial refund of the amount paid for GAP (an "Early Payoff GAP Refund"), provided that (1) they have not previously cancelled their GAP product and received a refund, and (2) they have not previously received benefits under their GAP product in the event of a total loss of their Vehicle.[1]  Sometimes the refunds are paid by the auto dealer who originally sold you the Vehicle (the "Dealer"), or by a GAP Administrator identified in the GAP agreement.  Wells Fargo's records do not indicate whether you previously received an Early Payoff GAP Refund.

---

[1] This Claim Form incorporates capitalized terms defined as part of the Settlement Agreement, which can be found at <<INSERT WEBSITE>>.

You are eligible to submit this form **only if** the following apply to you:

1. You are the purchaser of the Vehicle identified above which had GAP protection and was paid off early;

2. You did not cancel your GAP product prior to the payoff of your Vehicle;

3. You have not received any benefits under your GAP product following a total loss to your Vehicle; and

4. You have not previously received a GAP Refund for this Vehicle, including from a Dealer or GAP Administrator.

### SECTION III:  CHECK ALL OF THE BOXES BELOW THAT APPLY TO YOU

| | |
|---|---|
| ☐ | **I owned the Vehicle described above which had GAP protection and was paid off early** |
| ☐ | **I did not cancel my GAP product prior to paying off the Finance Agreement associated with this Vehicle.** |
| ☐ | **I did not receive any benefits under my GAP product after a total loss of my Vehicle.** |
| ☐ | **I never received a refund of any portion of the amount I paid for GAP, including from a Dealer or GAP Administrator.** |
| ☐ | **My email address is:  _____   [OPTIONAL]** |

### SECTION IV:  DECLARATION

I declare and affirm, under penalty of perjury under the laws of the United States, that the information in this Claim Form is true and correct to the best of my knowledge, information and belief and that I am eligible to make this claim.  I understand that this Claim Form is subject to audit, verification and/or review by Wells Fargo or the Court.

Dated:  ___ ___ / ___ ___ / ___ ___ ___ ___

_____
Claimant Signature

Print Name _____

# Exhibit B

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ARMANDO HERRERA, *et al.*

Plaintiffs,

v.

WELLS FARGO BANK, N.A., *et al.*

Defendants.

CASE NO. 8:18-cv-00332-AG-MRW

**SETTLEMENT AGREEMENT EXHIBIT B**

*Honorable James V. Selna*

The chart below identifies the applicable time period for determining whether an individual is a member of the Class.  "Class" or "Class Member(s)" means all persons in the United States (a) who entered into Finance Agreements with GAP Agreements that were assigned to Wells Fargo, (b) whose Finance Agreements terminated as the result of an Early Payoff that occurred during the Class Period, and (c) who did not receive a GAP Refund.

| State of Origination | Finance Agreement Terminated |
|---|---|
| Alabama | On or after February 27, 2012 |
| Alaska | On or after February 27, 2015 |
| Arizona | On or after February 27, 2012 |
| Arkansas | On or after February 27, 2013 |
| California | On or after February 27, 2014 |
| Colorado | On or after February 27, 2015 |
| Connecticut | On or after February 27, 2012 |
| Delaware | On or after February 27, 2015 |
| Florida | On or after February 27, 2013 |
| Georgia | On or after February 27, 2012 |
| Hawaii | On or after February 27, 2012 |
| Idaho | On or after February 27, 2013 |
| Illinois | On or after February 27, 2008 |
| Indiana | On or after February 27, 2008 |
| Iowa | On or after February 27, 2008 |
| Kansas | On or after February 27, 2013 |
| Kentucky | On or after February 27, 2003 |
| Louisiana | On or after February 27, 2008 |

2

| Maine | On or after February 27, 2012 |
|---|---|
| Maryland | On or after February 27, 2015 |
| Massachusetts | On or after February 27, 2012 |
| Michigan | On or after February 27, 2012 |
| Minnesota | On or after February 27, 2012 |
| Mississippi | On or after February 27, 2015 |
| Missouri | On or after February 27, 2008 |
| Montana | On or after February 27, 2010 |
| Nebraska | On or after February 27, 2013 |
| Nevada | On or after February 27, 2012 |
| New Hampshire | On or after February 27, 2015 |
| New Jersey | On or after February 27, 2012 |
| New Mexico | On or after February 27, 2012 |
| New York | On or after February 27, 2012 |
| North Carolina | On or after February 27, 2015 |
| North Dakota | On or after February 27, 2012 |
| Ohio | On or after February 27, 2010 |
| Oklahoma | On or after February 27, 2013 |
| Oregon | On or after February 27, 2012 |
| Pennsylvania | On or after February 27, 2014 |
| Rhode Island | On or after February 27, 2008 |
| South Carolina | On or after February 27, 2015 |
| South Dakota | On or after February 27, 2012 |
| Tennessee | On or after February 27, 2012 |
| Texas | On or after February 27, 2014 |
| Utah | On or after February 27, 2012 |
| Vermont | On or after February 27, 2012 |

115996981v2

| Virginia | On or after February 27, 2013 |
|---|---|
| Washington | On or after February 27, 2012 |
| West Virginia | On or after February 27, 2008 |
| Wisconsin | On or after February 27, 2012 |
| Wyoming | On or after February 27, 2008 |

115996981v2

5

# Exhibit C

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ARMANDO HERRERA, *et al.*

      Plaintiffs,

v.

WELLS FARGO BANK, N.A., *et al.*

      Defendants.

CASE NO. 8:18-cv-00332-AG-MRW

**SETTLEMENT AGREEMENT EXHIBIT C – NOTICE TO CLASS __**

*Honorable James V. Selna*

116000825v2

*Herrera et al. v. Wells Fargo Bank, N.A. et al.*

Case No. 8:18-cv-00332-JVS-MRW

### NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION

This Notice of Proposed Settlement of Class Action ("Notice") was authorized by the United States District Court for the Central District of California.[1] It is not a solicitation from a lawyer.

**IF YOU ARE RECEIVING THIS NOTICE BY MAIL OR EMAIL, YOU HAVE BEEN IDENTIFIED AS A POTENTIAL CLASS MEMBER IN A CLASS ACTION SETTLEMENT**

**YOUR SETTLEMENT ADMINISTRATION CLAIM NUMBER IS XXXXX**

- A proposed Settlement has been reached in a class action lawsuit that may affect your rights.

- The Settlement resolves a class action lawsuit against Wells Fargo. The lawsuit alleges that Wells Fargo failed to provide customers with a partial refund of the fees paid for Guaranteed Asset Protection or Guaranteed Auto Protection ("GAP") after customers paid off their Finance Agreements early. Wells Fargo denies any wrongdoing because, among other reasons, it claims that to the extent a refund is due and has not been made, Wells Fargo is not the party responsible for making the refund.

- You are a Class Member if (1) you entered into a Finance Agreement with a GAP Agreement that was assigned to Wells Fargo; (2) your Finance Agreement terminated as the result of an Early Payoff that occurred during the Class Period; and (3) you did not receive a GAP refund.[2]

- **Wells Fargo's records indicate you may be a Class Member and you may be entitled to up to $_____ under the terms of the Settlement for the following vehicle _____.**

- The Court has not decided whether to finally approve the Settlement.

**YOUR LEGAL RIGHTS WILL BE AFFECTED WHETHER YOU ACT OR DO NOT ACT. PLEASE READ THIS ENTIRE NOTICE CAREFULLY.**

---

[1]  Capitalized terms in this Notice have the same meaning as they are defined in the Settlement Agreement. The Settlement Agreement is posted on the Settlement Website, <<**insert website**>>.

[2]  The Class also includes the Statutory Subclass Members defined in Section 5 below.

| SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **SUBMIT A CLAIM FOR MONEY BY _____, 2021** | You may submit a claim for monetary compensation from the Settlement Fund by completing and returning the enclosed Claim Form by _____, 2021.  (See Section 7) |
| **EXCLUDE YOURSELF FROM THE SETTLEMENT BY _____, 2021** | You may file a written request to exclude yourself or "opt out" from the Settlement by _____, 2021.  If you do so, you will not receive any money from the Settlement Fund and you will not release your claims in this lawsuit.  (See Section 11)<br><br>If the Settlement is granted final approval by the Court and you did not timely "opt out" of the Settlement, then you will release the claims described in Section 19 below. |
| **OBJECT TO THE SETTLEMENT BY _____, 2021** | If you believe the Settlement is unfair or inadequate, you may file a written objection to the Settlement by _____, **2021**, so long as you do not file a request to exclude yourself from the Settlement.  (See Section 17) |

**THESE OPTIONS AND THE DEADLINES TO EXERCISE THEM ARE FURTHER DETAILED IN THIS NOTICE.**

**CONTINUED ON NEXT PAGE**

**QUESTIONS? Call 1-888-XXX-XXXX or visit <<insert website>>**

116000825v2

---
## Notice Contents
---

**Basic Information**

1.  Why am I receiving this notice?

2.  What is this lawsuit about?

3.  Why is this a class action?

4.  What are the reasons for the Settlement?

**The Settlement**

5.  Who is included in the Settlement Class?

6.  What benefits does the Settlement provide?

7.  Do I need to do anything to receive a payment?

8.  Why did I receive multiple notices?

9.  What can I do if I believe my payment was not calculated properly?

10. How will this Settlement affect my rights?

**Excluding yourself from the Settlement**

11. How do I exclude myself from the Settlement?

12. If I do not request exclusion, can I sue Wells Fargo for the same claims later?

13. If I exclude myself, may I still receive compensation from the Settlement Fund?

**The Lawyers Representing You**

14. Do I have a lawyer in this case?

15. How will the lawyers be paid for their services?

16. Will Class Representatives receive service awards?

**Objecting to the Settlement**

17. How do I inform the Court if I object to the Settlement?

18. What is the difference between objecting to the Settlement and requesting exclusion?

---
**QUESTIONS? Call 1-888-XXX-XXXX or visit <<website>>**

116000825v2

**Release of Claims**

19.    What claims are being released as part of the Settlement?

**Final Approval Hearing**

20.    When and where will the Court decide whether to grant final approval of the Settlement?

21.    Do I have to attend the hearing?

**Getting More Information**

22.    How do I get more information?

**QUESTIONS? Call 1-888-XXX-XXXX or visit <<insert website>>**

116000825v2

# BASIC INFORMATION

## 1. WHY AM I RECEIVING THIS NOTICE?

A Court authorized this notice because you have a right to know about a proposed Settlement of this class action lawsuit and about your options before the Court decides whether to grant final approval of the Settlement. This notice explains the lawsuit, the Settlement, and your legal rights. Judge James V. Selna of the United States District Court for the Central District of California is overseeing this case and has exclusive jurisdiction over the Settlement. This litigation is known as *Hererra, et al. v. Wells Fargo Bank, N.A.,* Case No., 8:18-cv-00332-JVS-MRW.

## 2. WHAT IS THIS LAWSUIT ABOUT?

GAP is sold by auto dealers to customers who enter into a retail installment sales contact (referred to in this Notice as a "Finance Agreement") to finance their vehicle purchase.  GAP provides additional protection beyond that provided by typical automobile insurance policies.  For example, in the event of a total loss to the vehicle due to an accident or theft, GAP can help pay part of the amount owed under the Finance Agreement that is not covered by the auto insurance policy.

In the event that the Finance Agreement is paid off early, the customer may be entitled to a partial refund of the amount paid for GAP for the unused term of the Finance Agreement.  This refund is referred to in this Notice as a "GAP Refund" or "Early Payoff GAP Refund."

Your Finance Agreement was sold by your Dealer and assigned to Wells Fargo. Plaintiffs allege that, after the assignment, Wells Fargo took over the contractual obligation to issue the GAP refund.  Plaintiffs further contend that certain States have laws, in effect at various times, that require the assignee of the Finance Agreement (like Wells Fargo) to issue the GAP refund after an early payoff ("State Refund Statutes").

Wells Fargo denies any wrongdoing in this lawsuit.  Wells Fargo contends that the obligation to issue the GAP refund belongs to the Dealer or GAP Administrator identified in the GAP Agreements, not Wells Fargo.  Wells Fargo further contends that, depending on the language in the GAP Agreements, customers may be required to provide written notice of the early payoff or a written request for a refund as a prerequisite for the refund.  Wells Fargo further contends that unless the GAP Agreement is subject to a State Refund Law, customers are required to request a refund in writing from the party specified in their GAP Agreement as a condition precedent to receiving a refund.

116000825v2

The First Amended Complaint in this lawsuit, which provides greater details about Plaintiffs' claims, can be viewed on the Settlement Website at **<<insert website>>**.

### 3. WHY IS THIS A CLASS ACTION?

A class action lawsuit allows a large number of people with a common complaint to sue collectively while being represented by members of the group called the "Class Representatives." In this case, the Class Representatives have brought this lawsuit on behalf of themselves and others with similar claims. Together, all the individuals with similar claims (with the exception of those who request exclusion or "opt out" from the Class) are referred to as "Class Members."

### 4. WHAT ARE THE REASONS FOR THE SETTLEMENT?

The Court has not ruled in favor of either the Plaintiffs or Wells Fargo. Instead, both sides agreed to a Settlement that they believe is a fair, reasonable and adequate compromise of their respective positions. The parties reached this Settlement after litigating this case for over three years, conducting substantial discovery, and with the assistance on an experienced neutral mediator and former U.S. District Court judge.

By agreeing to the Settlement, the parties avoid the costs, delay, and uncertainty of further litigation, and Class Members receive the benefits described in this Notice. As in any litigation, Plaintiffs and the Class would face an uncertain outcome if they did not agree to the Settlement, and the case could continue for a long period of time. Continuation of the case could result in a judgment greater or less than the Settlement. Plaintiffs and Class Counsel believe this Settlement provides a fair and reasonable resolution of the claims asserted in this lawsuit for the benefit of the Class.

Wells Fargo denies any wrongdoing and the Settlement shall in no event be construed or deemed to be evidence or an admission or concession on the part of Wells Fargo with respect to any claim or of any fault, liability, wrongdoing, or damage.

**QUESTIONS? Call 1-888-XXX-XXXX or visit <<insert website>>**

116000825v2

# THE SETTLEMENT

## 5. WHO IS INCLUDED IN THE SETTLEMENT CLASS?

There are two classes who are part of this Settlement: the Class and the Statutory Subclass.

The "Class" means all persons in the United States (a) who entered into Finance Agreements with GAP Agreements that were assigned to Wells Fargo, (b) whose Finance Agreements terminated as the result of an Early Payoff that occurred during the Class Period, and (c) who did not receive a GAP Refund. The Class Period is different depending on the State where you entered your Finance Agreement. You can find a list of the Class Periods on the Settlement Website at <<**insert website**>>. The Class also includes the Statutory Subclass Members.

The "Statutory Subclass" means those persons (a) who entered into Finance Agreements with GAP Agreements that were assigned to Wells Fargo, (b) whose Finance Agreements were subject to State Refund Laws; (c) whose Finance Agreements terminated as the result of an Early Payoff that occurred during the Statutory Subclass Period, and (d) who did not receive a GAP Refund from Wells Fargo, or for whom Wells Fargo did not receive written confirmation from a Dealer or GAP Administrator that the GAP Refund was paid.

For purposes of this Settlement only, the Parties have agreed to a list of the States with State Refund Laws that apply to the Class and the time periods those laws were in effect during the Class Period. You can find this list on the Settlement Website at <<**insert website**>>.

You are a Class Member if you fit within either definition. Class Members who are not also members of the Statutory Subclass are referred to as "Non-Statutory Subclass Members."

If you received a copy of this Notice, you have been identified as a potential Class Member for the vehicle identified on the front of this Notice, but <u>not</u> a member of Statutory Subclass.

If you did not receive a copy of this Notice, but believe that you are a Class Member or Statutory Subclass Member, you can contact the Claims Administrator at the number below or visit the Settlement Website at <<**insert website**>> for further information.

**6. WHAT BENEFITS DOES THE SETTLEMENT PROVIDE?**

Under the Settlement, Wells Fargo has agreed to provide the following benefits as consideration for the resolution and release of the Class Members' claims:

- **Business Practice Change.** No later than **January 1, 2022**, Wells Fargo will implement processes to directly provide to customers, on a go-forward basis, Early Payoff GAP Refunds within a reasonable time after receipt of an Early Payoff so long as (1) the customer purchased GAP from a Dealer at the time they entered into their Finance Agreement; (2) the customer chose to finance the cost of the GAP and such cost is included in a Finance Agreement assigned to Wells Fargo; (3) Wells Fargo received the Early Payoff from the customer; (4) the customer's GAP Agreement provides for an Early Payoff GAP Refund in the event of an Early Payoff; and (5) the customer has not previously received a GAP Refund. Customers who meet these criteria will not be required to take any action other than completing an Early Payoff to receive an Early Payoff GAP Refund. This obligation will continue until **January 1, 2026**. Plaintiffs' expert's estimate of the impact of this business practice change is included in Plaintiffs' motion for preliminary approval of the settlement, which can be found at <<**insert website>>**.

- **Past GAP Refunds to Statutory Subclass Members.** Members of the Statutory Subclass have received or will receive a payment directly from Wells Fargo equal to the amount of their Early Payoff GAP Refund (without any deduction for cancellation fees) plus compensation for the loss of use of these funds based on the one-year constant U.S. maturity treasury rate, compounded annually from the date of the Early Payoff. Wells Fargo represents and warrants that it has paid $33,357,919.81 collectively to the members of the Statutory Subclass between December 20, 2018 and March 31, 2021. In the event that Wells Fargo identifies any additional members of the Statutory Subclass who have not yet received these payments, then Well Fargo represents and warrants that it will do so pursuant to the terms of the Settlement. These amounts have been or will be paid directly by Wells Fargo and are in addition to and separate and apart from the Settlement Fund described below. In addition, each Statutory Subclass Member will also receive a payment of up to $5.00 ("Additional Compensation") to be paid out from the Settlement Fund described below.

- **Past GAP Refunds to Non-Statutory Subclass Members.** Class Members whose Finance Agreements were not governed by the State Refund Laws (the "Non-Statutory Subclass Members") who submit a claim verifying that they did not previously receive a GAP refund, will be eligible to a receive a settlement payment up to the full amount of the Early Payoff GAP Refund without any deduction for cancellation fees (an "Approved Claim"). The settlement payments to the Non-

Statutory Subclass Members may be reduced on a prorated basis depending on the amounts remaining in the Settlement Fund as discussed below.

- **Settlement Fund.** Wells Fargo will establish a Settlement Fund ("Settlement Fund") totaling $45,000,000.00 to pay: (1) the Approved Claims for GAP Refunds to the Non-Statutory Subclass Members; (2) the $5.00 Additional Compensation payments to the Statutory Subclass Members; (3) the Fee and Expense Awards to Class Counsel approved by the Court; and (4) any Service Awards to the Class Representatives approved by the Court. If the collective total of these items exceeds $45,000,000.00, then the settlement payments to the Non-Statutory Subclass Members and the $5.00 Additional Compensation payments to the Statutory Subclass Members will be reduced on a prorated basis to account for the difference. Each Class Member's payment from the Settlement Fund will be reduced by the same percentage.

- **Notice and Administration Costs.** Wells Fargo will separately pay for the cost of providing Notice to the Class and the administrative expenses incurred by the Claims Administrator. These costs will be paid directly by Wells Fargo and will not reduce the Settlement Fund.

**NOTE**: Early Payoff GAP Refunds will be calculated using the pro rata method. No cancellation fee shall be applied. The Claims Administrator will be responsible for calculating the Early Payoff GAP Refunds based on the information provided by Wells Fargo.

### 7. DO I NEED TO DO ANYTHING TO RECEIVE A PAYMENT?

**Yes. If you received a copy of this Notice, then it has been determined that You are <u>not</u> a member of the Statutory Subclass for the Vehicle identified on the front of this Notice and You will need submit a Claim Form for a settlement payment.**

If you are a member of the Class but are <u>not</u> a member of the Statutory Subclass, then you <u>must</u> complete and sign the enclosed Claim Form, and submit it to the Claims Administrator by _____, **2021**. The Claim Form may be submitted on the Settlement Website at <<**insert website**>>, or by mailing it to the Claims Administrator at the following address: _____. You may also scan the QR Code on the Claim Form to complete and submit the Claim Form on your smartphone or tablet. If you mail the Claim Form, it must be postmarked no later than _____, **2021** in order to be valid.

Your settlement payment will be mailed to you by the Claims Administrator so long as You are a member of the Class, timely submit a completed and executed Claim

Form and the Court grants final approval of the Settlement and the Settlement is not successfully challenged on appeal. <u>On the other hand, failure to sign and return the Claim Form by the above deadline will prevent you from receiving any cash compensation from the Settlement Fund and will bar any claims you may have unless you timely opt out of the Settlement.</u>

If you are a member of the Statutory Subclass, You <u>do</u> <u>not</u> need to do anything to receive the monetary benefits owed under this Settlement. Wells Fargo has already provided you with a check for the Early Payoff GAP Refund, or Wells Fargo will mail you a check. You will also receive a check from the Claims Administrator for the Additional Compensation owed under the Settlement if the Court grants final approval of the Settlement and the Settlement is not successfully challenged on appeal.

| 8. | **WHY DID I RECEIVE MULTIPLE NOTICES?** |
|---|---|

If You received more than one Notice and the front of the Notice identifies different vehicles, then it has been determined that You owned multiple vehicles that are covered by this Settlement. If so, You may need to complete a separate Claim Form for each vehicle. Please follow the instructions in each Notice and Claim Form for each vehicle.

| 9. | **WHAT CAN I DO IF I BELIEVE MY SETTLEMENT PAYMENT WAS NOT CALCULATED PROPERLY?** |
|---|---|

If you believe that your payment was improperly calculated, you can contact the Claims Administrator by phone or email and provide your relevant information. If the Settlement Administrator or Wells Fargo determines that your payment was improperly calculated, your payment will be updated and a new check will be issued.

| 10. | **HOW WILL THIS SETTLEMENT AFFECT MY RIGHTS?** |
|---|---|

If this Settlement is granted final approval by the Court and you do not "opt-out" or request exclusion from the Settlement, then you will release certain claims against Wells Fargo as described in Section 19 below.

### EXCLUDING YOURSELF FROM THE SETTLEMENT

## 11. HOW DO I EXCLUDE MYSELF FROM THE SETTLEMENT?

If you do not want to be a part of the Settlement, then you must take steps to request exclusion from the Settlement.

To request exclusion or "opt out" from the Settlement, you must mail a written Request for Exclusion to the Claims Administrator at the following address: _____. The Request for Exclusion must be post-marked on or before _____, 2021.

Your Request for Exclusion must include the following information:

    1.    Your name, address, and telephone number;

    2.    Your settlement administration claim number provided on the front of this Notice;

    3.    A statement that "I do not want to be a member of the Class in *Herrera, et al. v. Wells Fargo Bank, N.A.,* Case No., 8:18-cv-00332-JVS-MRW pending in the United States District Court for the Central District of California. I understand that it will be my responsibility to pursue any claims I may have, if I so desire, on my own and at my expense"; and

    4.    Your signature and date.

Your Request for Exclusion must be specific to yourself. Attempts to exclude multiple individuals as part of single Request for Exclusion are not allowed and shall be of no force or effect.

## 12. IF I DO NOT REQUEST EXCLUSION, CAN I SUE DEFENDANTS FOR THE SAME CLAIMS LATER?

No. Unless you request exclusion from the Settlement, you will give up the right to sue Wells Fargo for the claims that this Settlement resolves as described in Section 19 below.

116000825v2

**13. IF I EXCLUDE MYSELF, MAY I STILL RECEIVE COMPENSATION FROM THE SETTLEMENT FUND?**

If you exclude yourself from the Settlement, you will <u>not</u> be eligible to submit a Claim or receive any payment from the Settlement Fund.

### THE LAWYERS REPRESENTING YOU

**14. DO I HAVE A LAWYER IN THIS CASE?**

Yes. The Court has appointed the following law firms to represent you and the other Class Members as "Class Counsel." You can contact Class Counsel at the addresses or telephone numbers listed below. They are:

Jason M. Frank
Andrew D. Stolper
Scott H. Sims
**FRANK SIMS & STOLPER LLP**
19800 MacArthur Blvd., Suite 855
Irvine, CA 92612
Telephone: (949) 201-2400
Facsimile: (949) 201-2405

Franklin D. Azar
**FRANKLIN D. AZAR & ASSOCIATES, P.C.**
14426 East Evans Avenue
Aurora, CO 80014
Telephone: (303) 757-3300
Facsimile: (303) 759-5203

Charles E. Shaffer
**LEVIN SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
Facsimile: (215) 592-4663

**You will not be charged for contacting these lawyers. If you want to be represented by a different lawyer, you may hire one at your own expense.**

116000825v2

**15.   HOW WILL THE LAWYERS BE PAID FOR THEIR SERVICES?**

Class counsel will apply to the Court for an award of attorneys' fees and costs to compensate them for their legal services and expenses incurred in this matter. The application for an award of attorneys' fees and costs will be posted to the Settlement Website at <<**insert website**>>.  Pursuant to the terms of the Settlement, Class Counsel intends to request an award of $23,100,000 in legal fees and reimbursement of their expenses in an amount not to exceed $300,000.

Any fee and expense awards approved by the Court will be paid out from the Settlement Fund.

**16.   WILL CLASS REPRESENTATIVES RECEIVE SERVICE AWARDS?**

Class Counsel will file an application for Service Awards to be paid to each of the Class Representatives in recognition of the time and effort they provided in this lawsuit on behalf of the Class. The application for Service Awards will be posted to the Settlement Website at <<**insert website**>>.  Pursuant to the terms of the Settlement, Class Counsel intends to request a Service Award of $7,500 for each of the Class Representatives.

Any Service Awards approved by the Court will be paid out from the Settlement Fund.

**OBJECTING TO THE SETTLEMENT**

**17.   HOW DO I INFORM THE COURT IF I OBJECT TO THE SETTLEMENT?**

If you are a member of the Class, and do not Request Exclusion or "opt out" from the Settlement, you can object to any part of the Settlement. You can give reasons why you think the Court should not approve the entire Settlement or parts of it.

To object, you must timely file a written objection with the Court and mail the same to the Claims Administrator at the following address: _____.  The objection must be filed on or before _____, **2021**, and mailed to the Claims Administrator with a post-mark date on or before _____, **2021**.

Your objection must state all of the following:

      1.      Your name, address, and telephone number;

2. Your settlement administration claim number provided on the front of this Notice;

3. A statement saying that you object to the Settlement in *Hererra, et al. v. Wells Fargo Bank, N.A.,* Case No., 8:18-cv-00332-JVS-MRW and describing the nature of your objection;

4. A statement describing whether your objection applies only to yourself, to a specific subset of the Class, or to the entire Class;

5. The specific grounds for your objection;

6. Any legal authority that supports your objection; and

6. Your signature.

If a lawyer is asserting an objection on your behalf, the lawyer must also:

1. File a notice of appearance with the Court on or before **[the Objection Deadline], 2021** :

2. File a sworn declaration attesting that he or she represents you; and

3. File a sworn declaration that specifies the number of times during the prior five-year period that he or she has objected to a class action settlement on his or her own behalf or on behalf of a class member.

If You wish to appear at the Final Approval Hearing, You (or your attorney) must file a Notice of Intention to Appear with the Court indicating that You (or your attorney) would like to speak at the hearing. The Notice of Intention to Appear must be filed with the Court on or before **[the Objection Deadline], 2021**. If You (or your attorney) do not file a timely Notice of Intention to Appear, You (or your attorney) will be barred from speaking or otherwise presenting any views at the Final Approval Hearing.

You (or your attorney) must file your written objection and any additional documents required above with Courtroom 10C of the United States District Court for the Central District of California, the Honorable James V. Selna presiding, located at 411 West Fourth Street, Santa Ana, California 92701-4517.

## 18. WHAT IS THE DIFFERENCE BETWEEN OBJECTING TO THE SETTLEMENT AND REQUESTING EXCLUSION?

Objecting is notifying the Court that you think something about the Settlement is unfair, unreasonable, or inadequate. You can only object to the Settlement if you are a Class Member.  Requesting exclusion from the Settlement is notifying the Court that you do not want to remain a Class Member.  If you exclude yourself, you have no basis to object because the Settlement no longer affects you.

### RELEASE OF CLAIMS

## 19. WHAT CLAIMS ARE BEING RELEASED AS PART OF THE SETTLEMENT?

Upon Final Approval of the Settlement by the Court, each Class Member who does not request exclusion, individually or together, and each and every one of their former, present, or future agents, predecessors, successors, heirs, legatees, executors, administrators, insurers, assigns, trustees, spouses, and domestic partners ("Class Releasors") releases and fully discharges Wells Fargo Bank, N.A. and Wells Fargo & Co., and each of their former, present, or future agents, insurers, predecessors, successors, subsidiaries, parent company(ies), Affiliates, officers, directors, and employees and attorneys ("Class Releasees") from any and all past and/or present claims, counterclaims, lawsuits, set-offs, costs, losses, rights, demands, charges, complaints, actions, causes of action, obligations, or liabilities of any and every kind, whether class, individual, or otherwise in nature, including, without limitation, those known or unknown or capable of being known; those which are unknown but might be discovered or discoverable based upon facts other than or different from those facts known or believed at this time; those which are foreseen or unforeseen, suspected or unsuspected, asserted or unasserted, and/or contingent or non-contingent; and those which are accrued, unaccrued, matured or not matured, under the laws of any jurisdiction, which they, whether directly, representatively, derivatively, or in any other capacity, ever had, now have, or hereafter can, shall, or may have, arising from or relating in any way to the Class Member's entitlement to an Early Payoff GAP Refund for an Early Payoff that occurred during the Class Period (the "Class Released Claims").  Notwithstanding the foregoing, the Class Releasees do not include any Dealers or GAP Administrators, including without limitation, those identified in the Class Members' GAP Waiver Agreements or the Finance Agreements.

116000825v2

# THE FINAL APPROVAL HEARING

**20.  WHEN AND WHERE WILL THE COURT DECIDE WHETHER TO GRANT FINAL APPROVAL TO THE SETTLEMENT?**

The Court has scheduled a Final Approval Hearing for _____, 2021 at 1:30 PM in Courtroom 10C of the United States District Court, Central District of California, Southern Division, located at the Santa Ana Courthouse - 411 West Fourth Street, Santa Ana, CA 92701. The hearing date and time is subject to change. Updates to the date and time will be posted to the Settlement Website at <<**insert website**>.

At the Final Approval Hearing, the Court will consider granting final approval of the Settlement based on whether it is fair, reasonable, and adequate. The Court will also consider requests by Class Counsel for attorneys' fees and expenses related to the litigation and the Class Representative Service Awards. If there are timely and complete objections, the Court will consider those objections at the hearing as well.

At or after the hearing, a decision will be made whether to grant final approval of the Settlement. It is not known how long it will take for the Court to decide. Class Members should visit the Settlement Website at <<**insert website**>> to stay updated about the current status of the case.

**21.  DO I HAVE TO ATTEND THE HEARING?**

No. Attending the hearing is not required, but you are welcome to attend at your own expense.

If you send an objection, you do not have to come to Court to talk about it. As long as your objection is timely and complies with the requirements set forth in this Notice and the Settlement Agreement, the Court will consider it. You may also pay your own lawyer to attend.

116000825v2

## Getting More Information

| 22. | HOW DO I GET MORE INFORMATION? |

This Notice is a summary of the proposed Settlement. More details regarding the terms of the Settlement can be found in the Settlement Agreement posted on the Settlement Website at <<**insert website**>>.

You may also contact the Settlement Administrator by calling the toll-free number, 1-800-XXX-XXXX, or by writing to Wells Fargo GAP Settlement, P.O. Box _____ [city], [state], [zip code].

You may also contact Class Counsel using the contact information provided above in Section 15. You will not be charged for contacting Class Counsel.

116000825v2

# Exhibit D

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO HERRERA, *et al.* | CASE NO. 8:18-cv-00332-AG-MRW |
|       Plaintiffs, | |
| v. | **SETTLEMENT AGREEMENT EXHIBIT D – NOTICE TO STATUTORY REFUND SUBCLASS MEMBERS __** |
| WELLS FARGO BANK, N.A., *et al.* | |
|       Defendants. | *Honorable James V. Selna* |

1

*Herrera et al. v. Wells Fargo Bank, N.A. et al.*

Case No. 8:18-cv-00332-JVS-MRW

<u>NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION</u>

This Notice of Proposed Settlement of Class Action ("Notice") was authorized by the United States District Court for the Central District of California.[1] It is not a solicitation from a lawyer.

**IF YOU ARE RECEIVING THIS NOTICE BY MAIL OR EMAIL, YOU HAVE BEEN IDENTIFIED AS A STATUTORY REFUND SUBCLASS MEMBER IN A CLASS ACTION SETTLEMENT**

**YOUR SETTLEMENT ADMINISTRATION CLAIM NUMBER IS XXXXX**

- A proposed Settlement has been reached in a class action lawsuit that may affect your rights.

- The Settlement resolves a class action lawsuit against Wells Fargo. The lawsuit alleges that Wells Fargo failed to provide customers with a partial refund of the fees paid for Guaranteed Asset Protection or Guaranteed Auto Protection ("GAP") after customers paid off their Finance Agreements early. Wells Fargo denies any wrongdoing because, among other reasons, it claims that to the extent a refund is due and has not been made, Wells Fargo is not the party responsible for making the refund.

- You are a Class Member if (1) you entered into a Finance Agreement with a GAP Agreement that was assigned to Wells Fargo; (2) your Finance Agreement terminated as the result of an Early Payoff that occurred during the Class Period; and (3) you did not receive a GAP refund.[2]

- **Wells Fargo's records indicate you are a member of the Statutory Subclass for the following vehicle _____ and you may be entitled to up to $_____ under the terms of the Settlement.**

- The Court has not decided whether to finally approve the Settlement.

---

[1] Capitalized terms in this Notice have the same meaning as they are defined in the Settlement Agreement. The Settlement Agreement is posted on the Settlement Website, <<**insert website**>>.

[2] The Class also includes the Statutory Subclass Members defined in Section 5 below.

**YOUR LEGAL RIGHTS WILL BE AFFECTED WHETHER YOU ACT OR DO NOT ACT.
PLEASE READ THIS ENTIRE NOTICE CAREFULLY.**

| SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **DO NOTHING** | You have been identified as a member of the Statutory Subclass for the vehicle identified on the front of this Notice. You do not need to do anything to receive the benefits of this Settlement for that vehicle. |
| **EXCLUDE YOURSELF FROM THE SETTLEMENT BY _____, 2021** | You may file a written request to exclude yourself or "opt out" from the Settlement by _____, 2021. If you do so, you will not receive any money from the Settlement Fund and you will not release your claims in this lawsuit. (See Section 11) <br><br> If the Settlement is granted final approval by the Court and you did not timely "opt out" of the Settlement, then you will release the claims described in Section 19 below. |
| **OBJECT TO THE SETTLEMENT BY _____, 2021** | If you believe the Settlement is unfair or inadequate, you may file a written objection to the Settlement by _____, 2021, so long as you do not file a request to exclude yourself from the Settlement. (See Section 17) |

**THESE OPTIONS AND THE DEADLINES TO EXERCISE THEM ARE FURTHER DETAILED
IN THIS NOTICE.**

**CONTINUED ON NEXT PAGE**

**QUESTIONS? Call 1-888-XXX-XXXX or visit <<insert website>>**
115997601v2

---

**Notice Contents**

---

**Basic Information**

1.    Why am I receiving this notice?

2.    What is this lawsuit about?

3.    Why is this a class action?

4.    What are the reasons for the Settlement?

**The Settlement**

5.    Who is included in the Settlement Class?

6.    What benefits does the Settlement provide?

7.    Do I need to do anything to receive a payment?

8.    Why did I receive multiple notices?

9.    What can I do if I believe my payment was not calculated properly?

10.    How will this Settlement affect my rights?

**Excluding yourself from the Settlement**

11.    How do I exclude myself from the Settlement?

12.    If I do not request exclusion, can I sue Wells Fargo for the same claims later?

13.    If I exclude myself, may I still receive compensation from the Settlement Fund?

**The Lawyers Representing You**

14.    Do I have a lawyer in this case?

15.    How will the lawyers be paid for their services?

16.    Will Class Representatives receive service awards?

**Objecting to the Settlement**

17.    How do I inform the Court if I object to the Settlement?

18.    What is the difference between objecting to the Settlement and requesting exclusion?

---

4

115997601v2

**Release of Claims**

19.    What claims are being released as part of the Settlement?

**Final Approval Hearing**

20.    When and where will the Court decide whether to grant final approval of the Settlement?

21.    Do I have to attend the hearing?

**Getting More Information**

22.    How do I get more information?

**QUESTIONS? Call 1-888-XXX-XXXX or visit <<insert website>>**

115997601v2

## BASIC INFORMATION

**1. WHY AM I RECEIVING THIS NOTICE?**

A Court authorized this notice because you have a right to know about a proposed Settlement of this class action lawsuit and about your options before the Court decides whether to grant final approval of the Settlement. This notice explains the lawsuit, the Settlement, and your legal rights. Judge James V. Selna of the United States District Court for the Central District of California is overseeing this case and has exclusive jurisdiction over the Settlement. This litigation is known as *Hererra, et al. v. Wells Fargo Bank, N.A.,* Case No., 8:18-cv-00332-JVS-MRW.

**2. WHAT IS THIS LAWSUIT ABOUT?**

GAP is sold by auto dealers to customers who enter into a retail installment sales contact (referred to in this Notice as a "Finance Agreement") to finance their vehicle purchase.  GAP provides additional protection beyond that provided by typical automobile insurance policies.  For example, in the event of a total loss to the vehicle due to an accident or theft, GAP can help pay part of the amount owed under the Finance Agreement that is not covered by the auto insurance policy.

In the event that the Finance Agreement is paid off early, the customer may be entitled to a partial refund of the amount paid for GAP for the unused term of the Finance Agreement.  This refund is referred to in this Notice as a "GAP Refund" or "Early Payoff GAP Refund."

Your Finance Agreement was sold by your Dealer and assigned to Wells Fargo. Plaintiffs allege that, after the assignment, Wells Fargo took over the contractual obligation to issue the GAP refund.  Plaintiffs further contend that certain States have laws, in effect at various times, that require the assignee of the Finance Agreement (like Wells Fargo) to issue the GAP refund after an early payoff ("State Refund Statutes").

Wells Fargo denies any wrongdoing in this lawsuit.  Wells Fargo contends that the obligation to issue the GAP refund belongs to the Dealer or GAP Administrator identified in the GAP Agreements, not Wells Fargo.  Wells Fargo further contends that, depending on the language in the GAP Agreements, customers may be required to provide written notice of the early payoff or a written request for a refund as a prerequisite for the refund.  Wells Fargo further contends that unless the GAP Agreement is subject to a State Refund Law, customers are required to request a refund in writing from the party specified in their GAP Agreement as a condition precedent to receiving a refund.

**QUESTIONS? Call 1-888-XXX-XXXX or visit <<insert website>>**

115997601v2

The First Amended Complaint in this lawsuit, which provides greater details about Plaintiffs' claims, can be viewed on the Settlement Website at **<<insert website>>**.

| | |
|---|---|
| 3. | **WHY IS THIS A CLASS ACTION?** |

A class action lawsuit allows a large number of people with a common complaint to sue collectively while being represented by members of the group called the "Class Representatives." In this case, the Class Representatives have brought this lawsuit on behalf of themselves and others with similar claims. Together, all the individuals with similar claims (with the exception of those who request exclusion or "opt out" from the Class) are referred to as "Class Members."

| | |
|---|---|
| 4. | **WHAT ARE THE REASONS FOR THE SETTLEMENT?** |

The Court has not ruled in favor of either the Plaintiffs or Wells Fargo. Instead, both sides agreed to a Settlement that they believe is a fair, reasonable and adequate compromise of their respective positions. The parties reached this Settlement after litigating this case for over three years, conducting substantial discovery, and with the assistance on an experienced neutral mediator and former U.S. District Court judge.

By agreeing to the Settlement, the parties avoid the costs, delay, and uncertainty of further litigation, and Class Members receive the benefits described in this Notice. As in any litigation, Plaintiffs and the Class would face an uncertain outcome if they did not agree to the Settlement, and the case could continue for a long period of time. Continuation of the case could result in a judgment greater or less than the Settlement. Plaintiffs and Class Counsel believe this Settlement provides a fair and reasonable resolution of the claims asserted in this lawsuit for the benefit of the Class.

Wells Fargo denies any wrongdoing and the Settlement shall in no event be construed or deemed to be evidence or an admission or concession on the part of Wells Fargo with respect to any claim or of any fault, liability, wrongdoing, or damage.

**QUESTIONS? Call 1-888-XXX-XXXX or visit <<insert website>>**

115997601v2

# THE SETTLEMENT

## 5. WHO IS INCLUDED IN THE SETTLEMENT CLASS?

There are two classes who are part of this Settlement: the Class and the Statutory Subclass.

The "Class" means all persons in the United States (a) who entered into Finance Agreements with GAP Agreements that were assigned to Wells Fargo, (b) whose Finance Agreements terminated as the result of an Early Payoff that occurred during the Class Period, and (c) who did not receive a GAP Refund. The Class Period is different depending on the State where you entered your Finance Agreement. You can find a list of the Class Periods on the Settlement Website at <<**insert website**>>. The Class also includes the Statutory Subclass Members.

The "Statutory Subclass" means those persons (a) who entered into Finance Agreements with GAP Agreements that were assigned to Wells Fargo, (b) whose Finance Agreements were subject to State Refund Laws; (c) whose Finance Agreements terminated as the result of an Early Payoff that occurred during the Statutory Subclass Period, and (d) who did not receive a GAP Refund from Wells Fargo, or for whom Wells Fargo did not receive written confirmation from a Dealer or GAP Administrator that the GAP Refund was paid.

For purposes of this Settlement only, the Parties have agreed to a list of the States with State Refund Laws that apply to the Class and the time periods those laws were in effect during the Class Period. You can find this list on the Settlement Website at <<**insert website**>>.

You are a Class Member if you fit within either definition. Class Members who are not also members of the Statutory Subclass are referred to as "Non-Statutory Subclass Members."

If you received a copy of this Notice, you have been identified as a member of the Statutory Subclass.

If you did not receive a copy of this Notice, but believe that you are a Class Member or Statutory Subclass Member, you can contact the Claims Administrator at the number below or visit the Settlement Website at <<**insert website**>> for further information.

115997601v2

## 6. WHAT BENEFITS DOES THE SETTLEMENT PROVIDE?

Under the Settlement, Wells Fargo has agreed to provide the following benefits as consideration for the resolution and release of the Class Members' claims:

- **Business Practice Change.** No later than **January 1, 2022**, Wells Fargo will implement processes to directly provide to customers, on a go-forward basis, Early Payoff GAP Refunds within a reasonable time after receipt of an Early Payoff so long as (1) the customer purchased GAP from a Dealer at the time they entered into their Finance Agreement; (2) the customer chose to finance the cost of GAP and such cost is included in a Finance Agreement assigned to Wells Fargo; (3) Wells Fargo received the Early Payoff from the customer; (4) the customer's GAP Agreement provides for an Early Payoff GAP Refund in the event of an Early Payoff; and (5) the customer has not previously received a GAP Refund. Customers who meet these criteria will not be required to take any action other than completing an Early Payoff to receive an Early Payoff GAP Refund. This obligation will continue until **January 1, 2026**. Plaintiffs' expert's estimate of the impact of this business practice change is included in Plaintiffs' motion for preliminary approval of the settlement, which can be found at <<**insert website**>>.

- **Past GAP Refunds to Statutory Subclass Members.** Members of the Statutory Subclass have received or will receive a payment directly from Wells Fargo equal to the amount of their Early Payoff GAP Refund (without any deduction for cancellation fees) plus compensation for the loss of use of these funds based on the one-year constant U.S. maturity treasury rate, compounded annually from the date of the Early Payoff. Wells Fargo represents and warrants that it has paid $33,357,919.81 collectively to the members of the Statutory Subclass between December 20, 2018 and March 31, 2021. In the event that Wells Fargo identifies any additional members of the Statutory Subclass who have not yet received these payments, then Well Fargo represents and warrants that it will do so pursuant to the terms of the Settlement. These amounts have been or will be paid directly by Wells Fargo and are in addition to and separate and apart from the Settlement Fund described below. In addition, each Statutory Subclass Member will also receive a payment of up to $5.00 ("Additional Compensation") to be paid out from the Settlement Fund described below.

- **Past GAP Refunds to Non-Statutory Subclass Members.** Class Members whose Finance Agreements were not governed by the State Refund Laws (the "Non-Statutory Subclass Members") who submit a claim verifying that they did not previously receive a GAP refund, will be eligible to a receive a settlement payment up to the full amount of the Early Payoff GAP Refund without any deduction for cancellation fees (an "Approved Claim"). The settlement payments to the Non-

Statutory Subclass Members may be reduced on a prorated basis depending on the amounts remaining in the Settlement Fund as discussed below.

- **Settlement Fund.** Wells Fargo will establish a settlement fund ("Settlement Fund") totaling $45,000,000.00 to pay: (1) the Approved Claims for GAP Refunds to the Non-Statutory Subclass Members; (2) the $5.00 Additional Compensation payments to the Statutory Subclass Members; (3) the Fee and Expense Awards to Class Counsel approved by the Court; and (4) any Service Awards to the Class Representatives approved by the Court. If the collective total of these items exceeds $45,000,000.00, then the settlement payments to the Non-Statutory Subclass Members and the $5.00 Additional Compensation payments to the Statutory Subclass Members will be reduced on a prorated basis to account for the difference. Each Class Member's share of the Settlement Fund will be reduced by the same percentage.

- **Notice and Administration Costs.** Wells Fargo will separately pay for the cost of providing Notice to the Class and the administrative expenses incurred by the Claims Administrator. These costs will be paid directly by Wells Fargo and will be in addition to and separate and apart from the Settlement Fund.

**NOTE**: Early Payoff GAP Refunds will be calculated using the pro rata method. No cancellation fee shall be applied. The Claims Administrator will be responsible for calculating the Early Payoff GAP Refunds based on the information provided by Wells Fargo.

## 7. DO I NEED TO DO ANYTHING TO RECEIVE A PAYMENT?

**No. If you received a copy of this Notice, then it has been determined that You are a member of the Statutory Subclass for the Vehicle identified on the front of this Notice.**

If you are a member of the Statutory Subclass, You <u>do</u> <u>not</u> need to do anything to receive the monetary benefits owed under this Settlement. Wells Fargo has already provided you with a check for the Early Payoff GAP Refund, or Wells Fargo will mail you a check. You will also receive a check from the Claims Administrator for the Additional Compensation owed under the Settlement if the Court grants final approval of the Settlement and the Settlement is not successfully challenged on appeal.

## 8. WHY DID I RECEIVE MULTIPLE NOTICES?

**QUESTIONS? Call 1-888-XXX-XXXX or visit <<insert website>>**

115997601v2

If You received more than one Notice and the front of the Notice identifies different vehicles, then it has been determined that You owned multiple vehicles that are covered by this Settlement. If so, You may need to complete a separate Claim Form for that other vehicle. Please follow the instructions in the Notice and Claim Form for that other vehicle.

| 9. | WHAT CAN I DO IF I BELIEVE MY SETTLEMENT PAYMENT WAS NOT CALCULATED PROPERLY? |
|---|---|

If you believe that your payment was improperly calculated, you can contact the Claims Administrator by phone or email and provide your relevant information. If the Settlement Administrator or Wells Fargo determines that your payment was improperly calculated, your payment will be updated and a new check will be issued.

| 10. | HOW WILL THIS SETTLEMENT AFFECT MY RIGHTS? |
|---|---|

If this Settlement is granted final approval by the Court and you do not "opt-out" or request exclusion from the Settlement, then you will release certain claims against Wells Fargo as described in Section 19 below.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

| 11. | HOW DO I EXCLUDE MYSELF FROM THE SETTLEMENT? |
|---|---|

If you do not want to be a part of the Settlement, then you must take steps to request exclusion from the Settlement.

To request exclusion or "opt out" from the Settlement, you must mail a written Request for Exclusion to the Claims Administrator at the following address: _____. The Request for Exclusion must be post-marked on or before _____, 2021.

Your Request for Exclusion must include the following information:

    1.    Your name, address, and telephone number;

    2.    Your settlement administration claim number provided on the front of this Notice;

---

3. A statement that "I do not want to be a member of the Class in *Herrera, et al. v. Wells Fargo Bank, N.A.,* Case No., 8:18-cv-00332-JVS-MRW pending in the United States District Court for the Central District of California. I understand that it will be my responsibility to pursue any claims I may have, if I so desire, on my own and at my expense"; and

4. Your signature and date.

Your Request for Exclusion must be specific to yourself. Attempts to exclude multiple individuals as part of single Request for Exclusion are not allowed and shall be of no force or effect.

**12. IF I DO NOT REQUEST EXCLUSION, CAN I SUE DEFENDANTS FOR THE SAME CLAIMS LATER?**

No. Unless you request exclusion from the Settlement, you will give up the right to sue Wells Fargo for the claims that this Settlement resolves as described in Section 19 below.

**13. IF I EXCLUDE MYSELF, MAY I STILL RECEIVE COMPENSATION FROM THE SETTLEMENT FUND?**

If you exclude yourself from the Settlement, you will <u>not</u> be eligible to submit a Claim or receive any payment from the Settlement Fund.

### THE LAWYERS REPRESENTING YOU

**14. DO I HAVE A LAWYER IN THIS CASE?**

Yes. The Court has appointed the following law firms to represent you and the other Class Members as "Class Counsel." You can contact Class Counsel at the addresses or telephone numbers listed below. They are:

Jason M. Frank
Andrew D. Stolper
Scott H. Sims
**FRANK SIMS & STOLPER LLP**
19800 MacArthur Blvd., Suite 855
Irvine, CA 92612

115997601v2

Telephone: (949) 201-2400
Facsimile: (949) 201-2405

Franklin D. Azar
**FRANKLIN D. AZAR &**
**ASSOCIATES, P.C.**
14426 East Evans Avenue
Aurora, CO 80014
Telephone: (303) 757-3300
Facsimile: (303) 759-5203

Charles E. Shaffer
**LEVIN SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
Facsimile: (215) 592-4663

**You will not be charged for contacting these lawyers. If you want to be**
**represented by a different lawyer, you may hire one at your own expense.**

| 15. | HOW WILL THE LAWYERS BE PAID FOR THEIR SERVICES? |
|---|---|

Class counsel will apply to the Court for an award of attorneys' fees and costs to compensate them for their legal services and expenses incurred in this matter. The application for an award of attorneys' fees and costs will be posted to the Settlement Website at <<**insert website**>>. Pursuant to the terms of the Settlement, Class Counsel intends to request an award of $23,100,000.00 in legal fees and reimbursement of approximately $_____ in expenses.

Any fee and expense awards approved by the Court will be paid out from the Settlement Fund.

| 16. | WILL CLASS REPRESENTATIVES RECEIVE SERVICE AWARDS? |
|---|---|

Class Counsel will file an application for Service Awards to be paid to each of the Class Representatives in recognition of the time and effort they provided in this lawsuit on behalf of the Class. The application for Service Awards will be posted to

---

13
**QUESTIONS? Call 1-888-XXX-XXXX or visit <<insert website>>**

the Settlement Website at <<**insert website**>>. Pursuant to the terms of the Settlement, Class Counsel intends to request a Service Award of $7,500 for each of the Class Representatives.

Any Service Awards approved by the Court will be paid out from the Settlement Fund.

### OBJECTING TO THE SETTLEMENT

**17. HOW DO I INFORM THE COURT IF I OBJECT TO THE SETTLEMENT?**

If you are a member of the Class, and do not Request Exclusion or "opt out" from the Settlement, you can object to any part of the Settlement. You can give reasons why you think the Court should not approve the entire Settlement or parts of it.

To object, you must timely file a written objection with the Court and mail the same to the Claims Administrator at the following address: _____. The objection must be filed on or before _____, **2021**, and mailed to the Claims Administrator with a post-mark date on or before _____, **2021**.

Your objection must state all of the following:

1. Your name, address, and telephone number;

2. Your settlement administration claim number provided on the front of this Notice;

3. A statement saying that you object to the Settlement in *Hererra, et al. v. Wells Fargo Bank, N.A.,* Case No., 8:18-cv-00332-JVS-MRW and describing the nature of your objection;

4. A statement describing whether your objection applies only to yourself, to a specific subset of the Class, or to the entire Class;

5. The specific grounds for your objection;

6. Any legal authority that supports your objection; and

6. Your signature.

If a lawyer is asserting an objection on your behalf, the lawyer must also:

1. File a notice of appearance with the Court on or before **[the Objection Deadline], 2021** :

2. File a sworn declaration attesting that he or she represents you; and

115997601v2

3.     File a sworn declaration that specifies the number of times during the prior five-year period that he or she has objected to a class action settlement on his or her own behalf or on behalf of a class member.

If You wish to appear at the Final Approval Hearing, You (or your attorney) must file a Notice of Intention to Appear with the Court indicating that You (or your attorney) would like to speak at the hearing. The Notice of Intention to Appear must be filed with the Court on or before **[the Objection Deadline], 2021**. If You (or your attorney) do not file a timely Notice of Intention to Appear, You (or your attorney) will be barred from speaking or otherwise presenting any views at the Final Approval Hearing.

You (or your attorney) must file your written objection and any additional documents required above with Courtroom 10C of the United States District Court for the Central District of California, the Honorable James V. Selna presiding, located at 411 West Fourth Street, Santa Ana, California 92701-4517.

| **18.** | **WHAT IS THE DIFFERENCE BETWEEN OBJECTING TO THE SETTLEMENT AND REQUESTING EXCLUSION?** |

Objecting is notifying the Court that you think something about the Settlement is unfair, unreasonable, or inadequate. You can only object to the Settlement if you are a Class Member. Requesting exclusion from the Settlement is notifying the Court that you do not want to remain a Class Member. If you exclude yourself, you have no basis to object because the Settlement no longer affects you.

### RELEASE OF CLAIMS

| **19.** | **WHAT CLAIMS ARE BEING RELEASED AS PART OF THE SETTLEMENT?** |

Upon Final Approval of the Settlement by the Court, each Class Member who does not request exclusion from the Settlement, individually or together, and each and every one of their former, present, or future agents, predecessors, successors, heirs, legatees, executors, administrators, insurers, assigns, trustees, spouses, and domestic partners ("Class Releasors") releases and fully discharges Wells Fargo Bank, N.A. and Wells Fargo & Co., and each of their former, present, or future agents, insurers, predecessors, successors, subsidiaries, parent company(ies), Affiliates, officers, directors, and employees and attorneys ("Class Releasees") from any and all past and/or present claims, counterclaims, lawsuits, set-offs, costs, losses, rights, demands, charges, complaints, actions, causes of action, obligations, or liabilities of any and every kind, whether class, individual, or otherwise in nature, including, without limitation, those known or unknown or capable of being known; those

which are unknown but might be discovered or discoverable based upon facts other than or different from those facts known or believed at this time; those which are foreseen or unforeseen, suspected or unsuspected, asserted or unasserted, and/or contingent or non-contingent; and those which are accrued, unaccrued, matured or not matured, under the laws of any jurisdiction, which they, whether directly, representatively, derivatively, or in any other capacity, ever had, now have, or hereafter can, shall, or may have, arising from or relating in any way to the Class Member's entitlement to an Early Payoff GAP Refund for an Early Payoff that occurred during the Class Period (the "Class Released Claims"). Notwithstanding the foregoing, the Class Releasees do not include any Dealers or GAP Administrators, including without limitation, those identified in the Class Members' GAP Waiver Agreements or the Finance Agreements.

## THE FINAL APPROVAL HEARING

**20. WHEN AND WHERE WILL THE COURT DECIDE WHETHER TO GRANT FINAL APPROVAL TO THE SETTLEMENT?**

The Court has scheduled a Final Approval Hearing for _____, 2021 at 1:30 PM in Courtroom 10C of the United States District Court, Central District of California, Southern Division, located at the Santa Ana Courthouse - 411 West Fourth Street, Santa Ana, CA 92701. The hearing date and time is subject to change. Updates to the date and time will be posted to the Settlement Website at <<**insert website**>.

At the Final Approval Hearing, the Court will consider granting final approval of the Settlement based on whether it is fair, reasonable, and adequate. The Court will also consider requests by Class Counsel for attorneys' fees and expenses related to the litigation and the Class Representative Service Awards. If there are timely and complete objections, the Court will consider those objections at the hearing as well.

At or after the hearing, a decision will be made whether to grant final approval of the Settlement. It is not known how long it will take for the Court to decide. Class Members should visit the Settlement Website at <<**insert website**>> to stay updated about the current status of the case.

**21. DO I HAVE TO ATTEND THE HEARING?**

No. Attending the hearing is not required, but you are welcome to attend at your own expense.

---

**QUESTIONS? Call 1-888-XXX-XXXX or visit <<insert website>>**
115997601v2

If you send an objection, you do not have to come to Court to talk about it. As long as your objection is timely and complies with the requirements set forth in this Notice and the Settlement Agreement, the Court will consider it. You may also pay your own lawyer to attend.

<b>Getting More Information</b>

| 22. | HOW DO I GET MORE INFORMATION? |
| --- | --- |

This Notice is a summary of the proposed Settlement. More details regarding the terms of the Settlement can be found in the Settlement Agreement posted on the Settlement Website at <<**insert website**>>.

You may also contact the Settlement Administrator by calling the toll-free number, 1-800-XXX-XXXX, or by writing to Wells Fargo GAP Settlement, P.O. Box _____ [city], [state], [zip code].

You may also contact Class Counsel using the contact information provided above in Section 15. You will not be charged for contacting Class Counsel.

# Exhibit E

Case 8:18-cv-00332-JVS-MRW Document 220-1 Filed 06/07/21 Page 149 of 350 Page ID #:3320

1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARMANDO HERRERA, *et al.* | CASE NO. 8:18-cv-00332-AG-MRW |
| Plaintiffs, | |
| v. | **SETTLEMENT AGREEMENT EXHIBIT E** |
| WELLS FARGO BANK, N.A., *et al.* | *Honorable James V. Selna* |
| Defendants. | |

-1-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### STATUTORY SUBCLASS PERIOD

The chart below identifies the applicable time period for determining the Statutory Subclass Period.  "Statutory Subclass Period" means the State-specific beginning date specified in this Exhibit E to the Agreement through the date of the Preliminary Approval of the Settlement.

| **State of Origination** | **Finance Agreement Terminated** |
|--------------------------|----------------------------------|
| Alabama | On or after February 27, 2012 |
| Colorado | On or after February 27, 2015 |
| Iowa | On or after February 27, 2008 |
| Indiana | On or after February 27, 2008 |
| Maryland | On or after February 27, 2015 |
| Massachusetts | On or after February 27, 2012 |
| Nebraska | On or after February 27, 2013 |
| New Jersey | On or after October 17, 2019 |
| Nevada | On or after January 1, 2016 |
| Oregon | On or after January 1, 2016 |
| Texas | On or after July 1, 2017 |
| Vermont | On or after February 27, 2012 |
| Wisconsin | On or after February 27, 2012 |

-2-

Exhibit 2

## STATE REFUND LAWS FOR STATES INCLUDED IN SETTLEMENT

| State | Authority |
|---|---|
| Alabama | Ala. Code § 8-37-6; Ala. Admin. Code § 155- 2-2-.13 |
| Colorado | 4 Colo. Code Regs. § 902-1-8(h) |
| Indiana | Ind. Code § 24-4.5-3-202; <br> Ind. D.F.I., GAP Program Approval Application, Standardized GAP Agreements, 15 (available online at https://forms.in.gov/download.aspx?id=6147) |
| Iowa | Ia. St. § 537.2510(1); Ia. St. § 537.1301(18); Iowa Consumer Credit Code Informal Advisory # 92 (available online at https://www.iowaattorneygeneral.gov/media/cms/92_9C29AE6D1AA4A.pdf) |
| Maryland | Md. Coml. §12-1009(d); Md. Coml.§§ 12-1007(b)(1); Md. Coml. § 12-613 |
| Massachusetts | Ma. St. 140D § 22, Mass Gen. Laws Ch. 255B § 16 |
| Nebraska | Nev. Rev. Stat. Ann. § 690D.200 |
| New Jersey | N.J. Stat. § 17:16BB-6 |
| Nevada | Nev. Rev. Stat. § 690D.200 |
| Oklahoma | Ok. Admin. Code § 160:45-5-5 |
| Oregon | O.R.S. § 646A.781 |
| Texas | Tex. Admin. Cod § 83.812; Tex. Fin Code § 354.007 |
| Vermont | 8 V.S.A. § 10405(b)(1)(A); 8 V.S.A. § 10405(c)(11) |
| Wisconsin | WSA § 218.0148(4)(g); 2004 Gap Approval Letter issued by Wisconsin Department of Financial Institutions (available online at https://www.wdfi.org/fi/lfs/sf/) |

Exhibit 3



+1 (949) 201-2400

+1 (949) 201-2405

www.lawfss.com

Newport Gateway
19800 MacArthur Boulevard
Suite 855
Irvine, CA 92612

## Timekeeper Summary

| Timekeeper | Hours | Fee Billed |
|---|---|---|
| JMF **-** Jason Frank [Partner] | 2,412.60 h | $2,291,970.00 |
| MN **-** Maritza Nowowiejski [Paralegal] | 191.40 h | $76,560.00 |
| SHS **-** Scott Sims [Partner] | 832.45 h | $748,972.50 |
| AS **-** Andrew Stolper [Partner] | 1,343.60 h | $1,276,420.00 |
| **Total** | **4,780.05 h** | **$4,393,922.50** |

**Frank Sims & Stolper LLP**
19800 MacArthur Blvd., Suite 855
Irvine, CA 92612
(949) 201-2400
TIN: 81-2705791



**Bill To:**

Armando Herrera
c/o Frank Sims & Stolper LLP
19800 MacArthur Blvd., Suite 855
Irvine, CA 92612

## *INVOICE*

| | |
|---|---|
| Invoice # | **596** |
| Invoice Date | Sep 22, 2021 |
| Client Ref# | Herrera-001 |
| Govt. Ref#: | 8:18-cv-00332-AG (MRWx) |
| Matter # | C00056 |
| Due | Due Upon Receipt |
| Case/Matter | Herrera, et al. v. Wells Fargo, et al. |

| Date | Staff | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| ****** | | **Fees** (October 2017–September 2021) | ****** | | |
| Oct 23, 2017 | *AS* | Review and analyze WFB SEC filings for GAP/auto lending disclosures | $950.00 | 1.5 | $1,425.00 |
| Oct 23, 2017 | *SHS* | Review 10-K filing re GAP; emails with co-counsel re claims and strategy | $900.00 | 0.4 | $360.00 |
| Oct 23, 2017 | *SHS* | Case investigation; review and analyze GAP contracts | $900.00 | 2.1 | $1,890.00 |
| Oct 24, 2017 | *AS* | Review GAP contract; confer with co-counsel re: potential claims | $950.00 | 2.5 | $2,375.00 |
| Oct 24, 2017 | *SHS* | Review and analyze GAP contract; investigate claims; review email re client | $900.00 | 0.5 | $450.00 |
| Nov 02, 2017 | *SHS* | Case investigation and analysis; confer with co-counsel | $900.00 | 3.5 | $3,150.00 |
| Nov 02, 2017 | *AS* | Investigate claims; research similar cases; confer with co-counsel | $950.00 | 2 | $1,900.00 |
| Jan 22, 2018 | *JMF* | Investigation and legal analysis. | $950.00 | 6.5 | $6,175.00 |

| Jan 23, 2018 | AS | Legal analysis; research GAPA and related trade groups; draft and review complaint | $950.00 | 3 | $2,850.00 |
|---|---|---|---|---|---|
| Jan 24, 2018 | SHS | Review draft complaint and research re same; confer with team re complaint | $900.00 | 1.2 | $1,080.00 |
| Jan 25, 2018 | SHS | Research regarding venue; confer with team re plaintiffs and strategy; research and emails re CLRA claim | $900.00 | 1.5 | $1,350.00 |
| Jan 25, 2018 | JMF | Confer with team re complaint; legal analysis. | $950.00 | 6 | $5,700.00 |
| Jan 26, 2018 | SHS | Legal research re case theories; revisions to complaint; conference call with team re complaint and case strategy and theories | $900.00 | 1.9 | $1,710.00 |
| Jan 26, 2018 | AS | Review and draft portions of complaint; study venue questions; confer with co-counsel | $950.00 | 4 | $3,800.00 |
| Jan 26, 2018 | JMF | Legal analysis. | $950.00 | 5 | $4,750.00 |
| Jan 27, 2018 | AS | Further review legal issues surrounding the draft complaint. | $950.00 | 2.5 | $2,375.00 |
| Feb 05, 2018 | SHS | Review analysis of state GAP statutes; further research re same | $900.00 | 1.2 | $1,080.00 |
| Feb 07, 2018 | SHS | Review legal memo re statute consumer protection statutes relative to GAP | $900.00 | 0.5 | $450.00 |
| Feb 08, 2018 | AS | Team meeting; strategy re: written discovery and contract forms | $950.00 | 1.3 | $1,235.00 |
| Feb 08, 2018 | AS | Team strategy meeting; confer re: contract form analysis | $950.00 | 1.4 | $1,330.00 |
| Feb 09, 2018 | SHS | Review and analysis of memo re unconscionability of GAP | $900.00 | 0.6 | $540.00 |
| Feb 12, 2018 | JMF | Confer with team re breach of contract/class action research; conversion claim. | $950.00 | 1 | $950.00 |
| Feb 12, 2018 | AS | Factual and legal strategy re: draft complaint; update on unconscionability and consumer protection statutes; discussions with co-counsel regarding strategy for complaint. | $950.00 | 3.4 | $3,230.00 |
| Feb 12, 2018 | SHS | Confer with team re complaint and legal strategy; legal research re potential causes of action | $900.00 | 1.5 | $1,350.00 |

| Feb 14, 2018 | JMF | Legal analysis. | $950.00 | 2 | $1,900.00 |
|---|---|---|---|---|---|
| Feb 14, 2018 | SHS | Review and analyze GAP contracts; confer with team re same | $900.00 | 1.2 | $1,080.00 |
| Feb 15, 2018 | JMF | Legal analysis of conversion claims across U.S. | $950.00 | 2 | $1,900.00 |
| Feb 16, 2018 | SHS | Case investigation; review draft complaint; research re GAP industry; legal research and analysis of potential causes of action | $900.00 | 3.1 | $2,790.00 |
| Feb 16, 2018 | JMF | Prepare complaint; legal analysis of claims. | $950.00 | 7 | $6,650.00 |
| Feb 16, 2018 | AS | Discussions re: complaint; assist in drafting complaint; legal research. | $950.00 | 7.3 | $6,935.00 |
| Feb 19, 2018 | JMF | Confer with B. Hanlin re investigation and memos; Confer with team re strategy; Prepare complaint; Review documents. | $950.00 | 6.4 | $6,080.00 |
| Feb 19, 2018 | AS | Research GAP insurance vs. waiver; GAPA; evolution of the industry; TILA research | $950.00 | 4.5 | $4,275.00 |
| Feb 19, 2018 | SHS | Review draft complaint; confer with team re strategy | $900.00 | 0.8 | $720.00 |
| Feb 20, 2018 | JMF | Prepare complaint; Confer with J. Bolling re plaintiff damage analysis chart; Legal analysis; Confer with team re strategy. | $950.00 | 7.9 | $7,505.00 |
| Feb 20, 2018 | SHS | Legal analysis of claims and issues; confer with team re litigation strategy | $900.00 | 1.2 | $1,080.00 |
| Feb 20, 2018 | AS | Draft complaint | $950.00 | 7.5 | $7,125.00 |
| Feb 21, 2018 | SHS | Review emails re preemption and research same; review CLRA letter | $900.00 | 0.8 | $720.00 |
| Feb 21, 2018 | AS | Research re: GAP sales in NY | $950.00 | 0.8 | $760.00 |
| Feb 21, 2018 | AS | Ally automatic GAP refund research; prepare an outline for members who will be questioning WFB CEO | $950.00 | 2 | $1,900.00 |
| Feb 21, 2018 | JMF | Prepare complaint; Review documents; Legal analysis; Confer with team re strategy. | $950.00 | 8.4 | $7,980.00 |

| Feb 21, 2018 | AS | Review and draft complaint; legal research re: same; edit draft; discussions with co-counsel re: same. | $950.00 | 6.8 | $6,460.00 |
|---|---|---|---|---|---|
| Feb 22, 2018 | SHS | Confer with team re complaint | $900.00 | 0.5 | $450.00 |
| Feb 22, 2018 | JMF | Confer with team re strategy; Review plaintiff records; Prepare complaint; Legal analysis. | $950.00 | 7.8 | $7,410.00 |
| Feb 22, 2018 | AS | Draft complaint | $950.00 | 6.4 | $6,080.00 |
| Feb 23, 2018 | SHS | Revisions to complaint and emails with team re venue | $900.00 | 0.7 | $630.00 |
| Feb 23, 2018 | JMF | Prepare complaint; Legal analysis; Confer with team re strategy; Prepare CLRA letters. | $950.00 | 7.5 | $7,125.00 |
| Feb 23, 2018 | MN | Download named plaintiff documents to sharefile. | $400.00 | 0.5 | $200.00 |
| Feb 24, 2018 | JMF | Confer with team re individual defendant issue. | $950.00 | 0.5 | $475.00 |
| Feb 24, 2018 | SHS | Research re venue; confer with team re named defendants | $900.00 | 0.7 | $630.00 |
| Feb 26, 2018 | JMF | Prepare complaint; revise notice letters. | $950.00 | 5 | $4,750.00 |
| Feb 26, 2018 | SHS | Review complaint; conferences re same | $900.00 | 1.5 | $1,350.00 |
| Feb 26, 2018 | MN | Review and revise complaint; pull and organize exhibits. | $400.00 | 1.5 | $600.00 |
| Feb 27, 2018 | JMF | Prepare complaint for filing; Confer with team re strategy and press. | $950.00 | 2 | $1,900.00 |
| Feb 27, 2018 | SHS | Review civil cover sheet; conferences with team re complaint and strategy; final revisions to complaint | $900.00 | 1.4 | $1,260.00 |
| Feb 27, 2018 | MN | Review and revise complaint and initiating case documents; finalize same; redact exhibits; electronically initiate case; e-file complaint, civil cover sheet, summons and notice of interested parties. | $400.00 | 3.4 | $1,360.00 |
| Feb 27, 2018 | AS | Final round edits of complaint | $950.00 | 4.5 | $4,275.00 |

| Feb 28, 2018 | JMF | Confer with A. Stolper re message from Wells Fargo General Counsel; confer with team re Judge assignment; review court orders; confer with I. Ngo re class plaintiff names; confer with team re Judge Guilford and Wells Fargo contacts; confer with team re errata; review and revise FOIA letters. | $950.00 | 3.8 | $3,610.00 |
|---|---|---|---|---|---|
| Feb 28, 2018 | SHS | Review email from Wells Fargo; review case assignment; confer with team re Judge Guilford, litigation strategy and legal issues | $900.00 | 1.2 | $1,080.00 |
| Feb 28, 2018 | MN | Confer with clerk and confer with team re J. Atkins and other changes to complaint; prepare corrected complaint, summons and notice of interested parties; review Court's notices of assignment, ADR program and deficiency. | $400.00 | 1.9 | $760.00 |
| Mar 01, 2018 | JMF | Confer with Law 360 reporter; review court orders; confer with team re pro hac applications and court requirements. | $950.00 | 1.3 | $1,235.00 |
| Mar 01, 2018 | SHS | Confer with M. Nowowiejski re ADR requirements; review pro hac applications | $900.00 | 0.3 | $270.00 |
| Mar 01, 2018 | MN | Confer with team re assignment and initiating documents; confer re pro hac vice applications; calendar deadlines. | $400.00 | 0.9 | $360.00 |
| Mar 02, 2018 | MN | Confer with team re assignment and initiating document; confer re pro hac vice applications; calendar deadlines. Confer with Clerk re pro hac vice applications; confer with C. Foote re same; review, revise and finalize F. Azar pro hac vice application; E-file same; prepare mandatory chambers copies. | $400.00 | 0.8 | $320.00 |
| Mar 02, 2018 | AS | TC with in-house counsel for WFB; Prepare re same; review spreadsheets relating to named plaintiffs; confer with co-counsel | $950.00 | 4.5 | $4,275.00 |

| Mar 05, 2018 | MN | Confer with team re pro hac vice applications. | $400.00 | 0.2 | $80.00 |
|---|---|---|---|---|---|
| Mar 08, 2018 | MN | Review, revise and finalize pro hac vice applications for B. Hanlin, C. Schaffer, and Daniel Levin; E-file same; prepare mandatory chambers copies. | $400.00 | 1.2 | $480.00 |
| Mar 09, 2018 | MN | Confer with Clerk re status of F. Azar pro hac vice application; review Court's notice re D. Levin's pro hac vice application. | $400.00 | 0.3 | $120.00 |
| Mar 12, 2018 | MN | Prepare corrected summons and e-file same. | $400.00 | 0.3 | $120.00 |
| Mar 13, 2018 | MN | Prepare Notice of Filing of Certificate of Good Standing Re D. Levin Pro Hac Application. | $400.00 | 0.4 | $160.00 |
| Mar 13, 2018 | JMF | Review news articles on settlement and confer with team re same; review summons. | $950.00 | 0.4 | $380.00 |
| Mar 15, 2018 | MN | E-file Notice of Filing of Certificate of Good Standing Re D. Levin. | $400.00 | 0.2 | $80.00 |
| Mar 15, 2018 | JMF | Review article on case. | $950.00 | 0.2 | $190.00 |
| Mar 16, 2018 | JMF | Confer with C. Schaffer re contact from defendant. | $950.00 | 0.2 | $190.00 |
| Mar 25, 2018 | SHS | Conference with M. Nowowiejski re pro hac applications | $900.00 | 0.2 | $180.00 |
| Mar 28, 2018 | JMF | Review Evans pro hac application. | $950.00 | 0.1 | $95.00 |
| Mar 30, 2018 | MN | Prepare Complaint and case initiating documents for service on defendants. | $400.00 | 0.5 | $200.00 |
| Apr 06, 2018 | JMF | Confer with D. Powell re case and stipulation; confer with team re opposing counsel; research same. | $950.00 | 1 | $950.00 |
| Apr 06, 2018 | SHS | Confer with team re opposing counsel; research re opposing counsel | $900.00 | 0.5 | $450.00 |
| Apr 06, 2018 | AS | TC with opposing counsel and co-counsel regarding stipulation and information exchanges | $950.00 | 1 | $950.00 |
| Apr 09, 2018 | JMF | Confer with D. Powell re Stipulation; review and execute Stipulation. | $950.00 | 0.3 | $285.00 |

| Apr 10, 2018 | *SHS* | Review FOIA response; review stipulation re time to answer | $900.00 | 0.3 | $270.00 |
| Apr 10, 2018 | *AS* | Review FOIA package; tc with co-counsel re: same | $950.00 | 0.5 | $475.00 |
| Apr 10, 2018 | *JMF* | Review response to FOIA request and confer with I. Ngo re same. | $950.00 | 0.4 | $380.00 |
| Apr 23, 2018 | *SHS* | Review new California Supreme Court opinion re insurance and analyze applicability to GAP | $900.00 | 0.4 | $360.00 |
| May 01, 2018 | *JMF* | Research arbitration issue. | $950.00 | 3.5 | $3,325.00 |
| May 03, 2018 | *JMF* | Confer with F. Azar and I. Ngo re strategy. | $950.00 | 0.4 | $380.00 |
| May 15, 2018 | *AS* | Prepare for and attend MTD meet and confer call with opposing counsel; discussions with co-counsel following the call | $950.00 | 1 | $950.00 |
| May 18, 2018 | *SHS* | Review meet and confer email from opposing counsel re motion to dismiss; analyze arguments | $900.00 | 1 | $900.00 |
| May 19, 2018 | *AS* | Review meet and confer email from WFB; research regarding issues presented | $950.00 | 3 | $2,850.00 |
| May 21, 2018 | *SHS* | Research regarding motion to dismiss issues raised by Wells Fargo; emails with team | $900.00 | 4.2 | $3,780.00 |
| May 23, 2018 | *SHS* | Conference with team re motion to dismiss issues and opposing counsel; research re motion to dismiss | $900.00 | 1 | $900.00 |
| Jun 04, 2018 | *JMF* | Confer with I. Ngo re customer contact and interview. | $950.00 | 0.2 | $190.00 |
| Jun 05, 2018 | *JMF* | Confer with team re dismissing individual defendant and stipulation; review Wells Fargo new article. | $950.00 | 0.4 | $380.00 |
| Jun 11, 2018 | *JMF* | Confer with I. Ngo re filing stipulation; confer with C. Shaefer re strategy. | $950.00 | 0.4 | $380.00 |
| Jun 11, 2018 | *MN* | Download and review notice of dismissal. | $400.00 | 0.1 | $40.00 |
| Jun 12, 2018 | *JMF* | Confer with team re FOIA request, response and cost issues. | $950.00 | 0.5 | $475.00 |

| Jun 12, 2018 | *SHS* | Confer with team re various case issues | $900.00 | 0.5 | $450.00 |
|---|---|---|---|---|---|
| Jun 13, 2018 | *JMF* | Review answer to complaint; confer with team re same. | $950.00 | 1 | $950.00 |
| Jun 13, 2018 | *SHS* | Review and analyze Wells Fargo's answer; confer with team | $900.00 | 0.9 | $810.00 |
| Jun 13, 2018 | *AS* | Review answer to complaint; TC with co-counsel re: same. | $950.00 | 1.9 | $1,805.00 |
| Jun 13, 2018 | *MN* | Review defendant's answer to complaint; calendar same. | $400.00 | 0.2 | $80.00 |
| Jun 14, 2018 | *MN* | Review Court's Scheduling Order and Order Extending Response Deadline; calendar same and triggered deadlines. | $400.00 | 0.3 | $120.00 |
| Jun 18, 2018 | *SHS* | Confer with team re strategy; confer with F. Azar on case issues | $875.00 | 0.3 | $262.50 |
| Jun 18, 2018 | *JMF* | Confer with C. Schaffer and team re motion to compel arbitration; confer with opposing counsel re settlement. | $950.00 | 0.3 | $285.00 |
| Jun 19, 2018 | *SHS* | Prepare for and strategy conference with team | $900.00 | 1 | $900.00 |
| Jun 19, 2018 | *JMF* | Team strategy meeting. | $950.00 | 1 | $950.00 |
| Jun 19, 2018 | *AS* | Conference with team re: mtc arb; prep for same | $950.00 | 1 | $950.00 |
| Jun 21, 2018 | *JMF* | Confer with B. Hanlin re FOIA liaison discussions. | $950.00 | 0.3 | $285.00 |
| Jun 26, 2018 | *JMF* | Review 26(f) statement draft and draft discovery. | $950.00 | 0.5 | $475.00 |
| Jul 05, 2018 | *JMF* | Confer with team re strategy. | $950.00 | 0.6 | $570.00 |
| Jul 06, 2018 | *SHS* | Review draft Rule 26(f) report from co-counsel and confer with team re same | $900.00 | 0.4 | $360.00 |
| Jul 06, 2018 | *JMF* | Review revisions to schedule; confer with team re same. | $950.00 | 0.2 | $190.00 |
| Jul 11, 2018 | *JMF* | Confer with team re strategy. | $950.00 | 1 | $950.00 |
| Jul 11, 2018 | *SHS* | Revise Rule 26 report; review Judge Guilford orders; confer with team re strategy | $900.00 | 1.2 | $1,080.00 |
| Jul 12, 2018 | *SHS* | Confer with team re Rule 26 report and strategy | $900.00 | 0.3 | $270.00 |

| | | | | | |
|---|---|---|---|---|---|
| Jul 13, 2018 | *JMF* | Prepare for and represent plaintiffs on meet and confer call; confer with team re strategy. | $950.00 | 1.2 | $1,140.00 |
| Jul 19, 2018 | *JMF* | Revise Rule 26(f) report. | $950.00 | 1 | $950.00 |
| Jul 19, 2018 | *AS* | Rule 26 report review and edit | $950.00 | 1 | $950.00 |
| Jul 19, 2018 | *SHS* | Review Rule 26f draft and propose further edits | $900.00 | 0.5 | $450.00 |
| Jul 20, 2018 | *JMF* | Research John Perry (mediator); confer with C. Schaffer re same; confer with team re Rule 26(f) report; call with D. Powell. | $950.00 | 2 | $1,900.00 |
| Jul 20, 2018 | *AS* | Research mediators suitable for this matter; strategy concerning mediation | $950.00 | 2 | $1,900.00 |
| Jul 23, 2018 | *JMF* | Prepare list of mediators; research proposed mediators. | $950.00 | 0.6 | $570.00 |
| Jul 30, 2018 | *AS* | Confer with co-counsel regarding mediation scheduling and strategy | $950.00 | 0.3 | $285.00 |
| Jul 30, 2018 | *SHS* | Review Defendant's revisions to Rule 26f report; confer with team re same | $900.00 | 0.6 | $540.00 |
| Jul 30, 2018 | *JMF* | Review defendant's revisions; confer with team re scheduling dates, mediation date and strategy. | $950.00 | 1 | $950.00 |
| Jul 31, 2018 | *JMF* | Review draft document requests prepared by I. Ngo. | $950.00 | 0.4 | $380.00 |
| Aug 01, 2018 | *JMF* | Confer with team re strategy on mediation date and discovery. | $950.00 | 0.8 | $760.00 |
| Aug 02, 2018 | *AS* | Prepare for and attend Rule 26 conference; discussions with co-counsel following the conference | $950.00 | 3 | $2,850.00 |
| Aug 02, 2018 | *JMF* | Prepare for and attend Rule 26(f) meeting with opposing counsel; confer with team re same; review Rule 26(f) Report; review and revise discovery. | $950.00 | 3 | $2,850.00 |
| Aug 02, 2018 | *SHS* | Prepare for and attend Rule 26(f) meeting; emails re FOIA requests. | $900.00 | 3 | $2,700.00 |
| Aug 03, 2018 | *AS* | Prepare and review document requests; scheduling order | $950.00 | 4.4 | $4,180.00 |
| Aug 03, 2018 | *JMF* | Review and revise Rule 26(f) Report; confer with A. Stolper re document requests. | $950.00 | 0.5 | $475.00 |

| Aug 03, 2018 | SHS | Review final Rule 26f draft report | $900.00 | 0.2 | $180.00 |
|---|---|---|---|---|---|
| Aug 06, 2018 | AS | Review WFB scheduling edits; conference with team re same. | $950.00 | 0.9 | $855.00 |
| Aug 06, 2018 | SHS | Review defense edits to Rule 26 report; confer with team re same | $900.00 | 0.5 | $450.00 |
| Aug 07, 2018 | AS | Written discovery; confer with team re: same | $950.00 | 1.4 | $1,330.00 |
| Aug 07, 2018 | JMF | Confer with team re conference date and FOIA requests. | $950.00 | 0.4 | $380.00 |
| Aug 07, 2018 | JMF | Review final Rule 26 report; confer with team re discovery. | $950.00 | 1.2 | $1,140.00 |
| Aug 08, 2018 | JMF | Review proposed protective order and ESI revisions; confer with team re same. | $950.00 | 0.5 | $475.00 |
| Aug 08, 2018 | MN | Confer with A. Stolper re scheduling conference; prepare draft of stipulation continuing scheduled order. | $400.00 | 0.3 | $120.00 |
| Aug 09, 2018 | MN | Revise stipulation and proposed order; confer with opposing counsel re same; finalize stipulation and proposed order; prepare same for e-filing/e-service; prepare mandatory chambers copy; review order from court; update calendar. | $400.00 | 0.6 | $240.00 |
| Aug 10, 2018 | JMF | Confer with team re discovery issues. | $950.00 | 1 | $950.00 |
| Aug 13, 2018 | JMF | Confer with I. Ngo re dismissal of two class representatives; review files; legal analysis of Indiana law; confer with C. Schaffer re document requests. | $950.00 | 3 | $2,850.00 |
| Aug 14, 2018 | JMF | Review articles. | $950.00 | 0.4 | $380.00 |
| Aug 15, 2018 | JMF | Review ESI protocol; confer with I. Ngo re same. | $950.00 | 0.5 | $475.00 |
| Aug 17, 2018 | JMF | Confer with team re mediator; confer with A. Stolper re settlement strategy. | $950.00 | 0.5 | $475.00 |
| Aug 21, 2018 | JMF | Confer with team re new class representatives. | $950.00 | 0.5 | $475.00 |
| Aug 23, 2018 | MN | Review and revise request for production of documents. | $400.00 | 0.4 | $160.00 |

| Aug 24, 2018 | SHS | Revisions to discovery requests | $900.00 | 0.6 | $540.00 |
|---|---|---|---|---|---|
| Aug 24, 2018 | JMF | Confer with opposing counsel re protective order and ESI protocol; prepare discovery requests. | $950.00 | 2.5 | $2,375.00 |
| Aug 24, 2018 | MN | Further review and revisions to requests for production of documents; prepare same for service. | $400.00 | 0.6 | $240.00 |
| Aug 27, 2018 | AS | Prepare for and attend scheduling conference | $950.00 | 2.5 | $2,375.00 |
| Aug 27, 2018 | SHS | Prepare for and attend hearing | $900.00 | 2.5 | $2,250.00 |
| Aug 27, 2018 | JMF | Prepare for and attend initial conference; confer with team re same and strategy. | $950.00 | 2.5 | $2,375.00 |
| Aug 28, 2018 | AS | Meet with in house counsel for WFB re: matter; mediation; and settlement | $950.00 | 2.6 | $2,470.00 |
| Aug 28, 2018 | JMF | Confer with team re discovery; prepare interrogatories; confer with opposing counsel re rolling production. | $950.00 | 1 | $950.00 |
| Aug 29, 2018 | AS | Return travel from Charlotte to Orange County; review discovery; strategy re: mediation; communicate with team | $950.00 | 4 | $3,800.00 |
| Aug 29, 2018 | SHS | Emails with team re case schedule revisions | $900.00 | 0.3 | $270.00 |
| Aug 29, 2018 | JMF | Revise schedule and confer with team re same. | $950.00 | 0.8 | $760.00 |
| Aug 30, 2018 | SHS | Edits to proposed amended case schedule and email to team re same | $900.00 | 0.4 | $360.00 |
| Aug 30, 2018 | JMF | Conference call; edit schedule. | $950.00 | 0.6 | $570.00 |
| Aug 31, 2018 | SHS | Review research and analysis regarding Wells Fargo and GAP administrator relationships and analysis; revisions to discovery requests | $900.00 | 1.5 | $1,350.00 |
| Aug 31, 2018 | JMF | Confer with opposing counsel re ESI and Protective Order; legal analysis; confer with team re strategy; interview experts. | $950.00 | 3.5 | $3,325.00 |

| Sep 04, 2018 | *SHS* | Review Wells Fargo's initial disclosures | $900.00 | 0.3 | $270.00 |
| Sep 04, 2018 | *MN* | Confer with C. Foote re Plaintiffs' Initial Disclosures; serve same. | $400.00 | 0.2 | $80.00 |
| Sep 04, 2018 | *JMF* | Confer with K. Hyman re edits; confer with I. Ngo re initial disclosures; prepare top 10 list; confer with team; prepare interrogatories; review response to request for production. | $950.00 | 3.5 | $3,325.00 |
| Sep 04, 2018 | *AS* | Review and analyze WFB initial disclosures; confer re: same | $950.00 | 3.3 | $3,135.00 |
| Sep 05, 2018 | *SHS* | Confer with team re strategy issues | $900.00 | 0.5 | $450.00 |
| Sep 05, 2018 | *MN* | Confer with opposing counsel and update service list. | $400.00 | 0.2 | $80.00 |
| Sep 05, 2018 | *JMF* | Confer with I. Ngo re interrogatories; confer with team re strategy. | $950.00 | 1 | $950.00 |
| Sep 06, 2018 | *AS* | Document requests | $950.00 | 2 | $1,900.00 |
| Sep 07, 2018 | *SHS* | Finalize discovery requests; review email from opposing counsel re ESI | $900.00 | 0.8 | $720.00 |
| Sep 07, 2018 | *MN* | Review and finalize special interrogatories to defendants; prepare same for service; calendar response deadline. | $400.00 | 0.5 | $200.00 |
| Sep 07, 2018 | *JMF* | Call with opposing counsel; confer with team; revise interrogatories. | $950.00 | 1 | $950.00 |
| Sep 07, 2018 | *AS* | Analyze/review/prepare rogs | $950.00 | 1.8 | $1,710.00 |
| Sep 10, 2018 | *SHS* | Confer with team re strategy issues | $900.00 | 0.5 | $450.00 |
| Sep 10, 2018 | *JMF* | Confer with team re auto lending articles and response to discovery; review revisions; review revisions to ESI protocol; review documents from Eikon. | $950.00 | 2 | $1,900.00 |
| Sep 11, 2018 | *SHS* | Review ESI protocol and emails with team re same; conference with opposing counsel | $900.00 | 1 | $900.00 |
| Sep 11, 2018 | *JMF* | Confer with I. Ngo re ESI protocol; confer with team re same. | $950.00 | 0.5 | $475.00 |

| Sep 12, 2018 | SHS | Legal analysis of GAP contracts; conferences with A. Stolper and J. Frank re same | $900.00 | 3.5 | $3,150.00 |
|---|---|---|---|---|---|
| Sep 12, 2018 | AS | Review and analyze GAP addenda | $950.00 | 4.3 | $4,085.00 |
| Sep 14, 2018 | SHS | Emails re ESI protocol and other discovery issues | $900.00 | 0.6 | $540.00 |
| Sep 24, 2018 | JMF | Review correspondence from opposing counsel. | $950.00 | 0.3 | $285.00 |
| Sep 25, 2018 | MN | Download materials from Signature Resolution regarding scheduling for mediation session. | $400.00 | 0.1 | $40.00 |
| Sep 26, 2018 | MN | Review correspondence from Mediator's office re scheduling; calendar same. | $400.00 | 0.2 | $80.00 |
| Sep 28, 2018 | SHS | Emails re ESI protocol | $900.00 | 0.3 | $270.00 |
| Sep 28, 2018 | JMF | Confer with team re response on ESI; confer with team on PMQ. | $950.00 | 0.3 | $285.00 |
| Oct 01, 2018 | AS | Call re: case scheduling | $950.00 | 0.2 | $190.00 |
| Oct 01, 2018 | JMF | Confer with J. Davey re case schedule and conference call items. | $950.00 | 0.3 | $285.00 |
| Oct 01, 2018 | AS | Review correspondence from WFB; strategy re: mediation | $950.00 | 0.7 | $665.00 |
| Oct 02, 2018 | SHS | Strategy conference with A. Stolper regarding discovery and mediation | $900.00 | 0.3 | $270.00 |
| Oct 02, 2018 | JMF | Confer with opposing counsel re discovery and settlement schedule; confer with team re interrogatories. | $950.00 | 0.6 | $570.00 |
| Oct 03, 2018 | JMF | Confer with opposing counsel re interrogatories; review documents from Nichole Dartis. | $950.00 | 0.6 | $570.00 |
| Oct 04, 2018 | SHS | Emails re team re Wells Fargo's requested extension | $900.00 | 0.2 | $180.00 |
| Oct 04, 2018 | JMF | Confer with J. Davey re proposal. | $950.00 | 0.2 | $190.00 |
| Oct 04, 2018 | AS | TC with opposing counsel; Prepare | $950.00 | 0.4 | $380.00 |
| Oct 12, 2018 | JMF | Review response to request for production; confer with team re same. | $950.00 | 0.4 | $380.00 |
| Oct 12, 2018 | AS | Review RFP responses | $950.00 | 0.3 | $285.00 |
| Oct 16, 2018 | SHS | Confer with team re scheduling order issues | $900.00 | 0.5 | $450.00 |

| Oct 16, 2018 | AS | Scheduling order internal conference; Prepare | $950.00 | 0.5 | $475.00 |
|---|---|---|---|---|---|
| Oct 17, 2018 | SHS | Confer with team re scheduling order | $900.00 | 0.3 | $270.00 |
| Oct 19, 2018 | SHS | Conference with opposing counsel re discovery | $900.00 | 0.5 | $450.00 |
| Oct 25, 2018 | SHS | Emails re mediation questionnaire; emails re ESI protocol | $900.00 | 0.3 | $270.00 |
| Oct 25, 2018 | JMF | Confer with A. Stolper re pre-mediation questions. | $950.00 | 0.4 | $380.00 |
| Oct 25, 2018 | AS | Preparation of mediation questions; confer with co-counsel re: same | $950.00 | 1 | $950.00 |
| Oct 26, 2018 | SHS | Confer with team re mediation issues. | $900.00 | 0.3 | $270.00 |
| Oct 26, 2018 | JMF | Confer with team re agreement; review and revise questions to opposing counsel for pre-mediation meeting. | $950.00 | 0.3 | $285.00 |
| Oct 29, 2018 | JMF | Review correspondence with opposing counsel; confer with A. Stolper re settlement negotiations. | $950.00 | 0.3 | $285.00 |
| Oct 29, 2018 | AS | Review mediation correspondence; settlement strategy | $950.00 | 0.7 | $665.00 |
| Oct 31, 2018 | JMF | Confer with team re protective order stipulation. | $950.00 | 0.2 | $190.00 |
| Nov 01, 2018 | JMF | Review discovery responses; confer with team re same. | $950.00 | 0.4 | $380.00 |
| Nov 01, 2018 | MN | Review Protective Order entered and filed by the Clerk. | $400.00 | 0.1 | $40.00 |
| Nov 02, 2018 | SHS | Review Wells Fargo discovery responses; emails re mediation | $900.00 | 0.5 | $450.00 |
| Nov 02, 2018 | MN | Review Defendants' discovery responses and requests; calendar response date and meet and confer deadlines. | $400.00 | 0.3 | $120.00 |
| Nov 02, 2018 | AS | Review responses to our discovery | $950.00 | 0.5 | $475.00 |
| Nov 06, 2018 | SHS | Confer with team re strategy | $900.00 | 0.5 | $450.00 |
| Nov 06, 2018 | JMF | Team meeting re strategy and Pre-Mediation; review emails from J. Davey setting up Pre-Mediation meeting. | $950.00 | 1 | $950.00 |

| Nov 06, 2018 | MN | Communicate with Irvine Company re pre-mediation conference, accommodations and reservations. | $400.00 | 0.3 | $120.00 |
|---|---|---|---|---|---|
| Nov 06, 2018 | AS | Mediation strategy session | $950.00 | 1 | $950.00 |
| Nov 13, 2018 | JMF | Review draft objections from C. Schaffer's office; confer with C. Schaffer re Pre-Mediation strategy. | $950.00 | 0.8 | $760.00 |
| Nov 14, 2018 | SHS | Review client documents and draft responses to discovery; confer with J. Frank re same | $900.00 | 0.5 | $450.00 |
| Nov 14, 2018 | JMF | Review draft of discovery responses; confer with S. Sims re same and strategy; confer with C. Schaffer re same. | $950.00 | 0.5 | $475.00 |
| Nov 14, 2018 | AS | Review and edit discovery responses | $950.00 | 1.4 | $1,330.00 |
| Nov 15, 2018 | SHS | Edit written discovery responses; confer with team re same | $900.00 | 2 | $1,800.00 |
| Nov 15, 2018 | JMF | Review revisions to requests for admissions responses; confer with I. Ngo re meet and confer letter; review revisions to requests for production of documents responses. | $950.00 | 0.8 | $760.00 |
| Nov 16, 2018 | SHS | Confer with team re discovery issues | $900.00 | 0.5 | $450.00 |
| Nov 16, 2018 | JMF | Confer with C. Schaffer re requests for admissions and request for extension; confer with team re strategy. | $950.00 | 1 | $950.00 |
| Nov 20, 2018 | SHS | Revise RFP responses | $900.00 | 1.5 | $1,350.00 |
| Nov 20, 2018 | JMF | Confer with I. Ngo re extension on document responses; confer with opposing counsel re same. | $950.00 | 0.3 | $285.00 |
| Nov 21, 2018 | JMF | Review and revise responses to requests for production of documents; confer with S. Sims re same. | $950.00 | 1 | $950.00 |
| Nov 26, 2018 | SHS | Prepare for mediation session | $900.00 | 4.5 | $4,050.00 |

| Nov 26, 2018 | *JMF* | Prepare for Pre-Mediation session with F. Azar and team; confer with team re strategy. | $950.00 | 4 | $3,800.00 |
| Nov 26, 2018 | *AS* | Mediation pre-game; strategy session. | $950.00 | 4.7 | $4,465.00 |
| Nov 26, 2018 | *AS* | Attend mediation session (pre session) with counsel for Wells Fargo; strategy following. | $950.00 | 8 | $7,600.00 |
| Nov 27, 2018 | *SHS* | Prepare for and attend mediation session; confer with team re strategy and follow up projects | $900.00 | 8 | $7,200.00 |
| Nov 27, 2018 | *JMF* | Prepare for and attend Pre-Mediation meeting with Wells Fargo; review their PowerPoint; confer with team re strategy; review and revise research projects; confer with A. Stolper and S. Sims re same; research B. Mayberry. | $950.00 | 8 | $7,600.00 |
| Nov 28, 2018 | *SHS* | Confer with J. Frank and A. Stolper re strategy and various legal issues | $900.00 | 1.3 | $1,170.00 |
| Nov 28, 2018 | *AS* | Research and strategy re: administrator and refunds | $950.00 | 2 | $1,900.00 |
| Nov 28, 2018 | *JMF* | Research state regulations regarding early payoff and unearned finance charges; confer with S. Sims re same; confer with A. Stolper and S. Sims re termination/cancellation issue. | $950.00 | 7 | $6,650.00 |
| Nov 28, 2018 | *AS* | Analyze information provided by WFB at mediation; discussions with co-counsel re: path forward | $950.00 | 3 | $2,850.00 |
| Nov 29, 2018 | *SHS* | Confer with team re discovery issues | $900.00 | 0.3 | $270.00 |
| Nov 29, 2018 | *JMF* | Confer with I. Ngo re trade-in and repossessions and document production; confer with S. Sims re same. | $950.00 | 0.5 | $475.00 |
| Nov 30, 2018 | *SHS* | Confer with team re discovery | $900.00 | 0.5 | $450.00 |

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Nov 30, 2018 | *JMF* | Confer with A. Baiardo re Wells Fargo data production for Mediation; confer with I. Ngo re federal statute; confer with S. Baggett and A. Stolper re Wells Fargo data on GAP and analysis project; confer with I. Ngo and S. Sims re document production of Plaintiffs; review documents for production; confer with C. Schaffer re strategy. | $950.00 | 4.5 | $4,275.00 |
| Dec 02, 2018 | *SHS* | Prepare draft RFA responses; confer with J. Frank and A. Stolper re damages | $900.00 | 1.5 | $1,350.00 |
| Dec 02, 2018 | *AS* | Review and edit rog responses. | $950.00 | 1 | $950.00 |
| Dec 02, 2018 | *AS* | Email WFB regarding document production issues | $950.00 | 0.1 | $95.00 |
| Dec 02, 2018 | *JMF* | Damage analysis; confer with A. Stolper and S. Sims re same; confer with S. Baggett re same. | $950.00 | 2.5 | $2,375.00 |
| Dec 03, 2018 | *SHS* | Review Wells Fargo discovery responses; prepare responses to written discovery and confer with team re same | $900.00 | 2 | $1,800.00 |
| Dec 03, 2018 | *JMF* | Confer with A. Stolper re repossession process; confer with opposing counsel re meeting on repossession questions. | $950.00 | 0.4 | $380.00 |
| Dec 04, 2018 | *SHS* | Research federal regulation re debt cancellation; confer with team re same; confer with team re discovery | $900.00 | 2.3 | $2,070.00 |
| Dec 04, 2018 | *JMF* | Confer with B. Hanlin and S. Sims re federal regulation; review research. | $950.00 | 1 | $950.00 |
| Dec 05, 2018 | *SHS* | Prepare written discovery responses and confer with team re same; confer with team re federal debt cancellation regulation | $900.00 | 1.5 | $1,350.00 |

| Dec 05, 2018 | JMF | Review OCC interpretive letter from B. Hanlin; confer with S. Sims, C. Schaffer and B. Hanlin re conflict preemption issue; legal analysis re bench trial issues; confer with J. Davey re repossessions. | $950.00 | 4.9 | $4,655.00 |
|---|---|---|---|---|---|
| Dec 06, 2018 | SHS | Emails with opposing re discovery and scheduling; confer with team re discovery and strategy; revise written discovery responses | $900.00 | 1.5 | $1,350.00 |
| Dec 06, 2018 | JMF | Team meeting re status and strategy; review revised scheduling order from J. Davey; confer with team re same. | $950.00 | 1.5 | $1,425.00 |
| Dec 10, 2018 | SHS | Prepare client discovery responses; strategy conference re mediation; research regarding notice prejudice rule | $900.00 | 1.5 | $1,350.00 |
| Dec 10, 2018 | JMF | 50 state survey on substantial performance with notice provisions. | $950.00 | 8 | $7,600.00 |
| Dec 11, 2018 | SHS | Legal research regarding various issues in connection with mediation brief; strategy conference with team; emails with team re discovery | $900.00 | 2 | $1,800.00 |
| Dec 12, 2018 | SHS | Confer with J. Frank re substantial compliance research | $900.00 | 0.3 | $270.00 |
| Dec 12, 2018 | JMF | Confer with S. Sims re research. | $950.00 | 0.3 | $285.00 |
| Dec 14, 2018 | JMF | Final review of objections and responses to Wells Fargo's requests for admissions; confer with I. Ngo re same. | $950.00 | 1 | $950.00 |
| Dec 17, 2018 | SHS | Review revised memo re federal regulation; confer with team re strategy | $900.00 | 0.8 | $720.00 |
| Dec 17, 2018 | AS | Review order on MTD in forced placed auto | $950.00 | 0.5 | $475.00 |

| Dec 17, 2018 | *JMF* | Review memorandum on debt cancellation agreements and preemption under the federal regulations; review cases cited; research same; confer with S. Sims re same; review Judge Guilford decision on motion to dismiss in Wells Fargo forced placed auto; confer with J. Davey. | $950.00 | 6.9 | $6,555.00 |
|---|---|---|---|---|---|
| Dec 18, 2018 | *SHS* | Review supplemental client documents to be produced; confer with team re same | $900.00 | 0.5 | $450.00 |
| Dec 18, 2018 | *AS* | Analysis of WFB data re: unearned fees | $950.00 | 4.8 | $4,560.00 |
| Dec 18, 2018 | *AS* | Back out redundant loan files in WFB data because of err by WFB | $950.00 | 1 | $950.00 |
| Dec 18, 2018 | *AS* | Analysis re: direct vs. indirect lending files | $950.00 | 3.2 | $3,040.00 |
| Dec 18, 2018 | *JMF* | Confer with C. Schaffer re repossession regulation research project; research GAP refund cases nationwide; confer with J. Corpes re finance agreement. | $950.00 | 8.5 | $8,075.00 |
| Dec 19, 2018 | *SHS* | Confer with team re damages issues and strategy | $900.00 | 1 | $900.00 |
| Dec 19, 2018 | *AS* | Email WFB re: data issues | $950.00 | 0.2 | $190.00 |
| Dec 19, 2018 | *AS* | Edit data to account for average duration issues between spreadsheets | $950.00 | 0.7 | $665.00 |
| Dec 19, 2018 | *JMF* | Team meeting re strategy and status; analyze GAP data; confer with A. Stolper re same; confer with S. Baggett re same. | $950.00 | 8 | $7,600.00 |
| Dec 20, 2018 | *AS* | TC with Wells Fargo re: data issues; Prepare for same | $950.00 | 1 | $950.00 |
| Dec 20, 2018 | *JMF* | Meet and confer with J. Davey re questions for mediation; review spreadsheet from D. Glass re substantial compliance by State; review cases; 50-state survey. | $950.00 | 7.5 | $7,125.00 |
| Dec 21, 2018 | *JMF* | Confer with C. Schaffer re unjust enrichment. | $950.00 | 0.4 | $380.00 |
| Dec 26, 2018 | *SHS* | Research and prepare mediation brief | $900.00 | 4 | $3,600.00 |

| Dec 27, 2018 | SHS | Review memo re deficiency balances; research and prepare mediation brief | $900.00 | 7 | $6,300.00 |
|---|---|---|---|---|---|
| Dec 27, 2018 | JMF | Confer with S. Sims re payment of monthly GAP fees; review memorandum from D. Magagna re regulations on repossessions; legal analysis re same. | $950.00 | 8 | $7,600.00 |
| Dec 28, 2018 | SHS | Research and prepare mediation brief; confer with team re strategy and case issues | $900.00 | 6.5 | $5,850.00 |
| Dec 28, 2018 | AS | Analyze methods for paying for GAP by customer | $950.00 | 0.9 | $855.00 |
| Dec 28, 2018 | JMF | Confer with A. Stolper, I. Ngo and C. Schaffer re $575 WF/AG settlement including GAP claims; research same; confer with A. Stolper and S. Sims re difference between loan and RISC; legal analysis re same. | $950.00 | 6 | $5,700.00 |
| Jan 03, 2019 | SHS | Review memo re GAP consent; confer with team re strategy | $900.00 | 0.5 | $450.00 |
| Jan 03, 2019 | JMF | Review cases; confer with I. Ngo re Wells Fargo's draft motion to dismiss; research unjust enrichment and unconscionability; confer with C. Schaffer re strategy; review Guilford substantial compliance case. | $950.00 | 2 | $1,900.00 |
| Jan 04, 2019 | SHS | Emails with opposing counsel re discovery; confer with team re strategy | $900.00 | 0.5 | $450.00 |
| Jan 04, 2019 | AS | Review WFB dealer agreements | $950.00 | 2.8 | $2,660.00 |
| Jan 04, 2019 | AS | Strategy and correspondence re: substantial compliance in the foreclosure context; actual knowledge of loan payoff | $950.00 | 3.2 | $3,040.00 |
| Jan 04, 2019 | JMF | Confer with team re Wells Fargo state settlements; confer with I. Ngo re breach of contract section; review email from J. Davey re documents. | $950.00 | 0.8 | $760.00 |
| Jan 05, 2019 | AS | Mediation brief | $950.00 | 6 | $5,700.00 |

| Jan 06, 2019 | *SHS* | Confer with team re strategy; research for mediation brief | $900.00 | 0.8 | $720.00 |
| Jan 06, 2019 | *AS* | Research re: dealer liability for GAP refunds (NV Statute) | $950.00 | 0.8 | $760.00 |
| Jan 06, 2019 | *JMF* | Legal analysis; prepare Mediation brief; review documents; confer with A. Stolper and S. Sims re strategy. | $950.00 | 7 | $6,650.00 |
| Jan 07, 2019 | *SHS* | Legal research and analysis re damages | $900.00 | 0.5 | $450.00 |
| Jan 07, 2019 | *AS* | Mediation brief research and drafting | $950.00 | 7.3 | $6,935.00 |
| Jan 07, 2019 | *AS* | Correspondence re: mediation strategy | $950.00 | 2.5 | $2,375.00 |
| Jan 07, 2019 | *AS* | Research re: unjust enrichment decisions by AJG | $950.00 | 1.6 | $1,520.00 |
| Jan 07, 2019 | *JMF* | Legal analysis; damage analysis; confer with S. Baggett re same; prepare Mediation brief; analysis of GAPA statutes. | $950.00 | 8.5 | $8,075.00 |
| Jan 08, 2019 | *SHS* | Confer with team re mediation; prepare mediation brief | $900.00 | 2.5 | $2,250.00 |
| Jan 08, 2019 | *AS* | Agency insert for the mediation brief; unjust enrichment for mediation brief | $950.00 | 4.5 | $4,275.00 |
| Jan 08, 2019 | *JMF* | Team meeting re strategy; prepare Mediation brief; legal analysis re same; confer with A. Stolper and S. Sims re same; confer with I. Ngo re chart on Wells Fargo settlements. | $950.00 | 8 | $7,600.00 |
| Jan 09, 2019 | *MN* | Review and revise Mediation Brief. | $400.00 | 0.6 | $240.00 |
| Jan 09, 2019 | *SHS* | Review and analyze documents produced by Wells Fargo | $900.00 | 4 | $3,600.00 |
| Jan 09, 2019 | *AS* | Review WFB's mediation statement; strategy re: same. | $950.00 | 4.7 | $4,465.00 |
| Jan 09, 2019 | *AS* | Review and finalize our mediation letter | $950.00 | 3.4 | $3,230.00 |
| Jan 09, 2019 | *JMF* | Prepare Mediation brief; legal analysis re same. | $950.00 | 8.5 | $8,075.00 |
| Jan 10, 2019 | *JMF* | Incorporate team changes to Mediation brief; finalize brief and exhibits and send to Judge Meisinger. | $950.00 | 5 | $4,750.00 |

| Jan 14, 2019 | SHS | Emails with opposing counsel re discovery; review and analyze documents produced by Wells Fargo; research re class certification issues | $900.00 | 5.25 | $4,725.00 |
|---|---|---|---|---|---|
| Jan 14, 2019 | AS | Dealer agreement excerpts; strategy re: same; strategy re: allocation between dealer and WFB | $950.00 | 2.9 | $2,755.00 |
| Jan 14, 2019 | AS | Review documents produced by WFB | $950.00 | 5.7 | $5,415.00 |
| Jan 14, 2019 | JMF | Confer with L. Meisinger re briefs; review new document production for Mediation. | $950.00 | 1.5 | $1,425.00 |
| Jan 15, 2019 | SHS | Research TILA; confer with A. Stolper re same | $900.00 | 0.5 | $450.00 |
| Jan 15, 2019 | AS | Research 226.4 TILA finance charge application to GAP refunds | $950.00 | 1.3 | $1,235.00 |
| Jan 15, 2019 | JMF | Confer with team re PowerPoint. | $950.00 | 1 | $950.00 |
| Jan 16, 2019 | SHS | Review draft mediation power point | $900.00 | 0.3 | $270.00 |
| Jan 16, 2019 | AS | Research distribution of GAP refunds by dealer and state | $950.00 | 2.4 | $2,280.00 |
| Jan 16, 2019 | AS | Read cases cited by WFB | $950.00 | 2 | $1,900.00 |
| Jan 16, 2019 | JMF | Legal analysis of cases cited in Wells Fargo's Mediation brief. | $950.00 | 4 | $3,800.00 |
| Jan 17, 2019 | AS | Confer re: discussions with WFB inhouse counsel | $950.00 | 0.5 | $475.00 |
| Jan 17, 2019 | JMF | Confer with A. Stolper re meeting with B. McGahan. | $950.00 | 0.5 | $475.00 |
| Jan 21, 2019 | SHS | Research regarding arbitration issues; prepare for mediation | $900.00 | 3 | $2,700.00 |
| Jan 21, 2019 | AS | Prepare for mediation including Powerpoint and oral presentation | $950.00 | 6.3 | $5,985.00 |
| Jan 21, 2019 | JMF | Prepare PowerPoint for Mediation; confer with team re strategy; prepare chart on substantial compliance; confer with S. Sims re same. | $950.00 | 6.6 | $6,270.00 |
| Jan 22, 2019 | SHS | Prepare for mediation | $900.00 | 2.5 | $2,250.00 |

| Jan 22, 2019 | *JMF* | Prepare for mediation; confer with I. Ngo re PowerPoint presentation; confer with L. Meisinger re pre-mediation meeting. | $950.00 | 4 | $3,800.00 |
|---|---|---|---|---|---|
| Jan 23, 2019 | *SHS* | Prepare for and attend mediation | $900.00 | 8.5 | $7,650.00 |
| Jan 23, 2019 | *AS* | Prepare for and attend mediation; post-mediation meetings | $950.00 | 8.5 | $8,075.00 |
| Jan 23, 2019 | *JMF* | Mediation; confer with team re same; confer with A. Stolper re meeting with Wells Fargo's GC. | $950.00 | 8.5 | $8,075.00 |
| Jan 23, 2019 | *AS* | Prepare survey questions; confer with co-counsel re: same | $950.00 | 3 | $2,850.00 |
| Jan 24, 2019 | *JMF* | Confer with J. Davey re Proposed Scheduling Order; confer with C. Schaffer re status. | $950.00 | 0.5 | $475.00 |
| Jan 25, 2019 | *JMF* | Review and revise survey questions; confer with A. Stolper re same. | $950.00 | 4 | $3,800.00 |
| Jan 26, 2019 | *SHS* | Prepare written discovery; confer with team re same | $900.00 | 3.5 | $3,150.00 |
| Jan 26, 2019 | *JMF* | Confer with S. Sims and A. Stolper re interrogatories and requests for admissions. | $950.00 | 2.5 | $2,375.00 |
| Jan 26, 2019 | *AS* | Work on written discovery | $950.00 | 2.5 | $2,375.00 |
| Jan 28, 2019 | *SHS* | Confer with team re discovery issues | $900.00 | 0.5 | $450.00 |
| Jan 28, 2019 | *JMF* | Confer with F. Azar re status and strategy; review research on K. Hutchinson; confer with S. Sims re same. | $950.00 | 1 | $950.00 |
| Jan 29, 2019 | *JMF* | Prepare discovery; confer with team re same. | $950.00 | 6.9 | $6,555.00 |
| Jan 30, 2019 | *SHS* | Confer with team re legal issues, strategy and discovery | $900.00 | 0.5 | $450.00 |

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Jan 30, 2019 | *JMF* | Prepare interrogatories for named plaintiffs; confer with A. Stolper and S. Sims re same; confer with team re revisions; incorporate changes; review memorandum from P. Wood on dispositive motion before class certification; legal analysis on consent by accepting benefits; confer with S. Sims re same; review draft of deficiency letter; review hardship refinance documents; confer with C. Schaffer re status. | $950.00 | 7 | $6,650.00 |
| Jan 30, 2019 | *AS* | Review and revise written discovery | $950.00 | 5.2 | $4,940.00 |
| Jan 31, 2019 | *SHS* | Confer with A. Stolper re written discovery | $900.00 | 0.3 | $270.00 |
| Feb 01, 2019 | *SHS* | Confer with team re discovery issues | $900.00 | 0.5 | $450.00 |
| Feb 01, 2019 | *JMF* | Prepare requests for admissions for named plaintiffs; confer with A. Stolper and S. Sims re revisions. | $950.00 | 8 | $7,600.00 |
| Feb 03, 2019 | *JMF* | Review requests for admissions revisions from A. Stolper; review email from J. Davey re proposed scheduling order. | $950.00 | 1 | $950.00 |
| Feb 04, 2019 | *JMF* | Review and revise draft discovery deficiency letter; confer with P. Wood; prepare agenda for call; confer with B. Hanlin re Luca and Dillard requests for admissions; prepare requests for admissions. | $950.00 | 6 | $5,700.00 |
| Feb 04, 2019 | *AS* | Draft subpoena for Puente Hills Mitsubishi; prepare agenda for update call. | $950.00 | 1.8 | $1,710.00 |
| Feb 04, 2019 | *AS* | Prepare hierarchy of GAP loss by state | $950.00 | 1.2 | $1,140.00 |
| Feb 04, 2019 | *MN* | Review and revise requests for admission and special interrogatories to defendants on behalf of each of the ten plaintiffs; finalize same and prepare for service; calendar deadlines. | $400.00 | 3 | $1,200.00 |
| Feb 05, 2019 | *JMF* | Team meeting re strategy. | $950.00 | 2 | $1,900.00 |

| Feb 05, 2019 | *AS* | Strategy re: WFB data and analytics; communicate with team re: discovery strategy going forward | $950.00 | 2.7 | $2,565.00 |
|---|---|---|---|---|---|
| Feb 05, 2019 | *SHS* | Prepare for and strategy conference with team; legal research re class certification | $900.00 | 2.3 | $2,070.00 |
| Feb 06, 2019 | *JMF* | Review email from J. Davey; prepare for meet and confer with A. Stolper; meet and confer with opposing counsel. | $950.00 | 1.5 | $1,425.00 |
| Feb 06, 2019 | *AS* | Review email from WFB; confer re: response | $950.00 | 1.7 | $1,615.00 |
| Feb 07, 2019 | *JMF* | Confer with I. Ngo re ESI vendors; review edits to third party subpoena from S. Sims; confer with S. Sims re same. | $950.00 | 0.5 | $475.00 |
| Feb 07, 2019 | *AS* | Finalize subpoena | $950.00 | 0.9 | $855.00 |
| Feb 07, 2019 | *SHS* | Edit 30(b)(6) topics for Puente Hills Mitsubishi; strategy conferences with A. Stolper; review client documents | $900.00 | 0.9 | $810.00 |
| Feb 08, 2019 | *JMF* | Research experts on contract forms; confer with C. Schaffer re same; call potential expert; confer with team re strategy. | $950.00 | 1.5 | $1,425.00 |
| Feb 08, 2019 | *AS* | Ediscovery vendor meeting | $950.00 | 0.8 | $760.00 |
| Feb 08, 2019 | *SHS* | Prepare for and attend meet and confer call; strategy conference with team | $900.00 | 1.3 | $1,170.00 |
| Feb 09, 2019 | *JMF* | Confer with I. Ngo re protective order; review arbitration/stay research from S. Sims; review cases re same. | $950.00 | 2 | $1,900.00 |
| Feb 10, 2019 | *SHS* | Email to team re damages issues | $900.00 | 0.3 | $270.00 |
| Feb 12, 2019 | *SHS* | Review email from opposing counsel re arbitration; confer with team re same | $900.00 | 0.3 | $270.00 |
| Feb 12, 2019 | *JMF* | Review and revise third party discovery requests; confer with A. Stolper and P. Wood re same; confer with C. Schaffer re status. | $950.00 | 1 | $950.00 |

| Feb 13, 2019 | JMF | Call back California leads; confer with team re same; research class certification issues. | $950.00 | 5.5 | $5,225.00 |
|---|---|---|---|---|---|
| Feb 14, 2019 | JMF | Review Wells Fargo article from F. Azar; confer with F. Azar re same; interview J. Howlett re GAP experience; confer with P. Wood re Rule 23 preempting state law prohibitions on class actions; legal analysis re same; confer with C. Schaffer re same. | $950.00 | 3.2 | $3,040.00 |
| Feb 14, 2019 | AS | Prepare subpoena for Sansone Nissan; research depo location and review client files re: same | $950.00 | 2.5 | $2,375.00 |
| Feb 15, 2019 | SHS | Review email from opposing counsel re discovery; confer re same | $900.00 | 0.3 | $270.00 |
| Feb 15, 2019 | JMF | Confer with I Ngo re sampling and projected cost. | $950.00 | 0.3 | $285.00 |
| Feb 19, 2019 | SHS | Strategy call with team; research class certification issues | $900.00 | 1 | $900.00 |
| Feb 19, 2019 | JMF | Team meeting re status and strategy; review Wall Street Journal article from B. Hanlin; confer with S. Sims re strategy on depositions. | $950.00 | 1.3 | $1,235.00 |
| Feb 19, 2019 | AS | Correspondence re: questions WFB CEO questioning by House | $950.00 | 1.5 | $1,425.00 |
| Feb 19, 2019 | AS | TC re: Congressional testimony by WFB CEO; draft outline re: same | $950.00 | 1 | $950.00 |
| Feb 20, 2019 | SHS | Draft GAP related outline for congressional testimony of Wells Fargo; review email from opposing counsel re scheduling; confer with J. Frank re various issues | $900.00 | 2.25 | $2,025.00 |
| Feb 20, 2019 | JMF | Confer with S. Sims re 50 state AG settlement with Wells Fargo; review Wells Fargo website; confer with I. Ngo re Congress package; review proposed revisions; review email from A. Baiardo re meet and confer. | $950.00 | 1.5 | $1,425.00 |
| Feb 21, 2019 | SHS | Prepare outline for Congress re: Wells Fargo CEO; review email from J. Davey re loan files | $900.00 | 2 | $1,800.00 |

| Feb 21, 2019 | JMF | Confer with C. Schaffer re arbitration and strategy; review outline for Sloane; confer with team re same; confer with A. Stolper re revisions; review Ally Bank GAP procedures; confer with P. Wood on MLA restrictions on GAP sales; review articles; review New York GAP report; review documents from A. Stolper. | $950.00 | 2.7 | $2,565.00 |
|---|---|---|---|---|---|
| Feb 21, 2019 | AS | Research Ally auto-refund policy | $950.00 | 0.9 | $855.00 |
| Feb 21, 2019 | AS | Edit outline re: the testimony of WFB CEO | $950.00 | 1.2 | $1,140.00 |
| Feb 21, 2019 | AS | Follow-up on preparation for Sloan testimony | $950.00 | 0.9 | $855.00 |
| Feb 22, 2019 | SHS | Prepare for and strategy conference with F. Azar and C. Schaffer | $900.00 | 0.5 | $450.00 |
| Feb 22, 2019 | JMF | Confer with I. Ngo re meeting with ███████ office; telephone conference with reporter from N. Y. Times; review and revise package and case summary and suggested questions; confer with A. Stolper and S. Sims re same; review stipulation on arbitration deadline; confer with C. Schaffer and S. Sims re same; confer with J. Davey re same. | $950.00 | 3.9 | $3,705.00 |
| Feb 22, 2019 | AS | Prepare for meeting with member of congress: GAP; teleconferences re: same | $950.00 | 3.7 | $3,515.00 |
| Feb 22, 2019 | MN | Review parties stipulation re extending deadline for Wells Fargo to move to compel arbitration; review court order extending time to move to compel arbitration; update calendar | $400.00 | 0.2 | $80.00 |
| Feb 25, 2019 | SHS | Research and prepare meet and confer letter to Wells Fargo; conference with F. Azar | $900.00 | 3.5 | $3,150.00 |
| Feb 25, 2019 | AS | Strategy re: motion to compel | $950.00 | 2.6 | $2,470.00 |

| Feb 26, 2019 | SHS | Review email from J. Davey re arbitration; prepare meet and confer letter | $900.00 | 1 | $900.00 |
|---|---|---|---|---|---|
| Feb 26, 2019 | JMF | Confer with I. Ngo re getting Wells Fargo's position on arbitration in writing for Congressional Hearing; review J. Davey email; confer with team re Congressional Hearing. | $950.00 | 1 | $950.00 |
| Feb 27, 2019 | SHS | Prepare for and strategy telephone conference with team; review edits to meet and confer letter | $900.00 | 1 | $900.00 |
| Feb 27, 2019 | JMF | Team meeting re status and strategy; review and revise meet and confer letter; confer with C. Sims re same; confer with C. Schaffer re discovery strategy; confer with team re contacting █. | $950.00 | 2 | $1,900.00 |
| Feb 27, 2019 | AS | Meet and confer letter edits | $950.00 | 0.4 | $380.00 |
| Feb 28, 2019 | SHS | Emails with team regarding discovery issues; revise meet and confer letter re discovery; email to J. Davey re discovery | $900.00 | 0.8 | $720.00 |
| Feb 28, 2019 | JMF | Research █████; call re contacts █████; review and revise third-party document request; review C. Schaffer changes to meet and confer letter; confer with I. Ngo re M. Herrera; review emails with opposing counsel; review Wells Fargo articles. | $950.00 | 3.3 | $3,135.00 |
| Feb 28, 2019 | AS | Call with █████ staff; third party document requests; review files produced by WFB | $950.00 | 6.5 | $6,175.00 |
| Mar 01, 2019 | MN | Confer with court reporter regarding scheduling and location of Sansone Nissan deposition; calendar same; review and revise correspondence to █████; finalize same and prepare for delivery. | $400.00 | 0.5 | $200.00 |
| Mar 01, 2019 | SHS | Emails with team re discovery issues; prepare letter to █████ re Wells Fargo testimony | $900.00 | 2.25 | $2,025.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Mar 01, 2019 | JMF | Prepare and send letter to Congresswoman ▉ re GAP and Sloane hearing; confer with team re same; revise draft subpoena. | $950.00 | 4.5 | $4,275.00 |
| Mar 01, 2019 | AS | Letter to ▉ | $950.00 | 3 | $2,850.00 |
| Mar 04, 2019 | MN | Confer with Toyota insurance services regarding subpoena and required information to comply with same; confer with team regarding information re J. Corpes. | $400.00 | 0.2 | $80.00 |
| Mar 04, 2019 | SHS | Prepare meet and confer letter re RFPs; email with J. Davey re scheduling; draft meet and confer correspondence to opposing counsel re sampling of loan files; review cases re sampling; confer with J. Frank re sampling issues; confer with expert re sampling | $900.00 | 5 | $4,500.00 |
| Mar 04, 2019 | MN | Confer with J. Davey re scheduling meet and confer on sampling; confer with A. Stolper and S. Sims re sampling protocol; confer with S. Baggett re same; legal analysis of sampling cases. | $400.00 | 6.1 | $2,440.00 |
| Mar 04, 2019 | AS | Strategy re: loan file sampling; prepare requests re: same; discussions re: same. | $950.00 | 3.5 | $3,325.00 |
| Mar 05, 2019 | MN | Confer with S. Sims regarding deposition schedule. | $400.00 | 0.1 | $40.00 |
| Mar 05, 2019 | SHS | Correspondence with counsel for Sansone Auto re subpoena; confer with team re sampling; email to J. Davey re discovery | $900.00 | 0.75 | $675.00 |
| Mar 05, 2019 | JMF | Confer with team re Baggett; confer with I. Ngo re sampling proposal; confer with D. Glass re new plaintiffs. | $950.00 | 0.4 | $380.00 |
| Mar 06, 2019 | JMF | Review GAP Wise subpoena; confer with I. Ngo re same; confer with F. Azar re ▉ ; meet and confer with opposing counsel. | $950.00 | 1.5 | $1,425.00 |

| Mar 07, 2019 | SHS | Emails with J. Davey re sampling; confer with J. Frank re congressional testimony of Wells Fargo | $900.00 | 0.5 | $450.00 |
|---|---|---|---|---|---|
| Mar 07, 2019 | JMF | Review emails from J. Davey; confer with S. Sims re ███████. | $950.00 | 0.5 | $475.00 |
| Mar 08, 2019 | JMF | Confer with ███████ re interest and request for meeting; review information of █████ chief of staff ██████; confer with team re same; confer with A. Stolper and S. Sims re strategy; prepare briefing papers. | $950.00 | 5.8 | $5,510.00 |
| Mar 08, 2019 | AS | Meetings with congressional aides re: CEO testimony. | $950.00 | 5 | $4,750.00 |
| Mar 09, 2019 | JMF | Prepare memorandum on GAP and questions for meeting with █ ███████; confer with A. Stolper re same; confer with F. Azar re same. | $950.00 | 5.5 | $5,225.00 |
| Mar 09, 2019 | AS | Review and edit outline for █████; teleconference with her Chief of Staff | $950.00 | 2.7 | $2,565.00 |
| Mar 10, 2019 | JMF | Meeting with ██████████ ██████ from ████████ office re GAP. | $950.00 | 3 | $2,850.00 |
| Mar 11, 2019 | MN | Confer with S. Sims regarding rescheduling of Bakhtiari Auto Corp.'s deposition and discovery responses due from defendant; update calendar re extension. | $400.00 | 0.1 | $40.00 |
| Mar 11, 2019 | SHS | Telephone conference with counsel for Bakhtiari Auto re subpoena; follow up email re same; confer with J. Frank re Bakhtiari depo; email to J. Davey re depositions | $900.00 | 0.5 | $450.00 |
| Mar 11, 2019 | JMF | Review article from C. Schaffer on Wells Fargo; review questions; answer questions from █████ ██████ (clerk for ████████) re GAP; prepare for Congressional hearing; take and send photograph of Wells Fargo billboard for hearing exhibits; review J. Davey emails. | $950.00 | 4 | $3,800.00 |

| Mar 12, 2019 | SHS | Watch and analyze Tim Sloan testimony; emails with opposing counsel re depositions; telephone conference with counsel for Puente Hills Mitsubishi; telephone conference with counsel for Sansone Nissan | $900.00 | 4 | $3,600.00 |
|---|---|---|---|---|---|
| Mar 12, 2019 | JMF | Congressional hearing of Wells Fargo's CEO; confer with ██ ██████ clerks re questions; confer with F. Azar and C. Schaffer re internet prospecting; review emails from B. Mayberry; review list of non-arbitration prospects; confer with I. Ngo re same. | $950.00 | 5 | $4,750.00 |
| Mar 12, 2019 | AS | Watch WFB CEO Congressional testimony; strategy re: same and upcoming depositions | $950.00 | 3.7 | $3,515.00 |
| Mar 13, 2019 | SHS | Email with counsel for Bakhtiari Auto; emails with J. Davey re discovery; team strategy meeting | $900.00 | 0.75 | $675.00 |
| Mar 13, 2019 | JMF | Team meeting re status and strategy; review email from J. Davey re discovery; confer with M. Nowowiejski re Baggett invoice; confer with D. Magagna re arbitration clause analysis for named plaintiffs. | $950.00 | 1.5 | $1,425.00 |
| Mar 14, 2019 | JMF | Confer with I. Ngo re transcript of Congressional hearing; telephone conference with L.A. Times. | $950.00 | 1 | $950.00 |
| Mar 15, 2019 | SHS | Emails with counsel for Bakhtiari Auto re deposition; email to J. Davey re discovery; confer with J. Frank re various issues | $900.00 | 0.5 | $450.00 |
| Mar 15, 2019 | JMF | Confer with S. Sims re deposition; confer with Baggett re invoice; confer with F. Azar re ███████████; confer with S. Sims re California prospect analysis; review same; confer with I. Ngo re questions for Congress. | $950.00 | 2 | $1,900.00 |
| Mar 15, 2019 | AS | Analyze loan data from Puente Hills; review research re: automatic refunds in other contexts | $950.00 | 4.5 | $4,275.00 |

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Mar 16, 2019 | *JMF* | Review emails from J. Davey. | $950.00 | 0.1 | $95.00 |
| Mar 17, 2019 | *SHS* | Confer with team re Congressional questions and class certification | $900.00 | 1 | $900.00 |
| Mar 17, 2019 | *JMF* | Confer with A. Stolper and S. Sims re Congress questions and class certification arguments; legal analysis re same. | $950.00 | 3 | $2,850.00 |
| Mar 17, 2019 | *AS* | Meetings and strategy re: Congressional inquiries into WFB | $950.00 | 3 | $2,850.00 |
| Mar 18, 2019 | *MN* | Prepare amended deposition subpoena and notice of deposition re Bakhtiari Auto Corp.; finalize same and prepare for service; confer with court reporter regarding scheduling of deposition. | $400.00 | 0.4 | $160.00 |
| Mar 18, 2019 | *SHS* | Emails with J. Davey re discovery | $900.00 | 0.1 | $90.00 |
| Mar 18, 2019 | *JMF* | Review follow-up questions for Congress; confer with A. Stolper re same; revise deposition notice request for documents from Bakhtiari; review transcript from Congressional hearing; confer with team re strategy. | $950.00 | 4 | $3,800.00 |
| Mar 18, 2019 | *AS* | Suggested follow-up with CEO for Congress | $950.00 | 3.4 | $3,230.00 |
| Mar 19, 2019 | *SHS* | Revise draft email to Flitter; email to team re legal theory | $900.00 | 0.5 | $450.00 |
| Mar 19, 2019 | *JMF* | 50-state review of assignment law; review emails from J. Davey re status of discovery. | $950.00 | 8.5 | $8,075.00 |
| Mar 20, 2019 | *SHS* | Email with counsel for Bahktiari re deposition; email with opposing counsel re discovery; email with team assignment issue; review Wells Fargo meet and confer response | $900.00 | 1 | $900.00 |

| Mar 20, 2019 | JMF | Review Wells Fargo's response letter to meet and confer; confer with S. Sims and A. Stolper re same and strategy; legal analysis of partial assignment issue; confer with S. Sims re same; confer with B. Mayberry re rescheduling deposition; confer with team re finding new plaintiffs. | $950.00 | 5.9 | $5,605.00 |
|---|---|---|---|---|---|
| Mar 21, 2019 | SHS | Telephone conference with counsel for Toyota re subpoena; follow up email re same; email from opposing counsel re discovery | $900.00 | 0.5 | $450.00 |
| Mar 21, 2019 | JMF | Review text of arbitration bill; confer with I. Ngo re same; confer with S. Sims re Toyota; review GAP Wise objections; confer with A. Baiardo re same. | $950.00 | 1 | $950.00 |
| Mar 22, 2019 | JMF | Confer with S. Sims re Toyota extension; review documents from Congress re Wells Fargo. | $950.00 | 4.1 | $3,895.00 |
| Mar 25, 2019 | SHS | Telephone conference with A. McClean re Toyota subpoena; confer with team; email to A. McClean; review correspondence re Wise F&I subpoena; review documents | $900.00 | 1 | $900.00 |
| Mar 25, 2019 | JMF | Confer with team re scheduling; confer with I. Ngo re meet and confer with GAP Wise; confer with C. Schaffer and I. Ngo re potential size on non-arbitration class; confer with D. Glass re arbitration provision analysis project. | $950.00 | 1.3 | $1,235.00 |
| Mar 26, 2019 | SHS | Team strategy conference | $900.00 | 1 | $900.00 |
| Mar 26, 2019 | JMF | Team meeting re status and strategy. | $950.00 | 1 | $950.00 |
| Mar 26, 2019 | AS | Review documents produced by WFB. | $950.00 | 5.5 | $5,225.00 |
| Mar 27, 2019 | SHS | Review arbitration analysis | $900.00 | 0.5 | $450.00 |
| Mar 27, 2019 | JMF | Confer with I. Ngo and D. Glass re arbitration provision analysis project and results; review same. | $950.00 | 1 | $950.00 |

| Mar 28, 2019 | *SHS* | Emails with opposing counsel re sampling of loan files; confer with J. Frank re indirect lending issue | $900.00 | 0.5 | $450.00 |
|---|---|---|---|---|---|
| Mar 28, 2019 | *JMF* | Confer with J. Davey and A. Baiardo re sampling; confer with C. Schaffer re CPI and direct/indirect lending; confer with S. Sims re same. | $950.00 | 0.7 | $665.00 |
| Mar 28, 2019 | *AS* | TC with WFB re: sampling | $950.00 | 0.5 | $475.00 |
| Mar 29, 2019 | *SHS* | Review Wells Fargo document production; team meeting re strategy; confer with opposing counsel re document production | $900.00 | 2.5 | $2,250.00 |
| Mar 29, 2019 | *JMF* | Team meeting re status and strategy; review Wells Fargo's document production; confer with S. Sims and A. Baiardo re same. | $950.00 | 3 | $2,850.00 |
| Apr 01, 2019 | *SHS* | Confer with J. Frank re sampling; review meet and confer from B. Mayberry re sampling | $900.00 | 0.5 | $450.00 |
| Apr 01, 2019 | *JMF* | Confer with B. Mayberry re sampling proposal; confer with S. Sims re same. | $950.00 | 0.5 | $475.00 |
| Apr 01, 2019 | *AS* | TC with WFB re: Sampling | $950.00 | 0.5 | $475.00 |
| Apr 02, 2019 | *SHS* | Confer with C. Schaffer re case issues; emails with counsel for Toyota; confer with J. Frank re Toyota subpoena | $900.00 | 1 | $900.00 |
| Apr 02, 2019 | *JMF* | Review articles from Azar about Wells Fargo; confer with S. Sims re Toyota agreement to produce records; confer with C. Schaffer re same; confer with D. Glass re North Carolina Rep; confer with █████ re hearing and Washington Post report; telephone conference with Washington Post. | $950.00 | 3.5 | $3,325.00 |
| Apr 03, 2019 | *SHS* | Review draft Wise F&I subpoena; prepare meet and confer to B. Mayberry re sampling | $900.00 | 1 | $900.00 |

| Apr 03, 2019 | JMF | Review and revise meet and confer letter re sampling; confer with S. Sims re same; review and revise GAP Wise subpoena. | $950.00 | 2 | $1,900.00 |
|---|---|---|---|---|---|
| Apr 04, 2019 | SHS | Emails with J. Davey re sampling; confer with J. Frank re same | $900.00 | 0.3 | $270.00 |
| Apr 04, 2019 | JMF | Meet and confer with opposing counsel re sampling proposal; confer with S. Sims re same. | $950.00 | 1 | $950.00 |
| Apr 04, 2019 | AS | Further TC with WFB re: sampling; follow-up with Sims re: same | $950.00 | 1 | $950.00 |
| Apr 04, 2019 | MN | Confer with S. Sims and court reporter re deposition of Bakhtiari Auto Corp. | $400.00 | 0.1 | $40.00 |
| Apr 05, 2019 | SHS | Review information re Wells Fargo congressional testimony; review Wells Fargo RFA responses; confer with J. Frank re same | $900.00 | 1 | $900.00 |
| Apr 05, 2019 | JMF | Draft information for congressional follow-up; confer with ███████ and ██████ offices re same; confer with team re same; review responses to requests for admissions; confer with S. Sims re same; outline meet and confer; legal analysis re objections and unreasonable interpretation of terms; review emails re GAP Wise F&I production. | $950.00 | 5.5 | $5,225.00 |
| Apr 05, 2019 | AS | Follow-up on with Congressional staff re: WFB | $950.00 | 4 | $3,800.00 |
| Apr 06, 2019 | SHS | Review interrogatory responses; confer with J. Frank re same | $900.00 | 0.8 | $720.00 |
| Apr 06, 2019 | JMF | Review Wells Fargo's interrogatory responses; confer with S. Sims and A. Stolper re same; prepare for meet and confer letter. | $950.00 | 4.9 | $4,655.00 |
| Apr 06, 2019 | AS | Study WFB rog responses; strategy re: follow-up | $950.00 | 3.5 | $3,325.00 |

| Apr 08, 2019 | SHS | Emails with J. Davey re discovery; review and analyze Toyota production; review letter from J. Fetten re deposition subpoena and respond to same; prepare meet and confer re Wells Fargo discovery responses | $900.00 | 2.5 | $2,250.00 |
|---|---|---|---|---|---|
| Apr 08, 2019 | JMF | Confer with opposing counsel re verifications. | $950.00 | 0.1 | $95.00 |
| Apr 08, 2019 | AS | Review Toyota production in Prepare for deposition | $950.00 | 3.5 | $3,325.00 |
| Apr 08, 2019 | AS | Prepare for meetings with Congressional staff; travel to DC for same | $950.00 | 5.5 | $5,225.00 |
| Apr 09, 2019 | SHS | Email to opposing counsel re depositions; prepare for and meet with congressional aides re GAP; strategy conferences with team; travel. | $900.00 | 16 | $14,400.00 |
| Apr 09, 2019 | JMF | Confer with C. Schaffer re status and strategy; review emails with J. Davey and S. Sims re discovery; review memorandum from D. Glass re other financial institutions' practices re GAP. | $950.00 | 1 | $950.00 |
| Apr 09, 2019 | AS | Meetings with staff for ███████. Strategy re: same; travel. | $950.00 | 16 | $15,200.00 |
| Apr 10, 2019 | SHS | Emails with opposing counsel re discovery | $900.00 | 0.1 | $90.00 |
| Apr 10, 2019 | JMF | Review J. Davey emails. | $950.00 | 0.1 | $95.00 |
| Apr 11, 2019 | SHS | Emails with opposing counsel re various discovery issues; meet and confer correspondence to Toyota re subpoena; confer with J. Frank | $900.00 | 0.4 | $360.00 |
| Apr 11, 2019 | JMF | Review emails with opposing counsel re deposition; confer with S. Sims re same. | $950.00 | 0.2 | $190.00 |
| Apr 12, 2019 | SHS | Review email from Toyota's counsel; meet and confer call with opposing counsel; review Wells Fargo response to meet and confer re written discovery; confer with J. Frank | $900.00 | 0.9 | $810.00 |

| Apr 12, 2019 | JMF | Review Wells Fargo's response to meet and confer letter; confer with J. Davey re same; confer with S. Sims re strategy; review emails with Toyota counsel and document production; review emails from J. Davey. | $950.00 | 1.5 | $1,425.00 |
|---|---|---|---|---|---|
| Apr 12, 2019 | AS | Review WFB letter re: discovery; strategy re: same | $950.00 | 1 | $950.00 |
| Apr 15, 2019 | JMF | Confer with S. Sims re ███████ luncheon; review emails from opposing counsel. | $950.00 | 0.2 | $190.00 |
| Apr 15, 2019 | AS | Review documents produced by WFB and Toyota in prep for depositions | $950.00 | 3.3 | $3,135.00 |
| Apr 16, 2019 | SHS | Strategy call with team; emails with T. O'Connor and J. Frank re Bakhtiari depo; review documents | $900.00 | 1.4 | $1,260.00 |
| Apr 16, 2019 | JMF | Team meeting re status and strategy; confer with S. Sims re deposition and strategy; review email from Bakhtiari re same; review new document production from Wells Fargo; review discovery responses; confer with D. Glass re GAP. | $950.00 | 2.3 | $2,185.00 |
| Apr 17, 2019 | SHS | Confer with team re discovery | $900.00 | 0.3 | $270.00 |
| Apr 17, 2019 | JMF | Review meet and confer correspondence from Wells Fargo; confer with A. Stolper and S. Sims re responses and strategy; confer with C. Schaffer re finding additional plaintiffs. | $950.00 | 1 | $950.00 |
| Apr 17, 2019 | SHS | Confer with team re strategy | $900.00 | 0.3 | $270.00 |
| Apr 18, 2019 | JMF | Confer with S. Sims re Bakhtiari deposition; review emails re same. | $950.00 | 0.3 | $285.00 |
| Apr 18, 2019 | SHS | Emails re Puente Hills depo; confer with team | $900.00 | 0.3 | $270.00 |
| Apr 19, 2019 | JMF | Review Toyota documents; confer with S. Sims re same; meet and confer with opposing counsel re additional documents. | $950.00 | 4.5 | $4,275.00 |

| Apr 19, 2019 | MN | Revise second amended deposition notice and subpoena re Bakhtiari Auto Corp.; confer with S. Sims re same. | $400.00 | 0.2 | $80.00 |
|---|---|---|---|---|---|
| Apr 19, 2019 | SHS | Confer with J. Frank re analysis of Toyota documents | $900.00 | 0.5 | $450.00 |
| Apr 22, 2019 | JMF | Confer with S. Sims and C. Schaffer re meet and confer and discovery issues; review and revise proposal for sampling; confer with S. Sims and A. Stolper re same; review and revise meet and confer letter on requests for admissions; confer with S. Baggett re invoice. | $950.00 | 1.9 | $1,805.00 |
| Apr 22, 2019 | AS | Review discovery correspondence | $950.00 | 0.5 | $475.00 |
| Apr 22, 2019 | SHS | Prepare meet and confer regarding RFAs; analyze GAP addendums; prepare meet and confer re sampling; confer with team re discovery | $900.00 | 2 | $1,800.00 |
| Apr 23, 2019 | JMF | Confer with S. Sims re response to meet and confer letter. | $950.00 | 0.3 | $285.00 |
| Apr 23, 2019 | SHS | Confer with team re meet and confer issues | $900.00 | 0.3 | $270.00 |
| Apr 24, 2019 | JMF | Confer with J. Davey re agenda for meet and confer; review and revise response; confer with S. Sims and C. Schaffer re same; luncheon with Congressman ███████. | $950.00 | 2.7 | $2,565.00 |
| Apr 24, 2019 | AS | Meet and confer letter | $950.00 | 1.4 | $1,330.00 |
| Apr 24, 2019 | SHS | Review email from Toyota; emails with opposing counsel re discovery; prepare meet and confer re RFP issues | $900.00 | 2.7 | $2,430.00 |
| Apr 26, 2019 | JMF | Review notice of subpoena; review Wells Fargo article. | $950.00 | 0.3 | $285.00 |
| Apr 28, 2019 | JMF | Confer with C. Schaffer and D. Glass re Gretta Carter check; review check. | $950.00 | 0.4 | $380.00 |
| Apr 29, 2019 | SHS | Prepare for and attend meet and confer call with opposing counsel; legal research regarding various discovery issues | $900.00 | 2.5 | $2,250.00 |

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Apr 29, 2019 | JMF | Confer with S. Sims re ESI search terms; review emails with opposing counsel re same; meet and confer with opposing counsel re discovery and case schedule. | $950.00 | 1.5 | $1,425.00 |
| Apr 29, 2019 | AS | Conference with counsel for WFB; Prepare for same | $950.00 | 2 | $1,900.00 |
| Apr 29, 2019 | AS | Draft ESI search terms | $950.00 | 0.9 | $855.00 |
| Apr 29, 2019 | SHS | Prepare for and call with opposing counsel re email discovery; prepare proposed search terms and confer with team re same; email to opposing counsel re same; email with opposing counsel re plaintiff productions; review email from Toyota's counsel re subpoena objections and review cases cited in same; review additional Toyota production | $900.00 | 3.8 | $3,420.00 |
| Apr 30, 2019 | JMF | Review Wells Fargo's answers to Congressional questions; confer with team re same; telephone conference with ███████ clerk. | $950.00 | 1.5 | $1,425.00 |
| Apr 30, 2019 | AS | Review WFB written responses to Congressional questions; compare with discovery responses in this matter. | $950.00 | 2 | $1,900.00 |
| Apr 30, 2019 | MN | Revise Second Amended Subpoena to Bakhtiari Auto Corp. dba Puente Hills Mitsubishi; confer with S. Sims re same; prepare same for service. | $400.00 | 0.5 | $200.00 |
| Apr 30, 2019 | SHS | Prepare meet and confer email re sampling and discovery issues; review WF response to supplemental congressional questions; confer with J. Frank re deposition | $900.00 | 1.1 | $990.00 |
| May 01, 2019 | JMF | Team meeting re status and strategy; review letter from OCC; confer with I. Ngo re same; confer with A. Stolper re strategy. | $950.00 | 1.8 | $1,710.00 |
| May 01, 2019 | AS | Prepare for 30(b)(6) deposition | $950.00 | 2 | $1,900.00 |

| Date | | Description | | | |
|---|---|---|---|---|---|
| May 01, 2019 | *SHS* | Review letter from counsel for OCC; team strategy meeting; research Toyota subpoena objection issues | $900.00 | 1 | $900.00 |
| May 02, 2019 | *AS* | Prepare for 30(b)(6) deposition | $950.00 | 1.5 | $1,425.00 |
| May 03, 2019 | *JMF* | Review and revise meet and confer letter; confer with S. Sims re same; send sample list. | $950.00 | 1 | $950.00 |
| May 03, 2019 | *AS* | Prepare for 30(b)(6) deposition | $950.00 | 2.7 | $2,565.00 |
| May 03, 2019 | *SHS* | Review J. Davey email re numerous discovery issues; research and prepare response to same; confer with J. Frank re discovery; confer with expert re sampling; prepare sampling proposal for Wells Fargo | $900.00 | 2.9 | $2,610.00 |
| May 06, 2019 | *MN* | Review Bakhtiari Auto Group's objection to deposition notice/subpoena. | $400.00 | 0.2 | $80.00 |
| May 06, 2019 | *JMF* | Review objections to subpoena; confer with A. Stolper re deposition; review Wells Fargo's response to meet and confer letter; confer with S. Sims re same; review dealer agreements. | $950.00 | 3 | $2,850.00 |
| May 06, 2019 | *AS* | Prepare for 30(b)(6) deposition | $950.00 | 1.2 | $1,140.00 |
| May 06, 2019 | *SHS* | Review meet and confer email re discovery; review objections to deposition subpoena | $900.00 | 0.5 | $450.00 |
| May 07, 2019 | *JMF* | Confer with J. Davey re Puente Hills subpoena; confer with A. Stolper and S. Sims re preparation for depositions; legal analysis of dealer agreements and issues raised. | $950.00 | 5.9 | $5,605.00 |
| May 07, 2019 | *AS* | Prepare for 30(b)(6) deposition | $950.00 | 4.3 | $4,085.00 |
| May 08, 2019 | *MN* | Confer with Court reporter regarding rescheduled deposition of Bakhtiari Auto Group; assist with preparation for deposition. | $400.00 | 1 | $400.00 |

| May 08, 2019 | JMF | Confer with A. Baiardo re production from Puente Hills; telephone conference with A. Stolper and S. Sims re preparing for deposition. | $950.00 | 1.5 | $1,425.00 |
|---|---|---|---|---|---|
| May 08, 2019 | AS | Prepare for 30(b)(6) deposition | $950.00 | 3.5 | $3,325.00 |
| May 08, 2019 | AS | Take 30(b)(6) deposition; Prepare and follow-up | $950.00 | 9 | $8,550.00 |
| May 08, 2019 | SHS | Prepare for Puente Hills deposition; review and analyze Wells Fargo production | $900.00 | 6.8 | $6,120.00 |
| May 09, 2019 | JMF | Puente Hills deposition; confer with A. Stolper and S. Sims re same. | $950.00 | 1 | $950.00 |
| May 09, 2019 | SHS | Prepare for and attend Puente Hills Mitsubishi deposition | $900.00 | 6 | $5,400.00 |
| May 10, 2019 | SHS | Research and analysis of assignment issue; strategy conference with P. Wood | $900.00 | 2 | $1,800.00 |
| May 14, 2019 | JMF | Confer with team re ESI provider. | $950.00 | 0.5 | $475.00 |
| May 14, 2019 | SHS | Email to counsel for Sansone Nissan re deposition | $900.00 | 0.1 | $90.00 |
| May 15, 2019 | SHS | Review email from J. Davey re sampling; response to same | $900.00 | 0.3 | $270.00 |
| May 16, 2019 | SHS | Telephone conference with C. Schaffer and A. Stolper re status and strategy | $900.00 | 0.3 | $270.00 |
| May 16, 2019 | JMF | Confer with team re supplemental discovery responses; review emails on GAP survey; confer with S. Sims re discovery strategy. | $950.00 | 0.5 | $475.00 |
| May 16, 2019 | AS | Call with co-counsel re: strategy | $950.00 | 0.3 | $285.00 |
| May 17, 2019 | SHS | Telephone conference with P. Wood re supplemental discovery; prepare meet and confer correspondence to opposing counsel re discovery | $900.00 | 0.6 | $540.00 |
| May 17, 2019 | JMF | Confer with S. Sims and C. Schaffer re GAP survey. | $950.00 | 0.2 | $190.00 |

| May 20, 2019 | SHS | Review correspondence from counsel for Sansone Nissan; email to opposing counsel re deposition; conference with J. Frank and A. Stolper re deposition | $900.00 | 0.3 | $270.00 |
|---|---|---|---|---|---|
| May 21, 2019 | JMF | Confer with Top Class Action re GAP survey; confer with team strategy. | $950.00 | 1 | $950.00 |
| May 21, 2019 | AS | GAPA research; dealer influence on state GAPA statutes | $950.00 | 4 | $3,800.00 |
| May 22, 2019 | MN | Download deposition files of Bakhtiari Auto Group. | $400.00 | 0.5 | $200.00 |
| May 22, 2019 | JMF | Review emails between A. Baiardo and S. Sims re 30(b)(6) stipulation; confer with S. Sims same. | $950.00 | 0.3 | $285.00 |
| May 22, 2019 | SHS | Emails with opposing counsel re depositions; email with counsel for Nissan re deposition | $900.00 | 0.3 | $270.00 |
| May 23, 2019 | MN | Confer with S. Sims re setting of Sansone Nissan deposition. | $400.00 | 0.1 | $40.00 |
| May 23, 2019 | AS | Call with counsel for WFB re: settlement and case management; communicated same to group. | $950.00 | 1 | $950.00 |
| May 23, 2019 | SHS | Confer with J. Frank re deposition; review draft interrogatory response | $900.00 | 0.5 | $450.00 |
| May 24, 2019 | MN | Draft amended notice of deposition of Sansone Nissan; revise and finalize same; prepare for service; confer with court reporter/videographer re same. | $400.00 | 0.4 | $160.00 |
| May 24, 2019 | SHS | Review draft depo notice | $900.00 | 0.1 | $90.00 |
| May 28, 2019 | SHS | Review transcript of dealer deposition; strategy call with team | $900.00 | 2.3 | $2,070.00 |
| May 29, 2019 | JMF | Confer with C. Schaffer re survey; review emails re same. | $950.00 | 0.1 | $95.00 |
| May 30, 2019 | JMF | Confer with I. Ngo re confidentiality designations and expert invoices; review Wells Fargo's confidentiality designations; review and highlight Puente Hills deposition transcript; confer with A. Stolper re same. | $950.00 | 2 | $1,900.00 |
| May 30, 2019 | SHS | Review Wells Fargo confidentiality objections to depos | $900.00 | 0.4 | $360.00 |

| May 31, 2019 | JMF | Review emails on survey; confer with P. Wood re GAP Wise 30(b)(6) status. | $950.00 | 0.5 | $475.00 |
|---|---|---|---|---|---|
| Jun 03, 2019 | JMF | Review documents produced by Texas AG; confer with B. Hanlin re same; confer with I. Ngo re Baggett. | $950.00 | 1 | $950.00 |
| Jun 04, 2019 | JMF | Confer with A. Stolper re Sansome deposition and strategy. | $950.00 | 0.4 | $380.00 |
| Jun 04, 2019 | AS | Review WFB loan file production | $950.00 | 3 | $2,850.00 |
| Jun 05, 2019 | MN | Download video of O. Ziaolhagh – Puente Hills Mitsubishi PMK. | $400.00 | 0.2 | $80.00 |
| Jun 07, 2019 | JMF | Confer with A. Baiardo re inadvertent production; confer with team re confirming destroying of documents; review subpoena to Sansome; review emails from S. Williams at survey; review documents produced by GAP Wise; review new document production; review emails re proposed scheduling order. | $950.00 | 2.5 | $2,375.00 |
| Jun 07, 2019 | MN | Download and review defendants' supplemental responses to plaintiffs' requests for admissions, sets one; review defendants' subpoena re Sansone Nissan. | $400.00 | 0.6 | $240.00 |
| Jun 07, 2019 | SHS | Review meet and confer from opposing counsel re RFAs and search terms; review cases cited by opposing counsel; review email from opposing counsel re scheduling order; review WF supplemental discovery responses | $900.00 | 1 | $900.00 |
| Jun 10, 2019 | SHS | Review proposed scheduling order; review documents produced by WFB; emails with opposing counsel re production; review request for admission responses; strategy conference with team re motion to compel; research re motion to compel | $900.00 | 1.8 | $1,620.00 |

| Jun 11, 2019 | JMF | Confer with I. Ngo re status; review and revise description of case for class action campaign; legal analysis of assignment issue; confer with S. Sims re same. | $950.00 | 7.5 | $7,125.00 |
|---|---|---|---|---|---|
| Jun 11, 2019 | SHS | Research and prepare draft LR 37 Joint Stipulation re Motion to Compel | $900.00 | 7.1 | $6,390.00 |
| Jun 12, 2019 | JMF | Confer with C. Schaffer re status. | $950.00 | 0.2 | $190.00 |
| Jun 13, 2019 | JMF | Review legal analysis on arbitration cases; confer with S. Sims re same; confer with C. Schaffer re arbitration issue; review agenda from I. Ngo. | $950.00 | 1 | $950.00 |
| Jun 13, 2019 | SHS | Research and emails with team re arbitration issues | $900.00 | 0.8 | $720.00 |
| Jun 14, 2019 | SHS | Telephone conference with A. Stolper re strategy and preparation for Sansone Nissan deposition; review documents in connection with deposition | $900.00 | 1 | $900.00 |
| Jun 14, 2019 | JMF | Confer with J. Davey re Sansone production; confer with A. Stolper re same; review emails between A. Baiardo and S. Sims re proposed case schedule; confer with team re scheduling. | $950.00 | 0.5 | $475.00 |
| Jun 14, 2019 | AS | Deposition Prepare for Sansone Nissan | $950.00 | 3 | $2,850.00 |
| Jun 15, 2019 | JMF | Confer with F. Azar re status. | $950.00 | 0.2 | $190.00 |
| Jun 15, 2019 | SHS | Review Wells Fargo documents | $900.00 | 1.5 | $1,350.00 |
| Jun 17, 2019 | SHS | Review production by Wells Fargo | $900.00 | 2 | $1,800.00 |
| Jun 17, 2019 | AS | Deposition Prepare for 30(b)(6) Sansone Nissan | $950.00 | 5 | $4,750.00 |
| Jun 18, 2019 | SHS | Prepare for and confer with team re various issues and strategy; confer with J. Frank re class action website; emails with J. Davey re scheduling order; review emails re discovery; | $900.00 | 1.2 | $1,080.00 |

| Jun 18, 2019 | JMF | Team meeting re status and strategy; confer with D. Glass re prospect spreadsheet; review same; review meet and confer correspondence re GAP Wise; confer with C. Schaffer and S. Sims re questions for class action website; review email from J. Davey re proposed schedule. | $950.00 | 1.8 | $1,710.00 |
|---|---|---|---|---|---|
| Jun 18, 2019 | AS | Travel to Newark and prepare for deposition | $950.00 | 8 | $7,600.00 |
| Jun 19, 2019 | SHS | Review J. Corpes documents; telephone conferences with A. Stolper re Sansone Nissan deposition; emails with team re Gapwise deposition | $900.00 | 0.9 | $810.00 |
| Jun 19, 2019 | JMF | Review email from C. Jorstad re proposed script; confer with S. Sims re same; confer with team re GAP Wise deposition and strategy; review documents; review emails with opposing counsel. | $950.00 | 1.3 | $1,235.00 |
| Jun 19, 2019 | AS | Prepare for and take Sansone 30(b)(6) | $950.00 | 8.5 | $8,075.00 |
| Jun 20, 2019 | SHS | Research re injunctions; emails with J. Davey re scheduling | $900.00 | 1.8 | $1,620.00 |
| Jun 20, 2019 | JMF | Review legal research from S. Sims re injunctive relief. | $950.00 | 1 | $950.00 |
| Jun 20, 2019 | AS | Return from Sansone deposition; review documents and correspondence regarding discovery disputes. | $950.00 | 5 | $4,750.00 |
| Jun 21, 2019 | SHS | Prepare for and confer with opposing counsel re loan files and scheduling; emails re same; confer with team re same; confer with team re sampling project | $900.00 | 1.3 | $1,170.00 |
| Jun 21, 2019 | JMF | Meet and confer re schedule; confer with team re sample project. | $950.00 | 0.6 | $570.00 |
| Jun 24, 2019 | SHS | Emails with opposing counsel re discovery; initial review of loan files; research re class member contact information | $900.00 | 1 | $900.00 |

| Jun 25, 2019 | SHS | Telephone conference with team re loan file review; review loan files; prepare meet and confer re loan files | $900.00 | 1.2 | $1,080.00 |
|---|---|---|---|---|---|
| Jun 25, 2019 | JMF | Review meet and confer letter; team call re loan sample project. | $950.00 | 0.6 | $570.00 |
| Jun 25, 2019 | AS | Correspondence with WFB re: production issues; prepare meet-and-confer | $950.00 | 2.2 | $2,090.00 |
| Jun 26, 2019 | AS | Communicate with WFB re: production; strategy re: meet and confer; review 601 loan files produced by WFB. | $950.00 | 7.5 | $7,125.00 |
| Jun 26, 2019 | SHS | Conference with A. Stolper re loan file review; emails with co-counsel re discovery | $900.00 | 0.2 | $180.00 |
| Jun 26, 2019 | JMF | Review article on Wells Fargo; confer with team re redacted documents; review documents. | $950.00 | 1 | $950.00 |
| Jun 27, 2019 | AS | Meeting to direct assignment of review of loan files; Prepare for same. | $950.00 | 1 | $950.00 |
| Jun 27, 2019 | JMF | Review documents; confer with team re same. | $950.00 | 1 | $950.00 |
| Jun 28, 2019 | AS | Meet and confer call with WFB; Prepare for same. | $950.00 | 0.9 | $855.00 |
| Jun 28, 2019 | AS | Help prepare loan file review template for Relativity | $950.00 | 2.8 | $2,660.00 |
| Jun 28, 2019 | SHS | Review and analyze Wells Fargo production | $900.00 | 3.5 | $3,150.00 |
| Jun 28, 2019 | JMF | Prepare for and attend meet and confer on redaction issues; confer with A. Stolper re strategy. | $950.00 | 0.7 | $665.00 |
| Jul 01, 2019 | JMF | Review new arbitration decision; Confer with team re same. | $950.00 | 1 | $950.00 |
| Jul 01, 2019 | AS | Follow up with co-counsel on research re: private customer information; research same topic; subpoena to F&I Express | $950.00 | 2.9 | $2,755.00 |
| Jul 01, 2019 | AS | Review Blair v. Rent-a-Center | $950.00 | 0.5 | $475.00 |
| Jul 01, 2019 | SHS | Research re injunctions and arbitration; confer with team re research | $900.00 | 1.4 | $1,260.00 |

| Jul 02, 2019 | JMF | Review and revise class action survey; Confer with team re projects. | $950.00 | 0.7 | $665.00 |
|---|---|---|---|---|---|
| Jul 03, 2019 | JMF | Confer with team re gap addendum project and redactions. | $950.00 | 0.5 | $475.00 |
| Jul 05, 2019 | JMF | Review email re survey. | $950.00 | 0.1 | $95.00 |
| Jul 08, 2019 | SHS | Strategy conference with team re arbitration issues; strategy conference with team re depositions and case strategy | $900.00 | 0.5 | $450.00 |
| Jul 08, 2019 | JMF | Confer with team re survey and discovery projects. | $950.00 | 0.6 | $570.00 |
| Jul 09, 2019 | JMF | Confer with J. Davey re depositions; Confer with team re strategy. | $950.00 | 0.5 | $475.00 |
| Jul 09, 2019 | AS | Deposition scheduling with WFB and co-counsel | $950.00 | 0.5 | $475.00 |
| Jul 09, 2019 | SHS | Research and prepare LR 37 joint stipulation re RFAs; review email re deposition | $900.00 | 3.4 | $3,060.00 |
| Jul 10, 2019 | AS | TC with Relativity provider regarding database organization and tagging | $950.00 | 0.8 | $760.00 |
| Jul 11, 2019 | JMF | Review correspondence with opposing counsel. | $950.00 | 0.5 | $475.00 |
| Jul 11, 2019 | SHS | Edit supplemental discovery responses; emails with J. Davey re discovery | $900.00 | 1.2 | $1,080.00 |
| Jul 12, 2019 | JMF | Review correspondence from J. Davey re schedule Confer with A. Stolper re Gap Addendum review project. | $950.00 | 0.8 | $760.00 |
| Jul 12, 2019 | AS | GAP arbitration clause sorting project; confer with Meta-E re: same; review database | $950.00 | 3.2 | $3,040.00 |
| Jul 12, 2019 | SHS | Review email from J. Davey | $900.00 | 0.1 | $90.00 |
| Jul 12, 2019 | MN | Prepare draft of joint stipulation re motion to compel further responses to J. Corpes' request for admission to Wells Fargo. | $400.00 | 1 | $400.00 |
| Jul 15, 2019 | JMF | Gap Addendum review project; Confer with opposing counsel re Gap Agreement Production. | $950.00 | 8 | $7,600.00 |

| Jul 15, 2019 | *SHS* | Confer with team re supplemental discovery responses; email with J. Davey re scheduling; prepare supplemental discovery responses | $900.00 | 1.6 | $1,440.00 |
| Jul 15, 2019 | *MN* | Review and revise draft of joint stipulation re motion to compel further responses to J. Corpes' request for admission to Wells Fargo. | $400.00 | 0.5 | $200.00 |
| Jul 16, 2019 | *JMF* | GAP Addendum review and coding. | $950.00 | 8.9 | $8,455.00 |
| Jul 16, 2019 | *SHS* | Review Wells Fargo production; email re deposition; research and prepare LR 37 re motion to compel | $900.00 | 6.2 | $5,580.00 |
| Jul 16, 2019 | *AS* | Review GAP Addenda and code them | $950.00 | 8 | $7,600.00 |
| Jul 17, 2019 | *JMF* | Meet and confer with J. Davey; GAP Addendum review and categorization project; confer with team re Hutchinson. | $950.00 | 6.5 | $6,175.00 |
| Jul 17, 2019 | *SHS* | Confer with team re strategy; review memo re plaintiffs; analyze GAP agreements | $900.00 | 5.4 | $4,860.00 |
| Jul 17, 2019 | *AS* | Continue reviewing GAP Addenda; discussion with counsel for WFB | $950.00 | 7 | $6,650.00 |
| Jul 18, 2019 | *JMF* | GAP Addendum review and categorization project. | $950.00 | 8.9 | $8,455.00 |
| Jul 18, 2019 | *SHS* | Prepare proposal re ESI; confer with team; meet and confer to opposing counsel re discovery | $900.00 | 4.5 | $4,050.00 |
| Jul 18, 2019 | *AS* | Depo Prepare | $950.00 | 8.7 | $8,265.00 |
| Jul 18, 2019 | *MN* | Deposition preparation – pulling and organizing exhibits. | $400.00 | 1.8 | $720.00 |
| Jul 19, 2019 | *JMF* | GAP Addendum review and categorization project; confer with D. Glass re potential California plaintiff; confer with A. Stolper re Sansome deposition. | $950.00 | 8.5 | $8,075.00 |
| Jul 19, 2019 | *SHS* | Review and analyze GAP addendums | $900.00 | 6.2 | $5,580.00 |
| Jul 19, 2019 | *AS* | Depo Prepare | $950.00 | 7.5 | $7,125.00 |

| Jul 19, 2019 | MN | Continue deposition preparation – pulling and organizing exhibits; confer with team re deposition of Wise F&I; confer with court reporter; prepare exhibits for deliver to deposition location in St. Louis, MO. | $400.00 | 1.2 | $480.00 |
|---|---|---|---|---|---|
| Jul 20, 2019 | AS | Depo Prepare | $950.00 | 4 | $3,800.00 |
| Jul 21, 2019 | SHS | Confer with A. Stolper re class certification issues; research class certification issues; email re same | $900.00 | 2.2 | $1,980.00 |
| Jul 21, 2019 | AS | Depo Prepare | $950.00 | 3 | $2,850.00 |
| Jul 22, 2019 | SHS | Emails with team re class cert strategy; review email from J. Davey re RFAs; prepare meet and confer to J. Davey re RFAs | $900.00 | 6 | $5,400.00 |
| Jul 22, 2019 | AS | Depo Prepare | $950.00 | 4 | $3,800.00 |
| Jul 22, 2019 | JMF | Team meeting on strategy; review GAP Addendums and coding. | $950.00 | 8 | $7,600.00 |
| Jul 23, 2019 | JMF | GAP Addendum review and categorization project. | $950.00 | 8 | $7,600.00 |
| Jul 23, 2019 | AS | Travel to STL for deposition; preparation for same | $950.00 | 8 | $7,600.00 |
| Jul 24, 2019 | JMF | Review Wells Fargo's portion of Joint Statement; confer with S. Sims re same; review emails with opposing counsel; confer with A. Stolper re GAP Wise F&I deposition. | $950.00 | 1.8 | $1,710.00 |
| Jul 24, 2019 | SHS | Review WF supplemental discovery responses; review and analyze WF portion of LR 37 joint stipulation re RFAs; confer with team | $900.00 | 1.4 | $1,260.00 |
| Jul 24, 2019 | AS | Deposition; travel back to California; review GAP addenda | $950.00 | 14 | $13,300.00 |
| Jul 25, 2019 | JMF | Confer with J. Davey re discovery and case schedule confer with A. Stolper and S. Sims re strategy. | $950.00 | 0.5 | $475.00 |
| Jul 25, 2019 | SHS | Confer with team re discovery issues; emails with J. Davey re discovery; draft meet and confer to WF re motion to compel | $900.00 | 1.8 | $1,620.00 |

| Jul 25, 2019 | *AS* | Case scheduling order | $950.00 | 0.5 | $475.00 |
|---|---|---|---|---|---|
| Jul 26, 2019 | *JMF* | Confer with S. Sims re examples of Wells Fargo requesting refunds for customers; confer with opposing counsel re producing GAP Addendum templates; confer with team re same; review email on agreement on search terms for ESI. | $950.00 | 1 | $950.00 |
| Jul 26, 2019 | *SHS* | Review email from opposing counsel re ESI; confer with opposing counsel re scheduling; confer with team re WF requesting refunds for customer; prepare 30(b)(6) topics | $900.00 | 3.5 | $3,150.00 |
| Jul 29, 2019 | *JMF* | Confer with team re proposed case schedule. | $950.00 | 0.5 | $475.00 |
| Jul 29, 2019 | *SHS* | Prepare proposed case schedule and confer with team re same | $900.00 | 0.6 | $540.00 |
| Jul 30, 2019 | *JMF* | Confer with C. Schaffer re status; confer with D. Glass re current prospective plaintiffs; review documents; revise template and coding of potential plaintiffs; legal analysis; review and revise meet and confer letter on requests for admissions; confer with S. Sims re same; review email on production of GAP templates and proposed case schedule. | $950.00 | 8 | $7,600.00 |
| Jul 30, 2019 | *SHS* | Email to opposing counsel re scheduling; prepare meet and confer letter and discuss with team; email to opposing counsel re LR 37 joint stipulation; review documents for coding project | $900.00 | 6.8 | $6,120.00 |
| Jul 30, 2019 | *MN* | Review and revise joint stipulation re motion to compel unredacted documents and declarations in support. | $400.00 | 0.3 | $120.00 |
| Jul 31, 2019 | *JMF* | Confer with A. Stolper and S. Sims re strategy. | $950.00 | 0.5 | $475.00 |
| Jul 31, 2019 | *SHS* | Confer with team re strategy | $900.00 | 0.5 | $450.00 |

| Jul 31, 2019 | MN | Finalize joint stipulation and declarations re motion to compel unredacted documents; eFile same; prepare mandatory chambers copies. | $400.00 | 1 | $400.00 |
|---|---|---|---|---|---|
| Aug 01, 2019 | SHS | Review email from A. Baiardo re RFAs; email to J. Davey and A. Baiardo re depositions; review confidentiality designations | $900.00 | 0.5 | $450.00 |
| Aug 01, 2019 | JMF | Review meet and confer correspondence. | $950.00 | 0.3 | $285.00 |
| Aug 01, 2019 | AS | Team meeting re: discovery strategy; loan file arbitration review; correspondence with the Court | $950.00 | 4 | $3,800.00 |
| Aug 01, 2019 | JMF | Team meeting re strategy; review emails with V. Piper re scheduling. | $950.00 | 1 | $950.00 |
| Aug 02, 2019 | SHS | Email to J. Davey re discovery | $900.00 | 0.1 | $90.00 |
| Aug 02, 2019 | MN | Confer with court reporter re F&I LLC deposition transcript and video; download transcript and exhibits. | $400.00 | 0.4 | $160.00 |
| Aug 02, 2019 | AS | Franchise dealer checklist review; meet and confer email re: compelling dealer information. | $950.00 | 4 | $3,800.00 |
| Aug 02, 2019 | JMF | Review confidentiality designations; review email to opposing counsel re motion to compel; confer with S. Sims re same; confer with team re opposing confidentiality designations. | $950.00 | 1 | $950.00 |
| Aug 03, 2019 | JMF | Confer with C. Schaffer re legal issues. | $950.00 | 0.3 | $285.00 |
| Aug 05, 2019 | SHS | Research and edit brief re motion to compel loan files; confer with J. Frank and A. Stolper re same | $900.00 | 3.5 | $3,150.00 |
| Aug 05, 2019 | JMF | Review and revise motion to compel; confer with S. Sims re same. | $950.00 | 0.7 | $665.00 |
| Aug 05, 2019 | AS | Review decision by J. Guilford | $950.00 | 0.5 | $475.00 |

| Aug 06, 2019 | SHS | Meet and confer with J. Davey re RFA responses; meet and confer with A. Baiardo re dealer agreements and other deficiencies in production | $900.00 | 0.9 | $810.00 |
|---|---|---|---|---|---|
| Aug 06, 2019 | JMF | Review correspondence with opposing counsel. | $950.00 | 0.2 | $190.00 |
| Aug 06, 2019 | AS | Review email from J. Davey | $950.00 | 0.5 | $475.00 |
| Aug 07, 2019 | SHS | Email from J. Davey re discovery; confer with J. Frank re motion to compel | $900.00 | 0.3 | $270.00 |
| Aug 07, 2019 | MN | Revise and finalize supplement to motion to compel unredacted loan files; file and serve same; prepare mandatory chambers copies. | $400.00 | 1 | $400.00 |
| Aug 07, 2019 | JMF | Review and revise supplement to motion to compel; confer with S. Sims re same; review memorandum from A. Beale re AG statutes; review J. Davey email re Hutchinson; review new document production. | $950.00 | 8 | $7,600.00 |
| Aug 08, 2019 | SHS | Review and analyze WF motion to strike; confer with team re AGs | $900.00 | 1 | $900.00 |
| Aug 08, 2019 | MN | Review defendants request to strike plaintiffs' supplement to motion to compel. | $400.00 | 0.1 | $40.00 |
| Aug 08, 2019 | JMF | Confer with S. Sims and I. Ngo re status and AG packet; review Wells Fargo's request to strike; confer with S. Sims re same. | $950.00 | 1 | $950.00 |
| Aug 09, 2019 | SHS | Review Wells Fargo proposed case schedule; review documents | $900.00 | 4.5 | $4,050.00 |
| Aug 09, 2019 | JMF | GAP Addendum Template review and categorization project; review correspondence with counsel; confer with S. Sims re proposed schedule. | $950.00 | 8.5 | $8,075.00 |
| Aug 10, 2019 | JMF | GAP Addendum Template review and categorization project. | $950.00 | 8 | $7,600.00 |
| Aug 11, 2019 | JMF | GAP Addendum review and categorization project. | $950.00 | 8.5 | $8,075.00 |

| Aug 12, 2019 | *SHS* | Review documents; review email from A. Baiardo re discovery issues; email to J. Davey re RFAs | $900.00 | 5.2 | $4,680.00 |
|---|---|---|---|---|---|
| Aug 12, 2019 | *JMF* | Review documents; form contract review project. | $950.00 | 4.6 | $4,370.00 |
| Aug 12, 2019 | *AS* | Catch up on correspondence from the prior week including motion to strike and discovery disputes | $950.00 | 2.5 | $2,375.00 |
| Aug 12, 2019 | *AS* | Review GAP agreements | $950.00 | 5.3 | $5,035.00 |
| Aug 13, 2019 | *MN* | Download video files of Rob Berger (Wise F&I LLC) deposition; confer with Veritext and S. Chateauneuf re same; prepare link and share with team. | $400.00 | 0.6 | $240.00 |
| Aug 13, 2019 | *SHS* | Confer with team re legal issues and research projects; confer with J. Frank re strategy | $900.00 | 1 | $900.00 |
| Aug 13, 2019 | *JMF* | Confer with S. Sims re strategy; GAP form agreement review project. | $950.00 | 7 | $6,650.00 |
| Aug 14, 2019 | *JMF* | Confer with team re attorney general project; review letter; confer with D. Magagna re legal issues. | $950.00 | 1 | $950.00 |
| Aug 14, 2019 | *AS* | Strategy re: AGs and GAP | $950.00 | 2 | $1,900.00 |
| Aug 15, 2019 | *SHS* | Confer with team re state AG strategy; emails re discovery | $900.00 | 1 | $900.00 |
| Aug 15, 2019 | *JMF* | Revise letter for AG package; team meeting on AG strategy. | $950.00 | 2.7 | $2,565.00 |
| Aug 18, 2019 | *SHS* | Review and analyze meet and confer from J. Davey re discovery | $900.00 | 0.2 | $180.00 |
| Aug 19, 2019 | *JMF* | Review emails from J. Davey; confer with A. Stolper re Hutchinson; legal analysis. | $950.00 | 1.3 | $1,235.00 |
| Aug 19, 2019 | *AS* | Prepare for hearing on MTC; prepare Hutchinson deposition | $950.00 | 2.6 | $2,470.00 |
| Aug 20, 2019 | *MN* | Prepare binder re motion to compel. | $400.00 | 1 | $400.00 |
| Aug 20, 2019 | *JMF* | Review contracts; prepare strategy outline memorandum to team. | $950.00 | 7 | $6,650.00 |
| Aug 20, 2019 | *AS* | Prepare for hearing on motion to compel | $950.00 | 3 | $2,850.00 |

| Aug 21, 2019 | *SHS* | Prepare proposed Belaire West notice; emails re class definition; research re contract ambiguity; email to opposing counsel re discovery; confer with team re strategy | $900.00 | 2.6 | $2,340.00 |
|---|---|---|---|---|---|
| Aug 21, 2019 | *MN* | Review court's minute order re motion to compel; confer with team re deadlines. | $400.00 | 0.2 | $80.00 |
| Aug 21, 2019 | *JMF* | Draft proposed class and subclass definitions; confer with S. Sims re strategy; contract coding project; confer with D. Glass re insurance addendums; confer with A. Stolper re Bellaire-West notice issues; confer with team re bifurcation strategy. | $950.00 | 5.9 | $5,605.00 |
| Aug 21, 2019 | *AS* | Prepare for and attend hearing on MTC in Los Angeles | $950.00 | 5 | $4,750.00 |
| Aug 22, 2019 | *SHS* | Email to J. Davey re case schedule; emails re deposition; research re assignment and class certification | $900.00 | 3.3 | $2,970.00 |
| Aug 22, 2019 | *JMF* | Legal analysis on assignment of 50 states; review contracts; confer with M. Wolf re automating review; confer with opposing counsel re Hutchinson; review correspondence with opposing counsel re case schedule. | $950.00 | 6 | $5,700.00 |
| Aug 22, 2019 | *AS* | Draft reverse Belaire West notice; discussions with administrator; confer with team; emails to WFB regarding foot dragging on deposition scheduling; | $950.00 | 7.5 | $7,125.00 |
| Aug 23, 2019 | *SHS* | Review email from opposing counsel re depositions; email with opposing counsel re case schedule; confer with team re case schedule; research re class certifications | $900.00 | 4 | $3,600.00 |
| Aug 23, 2019 | *JMF* | Review Atticus bid on Bellaire-West notice procedure; review emails; prepare discovery requests; contract coding project. | $950.00 | 5.6 | $5,320.00 |

| Aug 23, 2019 | AS | Review bid from claims administrator on reverse Belaire West notice; prepare and send to WFB the opt-in notice; review WFB's responses to deposition scheduling demands; scheduling of Hutchinson's deposition; emails to WFB re: further deposition scheduling | $950.00 | 6.9 | $6,555.00 |
|---|---|---|---|---|---|
| Aug 26, 2019 | SHS | Research re assignment issues; emails re Belaire West; confer with team | $900.00 | 2.6 | $2,340.00 |
| Aug 26, 2019 | MN | Prepare drafts of depositions notices for B. Baggett, O. Eleanya and K. Hutchinson; revise and finalize same; serve notices; calendar depositions. | $400.00 | 1.2 | $480.00 |
| Aug 26, 2019 | JMF | Review correspondence with opposing counsel re notice issues. | $950.00 | 0.5 | $475.00 |
| Aug 26, 2019 | AS | Draft and correspond about opt in notice and website for reverse Belaire West notice; notices for upcoming depositions; | $950.00 | 3 | $2,850.00 |
| Aug 27, 2019 | SHS | Review WF revisions to Belaire West; confer with J. Frank re assignment and UCC | $900.00 | 0.5 | $450.00 |
| Aug 27, 2019 | JMF | Legal analysis of UCC issues; confer with S. Sims re same. | $950.00 | 2 | $1,900.00 |
| Aug 27, 2019 | AS | Review WFB draft opt in notice; confer to co-counsel re: same; respond with revisions | $950.00 | 2.3 | $2,185.00 |
| Aug 28, 2019 | AS | Correspondence with WFB re: reverse Belaire West; review confidentiality meet and confer letter re Sansone Nissan | $950.00 | 4.2 | $3,990.00 |
| Aug 28, 2019 | SHS | Review emails re discovery; confer with team re strategy | $900.00 | 0.7 | $630.00 |
| Aug 28, 2019 | JMF | Review correspondence; confer with team re strategy. | $950.00 | 1 | $950.00 |
| Aug 29, 2019 | AS | Further negotiation with WFB re: opt in Belaire West process; correspondence to Court re: same. | $950.00 | 3.8 | $3,610.00 |
| Aug 29, 2019 | SHS | Review brief to J. Wilner; review J. Davey email re Belaire West; confer with team | $900.00 | 1 | $900.00 |

| Aug 29, 2019 | SHS | Review email from court re telephonic conference | $900.00 | 0.1 | $90.00 |
|---|---|---|---|---|---|
| Aug 29, 2019 | JMF | Review and revise summary of dispute for Magistrate; confer with A. Stolper re same; review emails with J. Davey re dispute; review and highlight GAP Wise and Sansome deposition transcripts; review documents. | $950.00 | 4 | $3,800.00 |
| Aug 30, 2019 | AS | Review WFB RFAs | $950.00 | 1 | $950.00 |
| Aug 30, 2019 | MN | Review court's scheduling notice re telephone conference on September 3, 2019; calendar same. | $400.00 | 0.1 | $40.00 |
| Aug 30, 2019 | JMF | Review Wells Fargo's requests for admissions; confer with team re same and strategy; review scheduling notice re conference; confer with A. Stolper re preparing for conference; confer with E. Silver re Vermont AG; confer with F. Azar and A. Stolper re AG strategy. | $950.00 | 2 | $1,900.00 |
| Aug 31, 2019 | JMF | Confer with F. Azar re Facebook campaign. | $950.00 | 0.3 | $285.00 |
| Sep 03, 2019 | JMF | Review article on Wells Fargo from P. Rucker; review arbitration memo; review draft deficiency letter; review McLawhorn and Turner deposition transcripts; contact expert Art Olsen; telephone conference with ███████████ (███████████); discovery conference with Magistrate. | $950.00 | 4.5 | $4,275.00 |
| Sep 03, 2019 | AS | Review article re: WFB; review deposition transcripts; call with court re: opt-in; correspondence with Court re: same | $950.00 | 4.9 | $4,655.00 |
| Sep 04, 2019 | JMF | Prepare for and attend meeting with congressional aides; provide follow up legal analysis; review and revise revisions to letter with A. Stolper. | $950.00 | 2 | $1,900.00 |

| Sep 04, 2019 | AS | Call and correspondence with congressional aides; review proposed notice for reverse Belaire West from WFB; respond to the proposal. | $950.00 | 4.3 | $4,085.00 |
|---|---|---|---|---|---|
| Sep 05, 2019 | JMF | Confer with I. Ngo re strategy; confer with J. Davey re schedule; meet and confer and revise letter; review documents. | $950.00 | 6.5 | $6,175.00 |
| Sep 05, 2019 | MN | Review court's minutes re 9/3/19 telephonic conference; update calendar; review defendants' requests for admission, set two, propounded on all plaintiffs; calendar response deadlines; confer with opposing counsel re same. | $400.00 | 0.5 | $200.00 |
| Sep 05, 2019 | AS | TC with counsel for WFB re: notice in advance of call with Court; Prepare for both calls | $950.00 | 2.4 | $2,280.00 |
| Sep 05, 2019 | AS | Review WFB documents for Hutchinson deposition | $950.00 | 5.7 | $5,415.00 |
| Sep 05, 2019 | SHS | Review emails re case scheduling; review emails re Belaire West | $900.00 | 0.2 | $180.00 |
| Sep 06, 2019 | JMF | Legal analysis on ambiguity construed against assignee; legal analysis on RICO. | $950.00 | 5.7 | $5,415.00 |
| Sep 06, 2019 | MN | Review court's scheduling notice vacating further telephonic conference; update calendar. | $400.00 | 0.1 | $40.00 |
| Sep 06, 2019 | AS | Correspond with WFB counsel re: notices; letter; sample selection; review docs for upcoming deposition | $950.00 | 7.9 | $7,505.00 |
| Sep 07, 2019 | SHS | Email re potential RICO claims | $900.00 | 0.2 | $180.00 |
| Sep 07, 2019 | JMF | Confer with A. Stolper and S. Sims re GAP Administrator issue and RICO; research cases. | $950.00 | 2.5 | $2,375.00 |
| Sep 08, 2019 | JMF | Confer with I. Ngo re lodestar. | $950.00 | 0.1 | $95.00 |
| Sep 09, 2019 | JMF | Confer with team re administrator choice; confer with C. Longley re bid. | $950.00 | 0.5 | $475.00 |
| Sep 09, 2019 | AS | Confer re: class administrator for 6,000 notices | $950.00 | 0.8 | $760.00 |

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Sep 10, 2019 | *JMF* | Confer with A. Baiardo re new document production; confer with J. Davey re schedule; review research on unconscionability; legal analysis of cases; research; confer with S. Sims re same; review pro hac application; telephone conference with I. Ngo re strategy. | $950.00 | 5.5 | $5,225.00 |
| Sep 10, 2019 | *AS* | Review WFB production for deposition Prepare | $950.00 | 6.5 | $6,175.00 |
| Sep 11, 2019 | *JMF* | Review documents for deposition. | $950.00 | 6.9 | $6,555.00 |
| Sep 11, 2019 | *AS* | Review WFB production for deposition Prepare | $950.00 | 6.7 | $6,365.00 |
| Sep 12, 2019 | *JMF* | Review document production for deposition. | $950.00 | 7 | $6,650.00 |
| Sep 12, 2019 | *SHS* | Email to opposing counsel re ESI; review documents | $900.00 | 3.1 | $2,790.00 |
| Sep 12, 2019 | *AS* | Review WFB email production in Prepare for upcoming depositions | $950.00 | 5.9 | $5,605.00 |
| Sep 13, 2019 | *JMF* | Confer with D. Glass re contract project; prepare template; review documents from clients; RICO analysis; review documents and prepare for deposition with A. Stolper. | $950.00 | 6.8 | $6,460.00 |
| Sep 13, 2019 | *MN* | Prepare spreadsheet of Top 50 GAP Providers' Refund Obligation. | $400.00 | 0.5 | $200.00 |
| Sep 13, 2019 | *AS* | Correspond with WFB re: administrator and custodian selection; review documents from the bank for upcoming depositions | $950.00 | 7 | $6,650.00 |
| Sep 14, 2019 | *JMF* | Confer with I. Ngo re legal analysis and class certification issues. | $950.00 | 0.3 | $285.00 |
| Sep 14, 2019 | *AS* | Prepare for deposition; review documents for exhibits; create witness outline; link facts to relevant issues | $950.00 | 5 | $4,750.00 |
| Sep 15, 2019 | *JMF* | Review documents; prepare for deposition; confer with opposing counsel re M. Vincent emails. | $950.00 | 8 | $7,600.00 |

| Sep 16, 2019 | JMF | Review documents and prepare for Hutchinson deposition; legal analysis on bellwether process. | $950.00 | 7.5 | $7,125.00 |
|---|---|---|---|---|---|
| Sep 16, 2019 | MN | Confer with court reporter re Hutchinson deposition; review and organize J. Frank and S. Sims research; prepare exhibits for Hutchinson deposition. | $400.00 | 1.8 | $720.00 |
| Sep 16, 2019 | SHS | Research and analysis regarding bellwether classes; | $900.00 | 3.5 | $3,150.00 |
| Sep 16, 2019 | AS | Prepare for depo | $950.00 | 11.5 | $10,925.00 |
| Sep 17, 2019 | JMF | Prepare for and attend Hutchinson deposition; confer with team re same; confer with P. Norell re M. Chalmers. | $950.00 | 9 | $8,550.00 |
| Sep 17, 2019 | SHS | Confer with team re K. Hutchinson deposition | $900.00 | 0.6 | $540.00 |
| Sep 17, 2019 | AS | Prepare for and take the deposition of K. Hutchinson | $950.00 | 11 | $10,450.00 |
| Sep 18, 2019 | JMF | Prepare case management request re bellwether classes; legal analysis. | $950.00 | 5 | $4,750.00 |
| Sep 18, 2019 | MN | Confer court reporter re confidentiality of deposition exhibits. | $400.00 | 0.2 | $80.00 |
| Sep 18, 2019 | SHS | Research re potential RICO claim; confer with J. Frank re Bellwether proposal | $900.00 | 1 | $900.00 |
| Sep 19, 2019 | JMF | Team meeting re depositions and strategy; confer with A. Baiardo re depositions. | $950.00 | 1 | $950.00 |
| Sep 19, 2019 | AS | Team meeting re: discovery and depositions; review documents produced by WFB | $950.00 | 3 | $2,850.00 |
| Sep 20, 2019 | JMF | Team conference call; confer with D. Magagna re research projects; legal analysis. | $950.00 | 4 | $3,800.00 |
| Sep 20, 2019 | SHS | Strategy call with team; emails re discovery; review research memo re mitigation of damages; review documents; confer with team re interrogatories | $900.00 | 7 | $6,300.00 |

| Sep 23, 2019 | JMF | Review and revise letter re confidential designations; confer with C. Schaffer and I. Ngo re same; confer with J. Davey re document production timeline; review requests for production emails; confer with opposing counsel re depositions and document productions. | $950.00 | 1.5 | $1,425.00 |
|---|---|---|---|---|---|
| Sep 23, 2019 | AS | Correspond with WFB re: deposition scheduling | $950.00 | 0.4 | $380.00 |
| Sep 24, 2019 | AS | Review Bellwether filing | $950.00 | 1 | $950.00 |
| Sep 24, 2019 | JMF | Prepare request for case management conference on Bellwether; confer with D. Magagna re research; legal analysis. | $950.00 | 4 | $3,800.00 |
| Sep 25, 2019 | JMF | Confer with A. Stolper re requests for production of documents process. | $950.00 | 0.1 | $95.00 |
| Sep 26, 2019 | JMF | Confer with C. Schaffer re requests for production of documents and Epiq; review Epiq estimate; review emails on bank examiner objections; review 50-state analysis on refund calculations; confer with J. Davey re depositions. | $950.00 | 0.4 | $380.00 |
| Sep 26, 2019 | MN | Review correspondence re deposition schedule; prepare notices of deposition for P. Caruso and B. Cheeseman; confer with A. Stolper re same. | $400.00 | 0.6 | $240.00 |
| Sep 27, 2019 | AS | Examine today's WFB production | $950.00 | 1 | $950.00 |
| Sep 27, 2019 | MN | Review, revise and finalize deposition notices; prepare same for service; calendar. | $400.00 | 0.5 | $200.00 |
| Sep 27, 2019 | JMF | Review memorandum from D. Magagna re certifying breach of contract cases with variations in form contracts; review cases cited and research same. | $950.00 | 6.5 | $6,175.00 |
| Sep 28, 2019 | JMF | Review and revise notices of deposition. | $950.00 | 0.2 | $190.00 |

| Sep 30, 2019 | AS | Research and review of WFB correspondence re: bank examiner privilege | $950.00 | 1 | $950.00 |
| Sep 30, 2019 | MN | Review and organize J. Frank research. | $400.00 | 0.2 | $80.00 |
| Sep 30, 2019 | SHS | Review email from A. Baiardo re bank examiner privilege; review email from J. Davey re sampling; review email re ESI custodians; confer with J. Frank re bellwether research issues | $900.00 | 1 | $900.00 |
| Sep 30, 2019 | JMF | Confer with S. Sims re Research; review emails from A. Baiardo re hand selecting sample dispute; legal analysis of bank examiner privilege cases. | $950.00 | 3.5 | $3,325.00 |
| Oct 01, 2019 | JMF | Review documents from Texas prospect; confer with D. Magagna re research projects; review emails on requests for production of documents. | $950.00 | 1 | $950.00 |
| Oct 01, 2019 | SHS | Review research memo re legal issues; confer with team re strategy; | $900.00 | 0.7 | $630.00 |
| Oct 01, 2019 | JMF | Confer with team Re Texas prospect and strategy. | $950.00 | 0.5 | $475.00 |
| Oct 02, 2019 | AS | Review bellwether correspondence; review Toyota bellwether procedures for response | $950.00 | 3.4 | $3,230.00 |
| Oct 02, 2019 | MN | Review, revise and finalize pro hac vice application and proposed order re M. Murphy; e-file same. | $400.00 | 0.4 | $160.00 |
| Oct 02, 2019 | JMF | Review Wells Fargo's response to bellwether proposal; confer with A. Stolper and C. Schaffer re same; confer with S. Sims, C. Schaffer and D. Magagna re opportunity to cure issue; review pro hac application. | $950.00 | 1.9 | $1,805.00 |
| Oct 02, 2019 | SHS | Analysis re mitigation of damages issues; review J. Davey email re bellwether proposal; confer with team re same; | $900.00 | 1.5 | $1,350.00 |
| Oct 03, 2019 | AS | Correspondence with Epiq re: reverse Bellaire West procedures; | $950.00 | 0.7 | $665.00 |

| Oct 03, 2019 | MN | Review order re M. Murphy pro hac vice application; confer with S. Chateauneuf re same. | $400.00 | 0.2 | $80.00 |
|---|---|---|---|---|---|
| Oct 03, 2019 | JMF | Team meeting re strategy and status; review S. Sims revisions to statement of facts; review emails on requests for production process. | $950.00 | 2 | $1,900.00 |
| Oct 03, 2019 | SHS | Research and edit motion for bellwether class procedure | $900.00 | 6 | $5,400.00 |
| Oct 03, 2019 | JMF | Telephone conference with F. Azar and A. Stolper re strategy. | $950.00 | 0.5 | $475.00 |
| Oct 04, 2019 | MN | Download and organize transcript and exhibit files of Kenneth Hutchinson deposition; confer with co-counsel re same. | $400.00 | 0.4 | $160.00 |
| Oct 04, 2019 | JMF | Confer with D. Glass and M. Petrillo re B. Sweeney; review new document production; review documents from Sweeney; confer with S. Sims re Sweeney interview. | $950.00 | 4.3 | $4,085.00 |
| Oct 04, 2019 | SHS | Conference with class member; review documents from class member; confer with J. Frank re same; review Hutchinson depo transcript | $900.00 | 1.4 | $1,260.00 |
| Oct 07, 2019 | JMF | Confer with C. Schaffer and D. Magagna re unjust enrichment and nationwide class research project and bellwether states; review memorandum on substantial compliance; review cases. | $950.00 | 2.5 | $2,375.00 |
| Oct 07, 2019 | JMF | Review unjust enrichment research from D. Magagna. | $950.00 | 1 | $950.00 |
| Oct 08, 2019 | MN | Review defendant's confidentiality designations re Hutchinson deposition. | $400.00 | 0.2 | $80.00 |
| Oct 08, 2019 | JMF | Confer with A. Stolper and S. Baggett re data criteria for sample. | $950.00 | 1 | $950.00 |
| Oct 08, 2019 | JMF | Confer with team re data cut parameters for notices. | $950.00 | 0.4 | $380.00 |
| Oct 09, 2019 | MN | Download and review Kenneth Hutchinson deposition video and confer with co-counsel re same. | $400.00 | 0.3 | $120.00 |

| Oct 09, 2019 | AS | Correspond with Epiq re: notice process | $950.00 | 0.3 | $285.00 |
|---|---|---|---|---|---|
| Oct 09, 2019 | JMF | Review confidentiality designations for Hutchinson. | $950.00 | 0.3 | $285.00 |
| Oct 10, 2019 | MN | Review and calendar deadlines re subpoena to Pennsylvania Attorney General. | $400.00 | 0.2 | $80.00 |
| Oct 10, 2019 | AS | Edit bellwether brief | $950.00 | 3.4 | $3,230.00 |
| Oct 10, 2019 | JMF | Review subpoena to Pennsylvania AG; confer with S. Sims re same. | $950.00 | 0.2 | $190.00 |
| Oct 10, 2019 | SHS | Research and edit bellwether class brief; review Pennsylvania AG subpoena; confer with J. Frank re subpoena | $900.00 | 3.1 | $2,790.00 |
| Oct 11, 2019 | JMF | Review draft of Herrera responses; confer with B. Hanlin re same. | $950.00 | 0.5 | $475.00 |
| Oct 14, 2019 | JMF | Review edits to DC AG memorandum; confer with S. Sims re same. | $950.00 | 0.8 | $760.00 |
| Oct 14, 2019 | SHS | Edit memo to DC attorney general re GAP; confer with J. Frank re same; review draft RFA responses | $900.00 | 1.3 | $1,170.00 |
| Oct 14, 2019 | JMF | Confer with team re status; review D.C. attorney general memorandum. | $950.00 | 0.5 | $475.00 |
| Oct 15, 2019 | JMF | Confer with D. Glass re Sweeney; confer with S. sims re same; review and revise discovery responses. | $950.00 | 2.3 | $2,185.00 |
| Oct 15, 2019 | SHS | Prepare request for admission responses; confer with J. Frank re class member Sweeny | $900.00 | 2 | $1,800.00 |
| Oct 16, 2019 | JMF | Confer with D. Glass re responses to requests for admission; review chart; review email with S. Sims and A. Baiardo re Michelle Vincent. | $950.00 | 1 | $950.00 |
| Oct 16, 2019 | SHS | Email to opposing counsel re ESI custodians | $900.00 | 0.1 | $90.00 |
| Oct 16, 2019 | JMF | Prepare request for admission responses; confer with team re strategy and Texas prospect. | $950.00 | 2 | $1,900.00 |

| Oct 17, 2019 | *JMF* | Review confidentiality designations for Sansone Nissan; confer with S. Sims re case management conference statement; review statement. | $950.00 | 1.5 | $1,425.00 |
|---|---|---|---|---|---|
| Oct 17, 2019 | *SHS* | Strategy conference with J. Frank re various case issues | $900.00 | 0.6 | $540.00 |
| Oct 18, 2019 | *JMF* | Review D.C. Attorney General's memo; confer with team re same. | $950.00 | 0.5 | $475.00 |
| Oct 18, 2019 | *JMF* | Review memorandum from A. Beale re DC AG; review memorandum from N. Elia re certifying an unjust enrichment class; confer with D. Glass re B. Sweeney. | $950.00 | 1 | $950.00 |
| Oct 21, 2019 | *MN* | Review and organize J. Frank research. | $400.00 | 0.2 | $80.00 |
| Oct 21, 2019 | *JMF* | Prepare test case brief; legal analysis. | $950.00 | 5.6 | $5,320.00 |
| Oct 21, 2019 | *JMF* | Review emails with A. Baiardo and S. Sims re delinquent document production; outline topics for Caruso deposition and document review coding; confer with team re same; review documents. | $950.00 | 8 | $7,600.00 |
| Oct 21, 2019 | *SHS* | Emails with A. Baiardo re discovery | $900.00 | 0.1 | $90.00 |
| Oct 22, 2019 | *AS* | Follow up with WFB re: missing documents; provide data list to WFB for 6,000 files; selection of that list. | $950.00 | 5.2 | $4,940.00 |
| Oct 22, 2019 | *JMF* | Prepare requests for admission responses for all named plaintiffs; confer with D. Glass re same; confer with I. Ngo re M. Herrera and failure to respond to our class; review email from A. Baiardo re custodian issue; legal analysis of statue requiring refund of prepayments of covered loans. | $950.00 | 8.5 | $8,075.00 |
| Oct 22, 2019 | *SHS* | Email with A. Baiardo re ESI custodians; review draft RFA responses; emails regarding plaintiffs; | $900.00 | 0.6 | $540.00 |

| Oct 23, 2019 | *AS* | Correspond with WFB and Epiq re: mockups for website for opt ins; review documents | $950.00 | 4.3 | $4,085.00 |
|---|---|---|---|---|---|
| Oct 23, 2019 | *JMF* | Confer with team re Sweeney refund offer; review emails from opposing counsel. | $950.00 | 0.5 | $475.00 |
| Oct 23, 2019 | *SHS* | Research re TILA claim; confer with team re plaintiff Sweeney | $900.00 | 1 | $900.00 |
| Oct 24, 2019 | *AS* | Correspond with Epiq and WFB re: opt in for reverse Belaire West | $950.00 | 2.5 | $2,375.00 |
| Oct 24, 2019 | *JMF* | Review emails with Epiq; confer with M. Petrillo and S. Sims re scheduling Sweeney; prepare for Caruso deposition; review documents re same; confer with D. Glass re requests for admission response; revise requests for admission response; confer with C. Schaffer re status. | $950.00 | 8 | $7,600.00 |
| Oct 24, 2019 | *SHS* | Confer with team re RFA responses | $900.00 | 0.5 | $450.00 |
| Oct 25, 2019 | *AS* | Correspond with WFB re: opt in notice and data transmission; review document for depositions | $950.00 | 4.6 | $4,370.00 |
| Oct 25, 2019 | *JMF* | Prepare for Caruso deposition; review documents re same; review A. Stolper answers to J. Davey questions; confer with A. Stolper re same; review J. Davey emails; review new document production. | $950.00 | 7.9 | $7,505.00 |
| Oct 25, 2019 | *SHS* | Revise memo to DC attorney general re GAP; review emails re Belaire West; | $900.00 | 0.7 | $630.00 |
| Oct 28, 2019 | *AS* | Review and organize documents for upcoming WFB depositions | $950.00 | 5 | $4,750.00 |

| Oct 28, 2019 | JMF | Prepare for Caruso deposition; review documents re same; review Wells Fargo's GAP statue analysis memorandums; research authority cited in memorandums; confer with team re document coding; review email from vendor re updating addresses; review emails between A. Stolper and J. Davey re same; confer with A. Baiardo re deposition logistics. | $950.00 | 8.4 | $7,980.00 |
| Oct 28, 2019 | SHS | Confer with J. Frank re strategy for Caruso deposition | $900.00 | 0.4 | $360.00 |
| Oct 29, 2019 | AS | Review and organize documents for upcoming WFB depositions; correspond with Epiq re: notice | $950.00 | 7 | $6,650.00 |
| Oct 29, 2019 | JMF | Prepare for Caruso deposition; review documents re same; analyze 50 state memorandums; review memorandum from A. Beale re DC AG powers; confer with C. Schaffer, I. Ngo and S. Sims re Pennsylvania A documents; review email from J. Davey re intended motion to quash/modify Pennsylvania AG subpoena; interview B. Sweeney. | $950.00 | 9 | $8,550.00 |
| Oct 29, 2019 | SHS | Email from J. Davey re Pennsylvania AG subpoena; confer with team re Pennsylvania AG subpoena; | $900.00 | 0.6 | $540.00 |
| Oct 30, 2019 | MN | Begin pulling and organizing exhibits for Caruso deposition. | $400.00 | 0.9 | $360.00 |
| Oct 30, 2019 | AS | Review and organize documents for upcoming WFB depositions | $950.00 | 8.5 | $8,075.00 |
| Oct 30, 2019 | JMF | Prepare for Caruso deposition; review Caruso emails; confer with team re opt-in mailing procedure and strategy; confer with I. Ngo re response to motion to modify. | $950.00 | 9 | $8,550.00 |
| Oct 31, 2019 | MN | Continue with preparation for Caruso deposition by pulling further exhibits. | $400.00 | 1.1 | $440.00 |
| Oct 31, 2019 | AS | Review documents for upcoming deposition produced by WFB | $950.00 | 6.7 | $6,365.00 |

| | | | | | |
|---|---|---|---|---|---|
| Oct 31, 2019 | *JMF* | Prepare for Caruso deposition; review documents re same; confer with A. Stolper re hardship process; confer with D. Glass re withdrawal motion; review edits from S. Sims. | $950.00 | 8.5 | $8,075.00 |
| Oct 31, 2019 | *SHS* | Edit letter to client | $900.00 | 0.4 | $360.00 |
| Nov 01, 2019 | *JMF* | Confer with P. Miranda re Sweeney; confer with A. Baiardo re deposition exhibits; review documents for Caruso deposition; review emails on opt-in dispute. | $950.00 | 8.6 | $8,170.00 |
| Nov 02, 2019 | *AS* | Reverse Belaire West data review; correspond with WFB re: notice process; review documents produced by WFB for upcoming depositions | $950.00 | 8.9 | $8,455.00 |
| Nov 02, 2019 | *JMF* | Review emails with J. Davey re opt-in mailing confer with A. Stolper re same; prepare for Caruso deposition. | $950.00 | 5 | $4,750.00 |
| Nov 03, 2019 | *AS* | Prepare for Caruso deposition; review documents re: same | $950.00 | 6.2 | $5,890.00 |
| Nov 03, 2019 | *JMF* | Prepare for Caruso deposition; review documents re same; confer with A. Stolper and S. Sims re same. | $950.00 | 7 | $6,650.00 |
| Nov 04, 2019 | *AS* | Prepare for Caruso deposition; review documents re: same | $950.00 | 8.4 | $7,980.00 |
| Nov 04, 2019 | *MN* | Continue exhibit organization re Caruso deposition; finalize binder re same. | $400.00 | 2 | $800.00 |
| Nov 04, 2019 | *JMF* | Prepare for Caruso deposition; prepare outline; review draft of motion to withdraw; confer with team re same; confer with S. Sims re similarities between federal and state regulations; research same; review new document production; travel to San Francisco for deposition. | $950.00 | 10 | $9,500.00 |

| Nov 04, 2019 | SHS | Review and analyze documents; review emails re Belaire West issues; research re TILA; confer with J. Frank re Caruso deposition | $900.00 | 4.6 | $4,140.00 |
|---|---|---|---|---|---|
| Nov 05, 2019 | AS | Prepare for and attend Caruso deposition | $950.00 | 14 | $13,300.00 |
| Nov 05, 2019 | JMF | Prepare for and take deposition of P. Caruso in San Francisco; travel back from deposition. | $950.00 | 14 | $13,300.00 |
| Nov 05, 2019 | SHS | Review objections to PA attorney general subpoena and confer with team re same; revise motion to withdraw; confer with J. Frank and A. Stolper re Caruso deposition | $900.00 | 2.1 | $1,890.00 |
| Nov 06, 2019 | AS | Review documents in preparation for the Cheeseman deposition | $950.00 | 8.7 | $8,265.00 |
| Nov 06, 2019 | MN | Assist with Cheeseman deposition preparation locating and organizing exhibits; confer with court reporter re Caruso deposition exhibits. | $400.00 | 1.8 | $720.00 |
| Nov 06, 2019 | JMF | Review documents for Cheeseman deposition; confer with A. Stolper re same; review and revise for filing motion to withdraw as counsel for M. Herrera; confer with C. Schaffer re release in forced place not covering GAP Class; review emails with opposing counsel re vendor and notice issues; confer with A. Baiardo re Caruso exhibits and Wells Fargo's confidentiality request. | $950.00 | 8.5 | $8,075.00 |
| Nov 06, 2019 | SHS | Review proposed order re motion to withdraw; confer with team re motion to withdraw | $900.00 | 0.3 | $270.00 |
| Nov 07, 2019 | AS | Review document in preparation for the Cheeseman deposition | $950.00 | 9 | $8,550.00 |
| Nov 07, 2019 | JMF | Review documents for Cheeseman deposition; confer with A. Stolper re same; interview witness re Cheeseman; confer with E. Silver re Oregon AG; review motion to modify subpoena to Pennsylvania AG. | $950.00 | 7.6 | $7,220.00 |

| Nov 07, 2019 | SHS | Review and analyze documents; revise memo to Oregon AG re GAP; confer with team re Cheeseman depo | $900.00 | 1.5 | $1,350.00 |
|---|---|---|---|---|---|
| Nov 08, 2019 | AS | Prepare for Cheeseman deposition | $950.00 | 7.9 | $7,505.00 |
| Nov 08, 2019 | JMF | Review documents for Cheeseman deposition; prepare outline for deposition; review meet and confer emails on opt-in mailing; confer with V. Piper re request for telephonic conference. | $950.00 | 8 | $7,600.00 |
| Nov 08, 2019 | SHS | Review emails re Belaire West | $900.00 | 0.2 | $180.00 |
| Nov 09, 2019 | AS | Prepare for Cheeseman deposition | $950.00 | 4 | $3,800.00 |
| Nov 09, 2019 | JMF | Review documents for Cheeseman deposition; confer with A. Stolper re same; highlight Caruso deposition transcript. | $950.00 | 7 | $6,650.00 |
| Nov 10, 2019 | AS | Prepare for Cheeseman deposition | $950.00 | 4.5 | $4,275.00 |
| Nov 11, 2019 | AS | Prepare for deposition of Cheeseman; travel | $950.00 | 10 | $9,500.00 |
| Nov 11, 2019 | MN | Complete organization of exhibits to be used during Cheeseman deposition. | $400.00 | 2 | $800.00 |
| Nov 11, 2019 | JMF | Prepare for Cheeseman deposition with A. Stolper; travel to North Carolina. | $950.00 | 10 | $9,500.00 |
| Nov 11, 2019 | SHS | Research and edit opposition to WF motion to modify Pennsylvania AG subpoena; confer with A. Stolper and J. Frank re Cheeseman depo strategy | $900.00 | 2.5 | $2,250.00 |
| Nov 12, 2019 | AS | Deposition of Cheeseman; Prepare for same; travel from North Carolina to California. | $950.00 | 17 | $16,150.00 |
| Nov 12, 2019 | JMF | Deposition of Brian Cheeseman in North Carolina; travel; review edits to opposition to Pennsylvania subpoena. | $950.00 | 17 | $16,150.00 |

| Nov 12, 2019 | *SHS* | Research and prepare opposition to motion to modify PA AG subpoena; confer with team re same; confer with A. Stolper re Cheeseman depo | $900.00 | 2 | $1,800.00 |
|---|---|---|---|---|---|
| Nov 13, 2019 | *AS* | Correspond with discovery counsel for WFB; edit reverse Belaire West notice; review submission by WFB to Court; confer with WFB re: notice | $950.00 | 6.5 | $6,175.00 |
| Nov 13, 2019 | *JMF* | Confer with A. Baiardo re opt-in postcard; confer with F. Azar re Cheeseman deposition; legal analysis for bellwether class motion. | $950.00 | 8.5 | $8,075.00 |
| Nov 13, 2019 | *SHS* | Review WF submission to Judge Wilner; confer with J. Frank re bellwether class motion | $900.00 | 0.6 | $540.00 |
| Nov 14, 2019 | *JMF* | Review email from V. Piper re status of discovery disputes; confer with team re scheduling; legal analysis for bellwether motion; confer with S. Sims re same; prepare brief. | $950.00 | 6.5 | $6,175.00 |
| Nov 14, 2019 | *SHS* | Review email from J. Wilner's clerk; research re bellwether class; confer with J. Frank re same | $900.00 | 2.2 | $1,980.00 |
| Nov 15, 2019 | *AS* | Team strategy meeting; correspondence with Epic re: text vendor issues; bellwether research | $950.00 | 4.3 | $4,085.00 |
| Nov 15, 2019 | *JMF* | Team meeting re strategy and status; legal analysis for bellwether class motion; prepare brief; review Judge Selna's Toyota bellwether briefings and orders. | $950.00 | 8 | $7,600.00 |
| Nov 18, 2019 | *AS* | Review depositions of WFB employees; review and correspond with WFB re: opt in language | $950.00 | 5.9 | $5,605.00 |
| Nov 18, 2019 | *JMF* | Legal analysis of bifurcation issues; review and highlight Cheeseman transcript; confer with team re strategy; prepare brief. | $950.00 | 7 | $6,650.00 |

| Date | Initials | Description | Rate | Hours | Total |
|---|---|---|---|---|---|
| Nov 19, 2019 | *JMF* | Review draft of motion to compel production re Pennsylvania AG subpoena; confer with C. Schaffer re same; prepare bellwether class brief; confer with S. Sims re same; review and revise meet and confer letter. | $950.00 | 5.8 | $5,510.00 |
| Nov 19, 2019 | *SHS* | Review transcripts of Cheeseman and Caruso depositions; prepare meet and confer to WF re document issues; revise bellwether motion brief; confer with J. Frank re same | $900.00 | 3.2 | $2,880.00 |
| Nov 20, 2019 | *AS* | Review and edit bellwether motion; meetings with co-counsel re: filing; correspond w court re: discovery status; correspondence with WFB re: notice revisions and approval of text subcontractor for Epiq | $950.00 | 4.2 | $3,990.00 |
| Nov 20, 2019 | *JMF* | Prepare bellwether class motion; legal analysis re same; confer with A. Stolper and S. Sims re same; review communications with Judge Wilner's clerk re status of discovery disputes and no current need for telephonic conference; review emails from J. Davey re consent form revisions; confer with A. Stolper re same; review summary of Pennsylvania hearing from B. Hanlin. | $950.00 | 7.5 | $7,125.00 |
| Nov 20, 2019 | *SHS* | Review summary of hearing re PA AG subpoena; review email from J. Davey re Belaire West; confer with J. Frank re bellwether class motion | $900.00 | 0.8 | $720.00 |
| Nov 21, 2019 | *AS* | Edit bellwhether motion | $950.00 | 0.8 | $760.00 |
| Nov 21, 2019 | *JMF* | Prepare bellwether class motion; legal analysis re same; review meet and confer correspondence re marketing agreements and incomplete document production; confer with S. Sims re same; conger with I. Ngo re M. Herrera and affidavit of reasonable diligence. | $950.00 | 8.8 | $8,360.00 |

| Nov 21, 2019 | *SHS* | Emails with I. Ngo re motion to withdraw; further revision to bellwether motion | $900.00 | 1.5 | $1,350.00 |
|---|---|---|---|---|---|
| Nov 22, 2019 | *AS* | Correspondence with WFB re: approval of Belaire West notice | $950.00 | 0.3 | $285.00 |
| Nov 22, 2019 | *JMF* | Team meeting re status and strategy; prepare bellwether motion; legal analysis re same; review and revise opposition to motion to quash and seal in Pennsylvania discovery motion; review meet and confer emails on vendor issue. | $950.00 | 8.5 | $8,075.00 |
| Nov 22, 2019 | *SHS* | Edit oppositions to motions to file under seal; review emails re Belaire West; team strategy meeting | $900.00 | 2.2 | $1,980.00 |
| Nov 25, 2019 | *AS* | Correspondence with Epiq/WFB regarding their inability to deliver on the proposal; discussions re: same; research regarding selecting new vendor | $950.00 | 3.9 | $3,705.00 |
| Nov 25, 2019 | *JMF* | Prepare bellwether class motion and supporting papers; legal analysis re same; confer with team re same; review minute order; prepare and file notice of non-opposition to withdrawal motion; review mock-up and emails with J. Davey re same. | $950.00 | 8 | $7,600.00 |
| Nov 25, 2019 | *SHS* | Review notice of non-opposition re motion to withdraw; review emails re Belaire West | $900.00 | 0.2 | $180.00 |
| Nov 26, 2019 | *AS* | Final review of bellwether motion; declaration in support | $950.00 | 5.6 | $5,320.00 |
| Nov 26, 2019 | *JMF* | Prepare bellwether class motion and file with Court; incorporate changes from team; confer with team re same; review confidentiality designations for Caruso. | $950.00 | 5.9 | $5,605.00 |
| Nov 27, 2019 | *AS* | Correspondence from Sean Nation re: bellwether; postcards and mockups from Epiq re: reverse Belaire West process | $950.00 | 2.7 | $2,565.00 |

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Nov 27, 2019 | JMF | Confer with A. Baiardo re request for named plaintiffs deposition dates; confer with I. Ngo re same; confer with S. Nation re bellwether issue; confer with I. Ngo re R. Marteins; confer with D. Glass re N. Dartis; review order scheduling hearing on Bellwether motion; confer with A. Stolper and S. Sims re strategy and moving dates; confer with J. Davey re date; review emails on vendors. | $950.00 | 1.8 | $1,710.00 |
| Nov 27, 2019 | SHS | Review emails re depositions of plaintiffs; review scheduling notice | $900.00 | 0.1 | $90.00 |
| Dec 01, 2019 | AS | Hearing scheduling with WFB; | $950.00 | 0.1 | $95.00 |
| Dec 01, 2019 | JMF | Confer with J. Davey re hearing on request for bellwether classes; confer with A. Stolper re same. | $950.00 | 0.3 | $285.00 |
| Dec 02, 2019 | MN | Review order re rescheduling plaintiffs' request for case management conference re Bellwether process; calendar same; review Defendants' response to request for case management conference; review, revise and finalize request to reschedule status conference. | $400.00 | 1 | $400.00 |
| Dec 02, 2019 | SHS | Revise court submission regarding status conference date; confer re depositions | $900.00 | 0.2 | $180.00 |
| Dec 02, 2019 | JMF | Review and revise request to reschedule conference; confer with team re same; review Wells Fargo's application to file documents under seal; confer with team re depositions; confer with opposing counsel re technical issues with document production; review Wells Fargo's request for status conference; review J. Davey emails re moving conference; confer with A. Stolper and S. Sims re opposition. | $950.00 | 3.8 | $3,610.00 |

| Dec 03, 2019 | MN | Review court's requests for proposed orders re application to seal Stolper declaration and request to reschedule status conference; confer with A. Stolper re same; draft proposed order; prepare transmittals to court re both proposed orders. | $400.00 | 0.7 | $280.00 |
|---|---|---|---|---|---|
| Dec 03, 2019 | AS | Correspondence with the Court re: scheduling the various hearings; review WFB filing re: same; email WFB discovery counsel re: missing documents; client deposition scheduling and work coordination | $950.00 | 2 | $1,900.00 |
| Dec 03, 2019 | JMF | Review draft deposition proposal response from I. Ngo; confer with team re strategy; revise proposal; review Wells Fargo's confidentiality designations; confer with A. Stolper re same; review emails on request for production of documents proposal. | $950.00 | 1.5 | $1,425.00 |
| Dec 04, 2019 | AS | Termination of Epiq and selection of a new vendor (KCC); correspondence with KCC and discussions with them; plaintiff deposition scheduling and strategy | $950.00 | 3.9 | $3,705.00 |
| Dec 04, 2019 | SHS | Confer with team re strategy | $900.00 | 0.5 | $450.00 |
| Dec 04, 2019 | JMF | Confer with I. Ngo and C. Schaffer re class representative depositions and strategy; review background on J. Davey; confer with A. Stolper and S. Sims re same; review documents re GAP and Main requirements; confer with A. Stolper re same; confer with E. Silver re memorandum for AG; review emails on notice procedure; review new document production from Wells Fargo; review mock-up from Epiq; review emails with vendors re requests for production of documents process. | $950.00 | 3.5 | $3,325.00 |

| Dec 05, 2019 | AS | AG strategy team meeting; review order denying WFB motion for sealing and continuing status conference; update on PA litigation for public access to documents re: WFB; correspondence re: motion to withdraw as counsel. | $950.00 | 3.9 | $3,705.00 |
|---|---|---|---|---|---|
| Dec 05, 2019 | SHS | Review tentative ruling re motion to withdraw; confer with team re same | $900.00 | 0.3 | $270.00 |
| Dec 05, 2019 | JMF | Confer with team re AG strategy; review memorandum from A. Baiardo re Pennsylvania AG; revise fact summary/package from AG; confer with team re proposed order; review tentative on motion to withdraw re M. Herrera; confer with I. Ngo re same; confer with C. Schaffer re hearing; review order continuing status conference; review order denying documents filed under seal; confer with team re same. | $950.00 | 4.5 | $4,275.00 |
| Dec 06, 2019 | AS | Conference call with KCC and WFB; Prepare for same. | $950.00 | 1 | $950.00 |
| Dec 06, 2019 | JMF | Meeting with J. Davey re request for production of documents issues; confer with A. Stolper re same; review documents. | $950.00 | 1.5 | $1,425.00 |
| Dec 09, 2019 | AS | Correspond with WFB re: direct lending documents; correspond with KCC re: notice; team meeting | $950.00 | 1.5 | $1,425.00 |
| Dec 09, 2019 | JMF | Team meeting re strategy; confer with A. Stolper re notices; review email from L. Lucchesi re test message options; confer with I. Ngo re plaintiff depositions. | $950.00 | 1 | $950.00 |
| Dec 10, 2019 | SHS | Review emails re Bel-Aire West notice; review meet and confer response from opposing counsel; confer with A. Stolper re discovery matters | $900.00 | 1 | $900.00 |

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Dec 10, 2019 | AS | Prepare for and attend hearing; meet with counsel for WFB after hearing; correspondence with KCC re: text functionality on the notice. | $950.00 | 2.5 | $2,375.00 |
| Dec 10, 2019 | JMF | Meet and confer on direct auto lending documents; confer with A. Stolper re same; review emails from L. Lucchesi re Wells Fargo revised language; review emails re complete versions of marketing agreements. | $950.00 | 1 | $950.00 |
| Dec 11, 2019 | AS | Correspondence with KCC re: reverse Belaire West notice; review WFB correspondence re: direct auto GAP processes | $950.00 | 1 | $950.00 |
| Dec 11, 2019 | JMF | Review emails from J. Davey re objection to production of direct auto GAP; confer with team re strategy; review email from L. Lucchesi re test message feature. | $950.00 | 0.5 | $475.00 |
| Dec 12, 2019 | SHS | Review and analyze order from Pennsylvania judge re GAP subpoena; emails with team re same and strategy | $900.00 | 0.5 | $450.00 |
| Dec 12, 2019 | AS | PA decision re: subpoena | $950.00 | 0.4 | $380.00 |
| Dec 13, 2019 | AS | Draft and review 30(b)(6) subpoena for WFB | $950.00 | 2 | $1,900.00 |
| Dec 16, 2019 | SHS | Conference with A. Stolper re discovery issues; prepare email to court re discovery issues; review email to opposing counsel re settlement | $900.00 | 0.8 | $720.00 |
| Dec 16, 2019 | AS | Settlement communications with WFB; correspondence with KCC regarding QR functionality and postcard notice; selection of a new URL for website; communicate with Court to request informal hearing | $950.00 | 5 | $4,750.00 |
| Dec 16, 2019 | JMF | Review emails with opposing counsel re QR code issue; confer with A. Stolper re same; review emails with clerk re discovery dispute and conference scheduling. | $950.00 | 0.4 | $380.00 |

| Dec 17, 2019 | *SHS* | Review court order re scheduling; review emails re Bel Aire West process | $900.00 | 0.2 | $180.00 |
| Dec 17, 2019 | *AS* | Correspond with WFB re: providing necessary data to KCC. | $950.00 | 0.1 | $95.00 |
| Dec 17, 2019 | *JMF* | Review emails re KCC data; review notice from Judge Wilner. | $950.00 | 0.3 | $285.00 |
| Dec 18, 2019 | *SHS* | Review email from J. Davey re motion to stay PA subpoena; research re motion to stay opposition; emails with team re motion to stay; review emails re Bel Aire West | $900.00 | 1.2 | $1,080.00 |
| Dec 18, 2019 | *AS* | Correspondence from KCC and WFB re: QR codes. | $950.00 | 0.2 | $190.00 |
| Dec 18, 2019 | *JMF* | Review emails on QR approach; confer with opposing counsel re intent to file motion to stay; review new document production. | $950.00 | 3 | $2,850.00 |
| Dec 19, 2019 | *SHS* | Review, analyze and research opposition to motion to stay magistrate judge order; emails with team re same | $900.00 | 1.2 | $1,080.00 |
| Dec 19, 2019 | *AS* | Review WFB remediation document production; PA appeal of subpoena decision | $950.00 | 8.9 | $8,455.00 |
| Dec 19, 2019 | *JMF* | Review new document production re remediation documents; confer with A. Stolper re same; confer with team re strategy on opposing motion to stay. | $950.00 | 8 | $7,600.00 |
| Dec 20, 2019 | *SHS* | Review draft Bel Aire West postcard; review documents produced by Wells Fargo | $900.00 | 5.5 | $4,950.00 |
| Dec 20, 2019 | *AS* | Review KCC's mockup card; internal discussions re: procedures for opt ins | $950.00 | 0.6 | $570.00 |
| Dec 20, 2019 | *JMF* | Confer with A. Stolper and S. Sims re strategy on notice plan and response rate. | $950.00 | 0.5 | $475.00 |
| Dec 23, 2019 | *JMF* | Prepare F&I 30(b)(6) topics and document requests; confer with A. Stolper re same. | $950.00 | 1 | $950.00 |

| Dec 27, 2019 | AS | Review revised KCC postcard and correspondence while out of the office. | $950.00 | 0.5 | $475.00 |
|---|---|---|---|---|---|
| Dec 27, 2019 | JMF | Review emails from J. Davey and L. Lucchesi re notice and proposed changes; confer with A. Stolper re same. | $950.00 | 0.4 | $380.00 |
| Dec 30, 2019 | JMF | Review emails from L. Lucchesi re formatted notice; confer with A. Stolper re same. | $950.00 | 0.2 | $190.00 |
| Dec 31, 2019 | JMF | Review memorandum from M. Murphy re Opposition to Wells Fargo's appeal of Pennsylvania Magistrate Judge's Order; confer with S. Sims, M. Murphy and C. Schaffer re same. | $950.00 | 1 | $950.00 |
| Dec 31, 2019 | SHS | Research regarding judicial estoppel for PA AG issue; initial review and comments on opposition to motion to modify | $900.00 | 0.6 | $540.00 |
| Jan 01, 2020 | SHS | Edit response to Wells Fargo's appeal of magistrate judge order in Pennsylvania; emails with team re same | $900.00 | 1.5 | $1,350.00 |
| Jan 01, 2020 | JMF | Confer with S. Sims and M. Murphy re opposition to Wells Fargo's appeal of Magistrate Judge's Order in Pennsylvania; revise introduction. | $950.00 | 1 | $950.00 |
| Jan 02, 2020 | JMF | Confer with C. Schaffer re Wells Fargo's appeal brief of Magistrate Order in Pennsylvania. | $950.00 | 0.5 | $475.00 |
| Jan 03, 2020 | JMF | Review email from J. Davey re accusations that plaintiffs misrepresented facts in Pennsylvania filing; confer with team re same. | $950.00 | 1 | $950.00 |
| Jan 03, 2020 | SHS | Review email from J. Dave re WF motion to modify and accusations against plaintiffs; confer with team re same | $900.00 | 1 | $900.00 |
| Jan 06, 2020 | SHS | Prepare for and telephone conference with Judge Wilner re direct lending discovery; review emails re direct lending discovery | $900.00 | 1 | $900.00 |

| Jan 06, 2020 | AS | Informal conference with Court re: discovery; prepare for same; review QR link previews from KCC; meet-and-confer with WFB re: direct lending documents | $950.00 | 4.7 | $4,465.00 |
| Jan 06, 2020 | JMF | Confer with A. Stolper re strategy; review request for telephonic conference; review emails with J. Davey; review I. Ngo email re errata; telephone conference with P. Rucker (Reporter) re GAP. | $950.00 | 1.5 | $1,425.00 |
| Jan 07, 2020 | JMF | Telephonic conference on notice issue; review meet and confer emails; confer with A. Stolper re same. | $950.00 | 1 | $950.00 |
| Jan 08, 2020 | AS | Further meet-and-confer with WFB re: direct lending GAP practices and procedures; correspondence with the Court re: same; review website created by KCC for the notice opt in process. | $950.00 | 2 | $1,900.00 |
| Jan 08, 2020 | JMF | Review emails on notice and QR code issue; review A. Baiardo email re direct GAP production; confer with A. Stolper re same. | $950.00 | 0.4 | $380.00 |
| Jan 09, 2020 | AS | Implications of Judge Guilford's retirement; deposition schedule of plaintiffs | $950.00 | 1 | $950.00 |
| Jan 09, 2020 | JMF | Review news about Judge Guilford retiring; confer with team re status and strategy; review text order from Judge Wilner; confer with J. Davey re depositions. | $950.00 | 1.5 | $1,425.00 |
| Jan 09, 2020 | SHS | Confer with team re scheduling of GAP depositions; confer with team re strategy re Judge Guilford's retirement | $900.00 | 1 | $900.00 |
| Jan 13, 2020 | JMF | Confer with D. Glass re plaintiff availability for depositions; confer with C. Schaffer re depositions; meet and confer on bellwether and discovery with opposing counsel. | $950.00 | 0.5 | $475.00 |

| Jan 14, 2020 | *JMF* | Confer with B. Mayberry re scheduling and depositions; review emails on revisions to website; confer with A. Stolper re same. | $950.00 | 0.5 | $475.00 |
|---|---|---|---|---|---|
| Jan 15, 2020 | *JMF* | Review emails on QR code issue and website. | $950.00 | 0.3 | $285.00 |
| Jan 16, 2020 | *JMF* | Confer with D. Glass re Corpes' availability; confer with J. Davey re depositions. | $950.00 | 0.4 | $380.00 |
| Jan 17, 2020 | *AS* | Review WFB opposition to bellwether request; strategy re: same. | $950.00 | 2 | $1,900.00 |
| Jan 17, 2020 | *JMF* | Review defendant's opposition to bellwether classes; confer with A. Stolper and S. Sims re same; legal analysis. | $950.00 | 2.5 | $2,375.00 |
| Jan 17, 2020 | *SHS* | Review Wells Fargo opposition to Bellwether motion; confer with A. Stolper and J. Frank re same | $900.00 | 1 | $900.00 |
| Jan 20, 2020 | *AS* | Read and analyze cases cited in WFB bellwether brief; correspondence with KCC. | $950.00 | 4.9 | $4,655.00 |
| Jan 20, 2020 | *JMF* | Confer with J. Davey re deposition scheduling; review Wells Fargo opposition to Bellwether Classes; review cases cited; confer with team re same; review email from L. Lucchesi re status; review research from S. Sims on class issues; legal analysis of severance and conditional certification; confer with D. Glass re inaccurate fact representations in Wells Fargo's brief. | $950.00 | 6.5 | $6,175.00 |
| Jan 20, 2020 | *SHS* | Research and analysis regarding reply in support of bellwether motion; confer with J. Frank re same | $900.00 | 4 | $3,600.00 |
| Jan 21, 2020 | *AS* | Correspondence: plaintiffs deposition; strategy re: same; KCC discussions regarding notices | $950.00 | 1.7 | $1,615.00 |
| Jan 21, 2020 | *JMF* | Review court filings. | $950.00 | 0.5 | $475.00 |
| Jan 22, 2020 | *AS* | Plaintiff document production requests, strategy and compliance | $950.00 | 1 | $950.00 |

| Jan 22, 2020 | *JMF* | Review emails re Wells Fargo failure to produce documents; confer with S. Sims re strategy on reply brief. | $950.00 | 1 | $950.00 |
|---|---|---|---|---|---|
| Jan 22, 2020 | *SHS* | Confer with team re Bellwether reply; emails with A. Baiardo re document issues | $900.00 | 1 | $900.00 |
| Jan 23, 2020 | *JMF* | Review charges on Wells Fargo executives; confer with I. Ngo re M. Herrera and request to be relieved as counsel. | $950.00 | 0.8 | $760.00 |
| Jan 24, 2020 | *JMF* | Prepare reply on bellwether classes; legal analysis. | $950.00 | 6.5 | $6,175.00 |
| Jan 27, 2020 | *AS* | Edit and review reply on Bellwether motion; communications with KCC and WFB re: notice and document productions | $950.00 | 3.5 | $3,325.00 |
| Jan 27, 2020 | *JMF* | Prepare reply brief on bellwether classes; legal analysis; review new document production. | $950.00 | 8 | $7,600.00 |
| Jan 27, 2020 | *SHS* | Research and prepare reply brief re bellwether; confer with J. Frank re same | $900.00 | 5.5 | $4,950.00 |
| Jan 28, 2020 | *AS* | Further edits to reply on bellwether | $950.00 | 2 | $1,900.00 |
| Jan 28, 2020 | *JMF* | Prepare reply brief on bellwether classes; legal analysis; confer with team re same. | $950.00 | 8.5 | $8,075.00 |
| Jan 28, 2020 | *SHS* | Prepare bellwether reply and supporting docs | $900.00 | 1.2 | $1,080.00 |
| Jan 29, 2020 | *JMF* | Prepare reply in support of request for bellwether classes for filing; incorporate edits from team; confer with A. Stolper re same; confer with C. Schaffer re same; confer with L. Lucchesi re timeline. | $950.00 | 5 | $4,750.00 |
| Jan 29, 2020 | *SHS* | Prepare bellwether reply brief; confer with J. Frank | $900.00 | 1 | $900.00 |
| Jan 30, 2020 | *JMF* | Review case certifying national class against Wells Fargo; confer with C. Schaffer re Same; review emails on direct lending production; review email re I. Ngo. | $950.00 | 1 | $950.00 |

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Jan 31, 2020 | JMF | Confer with A. Baiardo re scheduling; confer with M. Azar re Atkins' availability; confer with B. Mayberry and J. Davey re new firm. | $950.00 | 0.5 | $475.00 |
| Feb 04, 2020 | AS | Review correspondence with M. Herrera by WFB; follow-up with WFB discovery counsel re: incomplete productions; follow up with KCC re: WFB delay in approving contract | $950.00 | 1 | $950.00 |
| Feb 04, 2020 | JMF | Confer with J. Davey re Atkins' deposition; confer with A. Stolper re script and notice issues; review emails re same; confer with M. Azar re scheduling Corpes; confer with P. Wood re Wells Fargo contacting M. Herrera. | $950.00 | 0.7 | $665.00 |
| Feb 04, 2020 | SHS | Review WF correspondence to M. Herrera; confer with team re same | $900.00 | 0.2 | $180.00 |
| Feb 05, 2020 | AS | Correspondence with WFB re: delay in productions of direct lender materials; KCC contract finalization including call center issues; amount of time opt-ins are allowed. | $950.00 | 1.4 | $1,330.00 |
| Feb 05, 2020 | JMF | Review emails on notice and script. | $950.00 | 0.3 | $285.00 |
| Feb 05, 2020 | MN | Review correspondence re Atkins deposition; Confer with J. Frank re same. | $400.00 | 0.5 | $200.00 |
| Feb 06, 2020 | AS | Review call center scripts; transfer to Judge Selna; discussions re: implications of transfer | $950.00 | 1.2 | $1,140.00 |
| Feb 06, 2020 | JMF | Review notice of assignment to Judge Selna; confer with team re same; confer with M. Azar re Corpes' deposition; confer with J. Davey re Atkins' deposition location and logistics; review draft of script; confer with A. Baiardo re depositions and scheduling. | $950.00 | 1.5 | $1,425.00 |
| Feb 06, 2020 | MN | Review Order of the Chief Judge; update pleading and discovery captions. | $400.00 | 0.2 | $80.00 |

| Feb 06, 2020 | *SHS* | Emails with A. Baiardo re documents; review case reassignment and confer with team | $900.00 | 0.5 | $450.00 |
|---|---|---|---|---|---|
| Feb 10, 2020 | *AS* | Respond to KCC and WFB re: script; respond to WFB's edits to script. | $950.00 | 1 | $950.00 |
| Feb 10, 2020 | *JMF* | Review Wells Fargo's edits to script; confer with A. Stolper re same. | $950.00 | 0.3 | $285.00 |
| Feb 11, 2020 | *AS* | Edits to the KCC notice card and finishing out the KCC + WFB contract. | $950.00 | 0.5 | $475.00 |
| Feb 11, 2020 | *JMF* | Review email from A. Baiardo re Atkins; review notice of deposition. | $950.00 | 0.2 | $190.00 |
| Feb 11, 2020 | *SHS* | Email from A. Baiardo re Atkins documents | $900.00 | 0.1 | $90.00 |
| Feb 12, 2020 | *JMF* | Review revisions to notices; confer with A. Stolper re same; confer with M. Azar re Atkins' deposition. | $950.00 | 0.5 | $475.00 |
| Feb 12, 2020 | *MN* | Assist with deposition preparation re J. Atkins. | $400.00 | 1 | $400.00 |
| Feb 13, 2020 | *AS* | Follow up with WFB and KCC re: notices going out and notice language | $950.00 | 0.5 | $475.00 |
| Feb 13, 2020 | *JMF* | Review email on notice; telephone conference with J. Atkins; confer with C. Schaffer re deposition preparation. | $950.00 | 1 | $950.00 |
| Feb 14, 2020 | *JMF* | Review correspondence and documents with opposing counsel re Atkins; confer with C. Schaffer re deposition; review emails with J. Davey and A. Stolper re finalizing notice. | $950.00 | 1 | $950.00 |
| Feb 14, 2020 | *SHS* | Review Atkins documents; emails with J. Davey re same | $900.00 | 0.8 | $720.00 |
| Feb 15, 2020 | *JMF* | Review Atkins' documents; prepare for Atkins' deposition; confer with F. Azar re same; prepare outline of likely examination. | $950.00 | 4.5 | $4,275.00 |
| Feb 16, 2020 | *JMF* | Travel to West Virginia for Atkins deposition; confer with F. Azar re same. | $950.00 | 6 | $5,700.00 |

| Feb 17, 2020 | AS | Review WFB production from prior week; confer with co-counsel about deposition of Atkins | $950.00 | 8.5 | $8,075.00 |
|---|---|---|---|---|---|
| Feb 17, 2020 | JMF | Deposition preparation with J. Atkins; meeting with F. Azar re case strategy; review emails between J. Davey and A. Stolper re discovery dispute; review direct lending documents. | $950.00 | 8 | $7,600.00 |
| Feb 17, 2020 | SHS | Review documents; confer with team re Atkins | $900.00 | 2 | $1,800.00 |
| Feb 18, 2020 | AS | Confer re: Atkin's deposition | $950.00 | 0.3 | $285.00 |
| Feb 18, 2020 | JMF | Defend deposition of J. Atkin in West Virginia; travel. | $950.00 | 16 | $15,200.00 |
| Feb 18, 2020 | SHS | Confer with J. Frank re Atkins depo | $900.00 | 0.5 | $450.00 |
| Feb 19, 2020 | JMF | Confer with C. Schaffer re Atkins deposition. | $950.00 | 0.3 | $285.00 |
| Feb 20, 2020 | JMF | Review article on Wells Fargo's fake accounts in New York Times; confer with F. Azar. | $950.00 | 0.3 | $285.00 |
| Feb 21, 2020 | JMF | Review Wells Fargo $3B settlement with Department of Justice; confer with team re same. | $950.00 | 0.2 | $190.00 |
| Feb 21, 2020 | MN | Prepare hearing binder re CMC Re Bellwether Procedure. | $400.00 | 0.6 | $240.00 |
| Feb 22, 2020 | AS | Correspondence with WFB re: missing documents; confer with co-counsel in prep for hearing on bellwether. | $950.00 | 2.3 | $2,185.00 |
| Feb 22, 2020 | JMF | Prepare for bellwether hearing; confer with A. Stolper and S. Sims re same; prepare outline for hearing; review cases and briefs. | $950.00 | 4 | $3,800.00 |
| Feb 22, 2020 | SHS | Confer with J. Frank re bellwether class hearing; prepare for same | $900.00 | 1 | $900.00 |
| Feb 23, 2020 | JMF | Review email from Davey re dispute on notice; confer with A. Stolper re same. | $950.00 | 0.2 | $190.00 |
| Feb 24, 2020 | AS | Prepare for an attend hearing re: bellwether | $950.00 | 2 | $1,900.00 |

| Date | Initials | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| Feb 24, 2020 | JMF | Prepare for and represent plaintiffs at status conference re bellwether procedure; review memorandum from B. Hanlin on industry circulars; review documents; review order from Court; confer with C. Schaffer re hearing; review Atkins' deposition transcript; review documents. | $950.00 | 6.6 | $6,270.00 |
| Feb 24, 2020 | MN | Complete hearing binders; confer with team re results of hearing; update calendar; confer with court reporter re transcript. | $400.00 | 0.8 | $320.00 |
| Feb 24, 2020 | SHS | Prepare for and attend hearing with Judge Selna re bellwether class procedure | $900.00 | 3.5 | $3,150.00 |
| Feb 25, 2020 | AS | Strategy meeting re: court's bellwether comments; follow up with WFB regarding incomplete documents and KCC contract | $950.00 | 1 | $950.00 |
| Feb 25, 2020 | JMF | Meet and confer with opposing counsel re inaccurate representation to Court re refunds; confer with B. Hanlin re contract analysis project; review sample for Corpes; revise template; review email from A. Baiardo re cancelling Corpes deposition; confer with M. Azar re same; review correspondence re KCC delay; team meeting re strategy and status. | $950.00 | 3 | $2,850.00 |
| Feb 26, 2020 | AS | Email to court requesting it compel WFB to put out the notices. | $950.00 | 3.4 | $3,230.00 |
| Feb 26, 2020 | JMF | Confer with M. Nowowiejski re all dates vacated; review request for telephonic conference; confer with A. Stolper re same; review email from J. Davey re evidence for refund allegation; review chart from C. Schaffer's office re prospective plaintiffs; confer with B. Hanlin re same; analyze loan files for prospects. | $950.00 | 4.5 | $4,275.00 |

| Feb 26, 2020 | MN | Confer with S. Seffens re transcript; prepare Transcript Order Form. | $400.00 | 0.3 | $120.00 |
|---|---|---|---|---|---|
| Feb 27, 2020 | AS | Review WFB response to request to compel it to send out notices; further response to the Court that Wells Fargo agreed to relief sought | $950.00 | 2 | $1,900.00 |
| Feb 27, 2020 | JMF | Review correspondence with Court re cancelling telephonic hearing; confer with J. Davey re finalizing list and "statement of work" to KCC for sample; confer with A. Stolper re same; review research from S. Sims on choice of law issues confer with C. Schaffer re status. | $950.00 | 1.5 | $1,425.00 |
| Feb 27, 2020 | SHS | Research regarding choice of law issues; confer with J. Frank re same; review WF email to Judge Wilner | $900.00 | 1.8 | $1,620.00 |
| Feb 28, 2020 | JMF | Confer with B. Hanlin re Atkins contract; review documents. | $950.00 | 1 | $950.00 |
| Mar 02, 2020 | JMF | Review memorandums from B. Hanlin and Beale on contract review project for Brown and Atkins Administrators; review forms. | $950.00 | 1.5 | $1,425.00 |
| Mar 02, 2020 | MN | Review minute order re Bellwether status conference; update trial calendar. | $400.00 | 0.3 | $120.00 |
| Mar 02, 2020 | SHS | Review memos re named plaintiffs | $900.00 | 0.5 | $450.00 |
| Mar 03, 2020 | SHS | Conference with J. Frank re strategy for amended complaint | $900.00 | 0.3 | $270.00 |
| Mar 03, 2020 | JMF | Confer with B. Hanlin re GAPA states according to Wells Fargo. | $950.00 | 0.3 | $285.00 |
| Mar 04, 2020 | JMF | Confer with team re G. Carter refund check; investigate; review documents; confer with opposing counsel re same. | $950.00 | 1 | $950.00 |
| Mar 05, 2020 | AS | Email regarding further congressional testimony by WFB executives | $950.00 | 0.2 | $190.00 |
| Mar 05, 2020 | JMF | Confer with F. Azar and A. Stolper re congressional hearing. | $950.00 | 0.5 | $475.00 |

| Date | Initials | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| Mar 06, 2020 | *AS* | Review and edit package for Congressional update | $950.00 | 2 | $1,900.00 |
| Mar 06, 2020 | *JMF* | Review package for Congress; revise; confer with F. Azar and B. Hanlin re same; telephone conference with VI Attorney General. | $950.00 | 4.5 | $4,275.00 |
| Mar 09, 2020 | *JMF* | Confer with ██████ staff (██████) re hearing and background; prepare summary and questions for Congressman Perlmutter; confer with team re strategy; review committee report. | $950.00 | 6 | $5,700.00 |
| Mar 10, 2020 | *AS* | Prepare for meeting with ██████ and ██████ questioning of WFB executives | $950.00 | 2.5 | $2,375.00 |
| Mar 10, 2020 | *JMF* | Meeting with ██████ to prepare her questioning of Wells Fargo CEO; confer with team re same; prepare questions for ██████; confer with team re strategy; review committee report. | $950.00 | 4.5 | $4,275.00 |
| Mar 10, 2020 | *MN* | Upload transcript re Bellwether Status Conference; review same. | $400.00 | 0.3 | $120.00 |
| Mar 11, 2020 | *JMF* | Confer with F. Azar re Facebook GAP campaign; confer with B. Hanlin re 5-Star Preferred contract review. | $950.00 | 0.9 | $855.00 |
| Mar 12, 2020 | *AS* | Correspondence with KCC confirming notices were mailed | $950.00 | 0.1 | $95.00 |
| Mar 16, 2020 | *AS* | Motion to compel Ngo to withdraw as counsel. | $950.00 | 0.5 | $475.00 |
| Mar 16, 2020 | *JMF* | Prepare motion to compel withdrawal; confer with team re I. Ngo voluntary withdrawal; review GAP forms with B. Hanlin for First Amended Complaint; legal analysis; confer with B. Hanlin re contract analysis project. | $950.00 | 3 | $2,850.00 |
| Mar 17, 2020 | *JMF* | Review notice of deficiency; confer with M. Nowowiejski re same. | $950.00 | 0.2 | $190.00 |
| Mar 18, 2020 | *JMF* | Review list of vetted plaintiffs; review loan files; confer with B. Hanlin re same. | $950.00 | 1.5 | $1,425.00 |

| Mar 19, 2020 | AS | Review WFB executive testimony to Congress | $950.00 | 1 | $950.00 |
|---|---|---|---|---|---|
| Mar 19, 2020 | JMF | Review ▮▮▮▮ video questioning of Wells Fargo CEO on GAP; confer with team re same; confer with C. Schaffer, F. Azar re revised JPA; confer with clients re same. | $950.00 | 2 | $1,900.00 |
| Mar 20, 2020 | JMF | Legal analysis for First Amended Complaint; confer with B. Hanlin re plaintiff summaries; review article on arbitrations from F. Azar. | $950.00 | 7.4 | $7,030.00 |
| Mar 23, 2020 | JMF | Prepare fact section for First Amended Complaint; review documents and GAP contracts; confer with C. Schaffer re vetting of new plaintiffs; review transcript of Finance Committee hearing on Wells Fargo; review memorandums from B. Hanlin; legal analysis. | $950.00 | 8 | $7,600.00 |
| Mar 23, 2020 | AS | Review first opt in report from KCC; meeting with team making outbound contacts to the opt ins; correspondence re same | $950.00 | 0.8 | $760.00 |
| Mar 23, 2020 | SHS | Review named plaintiff documents; confer with J. Frank re amended complaint | $900.00 | 1.2 | $1,080.00 |
| Mar 24, 2020 | JMF | Review and revise script for class members contacts; confer with B. Hanlin re chart; team meeting re strategy. | $950.00 | 2 | $1,900.00 |
| Mar 24, 2020 | AS | Confer re: inbound opt ins; edit talking points | $950.00 | 0.7 | $665.00 |
| Mar 24, 2020 | SHS | Confer with team re calls to class members | $900.00 | 0.5 | $450.00 |
| Mar 25, 2020 | AS | Review and edit FAC | $950.00 | 3.5 | $3,325.00 |
| Mar 25, 2020 | JMF | Prepare First Amended Complaint; confer with F. Azar re bellwether plaintiffs; confer with team re strategy; 50 state survey of Money Had & Received cases; confer with A. Beale re Plaintiff chart; review emails with opposing counsel re notice of sample of class. | $950.00 | 13 | $12,350.00 |

| Mar 26, 2020 | *JMF* | 50 state survey of Money Had & Received cases; confer with S. Sims re Holder Rule research; review memorandum on new plaintiffs. | $950.00 | 12 | $11,400.00 |
|---|---|---|---|---|---|
| Mar 26, 2020 | *MN* | Review and organize J. Frank research re First Amended Complaint. | $400.00 | 0.3 | $120.00 |
| Mar 26, 2020 | *SHS* | Review and revise amended complaint; confer with J. Frank re same; research re legal issues in amended complaint | $900.00 | 5.2 | $4,680.00 |
| Mar 27, 2020 | *JMF* | Prepare First Amended Complaint; legal analysis; confer with team re same; review GAPA states; telephone conference with California plaintiff prospect; confer with S. Sims re TILA. | $950.00 | 9 | $8,550.00 |
| Mar 27, 2020 | *MN* | Review and organize further J. Frank research re First Amended Complaint; review and revise draft of First Amended Complaint. | $400.00 | 1 | $400.00 |
| Mar 27, 2020 | *SHS* | Review legal research and analysis re holder rule; research re statutes of limitations; prepare amended complaint | $900.00 | 6 | $5,400.00 |
| Mar 28, 2020 | *JMF* | Legal analysis of tolling; confer with A. Stolper and S. Sims re same; prepare First Amended Complaint; confer with B. Hanlin re confirming dates and amounts. | $950.00 | 5 | $4,750.00 |
| Mar 28, 2020 | *MN* | Continue review and revisions First Amended Complaint; organize and prepare exhibits to First Amended Complaint. | $400.00 | 1 | $400.00 |
| Mar 28, 2020 | *AS* | Revisions to FAC | $950.00 | 4.4 | $4,180.00 |
| Mar 28, 2020 | *SHS* | Prepare amended complaint; research and confer with team re tolling issues | $900.00 | 1 | $900.00 |

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Mar 29, 2020 | *JMF* | Prepare First Amended Complaint; review contacts with named class representatives from I. Ngo; confer with F. Azar re same; confer with C. Schaffer re First Amended Complaint. | $950.00 | 8 | $7,600.00 |
| Mar 30, 2020 | *JMF* | Prepare First Amended Complaint; legal analysis re same; confer with B. Hanlin re chart; incorporate changes from team. | $950.00 | 8.6 | $8,170.00 |
| Mar 30, 2020 | *MN* | Conference with team re First Amended Complaint; review and revise exhibits to same; review termination agreements. | $400.00 | 1.8 | $720.00 |
| Mar 30, 2020 | *SHS* | Prepare amended complaint; research for same | $900.00 | 2.5 | $2,250.00 |
| Mar 31, 2020 | *JMF* | Prepare First Amended Complaint and send to clients; confer with B. Hanlin re ITOP reports and produced checks; telephone conference with K. Hill re bankruptcy; review interview notes with D. Brooks; confer with C. Schaffer re client sign-off on First Amended Complaint. | $950.00 | 7 | $6,650.00 |
| Mar 31, 2020 | *MN* | Download, review and organize ITOP reports and bank documents. | $400.00 | 0.4 | $160.00 |
| Mar 31, 2020 | *AS* | Zoom call with investigators making outbound calls | $950.00 | 0.5 | $475.00 |
| Apr 01, 2020 | *MN* | Review, revise and finalize First Amended Complaint and exhibits to same; eFile same. | $400.00 | 3.5 | $1,400.00 |
| Apr 01, 2020 | *JMF* | Prepare and file first amended complaint; incorporate revisions from team; confer with B. Hanlin re dropping named plaintiff with bankruptcy issue; legal analysis re same; update chart on named plaintiffs; review CLRA letter; confer with B. Hanlin and M. Azar re named plaintiff residency; review correspondence with L. Lucchesi. | $950.00 | 7 | $6,650.00 |
| Apr 02, 2020 | *JMF* | Confer with F. Azar re update on class member retention. | $950.00 | 0.4 | $380.00 |

| Apr 05, 2020 | SHS | Prepare interrogatories; confer with J. Frank re same | $900.00 | 0.5 | $450.00 |
|---|---|---|---|---|---|
| Apr 05, 2020 | JMF | Review revisions to discovery requests. | $950.00 | 0.5 | $475.00 |
| Apr 05, 2020 | AS | Review and edit rogs | $950.00 | 1 | $950.00 |
| Apr 06, 2020 | SHS | Further revisions to interrogatories; confer with J. Frank re same | $900.00 | 0.5 | $450.00 |
| Apr 06, 2020 | MN | Prepare draft of further special interrogatories to defendants; confer with J. Frank re same. | $400.00 | 0.5 | $200.00 |
| Apr 06, 2020 | JMF | Review correspondence with L. Lucchesi; prepare template for GAP form interrogatories; confer with S. Sims re same. | $950.00 | 1 | $950.00 |
| Apr 07, 2020 | MN | Confer with team re further special interrogatories to defendants; confer with B. Hanlin re same; prepare draft of same; draft special interrogatories, set one from B. Sweeney to defendants. | $400.00 | 0.5 | $200.00 |
| Apr 07, 2020 | JMF | Prepare remediation interrogatories; confer with B. Hanlin re GAP form interrogatories for named plaintiffs; review emails with opposing counsel. | $950.00 | 3 | $2,850.00 |
| Apr 08, 2020 | JMF | Confer with B. Hanlin re Atkin transcript; confer with M. Nowowiejski re exhibits for interrogatories; confer with A. Stolper re contacts; review Wells Fargo account settlement; review weekly report from L. Lucchesi. | $950.00 | 1.9 | $1,805.00 |
| Apr 08, 2020 | AS | Review and analyze opt in report | $950.00 | 0.5 | $475.00 |
| Apr 09, 2020 | SHS | Research re assignment issues and UCC; confer with J. Frank; review interrogatories | $900.00 | 2.4 | $2,160.00 |
| Apr 09, 2020 | MN | Review, revise and finalize Sweeney's interrogatories to defendants; serve same; calendar deadline. | $400.00 | 0.3 | $120.00 |

| Apr 09, 2020 | JMF | Confer with S. Sims re UCC research; legal analysis re same; confer with B. Mayberry re new service list; prepare and serve Sweeney interrogatories. | $950.00 | 3.5 | $3,325.00 |
|---|---|---|---|---|---|
| Apr 10, 2020 | JMF | Prepare bellwether interrogatories; confer with B. Hanlin re same. | $950.00 | 2 | $1,900.00 |
| Apr 13, 2020 | MN | Revise, finalize and serve special interrogatories, set three; calendar response deadline. | $400.00 | 1 | $400.00 |
| Apr 13, 2020 | JMF | Prepare and serve bellwether interrogatories; confer with B. Hanlin re same; confer with M. Nowowiejski re same; confer with B. Hanlin re opt-ins after deadline. | $950.00 | 3 | $2,850.00 |
| Apr 14, 2020 | SHS | Research re arbitration issues; confer with J. Frank | $900.00 | 1 | $900.00 |
| Apr 14, 2020 | JMF | Legal analysis of arbitration issues; confer with S. Sims re same; review history of RISC adding arbitration clause and class waiver; confer with B. Hanlin re new interrogatory and form project; review report from L. Lucchesi; meet and confer with B. Mayberry. | $950.00 | 4 | $3,800.00 |
| Apr 15, 2020 | SHS | Confer with team re strategy; review information related to class member contacts | $900.00 | 1 | $900.00 |
| Apr 15, 2020 | MN | Download and review Atkins deposition. | $400.00 | 0.3 | $120.00 |
| Apr 15, 2020 | JMF | Confer with F. Azar re later Wells Fargo settlement; confer with M. Nowowiejski re I. Ngo withdrawal; team meeting re status and strategy; confer with B. Hanlin re T. Jones addendum; review status report on consents and contacts from E. Kibler. | $950.00 | 1.5 | $1,425.00 |
| Apr 15, 2020 | AS | Review and analyze opt in data | $950.00 | 0.3 | $285.00 |
| Apr 16, 2020 | SHS | Review meet and confer email from B. Mayberry re motion to compel; confer with team re same; draft response to same | $900.00 | 1 | $900.00 |

| Apr 16, 2020 | JMF | Meet and confer with B. Mayberry re motion to compel arbitration and motion to dismiss scheduling. | $950.00 | 1 | $950.00 |
|---|---|---|---|---|---|
| Apr 16, 2020 | AS | Review meet and confer emails re: MTD and arb motions | $950.00 | 0.9 | $855.00 |
| Apr 17, 2020 | SHS | Confer with A. Stolper re Wells Fargo contacting class members and response to same; legal research re class member contact; review J. Davey email re class member contact | $900.00 | 1.5 | $1,350.00 |
| Apr 17, 2020 | MN | Review and revise additional sets of special interrogatories on behalf of Carter, Humphreys, Awan, Marteins, Jones and Arrington. | $400.00 | 1.2 | $480.00 |
| Apr 17, 2020 | JMF | Confer with E. Kibler re Wells Fargo contacting class members who opted to speak with Plaintiffs' counsel; confer with A. Stolper and S. Sims re strategy; confer with B. Hanlin re form review for numerosity interrogatories; review emails from Davey confirming law firms contacting class members; call back number left by Wells Fargo attorney; legal analysis. | $950.00 | 3 | $2,850.00 |
| Apr 17, 2020 | AS | Inquire of WFB whether they are improperly contacting opt-ins; investigation into same | $950.00 | 5.5 | $5,225.00 |
| Apr 18, 2020 | JMF | Review update from E. Kibler; confer with A. Stolper re strategy. | $950.00 | 0.5 | $475.00 |
| Apr 19, 2020 | JMF | Prepare interrogatories; confer with B. Hanlin re strategy. | $950.00 | 4 | $3,800.00 |
| Apr 20, 2020 | SHS | Review Wells Fargo motion for relief; confer with team re same; edit response to Wells Fargo request; confer with team re class member contact issues and strategy re same | $900.00 | 2 | $1,800.00 |
| Apr 20, 2020 | MN | Review Defendants' request for relief re deadline on motion to compel arbitration; review, revise and finalize response to same; eFile response; transcribe voice mail. | $400.00 | 1.5 | $600.00 |

| Apr 20, 2020 | JMF | Prepare response to Wells Fargo's motion on arbitration deadline; review and revise letter to J. Davey re misleading and improper contacts with class members; confer with A. Stolper re same; review weekly status report from L. Lucchesi; confer with C. Schaffer re Congressional Testimony and Waiver of Arbitration issue; legal analysis re same; review recordings of Wells Fargo messages; confer with A. Stolper and S. Sims re same. | $950.00 | 3.9 | $3,705.00 |
| Apr 20, 2020 | AS | Review Pennington voicemail left by WFB; strategy re: same; have it transcribed; review final notice to opt ins; contact KCC re: same; strategy about steps going forward; draft letter to Davey re: same | $950.00 | 7.2 | $6,840.00 |
| Apr 21, 2020 | SHS | Research re class member contact by WF; confer with team re same | $900.00 | 2 | $1,800.00 |
| Apr 21, 2020 | JMF | Review withdrawal of notice of appearance for I. Ngo; confer with team re improper contact investigation. | $950.00 | 0.5 | $475.00 |
| Apr 21, 2020 | AS | Meeting re: WFB improper conduct; revise letter re: same | $950.00 | 3 | $2,850.00 |
| Apr 22, 2020 | SHS | Review draft class member declarations; review meet and confer emails from Wells Fargo | $900.00 | 1.3 | $1,170.00 |
| Apr 22, 2020 | JMF | Review correspondence with J. Davey re refusal to release loan files for untimely consents; confer with A. Stolper re same; review notes on Dorn and Dixon interviews; review emails from B. Mayberry. | $950.00 | 1.5 | $1,425.00 |
| Apr 22, 2020 | AS | Review information from additional opt ins misled by WFB; correspond with WFB consents that arrived after the deadline | $950.00 | 3.4 | $3,230.00 |
| Apr 23, 2020 | SHS | Review WF re motion for relief; confer with team re same; review email from J. Davey re late opt-ins | $900.00 | 0.5 | $450.00 |

| Apr 23, 2020 | MN | Review Defendants' reply to request re motion to compel arbitration. | $400.00 | 0.2 | $80.00 |
|---|---|---|---|---|---|
| Apr 23, 2020 | JMF | Review letter to Wells Fargo re improper contacts; confer with A. Stolper re same; legal analysis re same; review reply in support of request to confirm deadline for arbitration motion; review interview notes with Crippen; team meeting re strategy; review D. Magagna memorandum re arbitration issue; confer with D. Powell re meet and confer on motion to compel arbitration. | $950.00 | 2.9 | $2,755.00 |
| Apr 23, 2020 | AS | Further edits to letter WFB re: inappropriate/misleading contact with class members; review additional voicemails WFB left to opt ins; finalize and send the letter | $950.00 | 4 | $3,800.00 |
| Apr 24, 2020 | SHS | Research regarding arbitration and delegation issues; review proposed stipulation; review meet and confer from J. Davey and confer with team re same; confer with team re class member contact issues | $900.00 | 3.6 | $3,240.00 |
| Apr 24, 2020 | JMF | Legal analysis whether other states besides California have statutes requiring public injunctions and Rent-A-Center issue; confer with C. Schaffer re same; confer with S. Sims re research; meet and confer with J. Davey re arbitration provision; review proposed stipulation from A. Baiardo re pagination; confer with team re immediately calling latest batch of names over weekend; confer with F. Azar re harassing calls to class member from Wells Fargo. | $950.00 | 5 | $4,750.00 |
| Apr 24, 2020 | AS | Follow-up on late-arriving opt-one; strategy concerning what to say to opt ins about WFB misleading conduct; review WFB response to MTC arbitration | $950.00 | 3.9 | $3,705.00 |

| Apr 27, 2020 | *SHS* | Confer with team re strategy for WF class member contact | $900.00 | 0.6 | $540.00 |
| Apr 27, 2020 | *JMF* | Team call re strategy and investigation into improper contacts; review Lazerbic and Acton interview; confer with L. Lucchesi and A. Stolper re contact list. | $950.00 | 1 | $950.00 |
| Apr 27, 2020 | *AS* | Gathering consents to provide WFB to obtain loan file information; meet and confer correspondence re arbitration. | $950.00 | 1 | $950.00 |
| Apr 28, 2020 | *SHS* | Confer with J. Frank re arbitration issues; research arbitration issues; confer with team re refund for Marteins; prepare declarations of class members for retraining order motion; review email from J. Davey re class member contact; review meet and confer from J. Davey re arbitration; review meet and confer from J. Davey re class member contact and confer with team on strategy re same | $900.00 | 3.5 | $3,150.00 |
| Apr 28, 2020 | *JMF* | Legal analysis of arbitration issue; confer with S. Sims re same; review letter from J. Davey re contacting class members; confer with A. Stolper and team re outline of motion for restraining order; review emails from J. Davey refusing to directly answer injunction questions; review drafts of class member affidavits and interview notes; call class members; confer with E. Kibler re consent list. | $950.00 | 6.6 | $6,270.00 |

| Date | Initials | Description | Rate | Hours | Total |
|---|---|---|---|---|---|
| Apr 28, 2020 | *AS* | Review additional evidence of WFB interference with opt in process; research and review cases on interference with witnesses in civil context; further meet and confer re: arbitration; review WFB response to letter concerning contacts; begin drafting ex parte and conducting research re: same. | $950.00 | 9 | $8,550.00 |
| Apr 29, 2020 | *SHS* | Research arbitration issues; confer with team re class member contact; review draft investigator declaration; interview class member re contact from WF; review WF voice mails; research and prepare motion re class member contact | $900.00 | 6.2 | $5,580.00 |
| Apr 29, 2020 | *JMF* | Confer with team re signing up class members improperly contacted by Wells Fargo; legal analysis of improper contact issue; legal analysis of arbitration/injunction issue; review emails re consents. | $950.00 | 5 | $4,750.00 |
| Apr 29, 2020 | *AS* | Strategy regarding whether to represent opt ins; discussions re: same; further drafting of ex parte application for injunction | $950.00 | 5.5 | $5,225.00 |
| Apr 30, 2020 | *SHS* | Interview class members re WF contacts; prepare draft class member declarations; prepare motion re class member contact; review J. Selna order | $900.00 | 5.6 | $5,040.00 |
| Apr 30, 2020 | *JMF* | Class member interview; prepare declarations; confer with team re investigation; review order re allowing arbitration motion. | $950.00 | 8 | $7,600.00 |
| Apr 30, 2020 | *AS* | Review and edit declarations in support of ex parte; continue drafting and editing same | $950.00 | 3 | $2,850.00 |
| May 01, 2020 | *SHS* | Review proposed stipulation; research and prepare motion re class member contact | $900.00 | 3.6 | $3,240.00 |

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| May 01, 2020 | JMF | Confer with A. Baiardo re extensions; review proposed stipulation from A. Baiardo. | $950.00 | 0.4 | $380.00 |
| May 03, 2020 | SHS | Research and prepare motion re class member contact | $900.00 | 4.4 | $3,960.00 |
| May 04, 2020 | SHS | Prepare draft class member declarations; interview class members | $900.00 | 2 | $1,800.00 |
| May 04, 2020 | JMF | Prepare application for restraining order; interview class members contacted; prepare declarations; confer with A. Baiardo re revisions. | $950.00 | 7 | $6,650.00 |
| May 04, 2020 | AS | Additional edits to declarations and to the motion for injunction and sanctions | $950.00 | 2.9 | $2,755.00 |
| May 05, 2020 | SHS | Review meet and confer from J. Davey; confer with team re class member contact motion; confer with class members re declarations; prepare motion re class member contact | $900.00 | 3.5 | $3,150.00 |
| May 05, 2020 | JMF | Prepare application for restraining order and declarations; confer with J. Davey re extension on discovery responses; prepare meet and confer letter; confer with A. Baiardo re stipulation and revisions; confer with team re restraining order motion and investigation. | $950.00 | 6.5 | $6,175.00 |
| May 05, 2020 | AS | Prepare ex parte application for restraining order and associated documents; analyze opt ins vs. consents | $950.00 | 11 | $10,450.00 |
| May 06, 2020 | SHS | Review J. Wilner order re class member contact; confer with team re same; research re same | $900.00 | 1.1 | $990.00 |
| May 06, 2020 | JMF | Review correspondence with Judge Wilner's clerk re audio recording; review order denying ex parte for restraining order and setting conference for May 12; confer with team re order. | $950.00 | 1 | $950.00 |

| May 07, 2020 | SHS | Review emails from J. Davey re class member contacts; confer with team re same; confer with team re stipulation proposed by WF | $900.00 | 0.5 | $450.00 |
|---|---|---|---|---|---|
| May 07, 2020 | JMF | Confer with J. Davey scheduling meet and confer; confer with A. Baiardo re stipulation on dates; revise stipulation; confer with A. Stolper re rejecting page extension request; review emails with opposing counsel re consents for loan files; confer with A. Stolper re same; confer with C. Schaffer re motion to strike class allegations. | $950.00 | 2 | $1,900.00 |
| May 07, 2020 | AS | Correspondence re: adequacy of consents provided to WFB; correspondence re: stipulations on briefing schedules; | $950.00 | 1 | $950.00 |
| May 08, 2020 | SHS | Prepare for and meet and confer with Wells Fargo re motions to dismiss and motion to strike; research regarding motion to dismiss issues; review and analyze Wells Fargo's ex parte application re page limits and confer with team re response; | $900.00 | 4.4 | $3,960.00 |
| May 08, 2020 | JMF | Meet and confer with opposing counsel on motions and legal positions; confer with team re research projects; legal analysis; review ex parte application for page extension; confer with A. Stolper and S. Sims re same. | $950.00 | 4 | $3,800.00 |
| May 08, 2020 | AS | Meet and confer re: WFB MTD; Prepare for same | $950.00 | 3.5 | $3,325.00 |
| May 09, 2020 | SHS | Prepare response to ex parte application; confer with team re same | $900.00 | 2.1 | $1,890.00 |
| May 10, 2020 | SHS | Confer with team re WF opposition to ex parte application | $900.00 | 0.7 | $630.00 |
| May 10, 2020 | JMF | Review opposition to ex part application for page extension; confer with A. Stolper and S. Sims re same. | $950.00 | 1.5 | $1,425.00 |

| May 11, 2020 | *SHS* | Review order denying ex parte application; review Wells Fargo's objections to B. Sweeney interrogatories; prepare meet and confer to Wells Fargo re interrogatory objections; review Wells Fargo briefing against Bel-Aire West notice; confer with team and prepare for hearing with Judge Wilner | $900.00 | 3.7 | $3,330.00 |
| May 11, 2020 | *JMF* | Review interrogatory objections; review order from Judge Selna denying page extension; review TILA research; confer with S. Sims re class member interview on improper contact; review recordings and scripted message summaries; review S. Sims meet and confer letter re improper objections and discovery responses; confer with team re investigation; review opposition to ex parte application for restraining order; prepare for hearing with A. Stolper. | $950.00 | 5 | $4,750.00 |
| May 11, 2020 | *AS* | Review TILA research; review WFB responses to Sweeney rogs; meet-and-confer re: same; Prepare for hearing with Court re: restraining order | $950.00 | 4 | $3,800.00 |
| May 12, 2020 | *SHS* | Prepare for and attend telephonic hearing with Judge Wilner; strategy conferences with team; conversations with class members; meet and confer emails with Wells Fargo re discovery; review meet and confer emails re motions to compel arbitration | $900.00 | 5.1 | $4,590.00 |

| Date | | Description | | | |
|---|---|---|---|---|---|
| May 12, 2020 | JMF | Hearing on Wells Argo's improper contacts with class members; confer with team re same; legal analysis of statute of limitation issues; confer with S. Sims re same; confer with A. Stolper and S. Sims re arbitration provision; meet and confer with J. Davey re arbitration provision and Arbitrator ability to issue injunctions; review emails from D. Powell agreeing to provide substantial responses to discovery. | $950.00 | 4.5 | $4,275.00 |
| May 12, 2020 | AS | Prepare for an attend hearing re: WFB misconduct; meet and confer re: MTC arbitration; strategy re: both | $950.00 | 5.5 | $5,225.00 |
| May 13, 2020 | SHS | Conferences with team re settlement discussions and settlement negotiation strategy; emails with court re ex parte application; emails with Wells Fargo re briefing on motions to dismiss and restraining order; review Wells Fargo objections and responses to Plaintiffs' discovery; research re UCL and statute of limitations tolling | $900.00 | 3.2 | $2,880.00 |
| May 13, 2020 | JMF | Telephone conference with D. Powell re Wells Fargo wants to resume settlement negotiations; confer with team re same, strategy and whether to grant extension; review Wells Fargo's responses to interrogatories, set no. 3; review notice of lodging of Wells Fargo's recordings; email L. Meisinger to schedule call review minutes from Judge Wilner. | $950.00 | 2 | $1,900.00 |
| May 13, 2020 | AS | Collect and review voicemails left by WFB for opt-ins; lodge same with court; connect with WFB re: resuming mediation; call mediator re: scheduling time | $950.00 | 4.9 | $4,655.00 |

| May 14, 2020 | JMF | Confer with team re status and strategy; telephone conference with D. Powell, A. Baiardo, A. Stolper re Mediation; telephone conference with L. Meisinger re emergency Mediation dates; confer with opposing counsel re scheduling; revise stipulation for deadline extension for filing; confer with C. Schaffer re status. | $950.00 | 2.5 | $2,375.00 |
|---|---|---|---|---|---|
| May 14, 2020 | AS | Call with WFB re: settlement; stipulation resetting briefing schedule on WFB misconduct; | $950.00 | 3 | $2,850.00 |
| May 15, 2020 | JMF | Confer with M. Nowowiejski re extension on discovery; review order extending deadlines on motions to dismiss; review Wilner Order; confer with A. Stolper re same. | $950.00 | 0.7 | $665.00 |
| May 18, 2020 | SHS | Prepare for and strategy conference with team; emails with team investigators re Wells Fargo contacting class members | $900.00 | 1 | $900.00 |
| May 18, 2020 | AS | F&I automatic refund process review; discussions with team re: same | $950.00 | 1 | $950.00 |
| May 18, 2020 | JMF | Review F&I PowerPoint; confer with A. Stolper re same. | $950.00 | 0.5 | $475.00 |
| May 19, 2020 | SHS | Strategy conferences with team; research re potential settlement issues | $900.00 | 0.8 | $720.00 |
| May 19, 2020 | JMF | Confer with Signature re Mediation; confer with Dallas attorney re Wells Fargo case and GAP issues; confer with P. Norell re Herrera. | $950.00 | 1.4 | $1,330.00 |
| May 20, 2020 | AS | Confer with class plaintiff re: case update | $950.00 | 0.5 | $475.00 |
| May 20, 2020 | JMF | Confer with team re Herrera; confer with M. Nowowiejski re discovery. | $950.00 | 0.3 | $285.00 |

| May 21, 2020 | JMF | Confer with F. Azar and A. Stolper re Private Investigator report; review emails with D. Powell re status of interrogatory responses; confer with C. Schaffer re status. | $950.00 | 0.7 | $665.00 |
|---|---|---|---|---|---|
| May 21, 2020 | SHS | Emails with opposing counsel re discovery | $900.00 | 0.2 | $180.00 |
| May 22, 2020 | SHS | Research re mega funds; confer with J. Frank re same | $900.00 | 1 | $900.00 |
| May 22, 2020 | AS | Review case law re: logistics of megafunds; prior WFB settlements | $950.00 | 2.5 | $2,375.00 |
| May 22, 2020 | JMF | Research mega fund cases; confer with S. Sims re same; confer with M. Nowowiejski re interrogatories. | $950.00 | 1.5 | $1,425.00 |
| May 23, 2020 | JMF | Review memorandum on AG Settlement; confer with F. Azar re same. | $950.00 | 0.8 | $760.00 |
| May 26, 2020 | AS | Team meeting re: mediation; loan files; motion to dismiss. | $950.00 | 1 | $950.00 |
| May 26, 2020 | SHS | Conferences with team re mediation and case strategy; research and prepare mediation brief | $900.00 | 3.2 | $2,880.00 |
| May 26, 2020 | JMF | Team meeting re strategy. | $950.00 | 1 | $950.00 |
| May 27, 2020 | AS | Loan file follow-up; communicate with mediator re: scheduling | $950.00 | 0.2 | $190.00 |
| May 27, 2020 | SHS | Research and prepare mediation brief; strategy call with team; prepare meet and confer to Wells Fargo re discovery issues | $875.00 | 6.5 | $5,687.50 |
| May 27, 2020 | JMF | Confer with F. Azar re Wells Fargo targeting opt-in class members; confer with S. Sims re numerosity proposal; proposed stipulation to opposing counsel re numerosity; confer with S. Sims re meet and confer objections; review emails on loan file production. | $950.00 | 1.3 | $1,235.00 |
| May 28, 2020 | AS | Confer with counsel for WFB re: settlement; mediation brief | $950.00 | 2.9 | $2,755.00 |
| May 28, 2020 | SHS | Research and prepare mediation brief; conference with team re mediation and call from David Powell | $900.00 | 5.5 | $4,950.00 |

| May 28, 2020 | *JMF* | Confer with M. Nowowiejski re bills. | $950.00 | 0.2 | $190.00 |
|---|---|---|---|---|---|
| May 29, 2020 | *SHS* | Review WF supplemental discovery responses; confer with J. Frank; draft meet and confer re supplemental responses | $900.00 | 2.5 | $2,250.00 |
| May 29, 2020 | *AS* | Meet and confer with Wells Fargo; follow-up with counsel from WFB and the team; follow up re: loan files | $950.00 | 2 | $1,900.00 |
| May 29, 2020 | *JMF* | Confer with S. Sims re supplemental responses meet and confer; revise same; confer with D. Powell re Mediation; review documents cited in interrogatories; confer with B. Hanlin re same; meet and confer with opposing counsel re loan files and discovery. | $950.00 | 2.9 | $2,755.00 |
| Jun 01, 2020 | *SHS* | Prepare meet and confer to J. Davey; research and draft mediation brief | $900.00 | 8.5 | $7,650.00 |
| Jun 01, 2020 | *AS* | Evaluate what additional information is needed before mediation; strategy re: mediation and mediators | $950.00 | 2.5 | $2,375.00 |
| Jun 01, 2020 | *JMF* | Prepare meet and confer letter re deficient interrogatory responses; confer with opposing counsel re Lucero; confer with D. Powell re Judge Guilford and scheduling of Mediation. | $950.00 | 2 | $1,900.00 |
| Jun 02, 2020 | *JMF* | Confer with team re Mediation; confer with B. Mayberry re Lucero refund. | $950.00 | 0.3 | $285.00 |
| Jun 03, 2020 | *SHS* | Confer with team re strategy | $900.00 | 0.5 | $450.00 |
| Jun 03, 2020 | *JMF* | Confer with Lou Meisinger re Mediation; team meeting re strategy; confer with C. Schaffer re Mediation. | $950.00 | 1 | $950.00 |
| Jun 04, 2020 | *SHS* | Review WF documents | $900.00 | 1.5 | $1,350.00 |

| Jun 04, 2020 | JMF | Confer with Attorney General; confer with C. Schaffer's office re research project; confer with opposing counsel re Mediation; review Wells Fargo's PowerPoint to Attorney General. | $950.00 | 2 | $1,900.00 |
|---|---|---|---|---|---|
| Jun 05, 2020 | SHS | Conferences with team re mediation and case strategy; review memo re other Wells Fargo settlements; research re megafund class action settlements | $900.00 | 2 | $1,800.00 |
| Jun 05, 2020 | AS | Mediation logistics | $950.00 | 1.5 | $1,425.00 |
| Jun 05, 2020 | AS | Communicate with WFB re: mediators; meeting with team re: same; review depositions for mediation | $950.00 | 4 | $3,800.00 |
| Jun 05, 2020 | JMF | Confer with A. Stolper re settlement strategy, COVID protocols, Mediation and locations; review correspondence with opposing counsel; confer with C. Schaffer re Mediation; confer with Signature re cancelling Mediation; review memorandum from M. Elia; legal analysis of creditor issue. | $950.00 | 2.5 | $2,375.00 |
| Jun 06, 2020 | JMF | Review email from A. Baiardo re outdoor space for Mediation. | $950.00 | 0.1 | $95.00 |
| Jun 07, 2020 | AS | Mediation logistics | $950.00 | 0.3 | $285.00 |
| Jun 07, 2020 | JMF | Confer with A. Stolper re Mediation locations and logistics. | $950.00 | 0.3 | $285.00 |
| Jun 08, 2020 | SHS | Conferences with team re mediation and strategy; prepare mediation brief | $900.00 | 1.4 | $1,260.00 |
| Jun 08, 2020 | AS | Discussions with WFB re: settlement; mediation COVID logistics on site; confer with Judge Guilford; | $950.00 | 6 | $5,700.00 |

| Jun 08, 2020 | JMF | Confer with D. Powell re pre-mediation settlement talks and mediation logistics; confer with A. Stolper re same; confer with hotels re COVID availability and logistics for Mediation; review GAP summary sheet from B. Hanlin; confer with C. Schaffer re forced auto insurance settlement against Wells Fargo. | $950.00 | 2 | $1,900.00 |
|---|---|---|---|---|---|
| Jun 09, 2020 | SHS | Review mediation brief; conferences with team re mediation | $900.00 | 0.9 | $810.00 |
| Jun 09, 2020 | AS | Draft mediation brief; include video clips; mediation logistics | $950.00 | 6.9 | $6,555.00 |
| Jun 09, 2020 | JMF | Prepare Mediation Brief; confer with A. Stolper and S. Sims re same; confer with S. Sims re Wells Fargo's deficient responses to interrogatories. | $950.00 | 5.9 | $5,605.00 |
| Jun 10, 2020 | SHS | Prepare mediation brief | $900.00 | 1.5 | $1,350.00 |
| Jun 10, 2020 | AS | Work on mediation brief; incorporate changes from team | $950.00 | 7.7 | $7,315.00 |
| Jun 10, 2020 | MN | Review, revise and finalize mediation brief. | $400.00 | 1.5 | $600.00 |
| Jun 10, 2020 | JMF | Prepare Mediation brief; confer with C. Schaffer re same; incorporate revisions from team. | $950.00 | 8 | $7,600.00 |
| Jun 11, 2020 | AS | Final edits on mediation brief | $950.00 | 2 | $1,900.00 |
| Jun 11, 2020 | JMF | Finalize brief; confer with A. Stolper re Mediation and logistics; confer with M. Azar and B. Hanlin re class representatives; review email from Judge Guilford re Mediation Brief; confer with D. Powell re attendees. | $950.00 | 2.5 | $2,375.00 |
| Jun 12, 2020 | AS | Stipulations resetting briefing on WFB misconduct; correspondence with mediation venue re: logistics; | $950.00 | 3.3 | $3,135.00 |

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Jun 12, 2020 | MN | Review stipulations regarding extensions of time to respond to first amended complaint and file motion to compel arbitration and briefing schedule re motion for restraining order; review court's orders re same; update calendar. | $400.00 | 0.2 | $80.00 |
| Jun 12, 2020 | JMF | Review stipulations for filing; review order extending deadlines on restraining order briefing; confer with M. Azar and B. Hanlin re contacting class representatives for Mediation; confer with B. Hanlin re prejudgment interest research; legal analysis of Missouri issues; review memorandums from M. Murphy re automatic refund states; review statute comparison. | $950.00 | 2.9 | $2,755.00 |
| Jun 15, 2020 | AS | TC with Judge Guilford re: settlement; talking points re: political headwinds for WFB3 | $950.00 | 3.4 | $3,230.00 |
| Jun 15, 2020 | SHS | Conference with A. Stolper re mediation | $900.00 | 0.3 | $270.00 |
| Jun 15, 2020 | JMF | Telephone conference with Judge Guilford re Pre-Mediation call; review 50-state survey on prejudgment interest prepared by B. Hanlin and M. Murphy; confer with B. Hanlin and M. Murphy re same; review order extending deadlines. | $950.00 | 2.3 | $2,185.00 |
| Jun 16, 2020 | AS | Mediation preparation | $950.00 | 4 | $3,800.00 |
| Jun 16, 2020 | JMF | Prepare for Mediation; confer with team re same; confer with B. Hanlin re research for Mediation; review Wells Fargo's settlements; prepare charts and PowerPoint. | $950.00 | 5.6 | $5,320.00 |
| Jun 17, 2020 | AS | Attend mediation incl. meeting with in house counsel for WFB | $950.00 | 12 | $11,400.00 |
| Jun 17, 2020 | SHS | Prepare for and attend mediation | $900.00 | 10 | $9,000.00 |
| Jun 17, 2020 | JMF | Mediation. | $950.00 | 12 | $11,400.00 |
| Jun 18, 2020 | AS | Meet and confer re: rogs and loan files from opt ins | $950.00 | 0.8 | $760.00 |

| Jun 18, 2020 | *SHS* | Emails with opposing counsel re discovery; confer with team re strategy | $900.00 | 0.6 | $540.00 |
|---|---|---|---|---|---|
| Jun 18, 2020 | *JMF* | Confer with F. Azar re strategy; review emails with opposing counsel re loan files; confer with C. Schaffer re mediation. | $950.00 | 0.9 | $855.00 |
| Jun 22, 2020 | *AS* | Meet and confer with WFB re: additional opt-ins; | $950.00 | 0.1 | $95.00 |
| Jun 22, 2020 | *JMF* | Confer with B. Hanlin re document review; confer with opposing counsel re meet and confer with opposing counsel. | $950.00 | 0.7 | $665.00 |
| Jun 23, 2020 | *AS* | Review first set of opt in loan files; meet and confer re: numerosity with WFB; meet and confer regarding another 6,000 opt ins | $950.00 | 5 | $4,750.00 |
| Jun 23, 2020 | *JMF* | Review response from J. Davey re motion to compel on numerosity discovery and Plaintiffs' proposed compromise; confer with team re strategy review new document production; meet and confer with opposing counsel. | $950.00 | 3.5 | $3,325.00 |
| Jun 23, 2020 | *SHS* | Prepare for and conference call with opposing counsel and A. Stolper re motion for restraining order; confer with team re same | $900.00 | 0.4 | $360.00 |
| Jun 24, 2020 | *AS* | Correspond with Wells Fargo re: opt ins; correspond re: improper mediation privileged materials. | $950.00 | 1.8 | $1,710.00 |
| Jun 24, 2020 | *JMF* | Review emails with B. Mayberry re Op-In proposal; revise response with A. Stolper and S. Sims. | $950.00 | 1 | $950.00 |
| Jun 24, 2020 | *SHS* | Review correspondence from opposing counsel re motion for retraining order; confer with team and revise response to same | $900.00 | 0.4 | $360.00 |
| Jun 25, 2020 | *SHS* | Review meet and confer from B. Mayberry re restraining order; confer with A. Stolper re response; review draft response; review draft class member declarations | $900.00 | 1.2 | $1,080.00 |

| Jun 25, 2020 | AS | Further communications with WFB re: ex parte application for a restraining order; team meeting re: strategy going forward; | $950.00 | 4.2 | $3,990.00 |
| Jun 25, 2020 | JMF | Meeting with team re status and strategy; review emails between B. Mayberry and A. Stolper re Wells Fargo's response to Wilner order. | $950.00 | 1.5 | $1,425.00 |
| Jun 26, 2020 | SHS | Review email from B. Mayberry re class member contact; confer with A. Stolper re same | $900.00 | 0.4 | $360.00 |
| Jun 26, 2020 | AS | Further correspondence re: ex parte restraining order application; preliminary review of WFB's motions to dismiss, strike and compel arbitration as well as its supplemental brief re: restraining order | $950.00 | 4.5 | $4,275.00 |
| Jun 26, 2020 | MN | Review Wells Fargo's Motions to Dismiss, Strike and Compel Arbitration; confer with J. Frank re same; calendar briefing schedule and hearing dates. | $400.00 | 0.5 | $200.00 |
| Jun 26, 2020 | JMF | Review new document production; review emails with B. Mayberry re proposal on improper contact remedy; revise response; review motions to dismiss, motion to strike and motion to compel arbitration; review cases cited; confer with A. Stolper re same. | $950.00 | 4.5 | $4,275.00 |
| Jun 27, 2020 | SHS | Review WF motion to dismiss, to strike and to compel arbitration; research re same; confer with team re same | $900.00 | 5 | $4,500.00 |
| Jun 27, 2020 | AS | Review yesterday's filing by WFB | $950.00 | 2.6 | $2,470.00 |
| Jun 27, 2020 | MN | Confer with J. Frank re Salcedo exhibit; review Well Fargo's supplemental briefing re restraining order. | $400.00 | 0.4 | $160.00 |

| Jun 27, 2020 | *JMF* | Review Wells Fargo's response to restraining order; confer with team re same; legal analysis of cases cited in motions to dismiss and motion to strike; outline oppositions. | $950.00 | 9.9 | $9,405.00 |
|---|---|---|---|---|---|
| Jun 28, 2020 | *SHS* | Confer with A. Stolper and J. Frank re motions to dismiss and restraining order | $900.00 | 0.5 | $450.00 |
| Jun 28, 2020 | *JMF* | Confer with A. Stolper and S. Sims re strategy. | $950.00 | 0.5 | $475.00 |
| Jun 29, 2020 | *SHS* | Confer with J. Frank re motion to dismiss issues; confer with team re restraining order | $900.00 | 0.8 | $720.00 |
| Jun 29, 2020 | *MN* | Review court's order re video status conference; calendar same. | $400.00 | 0.2 | $80.00 |
| Jun 29, 2020 | *JMF* | Confer with S. Sims re TILA research; confer with M. Murphy re affidavits; confer with A. Stolper re Wells Fargo's lack of compliance; review Wilner order re new hearing date; legal analysis of work product waiver. | $950.00 | 4 | $3,800.00 |
| Jun 30, 2020 | *SHS* | Interview class members; prepare draft declarations; confer with team re motion to dismiss opposition; email to opposing counsel re scheduling | $900.00 | 2.2 | $1,980.00 |
| Jun 30, 2020 | *AS* | Prepare and lodge recordings of WFB lawyers leaving voice mails for opt-ins; review declarations of opt ins for response to supplement for ex parte restraining order | $950.00 | 2.1 | $1,995.00 |
| Jun 30, 2020 | *MN* | Review, revise and finalize notice of lodging; eFile same. | $400.00 | 0.4 | $160.00 |
| Jun 30, 2020 | *JMF* | Review emails on extension; review edits to Gomez declaration; review notice of lodging; confer with D. Magagna; confer with C. Schaffer re projects; review voice mail summary. | $950.00 | 2.3 | $2,185.00 |

| Jul 01, 2020 | *SHS* | Review email from J. Davey re interrogatories; confer with J. Frank re same; interview class members; confer with J. Frank re restraining order | $900.00 | 1.2 | $1,080.00 |
|---|---|---|---|---|---|
| Jul 01, 2020 | *JMF* | Call potential declarants; confer with a. Beale re same; prepare declarations; confer with S. Sims re restraining order brief; review original motion to compel where Wells Fargo contradicts current position; confer with J. Dave re stipulation on Salcedo GAP Agreement; review Davey response to interrogatory questions; confer with D. Magagna re arbitration opposition. | $950.00 | 4.9 | $4,655.00 |
| Jul 02, 2020 | *SHS* | Emails re stipulation on briefing; confer with J. Frank re class member contact | $900.00 | 0.6 | $540.00 |
| Jul 02, 2020 | *JMF* | Prepare restraining order brief; interview declarants; confer with B. Hanlin and S. Sims re same; prepare declarations; confer with M. Azar re communication with arbitration plaintiffs; confer with D. Powell re scheduling. | $950.00 | 6 | $5,700.00 |
| Jul 03, 2020 | *AS* | Review WFB responses to rog meet and confer email; draft response to WFB supplemental brief re: restraining order; edit same and review declarations gathered in support. | $950.00 | 4 | $3,800.00 |
| Jul 03, 2020 | *SHS* | Prepare brief and supporting documents re class contact issues for Judge Wilner; conferences with J. Frank re same; review and analyze Wells Fargo brief and conference with J. Frank re same | $900.00 | 6.9 | $6,210.00 |
| Jul 03, 2020 | *JMF* | Review stipulation on extension; confer with M. Nowowiejski re new filing date; review and revise notice provision chart; confer with B. Hanlin re same; interview potential declarants. | $950.00 | 4.5 | $4,275.00 |

| Jul 04, 2020 | *JMF* | Confer with M. Azar re improper contact follow-up. | $950.00 | 0.3 | $285.00 |
|---|---|---|---|---|---|
| Jul 05, 2020 | *JMF* | Legal analysis for oppositions; prepare class member declarations; interview re same; confer with A. Stolper and S. Sims re strategy. | $950.00 | 6 | $5,700.00 |
| Jul 06, 2020 | *SHS* | Confer with team re class member interviews and declarations; confer with J. Frank re UCC; confer with J. Frank re restraining order | $900.00 | 1.5 | $1,350.00 |
| Jul 06, 2020 | *AS* | Work on opposition to supplement re: restraining order including editing brief and conferring with team regarding hours spent calling opt-ins | $950.00 | 5.2 | $4,940.00 |
| Jul 06, 2020 | *JMF* | Confer with S. Sims re UCC issues; review lodestar on contacting class members; prepare restraining order brief; legal analysis for opposition briefs; confer with team re declarations; interview potential declarants. | $950.00 | 10 | $9,500.00 |
| Jul 07, 2020 | *SHS* | Prepare revisions to restraining order brief; confer with team re declarations; interview class member; prepare opposition to motion to dismiss | $900.00 | 6.5 | $5,850.00 |
| Jul 07, 2020 | *AS* | Prepare for hearing on restraining order; work on oppositions to WFB various other motions; confer with team re: both | $950.00 | 7 | $6,650.00 |
| Jul 07, 2020 | *JMF* | Response in support of restraining order; confer with A. Stolper re same; prepare opposition briefs; legal analysis re same; review TILA section from S. Sims; confer with B. Hanlin re relation back research. | $950.00 | 9.5 | $9,025.00 |
| Jul 08, 2020 | *SHS* | Prepare for and attend hearing with J. Wilner; research re motion to dismiss | $900.00 | 4.8 | $4,320.00 |
| Jul 08, 2020 | *AS* | Prepare for and attend hearing re: restraining order | $950.00 | 5.4 | $5,130.00 |

| Jul 08, 2020 | AS | Contact KCC and inform them that WFB will be paying for another 6,000 opt in notices; coordinate logistics re: same | $950.00 | 2 | $1,900.00 |
|---|---|---|---|---|---|
| Jul 08, 2020 | JMF | Prepare oppositions; legal analysis re same; confer with S. Sims re TILA issues; confer with A. Stolper re parameters for new 600 sample review and revise stipulation on Wells Fargo's wavier of 1st amendment argument; confer with L. Lucchesi re new sample and logistics; review draft of arbitration opposition from D. Magagna; confer with team re strategy. | $950.00 | 9 | $8,550.00 |
| Jul 09, 2020 | SHS | Research and prepare oppositions to motion; confer with J. Frank re same; review research from B. Hanlin | $900.00 | 7.2 | $6,480.00 |
| Jul 09, 2020 | AS | Analysis of loan file data in selection of next 6,000 opt ins; review case law in WFB motions to dismiss | $950.00 | 4.5 | $4,275.00 |
| Jul 09, 2020 | JMF | Prepare opposition briefs; confer with M. Murphy and B. Hanlin re research; confer with M. Azar re communication with arbitration plaintiffs; telephone conference with arbitration class representatives re same. | $950.00 | 8.9 | $8,455.00 |
| Jul 10, 2020 | AS | Further follow-up on WFB production of opt in loan files; draft stipulation to WFB on additional opt in and sent to WFB; request bar admissions for lawyers involved in WFB opt in contact efforts; | $950.00 | 3.3 | $3,135.00 |
| Jul 10, 2020 | JMF | Prepare oppositions; confer with B. Hanlin re research; review correspondence with opposing counsel re next round of 600 sample; confer with A. Stolper re same. | $950.00 | 8.5 | $8,075.00 |

| Jul 11, 2020 | *SHS* | Confer with J. Frank re oppositions to motions; research and prepare oppositions | $900.00 | 3.7 | $3,330.00 |
|---|---|---|---|---|---|
| Jul 11, 2020 | *JMF* | Prepare oppositions; legal analysis re same; confer with S. Sims re equitable tolling and TILA. | $950.00 | 10 | $9,500.00 |
| Jul 12, 2020 | *JMF* | Prepare oppositions; legal analysis re same; confer with M. Murphy re money had and received contract claim issue; confer with S. Baggett re 600 name selection and protocol; confer with A. Stolper re same. | $950.00 | 9 | $8,550.00 |
| Jul 13, 2020 | *AS* | Further research and analysis for selection of next 6,000 opt in requests; correspondence with WFB re: production of loan files for existing opt ins. | $950.00 | 3.9 | $3,705.00 |
| Jul 13, 2020 | *SHS* | Research and prepare opposition to motion to strike; conferences with J. Frank and A. Stolper; email from opposing counsel | $900.00 | 4.2 | $3,780.00 |
| Jul 13, 2020 | *JMF* | Prepare oppositions; review holder rule research; confer with S. Sims re same; legal analysis on arbitration issues; review list of attorneys who contacted class members; research same; confer with team re same; review email correspondence. | $950.00 | 9.5 | $9,025.00 |
| Jul 14, 2020 | *AS* | Review and edit the opposition to the MTD and to strike; review memo on evidentiary sanctions prepared by co-counsel | $950.00 | 4.5 | $4,275.00 |
| Jul 14, 2020 | *SHS* | Research and prepare opposition to motion to strike; conferences with J. Frank re motion to dismiss and motion to strike; review draft opposition to motion to dismiss | $900.00 | 5 | $4,500.00 |

| Jul 14, 2020 | *JMF* | Prepare motion to strike opposition; review recording of hearing on improper contacts; review correspondence on new 600; confer with M. Murphy on Resource Life and notice issue; review memorandum on potential sanctions for improper contact research. | $950.00 | 8.9 | $8,455.00 |
|---|---|---|---|---|---|
| Jul 15, 2020 | *AS* | Continue to review/edit/research opposition to MTC and MTC arbitration and to strike; correspond with WFB re: next 6,000 opt-in project; review redlines to stipulation from WFB | $950.00 | 4.8 | $4,560.00 |
| Jul 15, 2020 | *SHS* | Research and prepare opposition to motion to strike; research and prepare opposition to Herrera motion to compel arbitration; review email from opposing counsel re class member communications; conferences with A. Stolper and J. Frank | $900.00 | 9.5 | $8,550.00 |
| Jul 15, 2020 | *JMF* | Prepare opposition briefs; legal analysis re same; confer with team re status; review latest document production; review correspondence with opposing counsel re loan file production. | $950.00 | 7.3 | $6,935.00 |
| Jul 16, 2020 | *SHS* | Research and prepare opposition to motion to compel arbitration; research and prepare opposition to motion to dismiss; confer with J. Frank re same; review J. Davey emails re loan files | $900.00 | 8 | $7,200.00 |
| Jul 16, 2020 | *AS* | Return redlined stipulation to WFB re: new 6,000 opt in; confer with co-counsel re: same; research and review oppositions to the various WFB bank motions | $950.00 | 3.7 | $3,515.00 |

| Jul 16, 2020 | *JMF* | Prepare opposition briefs; legal analysis re same; review correspondence with Josh Davey re Dealer Track and loan files questions; review memorandum from M. Murphy on cases on whether complaint can qualify as written notice; review cases; review hearing transcript. | $950.00 | 10.5 | $9,975.00 |
|---|---|---|---|---|---|
| Jul 17, 2020 | *SHS* | Research and prepare oppositions; review documents | $900.00 | 6.2 | $5,580.00 |
| Jul 17, 2020 | *AS* | Correspondence with WFB re stipulation | $950.00 | 0.7 | $665.00 |
| Jul 17, 2020 | *JMF* | Prepare opposition briefs; review correspondence with opposing counsel ere loan file stipulation; review new document production. | $950.00 | 9 | $8,550.00 |
| Jul 18, 2020 | *JMF* | Prepare opposition briefs; legal analysis re same. | $950.00 | 8.6 | $8,170.00 |
| Jul 19, 2020 | *SHS* | Confer with J. Frank and A. Stolper re oppositions | $900.00 | 1 | $900.00 |
| Jul 19, 2020 | *JMF* | Prepare arbitration opposition brief; legal analysis re same; confer with team re same; confer with team re opposition to motion to dismiss and motion to strike proposed changes. | $950.00 | 8.5 | $8,075.00 |
| Jul 20, 2020 | *SHS* | Prepare oppositions and supporting documents for oppositions; confer with J. Frank re oppositions; review emails re loan files; research re motion to compel | $900.00 | 7.5 | $6,750.00 |
| Jul 20, 2020 | *AS* | Prepare and review the oppositions to WFB motions; request cross-reference loan IDs from WFB; review result of loan file review from co-counsel | $950.00 | 6.5 | $6,175.00 |
| Jul 20, 2020 | *JMF* | Prepare opposition briefs for filing; confer with team re proposed revisions; review emails with opposing counsel. | $950.00 | 8.3 | $7,885.00 |
| Jul 21, 2020 | *SHS* | Confer with J. Frank re motion to compel; prepare motion to compel; review emails re loan files | $900.00 | 3.5 | $3,150.00 |

| Jul 21, 2020 | AS | Ping WFB for dragging its feet on stipulation re: next 6,000; review WFB stipulation; respond to WFB draft; confer with co-counsel about same. | $950.00 | 2 | $1,900.00 |
| Jul 21, 2020 | JMF | Confer with M. Murph re research on payment as form of writing; prepare motion to compel on numerosity; prepare motion to compel on numerosity; legal analysis re same; confer with S. Sims re same; review redline of proposed stipulation; confer with A. Stolper re same; confer with M. Nowowiejski re Wells Fargo's responses to interrogatories. | $950.00 | 7.5 | $7,125.00 |
| Jul 22, 2020 | SHS | Review email from J. Davey re interrogatories; confer with J. Frank re same; review email from J. Davey re loan files; team meeting re strategy | $900.00 | 1.8 | $1,620.00 |
| Jul 22, 2020 | AS | Review WFB rog responses | $950.00 | 0.5 | $475.00 |
| Jul 22, 2020 | JMF | Confer with A. Baiardo re Wells Fargo's portion of motion; prepare third party discovery; review responses from J. Davey re fact questions on supplemental interrogatory responses; confer with S. Sims re same. | $950.00 | 5.5 | $5,225.00 |
| Jul 22, 2020 | JMF | Team meeting on strategy; review GAP Addendums and coding. | $950.00 | 8 | $7,600.00 |
| Jul 23, 2020 | SHS | Review J. Davey proposal; confer with team re same; review documents | $900.00 | 2.5 | $2,250.00 |
| Jul 23, 2020 | AS | Review WFB draft of the joint stipulation re: next opt in process; respond re: same | $950.00 | 0.8 | $760.00 |
| Jul 23, 2020 | JMF | Review correspondence re loan file stipulation with J. Davey; confer with A. Stolper re response and revise response; review and revise subpoenas and discovery requests; review new document production. | $950.00 | 5.7 | $5,415.00 |

| Jul 24, 2020 | *SHS* | Review proposal from A. Baiardo re discovery dispute; confer with team re same; review email from J. Dave re loan files | $900.00 | 1 | $900.00 |
|---|---|---|---|---|---|
| Jul 24, 2020 | *AS* | Respond to WFB re: stipulation | $950.00 | 1 | $950.00 |
| Jul 24, 2020 | *JMF* | Review numerosity proposal; confer with team re same; confer with B. Hanlin re new plaintiff project update; confer with team re status; confer with M. Nowowiejski re deposition notice subpoenas; confer with A. Baiardo re discovery issues; confer with J. Davey re Wells Fargo's request for opt-in names; confer with A. Stolper re same; prepare response. | $950.00 | 3.5 | $3,325.00 |
| Jul 25, 2020 | *JMF* | Legal analysis of MDL questions after case has been actively litigated; telephone conference with A. Levitt re same. | $950.00 | 2 | $1,900.00 |
| Jul 26, 2020 | *JMF* | Confer with A. Baiardo re proposed stipulation on numerosity. | $950.00 | 0.5 | $475.00 |
| Jul 27, 2020 | *AS* | Respond to WFB re: stipulation; research re sanctions for witness tampering | $950.00 | 5 | $4,750.00 |
| Jul 27, 2020 | *JMF* | Review emails from J. Davey re proposed stipulation; confer with A. Baiardo re proposed numerosity stipulation; prepare brief on terminating sanctions; legal analysis; legal analysis re same; confer with A. Stolper and S. Sims re agent legal issues. | $950.00 | 7 | $6,650.00 |
| Jul 27, 2020 | *SHS* | Conference with J. Frank and A. Stolper re class member contact brief; review emails from opposing counsel re numerosity interrogatories and class member contact | $900.00 | 0.7 | $630.00 |

| Jul 28, 2020 | AS | Further research re: witness tampering; correspond with WFB regarding stipulations on restraining order and on AEO production of loan files | $950.00 | 4.4 | $4,180.00 |
| Jul 28, 2020 | JMF | Confer with opposing counsel re stipulation on loan files; confer with F. Azar re same; review and revise stipulation on numerosity; confer with A. Baiardo re same; review and revise proposed protective order; review latest loan file production; confer with A. Stolper re same; confer with team re witness tampering research; legal analysis re same. | $950.00 | 6 | $5,700.00 |
| Jul 28, 2020 | SHS | Review email and proposed stipulation from Wells Fargo re numerosity interrogatories; conference with J. Frank re proposed stipulation; research re terminating sanctions; conferences with J. Frank and A. Stolper re brief for Judge Wilner; conference with A. Stolper re stipulation re class member contact | $875.00 | 2.5 | $2,187.50 |
| Jul 29, 2020 | AS | Review and analyze 502 stipulation from WFB | $950.00 | 1 | $950.00 |
| Jul 29, 2020 | AS | Review correspondence re: stipulations with WFB | $950.00 | 0.5 | $475.00 |
| Jul 29, 2020 | JMF | Confer with M. Azar re New California Class Representative; review documents; telephone conference with T. Collins re same; confer with C. Schaffer re same; review and revise 502 Stipulation; confer with A. Stolper re same; confer with F. Azar re supplemental brief; prepare brief. | $950.00 | 5.5 | $5,225.00 |
| Jul 30, 2020 | SHS | Review emails re loan file dispute; emails with J. Davey re agency issues; confer with team re strategy on agency; review J. Wilner order; prepare notice of lodging; prepare supplement to restraining order | $900.00 | 6.5 | $5,850.00 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Jul 30, 2020 | JMF | Prepare brief on additional discovery; confer with team re same; legal analysis re same; review recordings; review emails with J. Davey and S. Sims re loan files and agent issue; review Wilner Order re 502 Stipulation. | $950.00 | 8 | $7,600.00 |
| Jul 31, 2020 | SHS | Prepare supplemental brief and supporting documents re class member contact; review and analyze Wells Fargo supplemental brief; conferences with team re same | $900.00 | 6.3 | $5,670.00 |
| Jul 31, 2020 | JMF | Prepare brief on improper contact for filing; review Wells Fargo talking points; conference with S. Sims re same; review Wells Fargo Brief and Davey declaration; confer with S. Sims and A. Stolper re suspicious evidence. | $950.00 | 6.5 | $6,175.00 |
| Aug 03, 2020 | SHS | Conferences with J. Frank re response to Wells Fargo class contact brief; review and analyze Wells Fargo replies in support of motions to dismiss, strike and arbitration; confer with J. Frank re reply briefs; research re arbitration; revise proposed stipulation re class contact and respond to J. Davey email re same; email with J. Davey re class contact | $900.00 | 2.9 | $2,610.00 |
| Aug 03, 2020 | JMF | Review Wells Fargo's replies; confer with A. Stolper and S. Sims re same; review cases; review correspondence with counsel. | $950.00 | 4.5 | $4,275.00 |
| Aug 04, 2020 | JMF | Confer with S. Sims re reply on improper class contacts. | $950.00 | 1 | $950.00 |
| Aug 04, 2020 | SHS | Research and prepare supplemental brief re class member contacts; confer with J. Frank and A. Stolper re same | $900.00 | 6.4 | $5,760.00 |

| Aug 05, 2020 | AS | Catch up email traffic and correspondence re: WFB while on vacation; request metadata for WFB "talking points"; edit supplemental response re: restraining order | $950.00 | 4.7 | $4,465.00 |
|---|---|---|---|---|---|
| Aug 05, 2020 | JMF | Review talking points; confer with A. Stolper re metadata requests and additional discovery; legal analysis of abandonment issue; confer with them re status and strategy; review emails with opposing counsel. | $950.00 | 4 | $3,800.00 |
| Aug 05, 2020 | SHS | Meet and confer emails with J. Davey; prepare supplemental brief; research re settlement issues; review emails re talking points metadata | $900.00 | 2 | $1,800.00 |
| Aug 06, 2020 | AS | Review and revise supplemental brief re: WFB misconduct; review WFB submission to Court re: stipulation; draft same | $950.00 | 4.2 | $3,990.00 |
| Aug 06, 2020 | JMF | Prepare Supplemental Brief; confer with team re same; prepare Norman & Co. and IAS subpoenas; review emails with J. Davey; revise response to Judge Wilner clerk; confer with M. Murphy re revisions. | $950.00 | 5.9 | $5,605.00 |
| Aug 06, 2020 | SHS | Review J. Davey email to Court; prepare response to court; meet and confer with J. Davey re WF talking points; email with J. Davey re class member contact | $900.00 | 1.1 | $990.00 |
| Aug 07, 2020 | AS | Finalize supplemental brief re: restraining order; | $950.00 | 2.5 | $2,375.00 |
| Aug 07, 2020 | JMF | Prepare and file Supplemental Brief on improper contacts; review and revise Toyota subpoenas. | $950.00 | 4 | $3,800.00 |
| Aug 10, 2020 | AS | Correspondence re: language for the stipulation re: contact with opt-ins; review WFB response on restraining order; service issues with subpoena to Toyota | $950.00 | 3.7 | $3,515.00 |

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Aug 10, 2020 | *JMF* | Review Toyota objections; confer with M. Nowowiejski re service issue; review Well Fargo's supplemental brief re Curative Notice and Improper Class Contact; confer with F. Azar re same; review B. Mayberry email; confer with S. sims re response. | $950.00 | 2.9 | $2,755.00 |
| Aug 10, 2020 | *SHS* | Meet and confer with WF re proposed stipulation; review WF supplemental brief re class contacts; confer with team re same; review Toyota objections | $900.00 | 1.9 | $1,710.00 |
| Aug 11, 2020 | *JMF* | Confer with C. Schaffer re status; meet and confer with J. Pedelty re IAS deposition and document subpoena; review email from B. Mayberry re stipulation; confer with S. Sims re response; confer with A. McLean re scheduling meet and confer; review scheduling order from Judge Wilner. | $950.00 | 2 | $1,900.00 |
| Aug 11, 2020 | *SHS* | Email with Toyota's counsel re subpoena; meet and confer with B. Mayberry re stipulation | $900.00 | 0.5 | $450.00 |
| Aug 12, 2020 | *AS* | Correspondence re: WFB misconduct to opt-ins; | $950.00 | 0.5 | $475.00 |
| Aug 12, 2020 | *JMF* | Prepare for and attend met and confer with Toyota counsel (A. McLean) re document subpoena; confer with A. Stolper re same; revise response to B. Mayberry re meet and confer; confer with S. Sims re same; review Judge Selna order re rejecting combined 50 brief and directing Plaintiff to file separate opposition at 30 pages each confer with team re same; review oppositions. | $950.00 | 4 | $3,800.00 |
| Aug 12, 2020 | *SHS* | Revise motion to dismiss; confer with A. McClean re Toyota subpoena | $900.00 | 1 | $900.00 |
| Aug 13, 2020 | *AS* | Revise oppositions per the Court's 8/12/2020 order; review the order; | $950.00 | 1.8 | $1,710.00 |

| Aug 13, 2020 | JMF | Confer with C. Schaffer re statutes; confer with S. Sims re revised oppositions; review contracts; prepare revised oppositions; review cases cited in Wells Fargo's reply briefs. | $950.00 | 5 | $4,750.00 |
|---|---|---|---|---|---|
| Aug 13, 2020 | SHS | Revisions to motion to dismiss to comply with J. Selna order; confer with team | $900.00 | 1.2 | $1,080.00 |
| Aug 14, 2020 | JMF | Prepare revised oppositions; research same; confer with S. Sims re same; review and revise third party subpoenas; create chart on 50 state survey on Money Had & Received; confer with J. Davey re depositions. | $950.00 | 7 | $6,650.00 |
| Aug 14, 2020 | SHS | Confer with J. Frank re revised MTD opposition; review email re depositions; review tentative decision re motion to compel arbitration; confer with team re same; research re same | $900.00 | 4.2 | $3,780.00 |
| Aug 15, 2020 | AS | Research cases re: public injunctive relief; | $950.00 | 2 | $1,900.00 |
| Aug 15, 2020 | AS | Revise oppositions to WFB motions; further research on public injunctive relief; confer with co-counsel | $950.00 | 7.9 | $7,505.00 |
| Aug 15, 2020 | JMF | Prepare revised oppositions; legal analysis of arbitration and injunction issue; confer with A. Stolper and S. Sims re same; confer with M. Murphy re research project. | $950.00 | 8.9 | $8,455.00 |
| Aug 16, 2020 | JMF | Prepare revised oppositions to motion to dismiss and motion to strike; legal analysis re same; confer with M. Murphy re injunctive relief cases; review same. | $950.00 | 8.5 | $8,075.00 |
| Aug 17, 2020 | AS | Prepare for hearing tomorrow re: WFB misconduct | $950.00 | 2 | $1,900.00 |

| Aug 17, 2020 | JMF | Prepare and file oppositions to motion to dismiss and motion to strike; review and revise request for oral argument; legal analysis re same; confer with S. Sims and A. Stolper re same. | $950.00 | 8 | $7,600.00 |
|---|---|---|---|---|---|
| Aug 17, 2020 | SHS | Research and prepare request for oral argument on arbitration motion | $900.00 | 5.5 | $4,950.00 |
| Aug 18, 2020 | AS | Prepare for hearing re: WFB misconduct; draft and revise request for oral argument; errata | $950.00 | 5.4 | $5,130.00 |
| Aug 18, 2020 | JMF | Prepare request for oral argument; prepare errata; prepare for Wilner hearing with A. Stolper. | $950.00 | 5.2 | $4,940.00 |
| Aug 18, 2020 | SHS | Research and prepare request for oral argument; confer with team re same | $900.00 | 2 | $1,800.00 |
| Aug 19, 2020 | AS | Correspond with WFB re: declarants it would like to depose following hearing; prepare for and attend the hearing | $950.00 | 5.1 | $4,845.00 |
| Aug 19, 2020 | JMF | Prepare for and attend hearing before Judge Wilner; confer with team re same; review Gould and Gomez loan files; telephone conference with Gold; review Judge Selna order re response to request for oral argument; confer with M. Nowowiejski re service on Gap Administrators. | $950.00 | 4.5 | $4,275.00 |
| Aug 19, 2020 | SHS | Prepare for and attend Judge Wilner hearing; review Judge Selna order re motion to compel arbitration; review Gomez and Gould loan files | $900.00 | 3 | $2,700.00 |
| Aug 20, 2020 | AS | Correspondence re: minute order; correspondence with Norman and Company re: deposition; | $950.00 | 0.3 | $285.00 |
| Aug 20, 2020 | JMF | Confer with M. Murphy re research projects; review minute order. | $950.00 | 0.5 | $475.00 |
| Aug 21, 2020 | AS | Review WFB response to request for oral argument | $950.00 | 0.8 | $760.00 |

| Aug 21, 2020 | SHS | Review WF response to request for oral argument re arbitration motion; confer with J. Frank and A. Stolper re same; research re same. | $900.00 | 1.1 | $990.00 |
|---|---|---|---|---|---|
| Aug 21, 2020 | JMF | Review Wells Fargo's response to request for oral arguments; confer with S. Sims and A. Stolper re same; review cases cited. | $950.00 | 1 | $950.00 |
| Aug 24, 2020 | AS | Review hearing transcript; review WFB reply to MTD; review cases cited; meet and confer re: Norman & Company subpoena | $950.00 | 3.5 | $3,325.00 |
| Aug 24, 2020 | SHS | Review email from A. McClean re Toyota subpoena; review email from A. Baiardo re depositions; review and analyze WF reply re motions to dismiss and strike; confer with J. Frank and A. Stolper re same; review cases cited by WF. | $900.00 | 1.6 | $1,440.00 |
| Aug 24, 2020 | JMF | Review Wells Fargo's replies in support of Motion to Dismiss and Motion to Strike; review cited cases; confer with team re potential response and strategy; confer with A. McLean re rescheduling Toyota deposition; confer with J. Boehner re scheduling call on Norman & Co. subpoena; review hearing transcript; confer with A. Baiardo re rescheduling depositions. | $950.00 | 5 | $4,750.00 |
| Aug 25, 2020 | AS | Inspect WFB loan file production; final selection and transmittal of 6,000 loan file number to WFB for notice; | $950.00 | 4 | $3,800.00 |
| Aug 25, 2020 | JMF | Review correspondence with B. Mayberry re loan files and proposed order; meet and confer with M. Silverstein re Norman & Co. deposition; review and revise amended notice of deposition; review new document production from Wells Fargo; confer with J. Boehner re Norman & Co. documents. | $950.00 | 4 | $3,800.00 |

| Aug 26, 2020 | *AS* | Correspond with WFB re: depositions of declarants; correspond with Court re: disputed stipulation language; confer re: Toyota subpoena | $950.00 | 2.5 | $2,375.00 |
|---|---|---|---|---|---|
| Aug 26, 2020 | *JMF* | Meet and confer with Toyota counsel re deposition; confer with A. Stolper re same; confer with M. Nowowiejski re deposition logistics; confer with B. Hanlin re Gomez; review and revise proposed order for Wilner. | $950.00 | 3 | $2,850.00 |
| Aug 27, 2020 | *AS* | Review and discuss court's minute order | $950.00 | 0.5 | $475.00 |
| Aug 27, 2020 | *SHS* | Review Judge Wilner order; confer with team re same; review new WF documents; review email re Gomez call. | $900.00 | 3 | $2,700.00 |
| Aug 27, 2020 | *JMF* | Review Wilner order re opt-in procedure; confer with C. Schaffer re order; confer with team re same; confer with Hanlin re setting up witness preparation; confer with B. Hanlin re project to sort contracts by identical form numbers for bellwether plaintiffs; review forms. | $950.00 | 4.2 | $3,990.00 |
| Aug 28, 2020 | *JMF* | Review email from B. Mayberry requesting additional two days to respond to Judge Winer order; confer with A. Stolper re strategy; telephone conference with G. Gomez re testimony preparation; confer with B. Hanlin re Gould; witness preparation with Gould. | $950.00 | 3.5 | $3,325.00 |
| Aug 31, 2020 | *AS* | Correspond with WFB re: declarants it would like to depose and list of lawyers who made contact with opt-ins; strategy re: same. | $950.00 | 1 | $950.00 |
| Aug 31, 2020 | *SHS* | Review emails with B. Mayberry re failure to identify declarants; confer with A. Stolper and J. Frank re strategy regarding same. | $900.00 | 0.8 | $720.00 |

| Aug 31, 2020 | JMF | Confer with B. Mayberry re Wells Fargo's failure to comply with Judge Wilner order; confer with A. Stolper and S. Sims re same; prepare notice to Judge Wilner; confer with team re status and strategy. | $950.00 | 3 | $2,850.00 |
|---|---|---|---|---|---|
| Sep 01, 2020 | AS | Review and analyze orders on WFB motions; correspond with KCC re: next 6,000 opt ins; confer with team re: orders; review loan files. | $950.00 | 8 | $7,600.00 |
| Sep 01, 2020 | SHS | Review Judge Selna order re motions to dismiss and strike; confer with team re same; research and analyze issues identified in order. | $900.00 | 5.2 | $4,680.00 |
| Sep 01, 2020 | JMF | Review Judge Selna orders; confer with team re same and strategy; review interview summary from Private Investigator interview with Wells Fargo employees; conduct loan file review of client documents to find new class representatives that satisfy Judge Selna requirements; review timeline from L. Lucchesi (administrator); confer with B. Mayberry re improper contacts with class member; review and revise drafts response. | $950.00 | 8.5 | $8,075.00 |
| Sep 02, 2020 | AS | Review loan files from WFB recent production in light of Order; review and strategy re: Toyota subpoena | $950.00 | 8 | $7,600.00 |
| Sep 02, 2020 | SHS | Review emails with A. McClean re Toyota subpoena; research re minority states; review and analyze loan files. | $900.00 | 6.2 | $5,580.00 |

| Sep 02, 2020 | JMF | Loan file review with A. Stolper re contract satisfying characteristics of Judge Selna order; confer with C. Schaffer re order; confer with A. Beale re Wisconsin law; meet and confer with counsel for Toyota re refusal to attend deposition; confer with A. Stolper re same; prepare meet and confer letter in response; legal analysis re same; review Law 360 inquiry. | $950.00 | 8.5 | $8,075.00 |
| Sep 03, 2020 | SHS | Review email from A. Baiardo re depositions; confer with J. Frank re same; review email from J. Davey re discovery issues. | $900.00 | 0.3 | $270.00 |
| Sep 03, 2020 | AS | Correspond with Judge Guilford re: settlement; with WFB re: same; TC with counsel for WFB re: settlement; | $950.00 | 2 | $1,900.00 |
| Sep 03, 2020 | JMF | Review letter from J. Marlin objecting to IAS subpoena; confer with team re same; prepare meet and confer letter to IAS re opposition to threatened motion for protective order; legal analysis re same; confer with A. Beale re Nebraska law; confer with B. Hanlin re loan file review; review spreadsheet. | $950.00 | 8 | $7,600.00 |
| Sep 04, 2020 | SHS | Review email from A. McClean re Toyota deposition; review Norman & Co documents; review opposing counsel email re depositions. | $900.00 | 0.5 | $450.00 |
| Sep 04, 2020 | AS | Review Toyota correspondence and discuss with team. | $950.00 | 0.5 | $475.00 |

| Sep 04, 2020 | JMF | Review IAS production; confer with M. Nowowiejski re deposition schedule; search database for Norman & Co. (Class GAP) documents and emails; confer with A. Baiardo re depositions; confer with J. Marlin re deposition of IAS; review document production from M. Simpson for Norman & Co.; confer with C. Schaffer re deposition. | $950.00 | 4.5 | $4,275.00 |
|---|---|---|---|---|---|
| Sep 05, 2020 | JMF | Prepare for deposition; research; confer with team re deposition strategy. | $950.00 | 5 | $4,750.00 |
| Sep 08, 2020 | SHS | Review order re motion to compel arbitration; confer with team re same; research re potential appeal; confer with team re depositions. | $900.00 | 3.5 | $3,150.00 |
| Sep 08, 2020 | AS | TC with counsel for WFB re: settlement; review order re: MTC arbitration; research re: case law cited therein | $950.00 | 2 | $1,900.00 |
| Sep 08, 2020 | JMF | Review Norman & Co.'s documents; research internet re Classic GAP; legal analysis of state statutes; confer with C. Schaffer re depositions; confer with A. Baiardo re deposition and logistical issues; confer with team and A. Stolper re loan file review; confer with M. Nowowiejski re amended notice. | $950.00 | 7.5 | $7,125.00 |
| Sep 09, 2020 | SHS | Prepare motion for certification of appeal; strategy conferences regarding deposition, settlement and amendment | $900.00 | 2.5 | $2,250.00 |
| Sep 09, 2020 | AS | Call with WFB re: settlement; correspond with KCC re: progress on opt-ins; strategy regarding motion for reconsideration and/or certificate of appealability. | $950.00 | 4.4 | $4,180.00 |

| Sep 09, 2020 | *JMF* | Prepare for Norman & Co. deposition; confer with J. Marlin re IAS agreeing to deposition; confer with A. Stolper and S. Sims re deposition preparation; confer with J. Boehner (counsel for Norman & Co.) re exhibits. | $950.00 | 8 | $7,600.00 |
|---|---|---|---|---|---|
| Sep 10, 2020 | *SHS* | Prepare motion for certification of appeal; strategy conferences with J. Frank and A. Stolper; attend portions of GAP administrator deposition | $900.00 | 5 | $4,500.00 |
| Sep 10, 2020 | *AS* | Attend Holcomb deposition via zoom; prepare for same; draft stipulation to return matter to mediation | $950.00 | 9 | $8,550.00 |
| Sep 10, 2020 | *JMF* | Prepare for and take deposition of Jennifer Holcomb (Norman & Co.). | $950.00 | 12 | $11,400.00 |
| Sep 11, 2020 | *SHS* | Confer with A. Stolper re proposal to D. Powell. | $900.00 | 0.3 | $270.00 |
| Sep 11, 2020 | *AS* | Edit and transmit stipulation to WFB to put the case back into mediation; review the response. | $950.00 | 0.4 | $380.00 |
| Sep 11, 2020 | *JMF* | Confer with N. Frant (CO AG) re follow-up on Gap Administrator depositions; review proposed on extensions and mediation with A. Stolper; review and highlight key testimony from Holcomb (Norman & Co.) deposition; confer with team re same; telephone conference with F. Azar and Colorado AG re Gap Administrator depositions; confer with J. Davey re cancellation form. | $950.00 | 4.5 | $4,275.00 |
| Sep 13, 2020 | *JMF* | Status meeting with team; review Corpes' contract; review GAP 1 agreements. | $950.00 | 1 | $950.00 |
| Sep 14, 2020 | *SHS* | Review WF supplemental responses; confer with J. Frank re same; prepare motion to reconsider or for permission to appeal. | $900.00 | 2.7 | $2,430.00 |

| Sep 14, 2020 | *JMF* | Review Wells Fargo's supplemental responses to Sweeney interrogatories; prepare meet and confer letter; conference with J. Davey re same; research state statutes and regulations for states where Wells Fargo is remediating; confer with A. Baiardo re stipulation on mediation and deposition; review and revise stipulation; confer with D. Powell. | $950.00 | 8 | $7,600.00 |
|---|---|---|---|---|---|
| Sep 15, 2020 | *JMF* | Confer with M. Azar re contracts with class representative; confer with C. Schaffer re same; review stick compliance memorandum from M. Murphy; review cases re same; telephone conference with D. Powell and A. Baiardo. | $950.00 | 5.5 | $5,225.00 |
| Sep 16, 2020 | *SHS* | Research and prepare motion to reconsider or for permission to appeal; confer with team re same. | $900.00 | 1.1 | $990.00 |
| Sep 16, 2020 | *JMF* | Meet and confer re motion for reconsideration and request for appeal; review second amended deposition notice; confer with M. Nowowiejski re same; confer with C. Schaffer re Wells Fargo's supplemental responses. | $950.00 | 1 | $950.00 |
| Sep 17, 2020 | *SHS* | Confer with J. Frank re motion to reconsider or for permission to appeal; finalize same and supporting documents. | $900.00 | 1.3 | $1,170.00 |
| Sep 17, 2020 | *AS* | Review and edit motion to reconsideration and/or for leave to appeal | $950.00 | 2.5 | $2,375.00 |
| Sep 17, 2020 | *JMF* | Review email from Judge Guilford; confer with team re response; prepare motion for reconsideration; confer with team re same; outline deposition. | $950.00 | 4.5 | $4,275.00 |
| Sep 18, 2020 | *SHS* | Confer with J. Frank re deposition strategy; review WF documents. | $900.00 | 2.2 | $1,980.00 |
| Sep 18, 2020 | *AS* | Review and discuss Judge Guilford's email re: settlement | $950.00 | 0.3 | $285.00 |

| Sep 18, 2020 | JMF | Confer with J. Marlin re response to subpoena; review IAS documents; research IAS records on internet; prepare for deposition; confer with team re strategy. | $950.00 | 7 | $6,650.00 |
|---|---|---|---|---|---|
| Sep 21, 2020 | SHS | Prepare supplement to motion for reconsideration; confer with team re same. | $900.00 | 2.2 | $1,980.00 |
| Sep 21, 2020 | AS | Supplemental authority re: motion for reconsideration | $950.00 | 0.4 | $380.00 |
| Sep 21, 2020 | JMF | Review and revise supplement to motion for reconsideration; confer with team re same; review new case; confer with L. Lucchesi re notices; confer with F. Azar re Pennsylvania law; confer with B. Hanlin re potential Minnesota plaintiff. | $950.00 | 3.5 | $3,325.00 |
| Sep 22, 2020 | AS | Call with counsel for WFB re: settlement and mediation; logistics of mediation with Judge Guilford and rest of the team; Prepare for deposition | $950.00 | 2 | $1,900.00 |
| Sep 22, 2020 | JMF | Prepare for deposition; telephone conference with J. Marlin; prepare chart of contract versions; review documents. | $950.00 | 6.5 | $6,175.00 |
| Sep 23, 2020 | SHS | Review memo re public injunctions in minority states; confer with J. Frank re deposition. | $900.00 | 0.9 | $810.00 |
| Sep 23, 2020 | JMF | Prepare for deposition; review documents; telephone conference with J. Marlin re deposition. | $950.00 | 8.9 | $8,455.00 |
| Sep 24, 2020 | SHS | Attend portions of IAS deposition; confer with J. Frank re deposition. | $900.00 | 3 | $2,700.00 |
| Sep 24, 2020 | AS | Attend and assist the deposition of IAS | $950.00 | 6.5 | $6,175.00 |
| Sep 24, 2020 | JMF | Prepare for and take deposition of IAS witness. | $950.00 | 12 | $11,400.00 |
| Sep 25, 2020 | AS | Review the report from KCC; transmit opt-ins to co-counsel; analyze opt in data; | $950.00 | 0.4 | $380.00 |
| Sep 25, 2020 | JMF | Review weekly status report from administrator; confer with A. Stolper re QR codes. | $950.00 | 0.2 | $190.00 |

| Sep 28, 2020 | *SHS* | Review WF opposition to motion to reconsider; confer with team re same; review cited cases. | $900.00 | 1.2 | $1,080.00 |
|---|---|---|---|---|---|
| Sep 28, 2020 | *AS* | Review WFB response to our motion for reconsideration; confer with team contacting opt-ins; transmit next batch of opt-ins | $950.00 | 1 | $950.00 |
| Sep 28, 2020 | *JMF* | Review Wells Fargo response to motion for reconsideration; review cases; confer with A. Stolper and S. Sims re same; review correspondence from L. Lucchesi. | $950.00 | 1.5 | $1,425.00 |
| Sep 29, 2020 | *SHS* | Research and prepare reply ISO motion to reconsider; confer with team re same. | $900.00 | 4 | $3,600.00 |
| Sep 29, 2020 | *AS* | Confer with counsel for WFB re settlement and mediation; opt in report review and transmission; same for remediation data | $950.00 | 1 | $950.00 |
| Sep 29, 2020 | *JMF* | Confer with D. Powell re mediation with Guilford; review stipulation; confer with A. Stolper re same; confer with A. Beale re Wells Fargo witnesses B. Glenn and R. Kleinman. | $950.00 | 1 | $950.00 |
| Sep 30, 2020 | *SHS* | Research and prepare reconsideration reply. | $900.00 | 2.1 | $1,890.00 |
| Sep 30, 2020 | *AS* | Confer with team re: incorrect phone numbers for opt-ins | $950.00 | 0.2 | $190.00 |
| Oct 01, 2020 | *JMF* | Review memorandum from M. Murphy re Minnesota statute and holder rule; review cases re same; review stipulation and proposed order; confer with D. Powell and A. Stolper re same. | $950.00 | 2 | $1,900.00 |
| Oct 01, 2020 | *AS* | Confer with WFB re: stipulation staying matters pending mediation; transmit opt-in data to team making calls; review the data | $950.00 | 0.4 | $380.00 |
| Oct 02, 2020 | *JMF* | Review and revise draft of motion for reconsideration and request for interlocutory appeal; confer with S. Sims re same; legal research re same. | $950.00 | 3.5 | $3,325.00 |

| | | | | | |
|---|---|---|---|---|---|
| Oct 02, 2020 | *SHS* | Prepare reply in support of motion for reconsideration | $900.00 | 7 | $6,300.00 |
| Oct 05, 2020 | *SHS* | Prepare reconsideration reply. | $900.00 | 1 | $900.00 |
| Oct 05, 2020 | *JMF* | Prepare motion for reconsideration; confer with team re same; revise proposed order re opt-ins; review opt-in report; confer with C. Schaffer re deposition. | $950.00 | 5 | $4,750.00 |
| Oct 05, 2020 | *AS* | Review and revise reply on motion for reconsideration; revise stip for WFB; receive and forward opt in report from KCC - review the data. | $950.00 | 2 | $1,900.00 |
| Oct 06, 2020 | *JMF* | Confer with D. Powell re stipulations and potential mediation; confer with A. Stolper re same. | $950.00 | 0.5 | $475.00 |
| Oct 07, 2020 | *JMF* | Review and revise joint stipulations on extension for Selna and Wilner; confer with opposing counsel re same. | $950.00 | 1 | $950.00 |
| Oct 07, 2020 | *AS* | Joint stipulations review and finalize; review and transmit opt in data; check in on status of opt-ins | $950.00 | 1 | $950.00 |
| Oct 08, 2020 | *SHS* | Review order denying motion for reconsideration; confer with team re same; research re arbitration. | $900.00 | 2 | $1,800.00 |
| Oct 08, 2020 | *JMF* | Review order extending deadlines; review order denying motion for reconsideration and request for certification of interlocutory appeal; confer with A. Stolper and team re same and assignments; confer with P. Wiser and S. Kaufman re Wells Fargo and arbitration issues. | $950.00 | 4.5 | $4,275.00 |
| Oct 08, 2020 | *AS* | Review order on motion for reconsideration; transmit and review opt-in data | $950.00 | 0.8 | $760.00 |
| Oct 09, 2020 | *JMF* | Confer with A. Stolper re status of consents and strategy. | $950.00 | 0.3 | $285.00 |
| Oct 09, 2020 | *AS* | Consents for opt-ins; confer re: same. | $950.00 | 0.2 | $190.00 |

| Oct 12, 2020 | JMF | Review and highlight key testimony from Innovative Aftermarket deposition; confer with team re strategy; review daily opt-in reports; outline argument on Carter account. | $950.00 | 5.9 | $5,605.00 |
|---|---|---|---|---|---|
| Oct 13, 2020 | JMF | Confer with M. Nowowiejski re consents; review opt-in report. | $950.00 | 0.3 | $285.00 |
| Oct 15, 2020 | JMF | Review memorandum on substantial compliance states; read cases; confer with M. Murphy re same. | $950.00 | 8 | $7,600.00 |
| Oct 16, 2020 | JMF | Analysis of substantial compliance states and case law. | $950.00 | 7.9 | $7,505.00 |
| Oct 17, 2020 | JMF | Continued analysis of substantial compliance states and case law. | $950.00 | 7.5 | $7,125.00 |
| Oct 21, 2020 | SHS | Confer with J. Frank and A. Stolper re mediation and strategy. | $900.00 | 0.5 | $450.00 |
| Oct 21, 2020 | JMF | Confer with A. Stolper and S. Sims re strategy. | $950.00 | 0.5 | $475.00 |
| Oct 21, 2020 | AS | Confer with co-counsel re: mediation strategy for mediation scheduled; mediation logistics; communicate with mediator's office re: same | $950.00 | 1 | $950.00 |
| Oct 22, 2020 | JMF | Review daily opt-in report. | $950.00 | 0.1 | $95.00 |
| Oct 23, 2020 | JMF | Confer with M. Nowowiejski re Denial of Motion for Reconsideration and deadline to provide consents and deposition invoices; confer with A. Stolper re same; telephone conference with D. Powell; review daily opt-in report. | $950.00 | 0.8 | $760.00 |
| Oct 23, 2020 | AS | Transmit opt in report | $950.00 | 0.1 | $95.00 |
| Oct 26, 2020 | AS | Transmit opt in report | $950.00 | 0.1 | $95.00 |
| Oct 27, 2020 | SHS | Confer with team re strategy issues. | $900.00 | 0.8 | $720.00 |
| Oct 27, 2020 | JMF | Meeting with team re status and strategy; review opt-in report. | $950.00 | 1 | $950.00 |
| Oct 27, 2020 | AS | Transmit opt in report | $950.00 | 0.1 | $95.00 |
| Oct 30, 2020 | JMF | Review current opt-in report; confer with A. Stolper re same. | $950.00 | 0.3 | $285.00 |

| Oct 30, 2020 | AS | Review the current opt-in status; transmit reports to team making calls. | $950.00 | 0.5 | $475.00 |
|---|---|---|---|---|---|
| Nov 02, 2020 | JMF | Review consents for loan files; confer with A. Stolper re timing and amended complaint. | $950.00 | 0.5 | $475.00 |
| Nov 02, 2020 | AS | Review and provide signed consents to WFB | $950.00 | 0.4 | $380.00 |
| Nov 04, 2020 | JMF | Review emails with opposing counsel re loan file production. | $950.00 | 0.3 | $285.00 |
| Nov 04, 2020 | AS | Obtain loan IDs for previously submitted consents | $950.00 | 0.2 | $190.00 |
| Nov 10, 2020 | JMF | Confer with C. Schaffer re update to clients. | $950.00 | 0.2 | $190.00 |
| Nov 11, 2020 | JMF | Telephone conference with D. Powell and A. Stolper re settlement talks. | $950.00 | 0.7 | $665.00 |
| Nov 11, 2020 | AS | Confer with counsel for WFB re: settlement; confer with co-counsel re: same; review status of opt-ins | $950.00 | 1.7 | $1,615.00 |
| Nov 12, 2020 | JMF | Telephone conference with C. Schaffer re status and strategy. | $950.00 | 0.5 | $475.00 |
| Nov 16, 2020 | SHS | Review memo re substantial compliance; confer with J. Frank re amended complaint. | $900.00 | 1 | $900.00 |
| Nov 16, 2020 | JMF | Review substantial compliance 50-state survey from M. Murphy; prepare amended complaint. | $950.00 | 7.8 | $7,410.00 |
| Nov 17, 2020 | JMF | Confer with N. Frant (Colorado AG Office) re GAP administrator depositions; prepare amended complaint; review and analyze new loan files for amended complaint; confer with B. Hanlin re same. | $950.00 | 8.5 | $8,075.00 |
| Nov 18, 2020 | JMF | Prepare amended complaint; review and analyze new loan files for amended complaint; confer with B. Hanlin and A. Stolper re same; confer with M. Nowowiejski re mediation fees. | $950.00 | 8 | $7,600.00 |
| Nov 18, 2020 | AS | Review and transmit further opt-ins to WFB. | $950.00 | 0.2 | $190.00 |

| Nov 19, 2020 | SHS | Review settlement structure proposal; confer with A. Stolper and J. Frank re same and settlement strategy. | $900.00 | 1.1 | $990.00 |
|---|---|---|---|---|---|
| Nov 19, 2020 | JMF | Prepare settlement proposal; prepare amended complaint; analyze new loan files for amended complaint adding over 100 new plaintiffs. | $950.00 | 8.8 | $8,360.00 |
| Nov 19, 2020 | AS | Read memo re: condition precedent; research re: same; review and edit settlement structure for WFB mediation; discussions re: same | $950.00 | 1 | $950.00 |
| Nov 20, 2020 | SHS | Revise proposed settlement structure; confer with J. Frank and A. Stolper re same. | $900.00 | 1.2 | $1,080.00 |
| Nov 20, 2020 | JMF | Confer with D. Powell re extension and settlement structure; prepare settlement structure proposal; confer with team. | $950.00 | 2.5 | $2,375.00 |
| Nov 20, 2020 | AS | Further revisions to settlement structure memo; transmit same to WFB | $950.00 | 2 | $1,900.00 |
| Nov 21, 2020 | SHS | Confer with J. Frank re amended complaint. | $900.00 | 0.5 | $450.00 |
| Nov 21, 2020 | JMF | Prepare amended complaint; analyze new loan files for amended complaint adding over 100 new plaintiffs. | $950.00 | 5.6 | $5,320.00 |
| Nov 23, 2020 | JMF | Prepare outline for mediation brief; summarize order and evidence; prepare amended complaint; confer with B. Hanlin re loan file project. | $950.00 | 7.9 | $7,505.00 |
| Nov 23, 2020 | AS | Review and transmit further opt-in consents to WFB | $950.00 | 0.1 | $95.00 |
| Nov 24, 2020 | SHS | Review settlement correspondence from D. Powell. | $900.00 | 0.1 | $90.00 |
| Nov 25, 2020 | JMF | Telephone conference with Colorado AG office re Wells Fargo. | $950.00 | 0.5 | $475.00 |
| Nov 27, 2020 | JMF | Confer with D. Powell and A. Stolper re settlement. | $950.00 | 1 | $950.00 |

| Nov 27, 2020 | AS | Settlement call with WFB; Prepare for same | $950.00 | 1 | $950.00 |
| Nov 30, 2020 | SHS | Review draft section of mediation brief; confer with J. Frank re same and amended complaint. | $900.00 | 1.3 | $1,170.00 |
| Nov 30, 2020 | JMF | Prepare amended complaint breach of contract template; review new loan files; telephone conference with potential plaintiffs. | $950.00 | 6.5 | $6,175.00 |
| Nov 30, 2020 | AS | Review and analyze testimony concerning Carter's GAP contract for mediation brief | $950.00 | 0.4 | $380.00 |
| Dec 01, 2020 | JMF | Review deposition transcripts of GAP Administrators; confer with team re excerpts for mediation brief and amended complaint; review loan files. | $950.00 | 8 | $7,600.00 |
| Dec 01, 2020 | AS | Gather relevant loan files and GAP contracts for mediation brief and amended complaint; correspond with Judge Guilford re: settlement; | $950.00 | 2 | $1,900.00 |
| Dec 02, 2020 | JMF | Prepare fact section for second amended complaint with new plaintiffs; confer with B. Hanlin re loan file review and arbitration clauses. | $950.00 | 7.4 | $7,030.00 |
| Dec 03, 2020 | SHS | Review article re contacting class members; confer with J. Frank re mediation brief. | $900.00 | 1 | $900.00 |
| Dec 03, 2020 | JMF | Review article from P. Wood re sanctions on attorney contacting class members; prepare mediation brief; confer with D. Powell re travel restrictions for mediation; prepare brief. | $950.00 | 2.5 | $2,375.00 |
| Dec 03, 2020 | AS | Mediation covid logistics | $950.00 | 0.5 | $475.00 |
| Dec 04, 2020 | SHS | Confer with J. Frank re mediation brief; review WF mediation brief; confer with team re mediation. | $900.00 | 1.5 | $1,350.00 |

| Dec 04, 2020 | JMF | Confer with D. Powell re extension; prepare mediation brief; legal analysis re same; confer with C. Schaffer re edits; confer with A. Baiardo re loan file production; review updated chart from Hanlin; review Wells Fargo mediation brief. | $950.00 | 8 | $7,600.00 |
|---|---|---|---|---|---|
| Dec 04, 2020 | AS | Confer with Judge Guilford; Prepare for same; review and edit mediation brief; review WFB mediation brief and exhibits | $950.00 | 5.5 | $5,225.00 |
| Dec 07, 2020 | MN | Review and revise plaintiffs' second mediation brief; confer with J. Frank re same and exhibits thereto; pull and organize exhibits to brief; review, revise and finalize mediation brief and exhibits; eServe mediation brief. | $400.00 | 3 | $1,200.00 |
| Dec 07, 2020 | JMF | Prepare and send mediation brief. | $950.00 | 8.9 | $8,455.00 |
| Dec 07, 2020 | AS | Mediation logistics; further edits to mediation brief; discussions re: extension of deadlines. | $950.00 | 4.9 | $4,655.00 |
| Dec 08, 2020 | JMF | Telephone conference with Judge Guilford re mediation and status; team call re settlement and mediation strategy; analyze contracts for potential new plaintiffs with B. Hanlin; review arbitration clauses; confer with D. Powell and A. Baiardo re mediation. | $950.00 | 5.3 | $5,035.00 |
| Dec 08, 2020 | AS | Call with Judge Guilford; with counsel for WFB re: settlement; confer with team re: same. | $950.00 | 3 | $2,850.00 |
| Dec 09, 2020 | MN | Review J. Frank research/GAP forms; organize same. | $400.00 | 0.3 | $120.00 |
| Dec 09, 2020 | JMF | Analyze contracts of potential new plaintiffs; confer with B. Hanlin re same; confer with potential new plaintiffs; telephone conference with C. Schaffer re mediation. | $950.00 | 6.9 | $6,555.00 |

| Dec 10, 2020 | JMF | Prepare for mediation; prepare chart of new plaintiffs for opposing counsel with contracts; review and revise statute of limitations chart; telephone conference with D. Powell; review new document production of loan files. | $950.00 | 7.4 | $7,030.00 |
|---|---|---|---|---|---|
| Dec 10, 2020 | AS | Prepare for mediation; re-read relevant briefs; confer with co-counsel | $950.00 | 2.5 | $2,375.00 |
| Dec 11, 2020 | SHS | Prepare for and attend mediation. | $900.00 | 10.5 | $9,450.00 |
| Dec 11, 2020 | JMF | Mediation; prepare term sheet. | $950.00 | 15.5 | $14,725.00 |
| Dec 11, 2020 | AS | Attend mediation; prepare term sheet. | $950.00 | 15.2 | $14,440.00 |
| Dec 12, 2020 | JMF | Confer with C. Schaffer re mediation and tentative settlement and legal issues. | $950.00 | 0.6 | $570.00 |
| Dec 14, 2020 | MN | Review and finalize Notice of Tentative Settlement; eFile same. | $400.00 | 0.4 | $160.00 |
| Dec 14, 2020 | SHS | Review WF revisions to term sheet; confer with team re same. | $900.00 | 0.5 | $450.00 |
| Dec 14, 2020 | JMF | Review and revise notice of tentative settlement; confer with opposing counsel re term sheet revisions; confer with team re next steps. | $950.00 | 2 | $1,900.00 |
| Dec 14, 2020 | AS | Review and edit notice of tentative settlement. | $950.00 | 0.4 | $380.00 |
| Dec 15, 2020 | JMF | Review memorandum on State AGs. | $950.00 | 0.5 | $475.00 |
| Dec 17, 2020 | JMF | Execute term sheet; confer with C. Schaffer re same. | $950.00 | 0.5 | $475.00 |
| Dec 18, 2020 | SHS | Review WF language re business practice change; confer with A. Stolper and J. Frank re same. | $900.00 | 0.6 | $540.00 |

| Dec 18, 2020 | *JMF* | Review proposed language on corrective measures; revise language; confer with team re same; confer with opposing counsel re same; review documents to determine whether there are contracts that do not require refund of unearned GAP fees under any circumstances. | $950.00 | 4 | $3,800.00 |
|---|---|---|---|---|---|
| Dec 18, 2020 | *AS* | Confer with counsel for WFB re: settlement | $950.00 | 0.6 | $570.00 |
| Dec 18, 2020 | *AS* | Review and revise corrective measure language | $950.00 | 1.8 | $1,710.00 |
| Dec 22, 2020 | *JMF* | Confer with opposing counsel re meeting and settlement. | $950.00 | 0.2 | $190.00 |
| Dec 23, 2020 | *JMF* | Confer with C. Schaffer re term sheet and settlement in Wells Fargo forced insurance cases. | $950.00 | 0.8 | $760.00 |
| Dec 29, 2020 | *JMF* | Confer with opposing counsel re meeting; confer with A. Stolper re same. | $950.00 | 0.3 | $285.00 |
| Dec 31, 2020 | *JMF* | Telephone conference with opposing counsel re minority states and refund status. | $950.00 | 1 | $950.00 |
| Jan 04, 2021 | *JMF* | Confer with D. Powell re sharing tentative terms of Wells Fargo settlement with Toyota; confer with team re GAP status. | $950.00 | 0.8 | $760.00 |
| Jan 04, 2021 | *AS* | Confer with counsel for WFB re: settlement issues | $950.00 | 0.3 | $285.00 |
| Jan 11, 2021 | *SHS* | Review J. Davey email re settlement | $900.00 | 0.1 | $90.00 |
| Jan 11, 2021 | *JMF* | Confer with opposing counsel re settlement issues; confer with team re same. | $950.00 | 1 | $950.00 |
| Jan 11, 2021 | *AS* | Follow-up with WFB re: outstanding settlement issues; confer with team re: same. | $950.00 | 1 | $950.00 |
| Jan 19, 2021 | *JMF* | Confer with Colorado AG re potential settlement with Wells Fargo; confer with F. Azar re costs. | $950.00 | 1.2 | $1,140.00 |

| Jan 20, 2021 | JMF | Confer with C. Schaffer re calling class representatives and status; confer with Azar team re class representative message. | $950.00 | 0.6 | $570.00 |
|---|---|---|---|---|---|
| Jan 21, 2021 | JMF | Confer with D. Powell re settlement. | $950.00 | 0.2 | $190.00 |
| Jan 22, 2021 | JMF | Confer with J. Davey re settlement. | $950.00 | 0.2 | $190.00 |
| Jan 28, 2021 | JMF | Review recent Judge Selna opinion on settlement approval; confer with team re same. | $950.00 | 0.5 | $475.00 |
| Feb 01, 2021 | JMF | Confer with opposing counsel re status. | $950.00 | 0.3 | $285.00 |
| Feb 01, 2021 | JMF | Confer with opposing counsel re status of settlement; confer with C. Schaffer. | $950.00 | 0.4 | $380.00 |
| Feb 02, 2021 | JMF | Confer with J. Dave re status. | $950.00 | 0.2 | $190.00 |
| Feb 05, 2021 | JMF | Confer with opposing counsel re status of settlement agreement and request for extension of deadline; confer with A. Stolper re extension of term sheet deadline. | $950.00 | 0.6 | $570.00 |
| Feb 11, 2021 | SHS | Review draft of settlement agreement from WF; confer with team re same | $900.00 | 1 | $900.00 |
| Feb 11, 2021 | JMF | Review draft settlement agreement; prepare redline; confer with team re same; telephone conference with J. Davey re questions. | $950.00 | 6.3 | $5,985.00 |
| Feb 11, 2021 | AS | Review draft settlement agreement; redline same; confer with co-counsel re: same; cross-reference term sheet. | $950.00 | 6 | $5,700.00 |
| Feb 12, 2021 | JMF | Incorporate revisions from team to Settlement agreement; confer with team re same; send to opposing counsel. | $950.00 | 3.5 | $3,325.00 |
| Feb 12, 2021 | AS | Further revisions to the settlement agreement | $950.00 | 1.4 | $1,330.00 |
| Feb 14, 2021 | JMF | Confer with Colorado AG office re Wells Fargo's refunds. | $950.00 | 0.5 | $475.00 |
| Feb 22, 2021 | JMF | Confer with J. Davey re revisions to settlement. | $950.00 | 0.3 | $285.00 |

| Feb 22, 2021 | AS | Confer with WFB re: settlement | $950.00 | 0.3 | $285.00 |
|---|---|---|---|---|---|
| Feb 25, 2021 | JMF | Confer with team re status. | $950.00 | 0.4 | $380.00 |
| Mar 01, 2021 | JMF | Confer with E. Silver and A. Stolper re Colorado AG press release. | $950.00 | 0.5 | $475.00 |
| Mar 02, 2021 | JMF | Confer with C. Schaffer re lodestar; confer with E. Silver; confer with A. Stolper re same. | $950.00 | 0.8 | $760.00 |
| Mar 03, 2021 | MN | Review and revise documents to be included with motion for preliminary approval; confer with team re same. ( | $400.00 | 1 | $400.00 |
| Mar 03, 2021 | JMF | Review Colorado AG press release re Wells Fargo's refunds; confer with team re same. | $950.00 | 0.2 | $190.00 |
| Mar 03, 2021 | AS | AG press releases re: WFB settlement; research data contained therein. | $950.00 | 1 | $950.00 |
| Mar 04, 2021 | JMF | Review T. Foster memo on Statutory Refund States and applicable time periods; review statutes; analyze numbers. | $950.00 | 1.5 | $1,425.00 |
| Mar 05, 2021 | MN | Confer with J. Frank re status re motion for preliminary approval. | $400.00 | 0.1 | $40.00 |
| Mar 05, 2021 | JMF | Confer with M. Nowowiejski re lodestar. | $950.00 | 0.3 | $285.00 |
| Mar 07, 2021 | JMF | Analysis of Judge Selna's preliminary approval opinions; prepare motion; confer with team re status; compile discovery statistics. | $950.00 | 5.9 | $5,605.00 |
| Mar 08, 2021 | JMF | Review Wells Fargo's response to our revisions to Settlement Agreement; prepare response re same. | $950.00 | 2.5 | $2,375.00 |
| Mar 08, 2021 | AS | Review and respond to WFB changes to draft settlement | $950.00 | 2.2 | $2,090.00 |
| Mar 09, 2021 | JMF | Prepare draft of motion for preliminary approval; legal analysis re same; confer with J. Davey re status; confer with A. Baiardo re same. | $950.00 | 8 | $7,600.00 |

| Mar 10, 2021 | JMF | Prepare memorandum for opposing counsel re questions for open-issues on settlement; confer with B. Hanlin re statistics. | $950.00 | 1.4 | $1,330.00 |
|---|---|---|---|---|---|
| Mar 11, 2021 | JMF | Telephone conference with opposing counsel re settlement agreement; telephone conference with L. Scott Baggett re refund analysis. | $950.00 | 1.6 | $1,520.00 |
| Mar 11, 2021 | AS | Confer with WFB re: outstanding settlement issues; communicate with team re: same | $950.00 | 1.7 | $1,615.00 |
| Mar 12, 2021 | JMF | Analyze minority state numbers. | $950.00 | 0.5 | $475.00 |
| Mar 17, 2021 | JMF | Confer with J. Davey re scheduling and status. | $950.00 | 0.2 | $190.00 |
| Mar 18, 2021 | JMF | Review 10Q statement on lawsuit; confer with A. Stolper re same; confer with J. Davey re meeting. | $950.00 | 0.5 | $475.00 |
| Mar 18, 2021 | AS | Research and circulate WFB SEC disclosures re: GAP and other automotive litigation; confer with team re: same. | $950.00 | 1 | $950.00 |
| Mar 23, 2021 | SHS | Review and edit draft settlement agreement; conference with J. Frank re same | $900.00 | 0.5 | $450.00 |
| Mar 23, 2021 | JMF | Confer with C. Schaffer and M. Azar re lodestar; review time spreadsheets. | $950.00 | 1.4 | $1,330.00 |
| Mar 24, 2021 | MN | Confer with J. Frank re status re motion for preliminary approval and further status report to court re same. | $400.00 | 0.2 | $80.00 |
| Mar 24, 2021 | JMF | Meeting with D. Powell, J. Davey, B. Mayberry and A. Baiardo re revisions to settlement; confer with team re same. | $950.00 | 1.5 | $1,425.00 |
| Mar 25, 2021 | JMF | Meeting with J. Davey and A. Baiardo re revisions to settlement; prepare stipulation re motion for preliminary approval deadline and confer with opposing counsel re same; confer with M. Azar re lodestar. | $950.00 | 1.8 | $1,710.00 |

| | | | | | |
|---|---|---|---|---|---|
| Mar 29, 2021 | *JMF* | Confer with A. Baiardo re extending deadline. | $950.00 | 0.2 | $190.00 |
| Apr 09, 2021 | *JMF* | Review and revise joint stipulation; confer with A. Baiardo re filing notice. | $950.00 | 0.5 | $475.00 |
| Apr 12, 2021 | *JMF* | Review notice from court; confer with D. Powell and A. Baiardo re same; confer with C. Schaffer re status. | $950.00 | 0.6 | $570.00 |
| Apr 15, 2021 | *JMF* | Confer with J. Davey re status; review email from D. Powell re same. | $950.00 | 0.2 | $190.00 |
| Apr 19, 2021 | *JMF* | Review and exchange emails re status on latest round of changes; confer with D. Powell re same. | $950.00 | 0.5 | $475.00 |
| Apr 19, 2021 | *AS* | Draft email re: status of settlement encouraging WFB to turn the document around | $950.00 | 0.5 | $475.00 |
| Apr 23, 2021 | *JMF* | Confer with J. Davey re status; confer with team re same. | $950.00 | 0.3 | $285.00 |
| Apr 27, 2021 | *JMF* | Review latest round of revisions from Wells Fargo; confer with team re same; confer with D. Powell re same. | $950.00 | 2 | $1,900.00 |
| Apr 27, 2021 | *AS* | Review next round of changes from WFB; draft responses; confer with team re: same | $950.00 | 2 | $1,900.00 |
| Apr 28, 2021 | *SHS* | Confer with A. Stolper and J. Frank re settlement issues | $900.00 | 0.5 | $450.00 |
| Apr 28, 2021 | *JMF* | Prepare requested revisions to latest draft of settlement; confer with team re same; confer with A. Stolper re Judge Guilford fee mediation. | $950.00 | 2.4 | $2,280.00 |
| Apr 28, 2021 | *AS* | Further settlement drafting; confer with team re: same; confer re: mediating outstanding issues | $950.00 | 2 | $1,900.00 |
| Apr 29, 2021 | *SHS* | Review J. Davey email re settlement issues; confer with team re same | $900.00 | 0.5 | $450.00 |

| Apr 29, 2021 | JMF | Review Wells Fargo's response to requested changes; telephone conference with D. Powell an A. Baiardo re same; confer with C. Schaffer re expenses. | $950.00 | 1 | $950.00 |
|---|---|---|---|---|---|
| Apr 29, 2021 | AS | Call with WFB re: outstanding settlement issues; addition review and revision to the settlement agreement | $950.00 | 0.8 | $760.00 |
| Apr 30, 2021 | JMF | Confer with F. Azar and Colorado team re status of settlement and compiling fees and expenses; telephone conference with C. Schaffer re same. | $950.00 | 0.5 | $475.00 |
| May 03, 2021 | JMF | Telephone conference with A. Baiardo re settlement, claim form and notice; prepare motion for preliminary approval; confer with A. Stolper and S. Sims re same; confer with D. Powell re scheduling fee mediation. | $950.00 | 5.6 | $5,320.00 |
| May 04, 2021 | JMF | Confer with C. Schaffer re status; introduction to JND; prepare notices and claim forms; confer with A. Baiardo re same; confer with D. Powell re summary of negotiation points and requested revisions to settlement. | $950.00 | 5.8 | $5,510.00 |
| May 05, 2021 | JMF | Prepare brief re fees and service awards for Judge Guilford; legal analysis re same; confer with J. Davey re Statutory Refund Subclass numbers. | $950.00 | 6.9 | $6,555.00 |
| May 05, 2021 | AS | Prepare and review mediation brief for outstanding issues with Judge Guilford; conference with team re: same; further analysis of settlement numbers | $950.00 | 4 | $3,800.00 |
| May 05, 2021 | MN | Confer with J. Frank re preliminary approval motion; begin preparation of exhibits to declaration in support of same. | $400.00 | 1 | $400.00 |
| May 05, 2021 | SHS | Review draft mediation brief to J. Guilford re fees; confer with J. Frank re same | $900.00 | 0.5 | $450.00 |

| Date | | Description | Rate | Hours | Amount |
|------|---|-------------|------|-------|--------|
| May 06, 2021 | JMF | Telephone conference with Claims Administrator and opposing counsel re tasks; prepare for and attend mediation with Judge Guilford re fees and service awards; prepare timeline of tasks for Claims Administrator and opposing counsel; confer with S. Sims re same; prepare draft of proposed preliminary approval order and send to opposing counsel and claims administrator; prepare summary of settlement for Class Representative and confer with M. Azar re same; confer with opposing counsel re settlement terms. | $950.00 | 8.5 | $8,075.00 |
| May 06, 2021 | AS | Conference call with claims administrator; prepare for and attend mediation with Judge Guilford; confer with opposing counsel re: settlement; confer with team re: these issues. | $950.00 | 4.5 | $4,275.00 |
| May 07, 2021 | JMF | Telephone conference with A. Baiardo re Notice and Claim form; revise same; prepare letter to opposing counsel with expert analysis; prepare preliminary approval papers and declarations; confer with J. Guilford re language of representations to Court; prepare redline of Statute of Limitations Chart and confirm accuracy; confer with opposing counsel re class definition. | $950.00 | 5.6 | $5,320.00 |
| May 10, 2021 | JMF | Prepare motion for preliminary approval papers; telephone conference with S. Baggett re analysis; confer with opposing counsel re settlement and revisions; confer with Claims Administrator re timelines; confer with co-counsel re declarations and client calls; confer with C. Schaffer re motion; telephone conference with D. Powell re release. | $950.00 | 12 | $11,400.00 |

| Date | Initials | Description | Rate | Hours | Total |
|---|---|---|---|---|---|
| May 11, 2021 | SHS | Confer with J. Frank re preliminary approval; edit motion for preliminary approval | $900.00 | 1.2 | $1,080.00 |
| May 11, 2021 | JMF | Prepare preliminary approval papers; confer with opposing counsel re settlement, notice, claim forms, calendar and preliminary approval order. | $950.00 | 8.5 | $8,075.00 |
| May 12, 2021 | SHS | Research re motion for preliminary approval | $900.00 | 0.5 | $450.00 |
| May 12, 2021 | JMF | Confer with opposing counsel re settlement and notice language; confer with Scott Baggett re declaration; review analysis; confer with team re same. | $950.00 | 3.6 | $3,420.00 |
| May 13, 2021 | SHS | Confer with J. Frank re motion for preliminary approval | $900.00 | 0.3 | $270.00 |
| May 13, 2021 | JMF | Telephone conference with A. Baiardo re revisions to Settlement and Notice; prepare preliminary approval papers; confer with team re same. | $950.00 | 8.9 | $8,455.00 |
| May 13, 2021 | MN | Continue preparing exhibits re preliminary approval motion. | $400.00 | 0.6 | $240.00 |
| May 14, 2021 | AS | Calls with counsel for WFB re: settlement wording | $950.00 | 0.2 | $190.00 |
| May 14, 2021 | JMF | Prepare preliminary approval papers; confer with opposing counsel re same; confer with claims administrator; prepare declarations. | $950.00 | 8.5 | $8,075.00 |
| May 16, 2021 | SHS | Confer with J. Frank and A. Stolper re settlement issues | $900.00 | 0.5 | $450.00 |
| May 17, 2021 | MN | Review C. Schaffer declaration, exhibits and client documents; revise motion. | $400.00 | 0.5 | $200.00 |
| May 17, 2021 | JMF | Finalize preliminary approval papers for filing; confer with co-counsel re same; confer with opposing counsel re same. | $950.00 | 9 | $8,550.00 |
| May 17, 2021 | SHS | Confer with A. Stolper re class notice issue; research same | $900.00 | 0.6 | $540.00 |
| May 18, 2021 | JMF | Confer with C. Schaffer re status; confer with J. Davey re statute of limitation issue. | $950.00 | 0.5 | $475.00 |

| May 19, 2021 | JMF | Confer with J. Davey re class periods for each State; confer with A. Stolper re same; call Judge Guilford re Wells Fargo's delay; confer with M. Nowowiejski re same. | $950.00 | 0.7 | $665.00 |
|---|---|---|---|---|---|
| May 20, 2021 | JMF | Confer with M. Azar re Azar lodestar and expenses; review same; confer with C. Schaffer re status; schedule mediation session with Judge Guilford; telephone conference with D. Powell; confer with team re strategy; revise class notices and confer with J. Davey re same. | $950.00 | 2.4 | $2,280.00 |
| May 21, 2021 | JMF | Prepare for and attend mediation session before J. Guilford; confer with A. Stolper re strategy; confer with J. Davey re notice content dispute; confer with D. Powell re negotiations on class notice language; review class member declarations. | $950.00 | 3.5 | $3,325.00 |
| May 21, 2021 | MN | Review and organize Azar client declarations. | $400.00 | 0.6 | $240.00 |
| May 25, 2021 | JMF | Confer with C. Schaffer re status; review notice language proposal from D. Powell; confer with D. Powell re same; confer with team re same; prepare joint request for hearing with Judge Selna re setting deadline for Wells Fargo; confer with J. Davey and A. Baiardo re final notices; prepare stipulation and order shortening time for preliminary approval; confer with D. Powell re same; confer with claims administrator re timing issues. | $950.00 | 4.9 | $4,655.00 |
| May 25, 2021 | MN | Review and revise joint request for order shortening time re motion for preliminary approval; draft proposed order re same. | $400.00 | 0.5 | $200.00 |
| May 25, 2021 | AS | Review and draft status conference report | $950.00 | 1.8 | $1,710.00 |

| | | | | | |
|---|---|---|---|---|---|
| May 26, 2021 | *JMF* | Confer with D. Powell re request for revision to release language; confer with A. Stolper re same; review Azar declaration; prepare declaration; review notices and redlines; finalize settlement agreement; confer with J. Davey re same; review email from Judge Selna's clerk re status conference; confer with team re strategy. | $950.00 | 3.5 | $3,325.00 |
| May 26, 2021 | *MN* | Confer with S. Chateauneuf re Azar declaration in support of motion for preliminary approval; create charts to use as exhibits to Frank Declaration; prepare compendium of client declarations; compare and replace exhibits to settlement agreement with revised versions; review testimony to be attached as exhibit. | $400.00 | 2.2 | $880.00 |
| May 26, 2021 | *AS* | Correspondence re: status conference; discussions re: release scope | $950.00 | 2 | $1,900.00 |
| May 27, 2021 | *JMF* | Prepare brief for status conference; confer with opposing counsel re same; confer with D. Powell re Wells Fargo requested revisions; revise status conference statement; file statement. | $950.00 | 3.8 | $3,610.00 |
| May 27, 2021 | *MN* | Review court order re status conference; calendar same; review, revise and finalize report regarding settlement; eFile same. | $400.00 | 0.5 | $200.00 |
| May 28, 2021 | *JMF* | Prepare for and attend teleconference hearing with Judge Selna; confer with A. Stolper re same; review JND notice plan. | $950.00 | 1 | $950.00 |
| May 28, 2021 | *MN* | Confer with S. Chateauneuf re remote appearance at status conference. | $400.00 | 0.1 | $40.00 |
| May 28, 2021 | *AS* | Prepare for an attended hearing; review notice plan and timeline | $950.00 | 1 | $950.00 |

| May 31, 2021 | JMF | Finalize papers for submission to Judge Selna; legal analysis on blended rates in Southern California. | $950.00 | 4.5 | $4,275.00 |
|---|---|---|---|---|---|
| Jun 01, 2021 | JMF | Submit papers to Judge Selna; confer with M. Nowowiejski re same; telephone conference with Claims Administrator re likely timing; confer with ███████. | $950.00 | 1 | $950.00 |
| Jun 02, 2021 | JMF | Telephone conference with █████████ re settlement and serving as expert; legal analysis of deadline for filing motion for fees; confer with S. Sims re same; confer with D. Powell re motion for preliminary approval; revise preliminary approval order and motion to send redline to opposing counsel. | $950.00 | 2.5 | $2,375.00 |
| Jun 03, 2021 | JMF | Telephone conference with D. Powell re motion and settlement; send redline with latest requested changes to Wells Fargo; confer with A. Baiardo re status of data production to claims administrator. | $950.00 | 1.5 | $1,425.00 |
| Jun 04, 2021 | JMF | Confer with C. Longley re effective means to improve claims rates. | $950.00 | 0.5 | $475.00 |
| Jun 07, 2021 | JMF | Confer with D. Powell re executed agreement; file motion for preliminary approval and supporting papers; confer with opposing counsel re same; confer with team re same; confer with ██ ███████ re same. | $950.00 | 1.4 | $1,330.00 |
| Jun 07, 2021 | MN | Review, revise and finalize motion for preliminary approval; declarations in support and proposed order in preparation for eFiling same; re-organize exhibits to settlement agreement; eFile same; prepare chambers copy of proposed order. | $400.00 | 2.5 | $1,000.00 |

| Jun 08, 2021 | *JMF* | Review order granting motion for preliminary approval; confer with team re same; confer with D. Powell re same; confer with Claims Administrator re same; confer with ███████ re same; prepare deadlines for Claims Administrator; confer with JND and A. Baiardo re same. | $950.00 | 2 | $1,900.00 |
| Jun 08, 2021 | *MN* | Review court order re preliminary approval of class action settlement; calendar deadlines. | $400.00 | 0.3 | $120.00 |
| Jun 08, 2021 | *AS* | Review preliminary approval order; discussions with co-counsel re: same. | $950.00 | 2 | $1,900.00 |
| Jun 09, 2021 | *JMF* | Respond to press inquiries re settlement; confer with D. Powell re same; confer with G. Haber re website name and error in Court order stating wrong claims administration company; confer with A. Baiardo and J. Davey re settlement website name; confer with team, opposing counsel and claims administrator re upcoming tasks. | $950.00 | 3.6 | $3,420.00 |
| Jun 10, 2021 | *JMF* | Response to L.A. Times re settlement; confer with D. Powell re same; review email from L. Staal re confirming purchase of website name. | $950.00 | 1.2 | $1,140.00 |
| Jun 11, 2021 | *JMF* | Confer with CJ Moore re Automotive news article; confer with D. Powell re Wells Fargo press statement; confer with team re same. | $950.00 | 1 | $950.00 |
| Jun 13, 2021 | *JMF* | Confer with J. Davey and L. Staal re rescheduling meeting; review email from Judge Guilford. | $950.00 | 0.2 | $190.00 |
| Jun 14, 2021 | *JMF* | Meeting with claims administrator and opposing counsel. | $950.00 | 1 | $950.00 |

| Jun 15, 2021 | *JMF* | Review and revise CAFA notice; confer with opposing counsel re same; confer with claims administrator re same; review emails from L. Staal re Wells Fargo still has not provided class list. | $950.00 | 1 | $950.00 |
|---|---|---|---|---|---|
| Jun 16, 2021 | *JMF* | Meet and confer with A. Baiardo re CAFA notice language dispute; confer with L. Staal re same; review final notice. | $950.00 | 1 | $950.00 |
| Jun 17, 2021 | *JMF* | Review update from L. Staal re CAFA notice and status; confer with ████████ re retention. | $950.00 | 0.5 | $475.00 |
| Jun 18, 2021 | *JMF* | Meeting with ████████ office re Wells Fargo settlement. | $950.00 | 0.4 | $380.00 |
| Jun 21, 2021 | *JMF* | Confer with D. Powell re Schaffer signature; confer with C. Shaffer re same; review email from L. Staal re discrepancy in notice language; confer with A. Baiardo and J. Davey re correcting language; confer with L. Staal re first wave of data; redline revised notices. | $950.00 | 1.2 | $1,140.00 |
| Jun 22, 2021 | *JMF* | Confer with D. Powell re status. | $950.00 | 0.2 | $190.00 |
| Jun 22, 2021 | *MN* | Confer with team re fully executed settlement agreement; prepare transmittal re same to C. Schaffer. | $400.00 | 0.2 | $80.00 |
| Jun 23, 2021 | *JMF* | Review reformatted claims forms and notice for approval; send revisions; confer with opposing counsel and claims administrator re same. | $950.00 | 0.7 | $665.00 |
| Jun 24, 2021 | *JMF* | Confer with L. Staal re update on data review; confer with C. Schaffer re dates. | $950.00 | 0.4 | $380.00 |
| Jun 24, 2021 | *MN* | Confer with J. Frank and prepare memorandum regarding settlement deadlines. | $400.00 | 0.4 | $160.00 |
| Jun 25, 2021 | *JMF* | Confer with J. Davey re VIN and make and model information and calculation of estimated refund amounts; review update on CAFA notices; review requested formatting change by Wells Fargo. | $950.00 | 0.5 | $475.00 |

| Jun 28, 2021 | *JMF* | Review emails from J. Davey and L. Staal. | $950.00 | 0.3 | $285.00 |
| Jul 01, 2021 | *JMF* | Review emails from L. Staal and J. Davey re update on data. | $950.00 | 0.2 | $190.00 |
| Jul 13, 2021 | *JMF* | Confer with opposing counsel and L. Staal re calculation for notices and status; confirm calculation method is accurate; review formatted notices and claim form for final sign-off. | $950.00 | 1 | $950.00 |
| Jul 14, 2021 | *JMF* | Confer with L. Staal re sign-off on calculation method and notices; review comments from A. Baiardo. | $950.00 | 0.5 | $475.00 |
| Jul 15, 2021 | *JMF* | Confer with J. Keough re requested changes. | $950.00 | 0.4 | $380.00 |
| Jul 16, 2021 | *JMF* | Review final sign-offs on notices from Wells Fargo; confer with L. Staal re same. | $950.00 | 0.2 | $190.00 |
| Jul 18, 2021 | *JMF* | Review final sign-off on calculations from Wells Fargo and J. Davey; confer with L. Staal re same. | $950.00 | 0.2 | $190.00 |
| Jul 20, 2021 | *JMF* | Confer with L. Staal re how to handle claims under $1; confer with opposing counsel re same. | $950.00 | 1 | $950.00 |
| Jul 21, 2021 | *JMF* | Review emails from opposing counsel re claims less than $1. | $950.00 | 0.2 | $190.00 |
| Jul 22, 2021 | *JMF* | Review emails on claims less than $1 issue. | $950.00 | 0.2 | $190.00 |
| Jul 23, 2021 | *JMF* | Confer with C. Shaffer re status. | $950.00 | 0.2 | $190.00 |
| Jul 27, 2021 | *JMF* | Review and revise proposed digital ads; confer with opposing counsel re same; confer with claims administrator re distribution plan. | $950.00 | 1 | $950.00 |
| Jul 30, 2021 | *JMF* | Confer with L. Staal re status. | $950.00 | 0.3 | $285.00 |
| Aug 02, 2021 | *MN* | Participate in conference call with J. Frank, B. Hanlin and S. Chateauneuf re motion for final approval and motion for attorney's fees and costs. | $400.00 | 0.7 | $280.00 |

| Aug 02, 2021 | JMF | Review proposed digital ads; review Wells Fargo revisions; confer with L. Staal re deadlines and status; confer with B. Hanlin re class representative declarations. | $950.00 | 1.9 | $1,805.00 |
|---|---|---|---|---|---|
| Aug 03, 2021 | JMF | Review and revise Facebook ad and other digital adds; confer with opposing counsel and claims administrator re same. | $950.00 | 1 | $950.00 |
| Aug 04, 2021 | MN | Confer with S. Chateauneuf re motion for attorney's fees and costs; research exhibits. | $400.00 | 0.4 | $160.00 |
| Aug 04, 2021 | JMF | Provide proposed revisions to website. | $950.00 | 1.5 | $1,425.00 |
| Aug 05, 2021 | JMF | Review and revise website, email notice and online claim form process; confer with opposing counsel and claims administrator re same. | $950.00 | 2 | $1,900.00 |
| Aug 05, 2021 | AS | Review draft website; make comments re: same; compare the website with class notice | $950.00 | 2.2 | $2,090.00 |
| Aug 06, 2021 | JMF | Review final website, online claim form process; confer with opposing counsel re same; confer with claims administrator re final changes to simplify online claims process. | $950.00 | 3.4 | $3,230.00 |
| Aug 06, 2021 | AS | Further review draft website; strategy re: same; discussions re: edits and timelines | $950.00 | 2.7 | $2,565.00 |
| Aug 07, 2021 | JMF | Review revised email notices to Statutory Subclass; confer with A. Baiardo re same. | $950.00 | 0.5 | $475.00 |
| Aug 08, 2021 | JMF | Confer with claims administrator re change to settlement website and online claim form update. | $950.00 | 1 | $950.00 |
| Aug 09, 2021 | MN | Multiple telephone calls with potential class members regarding notice and claim form procedure. | $400.00 | 5 | $2,000.00 |
| Aug 09, 2021 | JMF | Confer with G. Eoff re online claim form and notices; answer questions from class members; confer with M. Nowowiejski re same; review emails from J. Davey approving change to settlement website. | $950.00 | 5 | $4,750.00 |

| Aug 10, 2021 | MN | Multiple telephone calls with potential class members regarding notice and claim form procedure. | $400.00 | 4.5 | $1,800.00 |
| Aug 10, 2021 | JMF | Response to class member calls. | $950.00 | 3.5 | $3,325.00 |
| Aug 11, 2021 | MN | Multiple telephone calls with potential class members regarding notice and claim form procedure. | $400.00 | 5.5 | $2,200.00 |
| Aug 11, 2021 | JMF | Confer with J. Davey re additional payments to 25,000 statutory subclass members; respond to class member calls. | $950.00 | 2.3 | $2,185.00 |
| Aug 12, 2021 | MN | Multiple telephone calls with potential class members regarding notice and claim form procedure. | $400.00 | 4 | $1,600.00 |
| Aug 12, 2021 | JMF | Confer with C. Schaffer re class member question and Zurich post card; research Zurich issues; respond to class member calls. | $950.00 | 2.5 | $2,375.00 |
| Aug 13, 2021 | MN | Multiple telephone calls with potential class members regarding notice and claim form procedure; review incoming claim forms received by mail. | $400.00 | 5 | $2,000.00 |
| Aug 16, 2021 | MN | Multiple telephone calls with potential class members regarding notice and claim form procedure. | $400.00 | 4.8 | $1,920.00 |
| Aug 16, 2021 | JMF | Confer with claims administrator re response times to class member calls. | $950.00 | 0.4 | $380.00 |
| Aug 17, 2021 | MN | Multiple telephone calls with potential class members regarding notice and claim form procedure; review incoming claim forms received by mail. | $400.00 | 3.5 | $1,400.00 |
| Aug 17, 2021 | JMF | Confer with C. Schaffer re responding to common questions; research estate issue; confer with claims administrator re same. | $950.00 | 1 | $950.00 |
| Aug 18, 2021 | MN | Multiple telephone calls with potential class members regarding notice and claim form procedure. | $400.00 | 4 | $1,600.00 |

| Aug 18, 2021 | JMF | Confer with D. McKay (class member) re claim; confer with claims administrator re same; confer with claims administrator and J. Davey re objection from J. Madden re her claim that Wells Fargo miscalculated amount of potential refund. | $950.00 | 0.3 | $285.00 |
|---|---|---|---|---|---|
| Aug 19, 2021 | MN | Multiple telephone calls with potential class members regarding notice and claim form procedure. | $400.00 | 3 | $1,200.00 |
| Aug 19, 2021 | JMF | Review objection; confer with J. Madden (class member) re claim; review documents and calculate her potential refund; confer with J. Madden re same; review here email withdrawing objection. | $950.00 | 1 | $950.00 |
| Aug 20, 2021 | MN | Multiple telephone calls with potential class members regarding notice and claim form procedure. | $400.00 | 4.2 | $1,680.00 |
| Aug 20, 2021 | JMF | Review weekly report from claims administrator and timeline; confer with claims administrator re additional information; confer with A. Stolper and S. Sims re same. | $950.00 | 0.7 | $665.00 |
| Aug 22, 2021 | JMF | Confer with J. Were (class member); confer with claims administrator re same. | $950.00 | 0.5 | $475.00 |
| Aug 23, 2021 | MN | Multiple telephone calls with potential class members regarding notice and claim form procedure; review incoming claim forms received by mail. | $400.00 | 5 | $2,000.00 |
| Aug 24, 2021 | MN | Multiple telephone calls with potential class members regarding notice and claim form procedure. | $400.00 | 3 | $1,200.00 |
| Aug 25, 2021 | MN | Multiple telephone calls with potential class members regarding notice and claim form procedure. | $400.00 | 4 | $1,600.00 |

| Aug 25, 2021 | JMF | Telephone conference with J. Berg (class member); draft response to common questions; confer with G. Eoff (Claims Administrator) re same; review email from G. Eoff to J. Berg; confer with G. Eoff re same. | $950.00 | 1.4 | $1,330.00 |
|---|---|---|---|---|---|
| Aug 26, 2021 | MN | Multiple telephone calls with potential class members regarding notice and claim form procedure. | $400.00 | 3.5 | $1,400.00 |
| Aug 27, 2021 | MN | Multiple telephone calls with potential class members regarding notice and claim form procedure. | $400.00 | 4 | $1,600.00 |
| Aug 27, 2021 | JMF | Review claims administrator report; confer with A. Stolper re same; confer with J. Cology (class member). | $950.00 | 0.9 | $855.00 |
| Aug 30, 2021 | MN | Multiple telephone calls with potential class members regarding notice and claim form procedure; review incoming claim forms received by mail. | $400.00 | 3.5 | $1,400.00 |
| Aug 30, 2021 | JMF | Confer with team re time, costs and class member declarations; review objection; legal analysis re same; confer with A. Stolper and S. sims re same; telephone conference with J. Davey re Statutory Subclass; review Frank Sims & Stolper time sheets. | $950.00 | 3.4 | $3,230.00 |
| Aug 30, 2021 | JMF | Prepare and review back-up for fee application; confer with co-counsel re: same. | $950.00 | 2 | $1,900.00 |
| Aug 31, 2021 | MN | Multiple telephone calls from potential class member regarding notice and claim form procedure. | $400.00 | 3 | $1,200.00 |
| Aug 31, 2021 | JMF | Telephone conference with J. Davey re Statutory Subclass update; confer with ▮▮▮▮▮▮; confer with Claims Administrator re class list data questions; review FSS time sheets. | $950.00 | 4.5 | $4,275.00 |

| Sep 01, 2021 | JMF | Legal analysis of Judge Selna's opinions re class action fees, costs and incentive awards; call back class members. | $950.00 | 2 | $1,900.00 |
| Sep 01, 2021 | MN | Multiple telephone calls from potential class members regarding notice and claim form procedure. | $400.00 | 3.2 | $1,280.00 |
| Sep 02, 2021 | JMF | Confer with ███████; call back class members; review emails from G. Eoff. | $950.00 | 1 | $950.00 |
| Sep 02, 2021 | MN | Multiple telephone calls from potential class members regarding notice and claim form procedure. | $400.00 | 3 | $1,200.00 |
| Sep 03, 2021 | JMF | Review claims administrator weekly report; confer with A. Stolper re same; review email from class member Michael Alain to claims administrator; confer with M. Alain re same; review information from M. Alain; confer with claims administrator re same; confer with S. Baggett re invoices; confer with G. Eoff re claims; review fee petition in Wells Fargo. | $950.00 | 3 | $2,850.00 |
| Sep 07, 2021 | JMF | Review article re regulators warning Wells Fargo for new sanctions; confer with A. Stolper re same and how it relates to GAP; review objection and records indicating that objector received refund and is not a class member. | $950.00 | 0.8 | $760.00 |
| Sep 07, 2021 | MN | Multiple telephone calls from potential class members regarding notice and claim form procedure. | $400.00 | 3.1 | $1,240.00 |
| Sep 07, 2021 | AS | Review regulatory action against WFB; confer with co-counsel re: same | $950.00 | 0.5 | $475.00 |

| Sep 08, 2021 | JMF | Confer with M. Nowowiejski re claims forms received by Frank Sims & Stolper LLP; legal analysis of notice costs and settlement valuation issues; confer with G. Eoff re questions; respond to class member calls; confer with B. Hanlin re status; confer with reporter inquiry re settlement. | $950.00 | 2.8 | $2,660.00 |
|---|---|---|---|---|---|
| Sep 08, 2021 | MN | Multiple telephone calls from potential class members regarding notice and claim form procedure. | $400.00 | 3.4 | $1,360.00 |
| Sep 09, 2021 | SHS | Edit Guilford declaration | $900.00 | 0.5 | $450.00 |
| Sep 09, 2021 | JMF | Review draft declarations; review Azar timesheets; confer with J. Davey re subclass number issue; review answer to questions on repeat customers and total administrative cost estimate from G. Eoff; confer with team re compiling time; respond to class member calls; confer with B. Hanlin re declarations. | $950.00 | 4.5 | $4,275.00 |
| Sep 09, 2021 | MN | Review, revise and organize exhibits to motion for attorney's fees/costs; multiple telephone calls from potential class members regarding notice and claim form procedure; review incoming claim forms received by mail at Frank Sims and Stolper; confer with team re same. | $400.00 | 4.5 | $1,800.00 |
| Sep 10, 2021 | JMF | Review weekly report; confer with A. Stolper re same; confer with A. Baiardo re claims issues and information for final approval motion; review and revise Daily Journal write-up of settlement and confer with Daily Journal re same; telephone conference with S. Baggett re repeat customer analysis and numbers reported by Claims Administrator. | $950.00 | 1.5 | $1,425.00 |

| Sep 10, 2021 | MN | Multiple telephone calls from potential class members regarding notice and claim form procedure. | $400.00 | 2.6 | $1,040.00 |
|---|---|---|---|---|---|
| Sep 10, 2021 | SHS | Conference with S. Baggett and J. Frank re repeat customer analysis; confer with J. Frank re motion for attorneys' fees | $900.00 | 0.5 | $450.00 |
| Sep 10, 2021 | AS | Review and discuss claims report from class administrator; tcs with class members | $950.00 | 1 | $950.00 |
| Sep 13, 2021 | JMF | Confer with ████████ re status; review objection; research objector; review S. Baggett analysis; telephone conference with S. Baggett re same; research Wells Fargo market share; confer with G. Eoff re difference between amount of class notices and finance agreements; confer with opposing counsel and claims administrator re how to handle claims from multiple class members on same finance agreement; legal analysis of attorney fee cases; confer with C. Shaffer re updated timesheets and review same. | $950.00 | 3.2 | $3,040.00 |
| Sep 14, 2021 | SHS | Calls with class members | $900.00 | 0.8 | $720.00 |
| Sep 14, 2021 | JMF | Review email from G. Eoff re claims; prepare class member declarations; confer with C. Shaffer re same; review Guilford declaration. | $950.00 | 2 | $1,900.00 |
| Sep 14, 2021 | AS | Met with walk-in class member | $950.00 | 0.8 | $760.00 |
| Sep 15, 2021 | JMF | Confer with S. Baggett re analysis of customer return rate and value of Business Practice Change for Class Members; telephone conference with ████████ re same; legal analysis of business practice change valuation cases; prepare declarations; confer with C. Shaffer re declarations; confer with G. Eoff re subclass member numbers; confer with J. Davey. | $950.00 | 6.5 | $6,175.00 |

| Sep 16, 2021 | *SHS* | Calls with class members; prepare class member declarations | $900.00 | 1.5 | $1,350.00 |
| Sep 16, 2021 | *JMF* | Confer with ▮▮▮▮▮ re declaration; confer with B. Hanlin and A. Stolper re Herrera declaration; review and revise declaration. | $950.00 | 1 | $950.00 |
| Sep 17, 2021 | *SHS* | Research and prepare motion for fees and incentive awards | $900.00 | 1 | $900.00 |
| Sep 17, 2021 | *JMF* | Prepare motion for fees; review and revise class representative declarations; confer with ▮▮▮▮▮ ▮▮▮▮▮; review draft declaration; review weekly report from Claims Administrator; confer with A. Stolper re same. | $950.00 | 5.9 | $5,605.00 |
| Sep 17, 2021 | *MN* | Multiple telephone calls from potential class members regarding notice and claim form procedure. | $400.00 | 1.8 | $720.00 |
| Sep 17, 2021 | *AS* | Confer w co-counsel re: strategy; assist with fee application | $950.00 | 1 | $950.00 |
| Sep 20, 2021 | *JMF* | Prepare fee application papers; confer with team re same. | $950.00 | 6.6 | $6,270.00 |
| Sep 20, 2021 | *MN* | Multiple telephone calls from potential class members regarding notice and claim form procedure. | $400.00 | 2.2 | $880.00 |
| Sep 20, 2021 | *SHS* | Confer with J. Frank and A. Stolper re strategy | $900.00 | 0.5 | $450.00 |
| Sep 20, 2021 | *AS* | Assist in fee application; confer with co-counsel re: strategy | $950.00 | 1.5 | $1,425.00 |
| Sep 21, 2021 | *JMF* | Prepare motion papers. | $950.00 | 8 | $7,600.00 |
| Sep 21, 2021 | *MN* | Draft compendium of class rep declarations; confer with J. Frank re motion for fees, costs and incentive awards; multiple telephone calls from potential class members regarding notice and claim form procedure; assist with exhibits to motion for attorney's fees, costs and incentive awards. | $400.00 | 4.2 | $1,680.00 |

**Total Fees   $4,393,922.50**

Exhibit 4

## HERRERA, ET AL.  V. WELLS FARGO BANK

## Frank Sims & Stolper LLP Expenses

| | | |
|---|---|---:|
| Feb 27, 2018 | USDC - Filing Fee | $400.00 |
| Mar 02, 2018 | USDC - F. Azar Pro Hac Vice Application Fee | $325.00 |
| Mar 08, 2018 | USDC - B. Hanlin Pro Hac Vice Application Fee. | $325.00 |
| Mar 31, 2018 | Nationwide Legal, LLC - Invoice No. 279087 - Control Nos. 2790286, 2790287 | $257.90 |
| May 05, 2018 | LawToolBox.com, Inc. - Invoice No. SI 15107 - 701050-1 | $69.00 |
| Aug 23, 2018 | American Airlines - Washington DC to Charlotte NC - Andrew Stolper. | $354.20 |
| Aug 28, 2018 | VTS Crown Cab Company, Charlotte, NC. - Andrew Stolper. | $31.80 |
| Aug 28, 2018 | Kimpton Tyron Park - Charlotte NC - Andrew Stolper | $173.06 |
| Aug 29, 2018 | Kimpton Tyron Park Hotel, Charlotte, NC - Andrew Stolper. | $4.29 |
| Aug 29, 2018 | Kimpton Tyron Park Hotel - Charlotte, NC - Andrew Stolper | $533.47 |
| Nov 27, 2018 | Corner Bakery Invoice No. 755474 - Pre-Mediation Conference | $131.00 |
| Dec 18, 2018 | Signature Resolution - Mediation - Invoice No. 2554 - FSS Ck. No. 1934. | $7,950.00 |
| Feb 25, 2019 | New Jersey Business Records Service - Receipt ID 90561633266 - Agent for Service of Process Query Re Sansone Nissan (Subpoena) | $6.25 |
| Mar 08, 2019 | Nationwide Legal - Invoice No. 8713 - Order Nos. OC2338, OC2339 & OC2389 (Subpoenas to Bakhtiari Auto, Toyota Motor Ins. Services & Nissan Sansone) | $462.00 |
| Apr 08, 2019 | United Airlines - Confirmation No. G7105C - Flights to/from Orange County-New Jersey-Washington D.C. Re Sansone Deposition and Meetings with staff for Rep Perlstein, Porter and Waters. | $1,925.60 |
| May 03, 2019 | L. Scott Baggett, Ph.D. - Invoice No. 05032019-1 - FSS Ck. No. 1987 | $6,300.00 |
| Jun 05, 2019 | United Airlines - Confirmation No. 043H95 - Flights to/from New Jersey Re Sansone Deposition. | $2,696.60 |
| Jul 18, 2019 | Southwest Airlines. | $536.98 |
| Jul 22, 2019 | American Airlines. | $691.01 |
| Jul 23, 2019 | LAX Airport Urth Cafe. | $21.81 |

| Jul 23, 2019 | SWA Inflight WIFI. | $8.00 |
| Jul 23, 2019 | Uber. | $7.61 |
| Jul 23, 2019 | Uber. | $25.20 |
| Jul 24, 2019 | Four Seasons Hotel, St. Louis, MO. | $560.88 |
| Jul 24, 2019 | Surgarfire Smokehouse, St. Louis, MO. | $21.78 |
| Jul 24, 2019 | Uber. | $3.00 |
| Jul 24, 2019 | Uber. | $5.72 |
| Jul 24, 2019 | Uber. | $26.19 |
| Jul 24, 2019 | CMT Anaheim - Yellow Cab. | $25.00 |
| Oct 02, 2019 | USDC - Pro Hac Filing Fee Re Michael D. Murphy | $400.00 |
| Oct 31, 2019 | Southwest Airlines - ADS Flight to Oakland - Caruso Deposition. | $311.98 |
| Oct 31, 2019 | Amex Fine Hotels and Resorts. | $1,162.12 |
| Oct 31, 2019 | Southwest Airlines - Andrew Stolper (Oakland). | $311.98 |
| Oct 31, 2019 | Loews Regency San Francisco - JMF & ADS - Caruso Deposition. | $1,162.12 |
| Nov 01, 2019 | Southwest Airlines - JMF Flight to Oakland - Caruso Deposition. | $275.98 |
| Nov 01, 2019 | Southwest Airlines - JMF Return Flight from Oakland - Caruso Deposition. | $239.97 |
| Nov 05, 2019 | Lyft. | $34.73 |
| Nov 06, 2019 | Loews San Francisco Hotel. | $144.73 |
| Nov 06, 2019 | Peets Coffee Oakland Airport. | $21.66 |
| Nov 06, 2019 | SWA Inflight Wifi. | $8.00 |
| Nov 06, 2019 | Uber. | $126.08 |
| Nov 10, 2019 | Delta Airlines - Andrew Stolper (Raleigh, NC) | $792.30 |
| Nov 10, 2019 | Delta Airlines - Jason Frank (Raleigh, NC). | $792.30 |
| Nov 10, 2019 | Orbitz - Hyatt Place, Raleigh, NC. | $810.84 |
| Nov 11, 2019 | Delta Airlines - Jason Frank (Raleigh, NC). | $632.30 |
| Nov 11, 2019 | Delta Airlines - Andrew Stolper (Raleigh, NC). | $632.30 |

| | | |
|---|---|---|
| Nov 12, 2019 | Crawford & Son Restaurant, Raleigh, NC. | $179.38 |
| Nov 12, 2019 | Uber. | $48.13 |
| Nov 13, 2019 | Uber. | $59.17 |
| Nov 30, 2019 | Nationwide Legal, LLC - Invoice No. 13746 -Order Nos. OC16038; OC16158 - FSS Ck. No. 2096. | $77.05 |
| Feb 27, 2020 | Sharon Seffens, Court Reporter - Transcript Re Bellwether Case Management Conference - FSS Ck# 2122. | $245.00 |
| May 21, 2020 | Norell Consulting, Inc. - Investigation. FSS Ck. No. 0131. | $2,000.00 |
| Jun 08, 2020 | The Ranch at Laguna Beach - Mediation deposit. | $1,987.99 |
| Jun 23, 2020 | Judicate West - Invoice o. 507283. | $2,625.00 |
| Jul 16, 2020 | Exceptional Reporting Services, Inc. - Invoice No. 51625 - 7/8/20 Transcript. | $297.66 |
| Jul 16, 2020 | PACER - 7-8-20 Hearing Transcript. | $4.20 |
| Jul 17, 2020 | Judicate West - Invoice No. 507283 - Credit Card Trans. ID: 1614048322. | $2,625.00 |
| Jul 22, 2020 | State of Texas - Secretary of State - Batch No. 98479160. | $2.05 |
| Jul 31, 2020 | Nationwide Legal, LLC - Invoice No. 19922 - Order Nos. OC31327, OC31330 & OC31332 (Service of GAP Administrator Subpoenas) - FSS Ck. No. 130. | $442.75 |
| Aug 22, 2020 | Exceptional Reporting Services, Inc. - Invoice No. 51746 - 8/19/20 Hearing Transcript. | $37.20 |
| Sep 10, 2020 | Veritext - Invoice No. 4537413 - Deposition of Jennifer L. Holcomb. | $4,535.17 |
| Oct 22, 2020 | Veritext - Invoice No. 4606265 - Deposition of Doug Guziec (Innovative Aftermarket Systems, Inc.) | $1,776.00 |
| Oct 27, 2020 | Veritext - Invoice No. 4616967 - Deposition Video of Jennifer Holcomb (Norman & Co.). | $1,480.00 |
| Dec 30, 2020 | Judicate West - Invoice No. 519785 - Mediation 12/11/20 (ACH Payment 1/19/21). | $2,250.00 |
| May 11, 2021 | Judicate West - Invoice No. 531341 - Mediator Services. | $1,500.00 |
| May 26, 2021 | Judicate West – Invoice No. 532587 – Mediator Services | $1,125.00 |
| Sep 03, 2021 | L. Scott Baggett, Ph.D. – Invoice No. 03032021-1 | $700.00 |
| Sep 21, 2021 | Norell Consulting, Inc. - Investigation | 2,437.50 |
| Sep 22, 2021 | L. Scott Baggett, Ph.D. – Invoice No. 09222021-1 | 525.00 |
| **TOTAL:** | | **$58,696.99** |