JASON M. FRANK (190957)
ANDREW D. STOLPER (205462)
SCOTT H. SIMS (234148)
FRANK SIMS & STOLPER LLP
19800 MacArthur Blvd., Suite 855
Irvine, CA 92612
Telephone: (949) 201-2400
Facsimile: (949) 201-2405

FRANKLIN D. AZAR (*pro hoc vice*)
FRANKLIN D. AZAR & ASSOCIATES, P.C.
14426 East Evans Avenue
Aurora, CO 80014
Telephone: (303) 757-3300
Facsimile: (303) 759-5203

CHARLES E. SCHAFFER (*pro hoc vice*)
LEVIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
Facsimile: (215) 592-4663

*Attorneys for Plaintiffs, the Class and Subclass*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO HERRERA, EDUARDO SALCEDO, DENA LUCERO, FREDERICK BROWN, VANITY ARRINGTON, KASHIF Z. AWAN, GRETTA CARTER, JAMES ATKINS, ILKA ROBINSON-EATON, JANET CORPES, TERRI JONES, HEIDI HUMPHREYS, RIA MARTEINS, BRIAN T. SWEENEY, NAKECIA M. DEAN, and VON GRIFFIN each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A. D/B/A WELLS FARGO DEALER SERVICES, INC., WELLS FARGO & COMPANY and MARGUERITE DREW, an individual,<br><br>Defendants. | Case No.: 8:18-cv-00332-JVS-MRW<br><br>**DECLARATION OF HON. ANDREW J. GUILFORD (RET.)**<br><br>[*Notice and Motion, Declarations of Jason M. Frank, Franklin D. Azar, Charles E. Schaffer, L. Scott Baggett, and Gretchen Eoff and Compendium of Plaintiffs' Declarations filed concurrently herewith*]<br><br>DATE: November 15, 2021<br>TIME: 1:30 p.m.<br>CTRM.: 10C |

1

**DECLARATION OF HON. ANDREW J. GUILFORD (RET.)**

## **DECLARATION OF HON. ANDREW J. GUILFORD (Ret.)**

I, Andrew J. Guilford, declare as follows:

1. I have personal knowledge of the matters stated herein and if called to testify to them, would and do so competently.

2. I am a Judicate West special master, mediator, and arbitrator. I am the mediator who presided over the settlement reached in <u>Herrera v. Wells Fargo Bank</u>, N.A. SA CV-18-332-JVS(MRWx) (the "Settlement").

3. Before becoming a full-time mediator, I was a United States District Judge for the Central District of California for fourteen years. My full biography is attached hereto as **Exhibit 1**. Before my judicial retirement in 2020, I was the district judge assigned to the <u>Herrera</u> case, so I was familiar with the legal and factual issues in dispute.

4. The <u>Herrera</u> matter was filed in February 2018. In the early summer of 2020, the Parties requested my assistance in mediating this matter. I understand that before my involvement, the Parties had mediated the matter before the Hon. Louis M. Meisinger (Ret.), but the mediation was unsuccessful.

5. I presided over three separate mediation sessions in this matter, as well as multiple follow-up telephonic conferences with the Parties.

6. The first session occurred on June 17, 2020. The second session occurred on December 11, 2020. These first two sessions related solely to the merits of the case and a potential class settlement. We did not discuss any issues concerning attorneys' fees, costs and incentive awards during those first two sessions. The mediation sessions were at arms-length and non-collusive, with attorneys for both Parties vigorously advocating for their respective clients. At the end of the second mediation session, the parties entered a Term Sheet for a Tentative Nationwide Class Action Settlement, and thereafter negotiated the various details of the Settlement.

7. After the Parties reached an agreement on all material terms for the Settlement Class, they contacted me and requested my assistance in mediating the proposed amounts for attorneys' fees, costs, and incentive awards. On May 6, 2021, I presided over a third mediation session in which each side presented evidence and arguments regarding the appropriate amount of attorneys' fees, costs, and incentive awards. This was an adversarial process with attorneys for both Parties vigorously advocating their respective positions.

8. Based on the evidence and arguments presented to me by the Parties, and my knowledge of the terms of the proposed Settlement, I independently determined what I believed to be a reasonable award for attorneys' fees, costs, and incentive awards and presented those amounts as a "mediator's proposal." Specifically, I recommended an award of $23.1 million in attorney fees, up to $500,000 in costs and $7,500 in incentive awards to each of the fifteen Class Representatives. I made these recommendations with the Parties' express understanding that the Court has the sole authority to determine the appropriate fees, costs and incentive awards.

9. Both Parties accepted this mediator's proposal.

10. Based on my involvement and knowledge of this matter, I believe the proposed Settlement, including the proposed amounts of attorneys' fees, costs and incentive awards, are fair, adequate and reasonable. I believe this Settlement provides an outstanding result for the Settlement Class and Wells Fargo's customers.

