**MCGUIREWOODS LLP**
David C. Powell (SBN 129781)
dpowell@mcguirewoods.com
Alicia A. Baiardo (SBN 254228)
abaiardo@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111-3821
Telephone: 415.844.9944
Facsimile: 415.844.9922

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
William C. Mayberry (*pro hac vice*)
Bill.mayberry@troutman.com
Joshua D. Davey (*pro hac vice*)
Joshua.davey@troutman.com
301 S. College Street, Suite 3400
Charlotte, NC 28202
Telephone: 704.988.4050

Attorneys for Defendants Wells Fargo Bank N.A. d/b/a
Wells Fargo Auto, f/k/a Wells Fargo Dealer Services
and Wells Fargo & Company

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO HERRERA, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., *et al,*.<br><br>Defendants. | CASE NO. 8:18-cv-00332-JVS (MRW)<br><br>**DEFENDANTS' STATEMENT OF NON-OPPOSITION**<br><br>**[Civil L.R. 7-9]**<br><br>Date:     November 15, 2021<br>Time:    1:30 p.m.<br>Courtroom: 10C<br><br>*Honorable James V. Selna* |

On September 22, 2021, Plaintiffs Armando Herrera, Eduardo Salcedo, Dena Lucero, Frederick Brown, Vanity Arrington, Kashif Z. Awan, Gretta Carter, James Atkins, Ilka Robinson-Eaton, Janet Corpes, Terri Jones, Heidi Humpreys, Ria Marteins, Brian T. Sweeney, Nakecia M. Dean, and Von Griffin (collectively the "Plaintiffs") filed their Notice of Motion and Motion for Attorneys' Fees, Costs and Incentive Awards ("Attorneys' Fee Motion"). ECF 202. On October 18, 2021, Plaintiffs also filed their Notice of Motion and Motion for Final Approval of Nationwide Class Action Settlement ("Final Approval Motion"). ECF 205. Both the Attorneys' Fee Motion and Final Approval Motion is noticed for hearing before this Court on November 15, 2021 at 1:30 p.m. In accordance with Civil L.R. 7-9, Defendants Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto f/k/a Wells Fargo Dealer Services and Wells Fargo & Company do not oppose the Attorneys' Fee Motion or the Final Approval Motion.

/s/

DATED: October 25, 2021     MCGUIREWOODS LLP

By: */s/ David C. Powell*
David C. Powell
Alicia A. Baiardo
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111-3821
Telephone: 415.844.9944
Facsimile: 415.844.9922

William C. Mayberry (*pro hac vice*)
Joshua D. Davey (*pro hac vice*)
Troutman Pepper Hamilton Sanders LLP
301 S. College Street, Suite 3400
Charlotte, NC 28202

Attorneys for Defendants Wells Fargo & Company and Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Services
1
DEFENDANTS' STATEMENT OF NON-OPPOSITION

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2021, a copy of the foregoing pleading was filed electronically with the clerk of court via ECF, which will serve all counsel of record.

By: */s/ David C. Powell*
David C. Powell
Attorney for Defendants
Wells Fargo & Company and Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Services