UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 18-00332JVS(MRWx) | Date | November 15, 2021 |
| Title | Armando Herrera, et al v Wells Fargo Bank, NA, et al | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa M Bredahl | Debbie Hino-Spaan |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jason Frank, Andrew Stolper | Alicia Baiardo |
| Franklin Azar, Charles Schaffer | David Powell |

**Proceedings:**  Plaintiffs' Motion for Attorneys' Fees, Costs and Incentive Awards[202]
Plaintiff's Motion for Approval of Nationwide Class Action Settlement[205]

    Cause is called for hearing and counsel make their appearances.  The Court's tentative ruling is issued.  Counsel submit on the tentative ruling.  The Court orders that the tentative ruling shall become the order of the Court.  A separate minute order GRANTING motions to issue.  Counsel shall submit a proposed order on the motions.

| | : | 05 |
|---|---|---|
| Initials of Preparer | lmb | |