JASON M. FRANK (190957)
ANDREW D. STOLPER (205462)
SCOTT H. SIMS (234148)
FRANK SIMS & STOLPER LLP
19800 MacArthur Blvd., Suite 855
Irvine, CA 92612
Telephone:   (949) 201-2400
Facsimile:   (949) 201-2405

FRANKLIN D. AZAR (*pro hac vice*)
FRANKLIN D. AZAR & ASSOCIATES, P.C.
14426 East Evans Avenue
Aurora, CO 80014
Telephone:   (303) 757-3300
Facsimile:   (303) 759-5203

CHARLES E. SHAFFER (*pro hoc vice*)
LEVIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone:   (215) 592-1500
Facsimile:   (215) 592-4663

JS-6

*Attorneys for Plaintiffs, the Proposed Class and Subclasses*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO HERRERA, EDUARDO SALCEDO, DENA LUCERO, FREDERICK BROWN, VANITY ARRINGTON, KASHIF Z. AWAN, GRETTA CARTER, JAMES ATKINS, ILKA ROBINSON-EATON, JANET CORPES, TERRI JONES, HEIDI HUMPHREYS, RIA MARTEINS, BRIAN T. SWEENEY, NAKECIA M. DEAN, and VON GRIFFIN each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A. D/B/A WELLS FARGO DEALER SERVICES, INC., a national association, and WELLS FARGO & COMPANY, a corporation<br><br>Defendants. | Case No.: 8:18-cv-00332-JVS-MRW<br><br>**JUDGMENT** |

For the reasons set forth in the Court's Order granting Plaintiffs' Motion for Final Approval of Nationwide Class Action Settlement and Plaintiff's Motion for Attorneys' Fees and Costs and Incentive Award, all claims against Defendants are dismissed with prejudice.

The Clerk is directed to enter this Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED.**

DATED: November_16, 2021

_____
Honorable James V. Selna