11. In submitting this declaration, I do not intend to breach the confidentiality of the discussions of the mediation sessions and expressly reaffirm and preserve the mediation privilege.

I declare under penalty of perjury of the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on Sep 14, 2021 at Orange County, CA.

*Andrew J. Guilford*
Andrew J. Guilford (Sep 14, 2021 11:21 PDT)

HON. ANDREW J. GUILFORD (Ret.)

# Guilford Declaration

Final Audit Report                                                                 2021-09-14

| | |
|---|---|
| Created: | 2021-09-14 |
| By: | Andrew Stolper (astolper@lawfss.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAYcwsMLEPdML7DBkaIJfDwcm89pTI-jzA |

## "Guilford Declaration" History

- Document created by Andrew Stolper (astolper@lawfss.com)
  2021-09-14 - 6:11:27 PM GMT- IP address: 216.60.236.21

- Document emailed to Andrew J. Guilford (andrewguilford@judicatewest.com) for signature
  2021-09-14 - 6:12:48 PM GMT

- Email viewed by Andrew J. Guilford (andrewguilford@judicatewest.com)
  2021-09-14 - 6:19:09 PM GMT- IP address: 98.163.35.16

- Document e-signed by Andrew J. Guilford (andrewguilford@judicatewest.com)
  Signature Date: 2021-09-14 - 6:21:53 PM GMT - Time Source: server- IP address: 98.163.35.16

- Agreement completed.
  2021-09-14 - 6:21:53 PM GMT

Adobe Sign

# Exhibit 1



# Hon. Andrew J. Guilford, Ret.



Following nearly 14 years of distinguished service on the bench for the U.S. District Court for the Central District of California, Southern Division, Honorable Andrew Guilford has retired and is now available as a mediator, arbitrator and private judge, including special master assignments, and case evaluator. During his judicial tenure, Judge Guilford sat by designation on the United States Court of Appeals for the Ninth Circuit, and is one of only two Central District Judges to have been invited to sit at the United States Court of Appeals for the Federal Circuit. He served as one of the few Patent Pilot Program judges in the Central District. As a federal judge, Guilford heard over a hundred trials, sometimes sitting without a jury, on matters including patent, trademark, copyright, defective products, securities, employment, civil rights, professional liability, class actions, MDL, and of course, criminal matters. Before his appointment in 2006, Judge Guilford served as an arbitrator and Judge Pro Tem for the Orange County Superior Court, leveraging the experience he gained as a trial lawyer for more than 31 years. At Sheppard, Mullin, Richter & Hampton for his entire career as a lawyer, he tried complex commercial cases across a variety of industries, such as major league sports, medical devices, banking and finance, real property, telecommunications, and entertainment. At a young age, he was elected to the American College of Trial Lawyers. Judge Guilford's love for the community and passion for giving back is evidenced in his more than four decades and countless hours lecturing and authoring for law schools, religious entities, legal publications, bar associations, and judicial organizations both nationally and internationally. As a trial lawyer and judge, he has received many prestigious awards from various bar associations, including the Orange County Bar Association's Franklin G. West Award—the organization's highest honor, presented to outstanding attorneys and judges whose lifetime achievements have advanced justice and law. Judge Guilford has earned a reputation for his compassionate, intellectual, fair, intuitive and hardworking demeanor, all qualities he brings to the private sector. One attorney commented: "Judge Guilford always has been prepared, committed and well respected. Following many years of private practice on complex matters and on the bench, he treated lawyers with respect and gave them the opportunity to represent their clients, while achieving justice. He was always actively engaged and personable, and he operated with supreme verve. These attributes certainly will make him highly in demand, as both a private judge and a mediator, and rightly so."

| | |
|---|---|
| **LEGAL CAREER & PRIOR EXPERIENCE** | • Mediator, Arbitrator, Private Judge, Judicate West (Present)<br>• United States District Judge, Central District of California, Southern Division (2006-2020) |
| **EDUCATION & PROFESSIONAL AFFILIATIONS** | • J.D. University of California, Los Angeles; Editor for the UCLA Law Review (1975)<br>• A.B. University of California, Los Angeles, summa cum laude, Regent Scholar, Phi Beta Kappa (1972) |
| **ADR EXPERIENCE & PRACTICE AREAS** | Business/Commercial, Cannabis, Employment, Govt./Public Agency, Insurance, Intellectual Property, Real Estate , Tort |
| **ACHIEVEMENTS & AWARDS** | • Speaker, International Symposium on Judicial Enforcement of Intellectual Property, Beijing, China (January 2020) |
| **HOBBIES & INTERESTS** | Judge Guilford's interests are varied and include traveling, writing, poetry, photography, theater, and sports, being a fan of UCLA, the Dodgers, Lakers, and Rams, and playing basketball and tennis. Time with his family is most valued, and he is proud of his grandson and two granddaughters. |

| **LOCATIONS** | Orange County, Nationwide |